# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Micah Fialka−Feldman,

                  Plaintiff(s),

v.                                          Case No. 2:08−cv−14922−PJD−VMM
                                            Hon. Patrick J Duggan

Oakland University Board of Trustees,

                  Defendant(s).

## Notice to Defendant Oakland University Board of Trustees

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1.    Serve upon the **plaintiff's attorney**:

        Chris E. Davis
        29200 Vassar Boulevard
        Suite 200
        Livonia, MI
        48152−2116

    an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2.    File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**    By:  s/ S. Schoenherr
                                                            Deputy Clerk



                                                             Date of Issuance:  November 25, 2008

## Summons and Complaint Return of Service

Case No. 2:08−cv−14922−PJD−VMM
Hon. Patrick J Duggan

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served: Oakland University Board of Trustees

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____