# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Micah Fialka-Feldman,

Plaintiff(s),

v.

Oakland University Board of
Trustees,

Defendant(s).

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J Duggan

---

## Notice to Defendant Oakland University Board of Trustees

This summons is notification that you are being sued by the above named plaintiff(s). You are
required to:

1.   Serve upon the **plaintiff's attorney**:

>    Chris E. Davis
>    29200 Vassar Boulevard
>    Suite 200
>    Livonia, MI
>    48152-2116

an answer to the complaint within twenty (20) days after receiving this summons, or
take other actions that are permitted by the Federal Rules of Civil Procedure.

2.   File with the court any answer that you serve on the parties to this action within the time
limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may
result in the issuance of a judgment by default against you for the relief demanded in the
complaint.

**David J. Weaver, Clerk of Court**



By:   s/ S. Schoenherr
Deputy Clerk

Date of Issuance:  November 25, 2008

## Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J Duggan

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:  Oakland University Board of Trustees

Date of Service:  December 1, 2008

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify):
United States Postal Service Certified Mail
Article Number 7007 0220 0001 3922 4692

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  Daniel S. Cooper

Signature of Server:  *Daniel S. Cooper*

Date:  December 2, 2008

Server's Address:  29200 Vassar, Ste. 200
Livonia, MI  48152

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.17 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.07 |

7007 0220 0001 3922 4692

Sent To VICTOR ZAMBARDI, OAKLAND UNIV. GEN. COUNSEL
Street, Apt. No.; or PO Box No. 203 Wilson Hall
City, State, ZIP+4 Rochester, MI 48309

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VICTOR ZAMBARDI
OAKLAND UNIV. GENERAL
          COUNSEL
203 WILSON HALL
ROCHESTER, MI 48309

RECEIVED
DEC 02 2008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery 12/1/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number *(Transfer from service label)*
7007 0220 0001 3922 4692

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540