# INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---|---|
| 1 | Affidavit of Micah Fialka-Feldman |
| 2 | Oakland University OPTIONS Brochure |
| 3 | Oakland University Account Status for Micah Fialka-Feldman |
| 4 | Student Identification Card and Personal Profile for Micah Fialka-Feldman |
| 5 | E-mail from Roxanne Fisher to Rick Feldman Dated 11/14/07 |
| 6 | E-mail from Robert A. Wiggins Dated 11/29/07 |
| 7 | Student Account Refund Check Statement |
| 8 | Letter from Mary Beth Snyder to Micah Fialka-Feldman Dated 5/23/08 |
| 9 | Letter from Mary Beth Snyder to Micah Fialka-Feldman Dated 9/24/208 |
| 10 | Letter from Chris Davis to Victor Zambardi Dated 10/7/08 |
| 11 | Letter from Victor Zambardi to Chris Davis Dated 11/7/08 |
| 12 | Letter from Chris Davis to Victor Zambardi Dated 11/14//08 |
| 13 | Letter from Victor Zambardi to Chris Davis Dated 11/17/08 |
| 14 | Oakland University Housing Advertisement |
| 15 | Affidavit of Richard Bernstein |