

School of
Education and
Human Services

# OPTIONS



Oakland University Post-Secondary
TransitIONS

A Full Inclusion
University-Based Program
for Students with

---

For additional information or to arrange an appointment for an admission interview, please contact

**Lea VanAmberg**
Director
**OPTIONS**
Oakland University Post-Secondary Transitions

440E Pawley Hall
Rochester Michigan, 48309
(248) 370-2963
vanamber@oakland.edu

Or

**Dr. Robert Wiggins**
**Associate Dean**
School of Education and Human Services

415D Pawley Hall
Rochester, MI 48309
(248) 370-3095
wiggins@oakland.edu

---

The ideal OPTIONS student is one who

* has been successful in inclusive classrooms throughout his or her public school career

* has completed high school with either a degree or a certificate of completion

* wants to continue taking academic classes for personal enrichment

* has a demonstrated strength in one or more academic areas

* can get around campus independently and has some ability to follow a schedule

* has a disability that prevents regular admission to a college or university

* has an interest in participating in social activities on campus.

**OPTIONS is a tuition-based program. Students are required to take a minimum of 12 credits per semester. Credits are billed at the regular OU tuition rate for undergraduate students.**

Please Note: The courses in this program are not eligible for public school funding as they are not intended to meet the needs of students still pursuing high school completion.

# O.P.T.I.O.N.S.

## Oakland University Post Secondary TransitiONS

The OPTIONS Program at Oakland University is designed to provide a fully inclusive, age appropriate post-secondary education experience for students with mild cognitive disabilities.

Through a combination of classes specific to each student's individual learning needs, regular university courses, student organizations, social events, and wellness and recreation activities, students with mild disabilities are able to continue their academic education in a college setting.



available to students whose primary goal is employment after high school.



Students will learn social skills that will help them in the job market; however, the OPTIONS program does not provide vocational training and it should not be considered a substitute for any of the many fine vocational education programs.

OPTIONS is intended for students who have an interest in continuing their academic coursework beyond high school. Students in the program are enrolled at the university as tuition paying Continuing Education Students. They audit at least two regular university classes each semester and enroll in specialized classes to meet their individual needs. Academic and social support is provided for each student by OPTIONS staff members as well as other university staff and faculty and peer mentors.

Students interested in admissions to the OPTIONS Program need to provide the following to the admissions committee:

* a recommendation from a school transitions planning team or an agency support coordinator
* a copy of the Exit ILP or Person Centered Plan
* a high school transcript
* a completed Application for Admission to Continuing Education Status at OU

After the admissions committee review, an in-person interview is required.



Students enrolled in the OPTIONS Program are encouraged to have or establish a relationship with a provider agency of the Oakland County Community Mental Health Authority.