# OAKLAND UNIVERSITY 

| EBills | Payments | Payment Plans | Authorized Users | My Profiles |

**Welcome Micah Fialka-Feldman!**                                        BILLING AND PAYMENT INFORMATION

This is the place to manage your student account activity. Here you can view your bills, make payments, enroll in a payment plan, and set up authorized users (parents, guardians, or others). Use the tabs along the top to navigate through the site.

### ANNOUNCEMENTS:

**Registration Information**

Registrar's

**Tuition and University Housing Billing Cycle and Due Dates**
Tuition and university housing charges are generally due three weeks into a semester. Please visit the Student Business Services Billing Cycle and Due Date web page for more information.

**Oakland University De-Registration Policy**

De-registration

**OU Payment Plan**
Enroll in an OU Payment Plan and spread your tuition, on-campus housing and other charges billed to your student account into several smaller payments. The OU Payment Plan allows you to select a plan option that best meets your needs.
Please visit the Student Business Services OU Payment Plan web page for more information
To enroll in a payment plan, click on the Payment Plan tab above.

**Direct Deposit**

### Current Account Status:

Your current account balance, including recent account activity, is **$0.00**.
You can also view transactions and pay balances from previous terms.

### e-Bills:

Your latest bill for Student Account was posted on 09/04/2008.

| ACCOUNT TYPE | STATEMENT DATE | AMOUNT | |
|---|---|---|---|
| Student Account | 09/04/2008 | $ 6,236.98 | Make a Payment |

### Recent Payments/Credits:

A credit was posted on 09/11/2008 for $6,144.81. To view all payments that have been made, go to Payment History (located under the Payments tab). Items shown below include the most recent credits applied to your account.

| DESCRIPTION | PAYMENT DATE | CODE | AMOUNT |
|---|---|---|---|
| Payment Thank You! ACH EBill | 09/11/2008 | ACHP | $ 6,144.81 |
| Payment Thank You! CC EBill | 04/21/2008 | CCEB | $ 2,525.00 |
| Housing Deposit - Check | 11/30/2007 | DHCH | $ 100.00 |

### Payment Plans:

There is one payment plan available for enrollment. For details, please click 'View Plan' below, or select the Payment Plans tab.

**AVAILABLE PAYMENT PLANS**

Fall 2008 1 Installment Payment Plan w/50% Down — View Plan

