

### PERSONAL PROFILE

**STUDENT ID:** ███

**FULL NAME:** Micah Fialka-Feldman

**E-MAIL ADDRESS:** ███         ███

**ALTERNATE E-MAIL ADDRESS:**

☐ Send me a reminder e-mail ___ days before a payment plan installment is due.

Please Note: Reminder e-mails are NOT sent if installments that have been scheduled for paymet.

12345 ~~7~~

SAIL PASSWORD

███