**From:** "Roxanne Fisher" <█████████>
**To:** "'Rick Feldman'" <█████████>
**Date:** 11/14/2007 3:56:42 PM
**Subject:** RE: Micah Fialka-Feldman

11-14-2007

No, there is nothing else he needs to do. He is all set.

Just before we leave on our Christmas Break we will be sending out the
Assignment Letters to all Winter students who will be moving in. This letter will tell him when and where to pick up his Residence Hall key. It
will also inform him of what he can and cannot bring for his living arrangements. The letter will NOT give you his room assignment nor will it
give you his roommate information. He will not learn that information until
he comes to pick up his key (when he moves in).

Mark January 6, 2008, on your calendar. That is move in day. I do not have
the time yet. He can have, if he wants, a microwave 600 watts (maximum 800
watts), refrigerator 5 cubic feet (basically waiste high), twin extra-long sheets, a lap top or desk top computer (we have wireless internet), and TV.
Just give you Christmas ideas, but this will all be in the Information Assignment Letter. But he does not have to get any of those things if he
does not want to.

You can also look on line at www.oakland.edu/housing and get more information if you like.

We look forward to having Micah with us. I personally met with him and he
is just a wonderful man.

Hope this helps,

Roxanne Fisher
Oakland University Housing Dept
RESIDENCE HALLS
448 Hamlin Hall
Rochester, MI 48309
8:00 AM - 5:00 PM Monday-Friday
248-370-3570 Phone
248-370-3340 Fax

-----Original Message-----
From: Rick Feldman [mailto:
Sent: Wednesday, November 14, 2007 2:38 PM
To: rfisher@oakland.edu
Subject: Fwd: Micah Fialka-Feldman


>>> Rick Feldman 11/14/07 10:50 AM >>>
Hello Roxanne,

This is Micah's dad. I knwo that you met with Micah and Kim (MORC) recently. I have been in touch with Bob Wiggens and recently spoke with
Lionelle.

I just wanted to say hello and please let me know if there is anything else
we need to ddo so Micah is available for January dormitory living.

thanks,
rich