&gt;&gt;&gt; " Robert A. Wiggins" &lt;██████████&gt; 11/29/07 7:31 AM &gt;&gt;&gt;
Rich and Janice,

I'm afraid I received some bad news yesterday. You will be receiveing a letter informing you that Micah is not eligible to live in the dorm.

I don't know at what level this got waylayed; I thought everything was in place and we had the support we needed. I spoke at length yesterday evening to our Vice President of Student Affairs and she was adamant that this would not be possible.

I'm not sure what steps to take next since we are being stopped at a pretty high level of university governance. I will attempt to get some advice from some other high level university officials - today, if I can - but I'm not sure I can win this. As you might detect from this email, I'm very discouraged.

I'll talk with you this afternoon at Micah's planning meeting.

Bob


CC:        RUAW@aol.com