Oakland University

| INVOICE NUMBER | DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | ADDITIONAL CHARGES | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 12/03/07 | Student Account Refund Check | 100.00 | .00 | .00 | 100.00 |

*RosMouksinir* (signature)

> **Students can participate in the following electronic banking services offered by Oakland University.**
>
> <u>Student Account Refunds  *NEW*</u>
> Oakland University now offers direct deposit for::
> - refunds of financial aid
> - payments for dropped classes that were made by cash, check or online checking / savings
> - reimbursements for student organization-related expenses, etc
>
> <u>Student Paychecks</u>
> Student employees may opt to have their paychecks direct deposited into their bank account.
>
> Visit www.oakland.edu/directdeposit for more information and to sign up.

| CHECK NUMBER | CHECK DATE | VENDOR ID | TOTAL GROSS | TOTAL DISCOUNT | TOTAL ADDL CHARGES | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 00851426 | 12/03/07 | G00737904 | 100.00 | .00 | .00 | 100.00 |

********** Detach and retain for your records. **********  REMOVE DOCUMENT ALONG THIS PERFORATION  ********** Detach and retain for your records. **********