UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


MICAH FIALKA-FELDMAN

             Plaintiff,

                                        Case No. 2:08-cv-14922-PJD-VMM
v.                                      Hon. Patrick J. Duggan

OAKLAND UNIVERSITY BOARD
OF TRUSTEES
             Defendant.
_____/


### AFFIDAVIT OF RICHARD BERNSTEIN


STATE OF MICHIGAN)
                 )ss
COUNTY OF WAYNE )


I, Richard Bernstein, being duly sworn, deposes and says as follows:

1.    I am currently the vice chairman of the Wayne State University's Board of
      Governors.

2.    As Vice-Chairman I am currently working with the faculty at Wayne State to
      create a program equivalent to Oakland University's OPTIONS program for
      students with cognitive impairments. Additionally, I will work to ensure this
      program includes an individual residential living component on campus for
      students as a part of the program.

3.    As state-wide elected official, I see diversity and inclusion as an important public
      interest for our state universities. I believe that diversity means more than gender
      and race, it includes persons with disabilities. Both the Federal government and
      the State of Michigan have recognized persons with disabilities as a protected
      class under numerous civil rights laws.

4.    I believe a diverse student body is necessary not only for persons with disabilities
      but for the rest of the student body as well. The experiences of living, working,
      and learning along side persons with disabilities are essential to prepare all
      students for their future employment in our increasing complex and diverse
      society.

5. I believe inclusion is more than making a university's campus physically accessible for students with physical impairments. True inclusion also means making modifications in policies procedures and rules that will allow students with cognitive and mental impairments to participate fully and completely in a university's community.

If called as a witness and sworn, I am competent and fully able to testify to the matters stated herein.

Richard Bernstein

Subscribed and sworn to before me
this _11th_ of December, 2008.

Karen Irene Kahn , Notary Public
Wayne County, State of Michigan
My Commission expires: _12-13-2012_

KAREN IRENE KAHN
Notary Public, State of Michigan
County of Oakland
My Commission Expires Dec. 13, 2012
Acting in the County of _Oakland_

Oakland