UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN     December 18, 2008
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL 08-14922

FIALKA-FELDMAN V. OAKLAND UNIVERSITY BOARD OF TRUSTEES

**NOTICE REGARDING MOTION PRACTICE**

The following motion(s) has been filed with the Court:
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The Court reminds counsel and the parties of the provisions of Local Rule 7.1, particularly 7.1(d) which provides:

(d) Briefing Schedule.
- (1) Dispositive Motions.
  - (A) Dispositive motions are:
    - for injunctive relief,
    - for judgment on the pleadings,
    - for summary judgment
    - to dismiss or quash an indictment or information made by a defendant,
    - to suppress evidence in a criminal case,
    - to certify or decertify a class,
    - to dismiss for failure to state a claim upon which relief can be granted, and
    - to involuntarily dismiss an action.

  - (B) <u>A response to a dispositive motion must be filed within 21 days</u> after service of the motion.

  - (C) If filed, <u>a reply brief supporting a dispositive motion must be filed within 7 days</u> after service of the response, but not less than 3 days before oral argument.

- (2) Nondispositive Motions:
  - (A) Nondispositive motions are motions not listed in LR7.1(d)(1)(A).
  - (B) <u>A response to a nondispositive motion must be filed within 14 days</u> after service of the motion.
  - (C) If filed, <u>a reply brief supporting a nondispositive motion must be filed within 7 days</u> after service of the nondispositive response, but not less than3 days before oral argument.