UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Micah Fialka−Feldman,

                    Plaintiff(s),

v.                                      Case No. 2:08−cv−14922−PJD−VMM
                                              Hon. Patrick J Duggan

Oakland University Board of
Trustees,

                    Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Patrick J Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion for Preliminary Injunction – #4
        Motion to Expedite – #4

- MOTION HEARING: 1/13/09 at 02:15 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/ M. Orem
                                                     Case Manager

Dated: December 18, 2008