# INDEX OF EXHIBITS

| Exhibit # | Description |
|---|---|
| A | Affidavit of Mary Beth Snyder |
| B | Affidavit of Lionel Maten |
| C | *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. __ (2008) |
| D | *Honeywell, Inc. v. Brewer Garrett Co.*, No. 97-3673, 1998 U.S. App. LEXIS (6th Cir. March 23, 1998) |
| E | *Morris v. Dehaan*, No. 90-2190, 1991 U.S. App. LEXIS 22135 (6th Cir. Sept. 12, 1991) |
| F | *The Oakland Sail v. Oakland Univ. Bd. of Trustees*, No. 252391, 2005 Mich. App. LEXIS 2132 (Mich. Ct. App. Aug. 30, 2005) |
| G | *Underfer v. Univ. of Toledo*, No. 00-4568, 361 Fed. Appx. 831, 2002 U.S. App. LEXIS 10860 (6th Cir. June 5, 2002) |
| H | *Johnson-Brown v. Wayne State University*, No. 98-1001, 1999 U.S. App. LEXIS 4751 (6th Cir. Mar. 17, 1999) |
| I | *Kalai v. State of Hawaii Dept. of Human Services*, No. 06-00433, 2008 U.S. Dist. LEXIS 64215 (D. Hawaii Aug. 20, 2008) |
| J | *Kuchmas v. Townson Univ.*, No. 06-3281, 2007 U.S. Dist. LEXIS 66689 (D. Md. Sept. 10, 2007) |

216329v1