UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


MICAH FIALKA-FELDMAN

                Plaintiff,

                                        Case No. 2:08-cv-14922-PJD-VMM
v.                                    Hon. Patrick J. Duggan

OAKLAND UNIVERSITY BOARD
OF TRUSTEES
                Defendant.
_____/

Chris E. Davis (P52159)
Michigan Protection & Advocacy Service, Inc.
29200 Vassar Blvd., Suite 200
Livonia, MI  48152
Phone: (248) 473-2990
Email: cdavis@mpas.org
Attorney for Plaintiff
_____/


**APPEARANCE**

Please enter the Appearance of Gabrielle S. Frampton of Michigan Protection &

Advocacy Service, Inc., as counsel for and on behalf of the above-named Plaintiff,

MICAH FIALKA-FELDMAN, in the above-entitled cause of action.


                                      MICHIGAN PROTECTION &
                                      ADVOCACY SERVICE, INC.

January 6, 2009                      By  /s/ Gabrielle S. Frampton _____
                                          Gabrielle S. Frampton