# INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---------|------------------------|
| 1 | Oakland University Housing Contract |
| 2 | Oakland University Housing Student Handbook |
| 3 | Amended Complaint |