











# 2008-09 STUDENT HANDBOOK

# OAKLAND UNIVERSITY

# Welcome to Living on Campus



You can now enjoy the privileges, rights and responsibilities shared by everyone in our living and learning community. Many opportunities and challenges are available to you that will enhance your academic, personal and social development. The extent to which you choose to participate in our community with your peers will determine how meaningful and positive the experience is for you.

The University Housing staff invites you to share in the development of our community. Our staff and programs are dedicated to creating a balanced environment in which the learning process, interpersonal communication, and the understanding of cultural and lifestyle differences are valued and encouraged.

We are committed to making this year exciting, productive, stimulating and memorable for you. The housing staff and administration look forward to assisting and supporting you this academic year.

**It is your responsibility to read this handbook and understand the policies and procedures in it. The information in this handbook reflects the housing community standards of behavior, which you are required to uphold.**

## Housing Mission Statement

### Oakland University Housing Vision

University Housing will be recognized as an integral part of the university, in which academics and residential living work together to cultivate learning, personal well-being and social experiences that enhance student life on campus.

### Oakland University Housing Mission

The mission of University Housing is to provide a safe living and learning experience that promotes a sense of community, civic responsibility, and an appreciation for individual differences.

### Oakland University Housing Core Values

In order to cultivate learning, personal well-being and social experiences, University Housing subscribes to the following core values:

Academic Achievement
Ethical Conduct
Civility/Citizenship
Financial Responsibility
Personal Wellness
Multicultural Understanding



# Residence Halls
# Department of University Housing
# 2008-2009 Calendar

| Date | | Event |
|---|---|---|
| **August** | 30 | Halls open - new students |
| | 30 | Vandenberg Dining opens (breakfast) |
| | 31 | Halls open - returning students |
| | 31 | Apartment move-in |
| **September** | 1 | Labor Day (University closed; no food service) |
| | 2 | New Student Convocation |
| | 2 | Classes begin at 5 p.m. |
| | 9 | Last Day Web Registration |
| | 9-11 | Room change period |
| **October** | 7-9 | Room change period |
| **November** | 14 | Request deadline to stay over Thanksgiving recess |
| | 26 | Vandenberg Dining closes 2 p.m. |
| | 26 | Halls close 6 p.m. (Thanksgiving) |
| | 30 | Halls open 3 p.m. |
| **December** | 1 | Vandenberg Dining opens (breakfast) |
| | 5 | Request deadline to stay over semester break |
| | 6 | Classes end |
| | 7 | Study day |
| | 8-13 | Final exams |
| | 12 | Vandenberg Dining closes 2 p.m. |
| | 12 | Halls close 6 p.m. |
| **January** | 5 | Halls open 12 p.m. |
| | 6 | Vandenberg Dining opens (breakfast) |
| | 6 | Classes begin |
| | 13-15 | Room change period |
| | 19 | Martin Luther King Jr. Day (no classes) |
| **February** | 13 | Request deadline to stay over winter break |
| | 20 | Vandenberg Dining Closes 2 p.m. |
| | 20 | Halls close 6 p.m. (winter recess) |
| **March** | 1 | Halls open 3 p.m. |
| | 2 | Vandenberg Dining opens (breakfast) |
| | 10-13 | Early room sign-up begins |
| | 19 | Contract Carnival |
| **April** | 20 | Classes end |
| | 21 | Study Day |
| | 22-28 | Final exams |
| | 28 | Vandenberg Dining closes 2 p.m. |
| | 28 | Halls close 8 p.m. |
| **May** | 2 | Commencement |

# Important campus offices

| Office Name | Extension | Location |
|---|---|---|
| Academic Advising | | |
| College of Arts and Sciences | 4567 | 221 VAR |
| Business Administration (undergraduate) | 3285 | 332 PH |
| Education and Human Services | 4182 | 363 PH |
| Engineering and Computer Science (undergraduate) | 2201 | 159A DHE |
| General Studies (undergraduate) | 3329 | 520 ODH |
| Graduate | 3167 | 160 NFH |
| Graduate Business Program | 3287 | 432 EH |
| Health Sciences | 4195 | 364 HHS |
| Immigration Advising | 3358 | 157 NFH |
| Nursing | 4253 | 444 ODH |
| Undecided | 3227 | 121 NFH |
| Academic Skills Center | 4215 | 100 NFH |
| Athletics | 3190 | RAC |
| Bookstore | 2402 | 28 OC |
| Campus Recreation | 4732 | 155 RAC |
| Career Services | 3250 | 275 VBH |
| Cashier's Office | 4396 | 120 NFH |
| Center for Student Activities | 2400 | 49 OC |
| Dean of Students | 3352 | 144 OC |
| Disability Support Services | 3266 | 106 NFH |
| Financial Aid | 2550 | 120 NFH |
| Graham Counseling Center | 3465 | GHC |
| Graham Health Center | 2341 | GHC |
| Honors College | 4450 | 112 EVBH |
| Housing | 3570 | 448 HAM |
| ID Card Office | 2291 | 112 OC |
| International Students and Scholars Office | 3358 | 157 NFH |
| Kresge Library | | |
| Archives | 2419 | 100 KL |
| Circulation and Reserves | 4425 | 200 KL |
| Electronic Resources | 2469 | 236 KL |
| Information | 2471 | KL |
| Reference Desk | 4426 | KL |
| Maintenance Repairs (Trouble Line) | 2954 | 448 HAM |
| Meadow Brook Hall | 6200 | MBH |
| Meadow Brook Theatre | 3300 | 207 WH |

# Important campus offices

| Office Name | Extension | Location |
|---|---|---|
| Nightwatch | 3329 | 405 HAM |
| Oakland University Art Gallery | 3006 | 208 WH |
| Oakland University Police Department | | PSS |
| Emergency | 911 | |
| Non-Emergency | 3331 | |
| TDD for Hearing Impaired | 3337 | |
| Practicum Counseling Center | 4187 | 250A PH |
| Radio Station WXOU | 4272 | 69 OC |
| Registration Office | 3450 | 100 ODH |
| Residence Hall Council | 2998 | 423 HAM |
| Residence Hall Reception Desk | | |
| Hamlin | 2953 | HAM |
| Vandenberg | 2886 | VBH |
| School Closing Hotline | 2000 | |
| Student Accounts | 2550 | 120 NFH |
| Student Computer Labs | | |
| Kresge Lab | 4410 | 129 KL |
| Multimedia Lab | 4359 | 130 KL |
| Student Employment | 2550 | 120 NFH |
| Student Organizations | 2400 | 49 OC |
| Student Program Board | 4295 | 64 OC |
| Telecommunications (repair) | 4590 | 106 KL |
| Ticket Offices | | |
| Meadow Brook Theatre | 3300 | 207 WH |
| Music, Theatre and Dance | 3013 | 203D VAR |
| University Student Congress | 4290 | 62 OC |
| Wireless Help Desk | 2534 | 439 HAM |





# RESIDENCE HALLS

## Oakland University Residence Halls: A Living and Learning Community

Oakland University recognizes that residential living is one of the many learning opportunities available to students. The residence halls program not only provides food and housing services but also offers educational and social opportunities that promote personal development and self-fulfillment for each student.

A talented live-in staff has been carefully selected to assist you. A variety of living arrangements and facilities are designed and coordinated to achieve the following objectives: integrating the academic, personal and social development of each student; supporting academic excellence; fostering the concept of community; promoting student participation in community decision-making; and assisting in self-understanding and independence.

Many of these objectives will be accomplished through the combined efforts of residence hall staff, residence halls student government, various student committees and organizations, and yourself. You'll find it to be a rewarding experience that will help further your academic success.

## Residence Life Staff and Living Options

### Residence Life Staff

Each residence hall area has a hall director, senior resident assistant and resident assistants (RAs) who have been selected for their demonstrated ability to work with students.

Hall directors are graduate students who are responsible for creating and maintaining a hall environment that allows residents to develop good study habits, a sense of responsibility for their behavior, leadership and social skills, and maturity.

RAs live with residents on every floor of every building. They are upper-division students who assist peers with academic and personal concerns. They also help provide the appropriate atmosphere for successful academic achievement and interpersonal relationships.

All residence hall staff enforce the policies and procedures covered in this handbook. They ensure community standards of behavior are maintained and individual rights and responsibilities are enjoyed. Additional residence life staff include Nightwatch, desk receptionists, wireless technicians, programming assistants and maintenance assistants.

### Contacting Residence Life Staff

**There is a hall director on duty from 5 p.m. until 8 a.m. daily. RAs also are on duty in each building from 7 p.m. until 7 a.m. seven days a week. On-duty residence hall staff are available to assist students when they are locked out of their rooms, have maintenance problems or experience personal difficulties during the evening when the Housing Office is closed. A list of on-duty staff members is posted in the main lobby of every residence hall.**

## Living Arrangements and Special Interest Programs

Oakland University's residence halls offer a variety of living arrangements and special interest programs specifically designed to meet the needs and interests of each student. Options such as suite-style or community-style bathrooms, single rooms, co-educational floors and learning communities may be requested. Traditional first-year students live in the First-Year Experience Hall in Hamlin Hall. Details on living arrangements and special interest programs are described throughout this handbook and available at the Housing Office, 448 Hamlin.

## Residence Halls Student Government

Residence Halls Council (RHC) is the governing body for all residence hall students. RHC offers residents the opportunity to influence residential programs, policies and procedures. Through the council, students have access to all facets of residence hall life.

Each floor selects one RHC representative and treasurer. These representatives bring floor member concerns to RHC for discussion and resolution, and oversee the floor funding. It is the responsibility of each representative to keep his/her floor informed of all RHC plans and decisions. Each representative also serves as a link to RHC committee chairpersons so interested floor members may become involved in committees.

In addition to the representatives, the other RHC voting members include house council presidents, or their designees, and the RHC executive staff. Residence Halls Council meets weekly to share information, plan programs, make decisions and receive committee reports. **Residence Halls Council meetings are open to any interested student. Meetings are held Wednesdays at 6 p.m. in the Vandenberg Lounge.**

In addition to Residence Halls Council, each building has its own house council that plans social and educational activities for the building and addresses hall concerns. House councils consist of an elected executive board and floor representatives. Membership is open to any interested resident.

Student government is funded by residence hall students. The amount of $8 per semester is included in the room cost: $5 per semester is allocated to Residence Halls Council, $2 to the student's house council and $1 to the student's floor.

Residents do not have to be elected to attend Residence Halls Council or house councils. Residents who participate in student government gain valuable leadership skills while promoting the community concept within the residence halls.

## Policies and Procedures

Residence hall policies and procedures are reviewed yearly by the House Policy Committee. They are consistent with university policies and procedures and may be subject to review by the university administration and/or Board of Trustees. An individual resident or group of residence hall students may present their concerns about residence hall policies and procedures to the House Policy Committee or submit them in writing. The committee will review their concerns and notify the resident or group of its decision at the earliest possible date.

### Advertising

Residence hall groups may advertise programs, activities and events through fliers, posters, banners and table tents. All advertisements must be pre-approved 24 hours in advance by the assistant director of residence life prior to posting or distribution. **Posting is not allowed on the front door entrances, painted surfaces or glass surfaces of any residence hall.** Non-residence hall groups are not allowed to distribute any kind of advertisement. Exceptions to this policy only can be made by the assistant director of residence life.

All student groups must follow the university posting policy, which is available at the Center for Student Activities, 49 Oakland Center, 2400. The solicitation and distribution policy is available at the Dean of Students Office, 144 Oakland Center. Student organizations registered through the Center for Student Activities, as well as any office or department on campus that wants to advertise Oakland University-sponsored programs, activities or events in the residence halls must obtain approval from the program coordinator or the assistant director of Residence Life in the Housing Office, 448 Hamlin, (248) 370-3570. The only off-campus programs, activities and events that can be advertised in the residence halls are those sponsored by Oakland University.

Violators of the advertising policy may lose their opportunity to advertise future events. They also may face disciplinary action and service charges.

### Alcohol

Only people 21 years and older may possess and consume alcoholic beverages. In the residence halls, alcohol may be possessed and consumed only in student rooms where the occupant is 21 years or older. When consuming alcohol in student rooms, the room and/or suite door must be closed and occupants must be in no violation of other policies. Students should be aware of the legal liability inherent in supplying alcohol to anyone not of legal age.

Alcohol possession (including open cans, bottles, cups, squeeze bottles, etc.) and consumption is not allowed in any public area within the residence halls, including balconies, hallways, lounges, study rooms and community bathrooms. It is not permitted outdoors. Alcohol containers and returnables must be wrapped or contained in a bag or other packaging so the contents are not visible. It is not acceptable to hide alcohol containers in pockets or under coats and shirts. Alcohol bottles and containers may not be used as decorative items in residence hall rooms.

"Common source" distribution, defined as any individual or group of students sharing or supplying alcoholic beverages, is prohibited. Kegs and consumption paraphernalia are not permitted in the residence halls.

Violations of this policy will result in disciplinary action. Students violating this policy for the first time, in most cases, will be required to attend an alcohol awareness class. Any individual possessing and/or consuming alcohol who is not of legal age, or possessing and/or consuming alcohol in a public area within the residence halls, may be issued an appearance ticket (MIP- Minors in Possession) by the Oakland University Police.

DISCIPLINARY ACTION will be taken by residence hall staff when:

A. The possession and/or consumption of alcoholic beverages occurs in any public area within the residence halls.

B. The possession and/or consumption of alcoholic beverages occurs by residents and their guests who are not of legal age.

C. The possession and/or consumption of alcoholic beverages results in the violation of other residence hall policies.

D. Underage residents or guests are found in the presence of alcoholic beverages.

E. The alcohol policy is blatantly violated.

**Disciplinary Sanctions**

A. Mandatory attendance at an alcohol education seminar and minimum disciplinary warning for first-time violators of alcohol policy if 21 years of age or older.

B. Mandatory attendance at an alcohol education seminar and minimum disciplinary probation for first-time violators of alcohol policy if under 21 years of age.

C. Mandatory attendance at an alcohol education seminar and disciplinary probation for any resident found serving alcohol to minors.

D. Residents violating the alcohol policy who have a history of other violations are required to attend an alcohol education seminar.

The disciplinary sanction will range from warning to suspension,depending on the severity of the policy violation.

## Balconies

Balconies are to be used only by residents, their guests and visitors who have direct access (via a door) to them. Balconies are considered part of the residence hall. Balconies will be closed and cleared if inappropriate behavior (i.e., yelling or other violations of the quiet hour policy, throwing anything off a balcony, spitting, possessing and/or consuming alcohol, overcrowding, smoking, etc.) is displayed by residents, their guests or visitors.

For health and safety reasons, furniture and other personal belongings are not permitted on balconies, nor can anything hang from the rails or be displayed on the balconies, except outdoor holiday lights. Barbecuing is also prohibited.

Violations of this policy will result in disciplinary action, which may include restricted access for the remainder of the semester or academic year.

## Barbecuing

Barbecuing is prohibited in resident rooms and on resident balconies. Flammable liquids of any kind also are prohibited in resident rooms. Barbecuing is permitted in designated safe areas on campus with the approval of the Center for Student Activities.

## Check-Out Procedures for Between Semesters and Sessions, Contract Releases, and Room Changes

If you are changing rooms, not returning to the residence halls between semesters and/or sessions, or not remaining in the residence halls because of a contract release, these proper check-out procedures must be followed:

1. Remove all of your belongings from your assigned room.
2. Clean your side of the room, or the entire room if you have a single, and remove all trash. Make sure there is the right amount and kind of furniture in your room. Beds and desks must be properly assembled the same way you found them when you moved in.
3. Have your room inspected by an RA. The RA will check the condition of your room against the inventory sheet you completed at the beginning of the semester or session. You will be charged for any damage beyond "normal wear and tear." Make sure you and the RA who checks you out sign and date both your inventory sheet and check-out envelope.
4. Fill out your check-out envelope and enclose your room key. Return your signed check-out envelope and inventory sheet to the Housing Office, 448 Hamlin. You are responsible for turning in your check-out envelope and inventory sheet to the Housing Office, not the RA who checked you out. The inventory sheet will be turned in by the RA during checkouts between semesters and sessions.

5. Failure to clean your room, reassemble your beds and desks, return your room key, and/or get your check-out envelope or inventory sheet signed by an RA will result in a $25 service charge for each procedure you do not follow.

6. Dispute charges will be referred to the assistant director for Resident Life.

## Contract Release Procedures (termination of contract)

Students requesting termination of their residence hall contract must apply for a contract release. Contract release forms are available in the Housing Office, 448 Hamlin. Once your contract release is processed, you are given a specific date and time by which you have to move out of your assigned room. If that deadline is not followed, it will be considered an improper checkout and result in a $25 service charge. If a student moves out of the residence halls without receiving a contract release, charges will continue until the contract release has been processed or the contract expires. Room and board charges do not officially stop until your check-out envelope, signed and dated by you and the RA checking you out, has been turned in to the Housing Office, 448 Hamlin. You must follow the proper check-out procedures for contract releases (see Check-Out Procedures for Between Semesters and Sessions, Contract Releases, and Room Changes Policy). This signifies termination of your residence hall contract.

## Communicable Diseases

Students diagnosed by their doctor or the staff at Graham Health Center with chicken pox, measles, mumps, mononucleosis, SARS or any other communicable disease that proves a health threat to the residence halls community must leave the residence halls until they no longer are contagious as determined by the staff at Graham Health Center.

## Community Bathrooms

Community bathroom living arrangements are located in Fitzgerald, Hill and Van Wagoner houses. They are designated for single-gender use only, depending on the floor's occupancy as male or female. Also, showers are to be taken individually (i.e., one person per shower). Students, their guests and visitors may be subject to disciplinary action for violating this policy.

## Cooperation/Compliance with Staff

Residents and guests are required to comply or cooperate with any university staff member's reasonable request. A university staff member is defined as any university employee, including all residence hall and Nightwatch staff. Failure to cooperate or comply will be viewed as a violation of this policy and result in disciplinary action.

Any behavior viewed as interfering with a university staff member while in the performance of his/her duty also may result in disciplinary action.

## Damage of University Property

Residents can be held responsible for damages to residence hall property, which have been incurred by them or their guests in an individual room, on the floor, in the building, or any public area within the residence halls. Destruction, tampering with or misuse of residence hall property, and/or any behavior that results in excessive cleaning will be viewed as a violation of this policy. Such behavior may result in service charges and/or assessment of repair and replacement costs to individual residents, floor or building members, along with disciplinary and/or legal action.

## Decoration of Room/Hall

- All hanging decorations in student rooms or corridors must be of fire resistant or fireproof materials and may not hang from the ceiling.
- Student room doors may be decorated as long as materials are not draped or hung so as to create an imminent fire possibility.
- Decorations of flame resistant materials are allowed in the floor lounge areas.
- Miniature lights that are UL approved and do not generate noticeable heat are permissible in student rooms, but no lights of any type are to be used in the decoration of student room doors or in hallways.
- No decorations may be placed so as to obstruct access to halls, stairwells or exits.
- Light fixtures may not be decorated.
- No extension cords are to be used from student rooms into the corridors or hallways at any time.
- All decorations should be removed from the hall's public areas and floor corridors prior to the semester break and winter closings.
- The cost of having decorations removed by custodial staff will be prorated to all floor members.
- Any decorations used as part of a floor/hall decorating contest must be removed within 24 hours of the event.

## Disorderly Conduct

Residents engaging in disruptive behavior (i.e., physical abuse, fighting, malicious destruction of property, uncontrolled horseplay, water fights, sports in the hallways, pranks, other rough play, etc.) that could endanger their own health and safety and/or that of other residents and guests will be subject to severe disciplinary action that could include immediate suspension from the residence halls.

In-line skating and skateboarding are not permitted in the residence halls or other university buildings.

## Drugs

As a state-supported institution, Oakland University expects its students to observe federal and state laws regarding the use or possession of illegal drugs. The university does not permit the sale, distribution, use or possession of illegal drugs on campus, nor the use or possession of drug paraphernalia (i.e., bongs, rolling papers, hookah pipes, scales, roach clips, etc.). Prescription drugs only are to be used by the person to whom they are prescribed and as directed.

Students and guests who are found in the presence of, or under the influence of, illegal drugs are subject to disciplinary action, which could include immediate suspension or expulsion from university housing and/or the university as well as legal action. Students violating this policy also may be required to attend a drug awareness class.

## Electrical Appliances

Rooms are arranged not only for your comfort but also to comply with fire regulations. The electrical system is not designed to carry heavy loads of electrical equipment. Electrical appliances, such as hot plates, electric frying pans, air conditioners, sun lamps, toasters, toaster ovens, crock pots, grills (including George Foreman grills) and space heaters, are not permitted in residence hall rooms. Students also are not allowed to have lava lamps or halogen lamps and bulbs in their rooms. Students are allowed to have fans, microwaves and other appliances for preparing snacks in their rooms.

The electrical system is checked regularly to ensure the stress on the system is safe. If at any time it is determined that the electrical pull on the system is becoming unsafe, students may be required to remove some of their electrical appliances and take them home.

Questions regarding the appropriateness of any given electrical appliance can be directed to the Housing Office, 448 Hamlin.

## Elevators

State law prohibits smoking in elevators. Anyone found tampering with (i.e., prying open elevator doors) or overcrowding the elevators with people or furniture may face disciplinary action along with service charges. Residence hall staff may, for reasons of health and safety, shut down elevators for an indefinite period of time.

Elevators in the residence halls have the following maximum capacity: Hamlin can hold a maximum of 1,500 pounds or 10 passengers in each elevator; Vandenberg can hold a maximum 1,750 pounds or 11 passengers in each elevator; Hill and Van Wagoner can hold a maximum of 1,500 pounds or 10 passengers in each elevator.

## Entering Student Rooms

Normally, staff may enter student rooms only with permission of the student or other legal authority. However, staff may enter student rooms when there is reason to suspect imminent danger to health, safety or property of a resident or if there are violations of any university or housing policy; to take inventory of

university owned equipment; to inspect the room for damage and physical maintenance; during fire drill procedures; and to check rooms for holiday recesses and semester/session break closings.

Staff members, when entering student rooms for reasons listed above, will report any visible or suspicious contraband or violations of residence hall and/or university policies.

## Firearms

Firearms are prohibited in the residence halls. A firearm is permitted on campus only if a student registers and stores it with the Oakland University Police Department. Any and all persons with a state approved concealed weapons permit are also required to register and store the firearm with the OUPD. Any resident in possession of a firearm may be subject to immediate suspension from the residence halls and/or university as well as legal action.

## Fire Alarms

Once a fire alarm sounds, all residents must vacate the building immediately. Failure to exit in a prompt and orderly fashion and evacuate to the P-5 or P-16 parking lots may result in disciplinary action. Staff may check rooms during fire alarms. When leaving your room, please remember to lock your door and take your key and OU ID.

## Fire Prevention

The most important ingredient in preventing a fire is you. The following are residence hall policies and suggestions regarding fire prevention:

1. Candles, oil lamps, and other open-flame or continuous burning objects are not permitted in the residence halls.
2. Students may not place or store bed parts, loft pieces, furniture, trash or personal belongings in the hallways.
3. Keep posters and other combustible decorations to a minimum.
4. The only permissible forms of incense are aerosol cans, electric potpourri pots and plug-ins.
5. Check electrical cords and appliances to insure they are in proper working order. Do not run extension cords under rugs. When purchasing approved electrical appliances, look for the UL (Underwriters Laboratories) seal on both cords and appliances.
6. Check electrical outlets and bar plugs to insure they are not overloaded. Residence hall staff reserve the right to unplug any electrical outlet or bar plug for health and safety reasons.
7. Stairwell, hallway and fire doors should never be propped open.
8. Halogen lamps and bulbs are prohibited in resident rooms.

Students violating any of the above policies may face disciplinary action.

## Fire Safety Equipment

Tampering with or misuse of the fire alarm systems, fire extinguishers or any other fire safety equipment is prohibited and subject to prosecution under state law. The action of tampering with such equipment places the lives of everyone residing and working in the halls in danger. Any student found tampering with any fire safety equipment, including fire extinguishers and smoke detectors, may be immediately suspended from the residence halls and/or university and may be subject to legal action and service charges.

## Food Service Program Description

All residence hall meal programs give students the opportunity to eat at any time at any Chartwells food service operation on campus. Those operations include:

**Vandenberg Dining Center**
This cafeteria-style dining facility features an all-you-can-eat menu in a comfortable, contemporary and convenient location on the second floor of Vandenberg Hall.

**Pioneer Food Court**
Subway, Famous Famiglia, and Chick-Fil-A are among the shops available to students in this food service facility.

**Café O'Bears Coffee Shop**
This coffee shop is located in the Oakland Center's main hallway and offers an extensive line of coffee, espresso and other gourmet drinks, including smoothies.

## Meal Programs

Every student living in the residence halls must select a meal program. The Vandenberg Dining Center is the primary food facility for residence hall students. It is also open to faculty, staff, guests and non-board students on a cash basis or through a voluntary meal plan. Meal plans are designed to provide various levels of flexibility. The meal plan is combined with the housing contract and charges for food plans are included in the housing bill.

**Block 285 Plus 50**
Students selecting this plan may eat 285 meals during the semester in the Vandenberg Dining Center. This plan also allows for three meal transfers per week in the Pioneer Food Court.

This plan includes 50 declining balance points (meal dollars) per semester to use to purchase food in any Chartwells food facility on the basis provided for in the agreement.

**Block 210 Plus 100**
Students selecting this plan may eat 210 meals during the semester in the Vandenberg Dining Center. This plan also allows for three meal transfers per week in the Pioneer Food Court.

This plan includes 100 declining balance points (meal dollars) per semester to use to purchase food in any Chartwells food facility on the basis provided for in the agreement.

**Block 150 Plus 250**
Students selecting this plan may eat 150 meals during the semester in the Vandenberg Dining Center. This plan also allows for three meal transfers per week in the Pioneer Food Court.

This plan includes 250 declining balance points (meal dollars) per semester to use to purchase food in any Chartwells food facility on the basis provided for in the agreement.

Additional program elements include:
A fourth meal period will extend the meal service hours in Vandenberg to 7:30 a.m. - 11 p.m., Monday through Thursday.

Meal transfer options will be made available at Subway, Wild Greens, Coyote Jacks, and Famous Famiglia's Pizzeria, beginning at 1 p.m. each day Monday through Friday.

Students are permitted a maximum of four meals per day.

Residents are required to present their university identification card each time they enter the cafeteria. Residents may be subject to disciplinary action as well as assessed a service charge if they fail to present identification; throw food; remove food, beverages, dishes, silverware or other food service equipment from the dining room; leave trays on tables; or cut in line.

## Fall/Winter Hours

**Pioneer Court**

| | **Monday - Thursday** |
|---|---|
| Out Takes/Ritazza | 9:30 a.m. - 7 p.m. |
| Coyote Jacks | 10:30 a.m. - 7 p.m. |
| Famous Famiglia's Pizzeria | 10:30 a.m. - 7 p.m. |
| Subway | 10:30 a.m. - 7 p.m. |
| Wild Greens | 10:30 a.m. - 3 p.m. |
| Chick-Fil-A | 10:30 a.m. - 7 p.m. |
| Menutainment | 10:30 a.m. - 7 p.m. |
| Subway Window | 7 p.m. - 11 p.m. |

| | **Friday** | **Saturday - Sunday** |
|---|---|---|
| Out Takes/Ritazza | 9:30 a.m. - 3 p.m. | closed |
| Coyote Jacks | 10:30 a.m. - 3 p.m. | closed |
| Famous Famiglia's Pizzeria | 10:30 a.m. - 3 p.m. | closed |

# Residence Halls

| | Friday | Saturday | Sunday |
|---|---|---|---|
| Subway | 10:30 a.m. - 7 p.m. | 10:30 a.m.-7 p.m. | 12 p.m.-7 p.m. |
| Wild Greens | 10:30 a.m. - 3 p.m. | closed | |
| Chick-Fil-A | 10:30 a.m. - 3 p.m. | closed | |
| Menutainment | 10:30 a.m. - 3 p.m. | closed | |
| Subway Window | 7 p.m. - 11 p.m. | 10:30 a.m. - 7 p.m. | |

**Vandenberg Dining Center**

| | |
|---|---|
| Monday - Thursday | 7:30 a.m. - 11 p.m. |
| Friday | 7:30 a.m. - 6:30 p.m. |
| Saturday - Sunday | 10 a.m. - 6 p.m. |

**Café O'Bears Coffee Shop** (Oakland Center)

| | |
|---|---|
| Monday - Friday | 7:30 a.m. - 10 p.m. |
| Saturday - Sunday | closed |

## Furniture

Residence hall furniture and equipment are to remain in designated public areas. University furniture and equipment must not be taken from its original location without authorization. Students found removing lounge furniture, study room furniture or any other university property will be assessed a $25 service charge and face disciplinary action.

## Guest Policy

Residents are allowed a maximum of two guests per resident per day or evening. **Guests are defined as any nonresident of Oakland University residence halls.** Residents also are allowed visitors at any time. **Visitors are defined as Oakland University residence hall students.** All guests and visitors must have picture identification available upon request. The total number of visitors, guests and assigned room occupants cannot exceed a maximum of 8 people per room in a double room. In designated triple rooms, the maximum is 12 people. In Hamlin Hall, for three-room suites (the caves) the maximum is 20 people. Foyers, bathrooms and closets are not considered rooms for purposes of this policy.

Bona fide guests may visit any residence hall during the sign-in period from 8 p.m. until 5 a.m. in Hamlin and Vandenberg halls and 10 a.m. until 3 a.m. in the smaller halls as long as their resident host accompanies them at all times. Guests who visit Hamlin or Vandenberg halls prior to 8 p.m. must return to the Nightwatch station with their resident host at 8 p.m. to officially sign in. Only residents of the building may sign guest(s) into their building. In Vandenberg Hall, resident hosts may only sign guests into the tower in which they live (see Nightwatch Policy).

Parents, legal guardians and family members are also required to be signed in, with the exception of move-in, move-out periods, during which they must be met at the door by their son or daughter to gain admittance. Guests under the age of 16 who do not have photo ID must complete a pre-approval form from the Nightwatch superviser (see Nightwatch procedures).

**Residents may have overnight guests with advance consent of their roommates and suitemates.** Approval forms, called Overnight Guest Registration Forms, are available online. These forms must be turned over to staff upon request and in the event of a violation of guest policy, with all appropriate signatures to your RA 24 hours before your guests arrival. Guests may not stay longer than two (2) consecutive days/nights. Residents who wish to have guests visit for more than three (3) days must receive approval from their hall director. **Guests are not permitted during holiday recesses or semester/session breaks.** Violators of any of these policies may be subject to disciplinary action and lose their privilege to have guests.

Residents assume full responsibility for the behavior of their guests or visitors. A resident whose guests violate residence hall or university policies may lose their privilege to sign in guests for a minimum of one semester or session. Residence hall staff can require, when the situation warrants, all but the assigned occupants of a room to leave.

Residents must escort their guests at all times during their stay. Guests found anywhere in the residence halls without a host may be required to leave and the resident host will be subject to disciplinary action. Anyone who attempts to gain improper access to any residence hall will be considered a trespasser and may be subject to legal action (see Trespassing Policy).

This policy provides the opportunity for residents to entertain guests in their rooms. This policy does not sanction cohabitation or sexual activity in the residence halls. **Overnight guests are not allowed for first year students during the first weekend of the fall semester.**

## HALL CLOSINGS/RECESS AND BREAK HOUSING EXCEPTIONS TO STAY

All residents are required to leave the residence halls during holiday recesses and semester/session breaks. Holiday recesses and semester/session breaks are not included in room and board fees.

Housing will be provided for individuals who demonstrate an exceptional need to stay late, overnight, or during an entire holiday recess or semester/session break after the halls close. **Exceptional need is based on the traveling distance from your home or permanent place of residence to the residence halls.** An exception may be granted depending on whether you live out of town (beyond the southeastern Michigan area), out of state, out of country, and/or are employed on or near campus. In case of employment, you must submit a letter from your employer verifying employment during the recess or break. Instructions on how to request an exception to stay and other closing procedures are detailed on pages 46-52. Requests to stay late will not be approved after the deadline. Forms are picked up from the Housing office and returned to your hall director for review.

Guests are not permitted during any holiday recess or semester/session break. Propping entrance doors and other actions that allow other students or strangers to gain access to any residence hall are not permitted. If this policy is

violated, you will be asked to leave the residence halls and disciplinary action will result. In the event that a "holiday" key is issued, failure to return the "holiday" key by the first business day after the halls re-open will result in a $25 charge. Break housing request forms are required for students who wish to leave their belongings in their room between winter and summer sessions.

## Identification

Students are required to present university identification to university staff members upon reasonable request. University staff members are defined as all university employees, including all Residence Life staff. Students who refuse may be subject to disciplinary action. All guests visiting the residence halls are required to present picture identification upon reasonable request of university staff members. Guests who refuse may be asked to leave the residence halls.

## Identification Cards

Your university identification card serves as your meal ID. It is provided for use only by the student to whom it is issued. It must be presented at each meal. It may not be transferred or loaned to another individual on a temporary or permanent basis. Damaged or lost university IDs must be replaced. The replacement cost is $10, which can be billed to your student account.

## Keys and Lockouts

Room keys are distributed to residents at check-in. Residents should be protective of their room key. **Residents may not loan, duplicate or possess keys other than the one signed out to them at check-in.** Residents found in possession of keys not signed out to them will face disciplinary action in addition to service charges.

When residents are locked out of their room between 8 a.m. and 5 p.m., Monday through Friday, or temporarily misplace their room key, they can check out a loaner key for 24 hours at the Housing Office, 448 Hamlin. Residents must present picture identification or be identified by a residence hall or housing staff member to obtain a loaner key. If the loaner key is not returned after 24 hours, the resident may be charged $25 for recoring his or her room door lock. When residents lose their room key, they must report it to the Housing Office and will be charged $25 for recoring their room door lock. The recore is necessary to ensure the safety of residents and their property.

If residents are locked out of their room after 5 p.m. on weekdays and any time on weekends, they should contact an available residence hall staff member in their building to unlock their room door. If a staff member is not available, the resident may have to wait until the RAs go on duty at 7 p.m. The names and telephone numbers of RAs on duty are posted on the main floor of each building. An accumulation of three lockouts within any given semester will be reviewed and may result in disciplinary action.

## Liability

Oakland University is not liable for loss of money or valuables or damage to any property belonging to residents or their guests in or around the residence hall premises. Residents are liable for damages to university property.

## Lofts

Lofts are permitted in student rooms, except in Hamlin Hall, and must be freestanding. Platform lofts (i.e., false floors) are not permitted. All lofts must be registered. Registration forms are available on the University Housing Web site or from a Residence Life staff member. A copy of the completed registration form, with the signatures of all owners and appropriate staff members, must be attached to the loft in a visible location. Suggested guidelines and specifications are available in the Housing office, 448 Hamlin.

Lofts must be disassembled the weekend prior to final exams. No loft construction or removal can be done during final exams. Residents who fail to disassemble their lofts will be charged a $75 service charge.

## Misrepresentation

No person shall misrepresent himself or herself to any other person as a student or employee of the university. No person shall misrepresent his or her identity for an improper or unlawful purpose.

## Musical Instruments, Electronic and Sound Equipment

Students may play stereos, radios, computers, video games, TVs, VCRs, DVDs and musical instruments within the confines of their room. Students, while utilizing their equipment, are required to respect their floor members' rights not to be disturbed. Amplifiers and sub-woofers are not permitted in residence hall rooms. Students found making excessive noise will receive a documented warning from their resident assistant.

## Nightwatch

The Department of University Housing has established a residence hall security program, called Nightwatch, to provide a safe and secure environment for residents, their guests and university property. This student-staffed program provides a monitoring system for all residence hall guests (defined as any nonresident of Oakland University residence halls). Nightwatch operates seven days a week during the academic year, from 8 p.m. until 5 a.m. in Hamlin and Vandenberg Hall, and 10 p.m. until 3 a.m. in Fitzgerald, Hill, and Van Wagoner. The success of this program depends on the cooperation and assistance of our residents. In Fitzgerald, Hill and Van Wagoner, the outside doors are locked at all times. Residents use their room keys to enter these buildings. This allows residents to enter and leave their hall at their convenience. There is a taxi phone outside each building so guests are able to contact residents.

In Hamlin and Vandenberg halls, the outside doors are locked from 8 p.m. to 5 a.m., except for the main entrances that are staffed by members of the Nightwatch security staff. During these hours, all persons must enter these buildings through the Nightwatch station and show proper identification. Proper identification for residents is their university identification card. Proper identification for guests is picture identification. Acceptable pieces of identification are a valid driver's license, state identification card, military identification card, passport or current Oakland University identification card. Failure by residents to present ID when entering Hamlin or Vandenberg halls after 8 p.m. or the small halls after 10 p.m. may result in a documented verbal warning. An accumulation of three documented verbal warnings will result in further disciplinary action. Guests who do not possess the proper identification listed above, or are under the age of 16, must contact the Nightwatch supervisor 24 Hours in advance of 8 p.m. for sign-in approval. In cases where the resident host is the parent/guardian/host of the minor guest, the name and phone number of the person with whom the child resides at his or her permanent address is required so that an emergency contact is available if the host is incapacitated.

Parents, legal guardians and family members are also required to be signed in, with the exception of move-in, move-out periods.

In the halls with the Nightwatch program, each resident is permitted to sign in up to two guests per evening. All guests who enter the building must show proper identification and must be signed in by a resident of that building. Guests will receive a Nightwatch pass that must be in their possession at all times.

Residents and their signed-in guests may visit other buildings together. However, in Hamlin and Vandenberg halls, resident hosts are required to show their IDs and their guests are required to show their Nightwatch passes, which must be in their possession at all times. Resident hosts also are required to sign a guest log at the Nightwatch station. Guests must accompany their resident hosts at all times during their visit to another building.

A guest may be signed into more than one building during an evening. Guests who are involved in any inappropriate behavior and/or violate any policies or procedures will not be allowed to sign into another building during the same night.

Residents assume full responsibility for the behavior of their guests and visitors. Guests must be accompanied by their resident hosts at all times during their stay. Guests may stay overnight, but may not stay for more than two consecutive days/nights (see Guest Policy). Anyone who attempts to gain improper access to any residence hall will be considered a trespasser and treated as such (see Trespassing Policy).

For the convenience of residents, the Nightwatch security staff provides information and assistance during their hours of operation. The phone numbers for the Nightwatch stations in the large halls are: Hamlin Hall, 2952; Vandenberg Hall East, 2939; Vandenberg Hall West, 2919; and Vandenberg first floor Honors College, 2999.

## Pets

For health and safety reasons, cats, dogs, birds, rodents and other fur-bearing animals, reptiles and amphibians, living or non-living, are not permitted in the residence halls. Fish are the only pets allowed and only if your roommate approves. Fish must be confined to a bowl or aquarium (not to exceed 10 gallons).

## Psychological and Medical Emergencies

Residents who try to physically harm themselves with the intent to kill themselves, or verbalize their intent to kill themselves, or display any other psychologically inappropriate behavior, may be immediately removed from the residence halls. They will not be allowed to return to the residence halls until they meet with the dean of students and complete a psychological evaluation by the director of the Oakland University Counseling Center. Together, the dean of students and director of the Oakland University Counseling Center will decide whether the student is stable enough to return to the residence halls and under what conditions.

In case of medical emergencies, Oakland University Police Department will be contacted to determine how seriously ill or injured the student is and will call EMS for medical assistance. University employees, including all residence hall staff, cannot transport residents to hospitals, doctor's offices or clinics for medical assistance. Medical assistance can be obtained on campus at Graham Health Center Monday through Friday. Call (248) 370-2341 for clinic hours or for an appointment. When Graham Health Center is closed, after-hours medical and emergency care can be obtained at Pontiac Osteopathic Hospital, (248) 338-5000; St. Joseph Mercy Hospital, (248) 858-3000; or Crittenton Hospital, (248) 652-5000.

Any questions or concerns about the procedures used in handling psychological and medical emergencies can be answered or addressed by the assistant director of Residence Life in the Housing office, 448 Hamlin, 3570.

## Quiet Hours

Quiet Hours Provide an environment in the residence halls that promotes academic success. **The rights to study and sleep take precedence over the right to engage in any activity that disturbs others.**

Quiet hours in every hall are:

| | |
|---|---|
| **Sunday - Thursday** | **11 p.m. - 7 a.m.** |
| **Friday - Saturday** | **1 a.m. - 7 a.m.** |

All other times are considered "courtesy hours." At the end of each semester, 24-hour quiet hours are instituted on all floors beginning at 11 p.m. on the last day of classes and continuing throughout final examination week. Students in violation of 24-hour quiet hours are subject to judicial and/or administrative action, including fines. If behavior is continually disruptive, students may be required to vacate the residence hall one hour after their last exam or immediately as designated by the residence hall director. When students are required to leave, they may not return to the hall except by appointment and escorted by a staff member, and then only for purposes of moving and checking out of their rooms.

It is expected that students be considerate of their peers and mindful that everyone is operating under a different schedule. It also is important to remember the residence halls community is structured to provide an active and energized living environment. This is accomplished through many planned and spontaneous interactions and programs. In planning all programs and activities, strict attention is given to scheduling activities that encourage maximum participation and reduce disruptions to the environment and residents.

**In most cases, a resident violating the quiet hours policy will receive a documented verbal warning. An accumulation of three documented verbal warnings will be reviewed and may result in further disciplinary action. During 24-hour quiet periods, more serious disciplinary action may result, including removal from the residence halls.**

The following behaviors are considered violations of the quiet hours policy:

A. The use of any musical instruments or electronic and/or sound equipment at a volume that interferes with the study or sleep of any resident at any time.

B. Participation in horseplay or sports, such as football or Frisbee, in the hallways.

C. Shouting or playing stereos out windows.

D. Loud, disruptive parties.

E. Loud conversations in lounges, hallways and rooms that disturb others.

F. Loud conversations in lounges, hallways and rooms during quiet hours.

Quiet hours also should be observed outside the residence halls, particularly in the parking circles. If there is a noise problem, contact a residence hall staff member or Oakland University police for assistance. Disciplinary action may result if a resident is found violating the quiet hours policy or courtesy hours requests outdoors within 25 feet of the residence halls.

## Refrigerators

Portable refrigerators are permitted in student rooms under the following conditions:

1. The refrigerator must not exceed the following specifications: 4 cubic feet maximum capacity, 115 volts, 60 cycle AC, 50 watts and 0.5 amps (when running).
2. The refrigerator must operate in full compliance with all sanitation and safety standards set forth by the university.
3. There is a limit of one portable refrigerator per person or two per room.

## Residence Halls Computer Lab Usage

The residence halls computer lab is a quiet space located in Hamlin Hall for the exclusive use of residence hall students. Hours will be posted throughout the residence halls. If there is a maintenance problem with any of the computers or printers, please report it to the wireless helpline at 2534. Tampering with the computers may result in disciplinary action, along with service charges and/or assessment of repair and replacement costs. Students are strongly encouraged to be courteous to their peers and use the computer lab for academic reasons, not personal ones.

## Room Changes

Room changes are scheduled during the second weeks of September, October, and January. Students will receive notification via e-mail of room change dates. Room changes after these dates are granted only through a special exception made by the hall director and the assistant director of Residence Life. Disciplinary action and a $25 service charge will be assessed for any unauthorized (illegal) room changes. You must follow the proper check-out procedures for room changes (see Check-Out Procedures for Between Semesters and Sessions, Contract Releases, and Room Changes Policy).

## Room Change Procedures

The following procedures must be followed when moving to another room:

1. Come to the Housing office, 448 Hamlin, to find out which spaces are available.
2. If you are uncertain as to which room you want, take the time to look at the room(s) you are interested in and meet the roommate(s) before you make your final selection.
3. If you are certain of the room and roommate you want, you must show your student ID to request a room change for that room. The paperwork then will be processed in the Housing office by a staff member. Only one room change is allowed during each room change period.
4. You must move from your old room into your new room within 24 hours. After you have moved into your new room, the key and inventory sheet to

your old room must be returned to the Housing office. If the key and inventory sheet are not returned within the 24-hour time limit, you may be subject to a $25 key recore charge.

5. If you are the sole occupant of a room and do not have a guaranteed single, you should attempt to get a new roommate or change rooms during the room change period. **Failure to do so may result in room consolidation, which will begin immediately after the room change period**. You are not guaranteed a single room during this room change process. During consolidation, a resident's choice of room and/or roommate will be limited to only those rooms and/or students in the consolidation process (see Room Consolidation Policy).

## Room Consolidation

Room consolidation refers to a partially vacated room where a student is the sole occupant in a double room and does not have a guaranteed single. Between the third and 12th week of class, any student who becomes the sole occupant of a room will receive a written notice from the Housing office indicating the student must do one of the following:

1. Find a new roommate. The Housing office will provide a list of students looking for roommates.
2. Be reassigned a new room or roommate.

Students who do not respond to the written notification will, at the discretion of the Housing office, either be:

1. Reassigned a different room on the floor which they live, or
2. Assigned a new roommate.

Preference for being reassigned a different room or roommate will be given to the student with the higher academic class standing as determined by the Office of the Registrar. Students who fail to cooperate with the room consolidation procedure may receive judicial documentation. University Housing retains the right to move students or terminate contracts of students who violate the terms of their contract agreement.

## Room Painting

Rooms cannot be painted. Students should report to the hall director any rooms which need painting or repair. Room/suite murals and writing on walls are not allowed. Contact paper with adhesive backing, markers, crayons and any kind of spray paint also are not allowed for decorating. The director of Housing must approve murals for individual floor lounges and hallways.

Students who violate the room painting policy may be subject to disciplinary action as well as assessed service charges.

## Room Inventory

During check-in and room changes, you should review the condition of your assigned room and write it down on the room inventory sheet. Be as detailed as possible. Each resident of the room is responsible for completing an inventory sheet and returning it to your resident assistant within 24 hours. The inventory sheet will be used during checkout to assess charges for damages or missing university property. Make sure both you and a resident assistant have signed the completed inventory sheet during check-in and checkout.

## Room Occupancy and Use

As an assigned occupant of the room, you are responsible for the behavior of guests and visitors in your room. You can only occupy and place belongings in your assigned room.

Residents may not use their rooms or mailing addresses for the purpose of conducting business where money or services are transacted.

To insure sanitary and congenial living conditions, periodic checks may be made during and between semesters or sessions. Rooms found in unsatisfactory condition must be cleaned immediately by the room occupants or they will be assessed charges for excessive cleaning done by the residence hall maintenance staff. Reasonable sanitary conditions must prevail.

## Room Parties

Residents are allowed a maximum number of two guests per resident per day or evening. Guests are defined as any nonresident of Oakland University residence halls. Residents also are allowed visitors, defined as Oakland University residence hall students who are not assigned to the room they are visiting. The total number of visitors, guests and assigned room residents cannot exceed a maximum of 8 people per room in a double room. In Hamlin Hall, for three-room suites (the caves) the maximum is 20 total in the suite. In designated triple rooms, the maximum is 12 people. Residents are responsible for the behavior of all guests and visitors in their room, including ensuring all persons in the room are abiding by all residence hall and university policies and procedures. Specific attention should be paid to the alcohol policy, which prohibits distribution of alcohol and underage drinking. **Residents must allow residence hall staff entrance into their room during a social gathering to ensure adherence to all university policies and procedures. Refusal to allow entry into the room could result in the involvement of Oakland University police as well as serious disciplinary action.**

## Single Rooms

All residence hall rooms are intended to have a minimum of two occupants. When less than full occupancy exists, students may be assigned a double room by themselves if their name is on the single room waiting list. In that circumstance, and at the discretion of the Housing office, the room assignment may be designated as a single and the occupant will be charged a premium as established by the Board of Trustees. Single assignments will not be made in rooms designed to accommodate three students. Students wishing to retain their guaranteed single must sign an Accommodation Rider to Contract for Residence Halls Services form for a single-room accommodation.

Single-rooms are located in the small halls; Hill, Van Wagoner, and Fitzgerald. These will be granted on a first-come, first-served basis from the single-room waiting list for upperclass students only.

Upperclass students who submit a valid residence hall contract may request to be placed on the single-room waiting list.

An exception to this policy will be granted for students with certified medical problems who require a single accommodation (i.e., extreme allergies, mobility or visual impairment). These individuals may request that the director of University Housing place them on a separate priority list. This list supersedes the regular single-room waiting list.

To whatever extent possible, assignments for physical limitations or impairments are on a first-come, first-served basis. Students requesting special accommodations must provide medical documentation with their request. However, in consultation with the university physician, the director may grant higher priority based on need for accommodation. Further, certified impairments take precedence over relieving over-assignments. Students with special accommodations are encouraged to register with the Office of Disability Support Services. Lastly, if it is necessary to create a single room accommodation for impaired individuals, the director will abridge the consolidation procedure to include requiring individuals in half vacancies to move from one floor or building to another.

## Smoking

Smoking is defined as having a lit cigar, cigarette, pipe or other lighted device. In accordance with the Oakland University smoking policy, modified effective August 15, 2004, smoking is not permitted in any location in the residence hall area including all student rooms, lounges, closets, laundry rooms, hallways, bathrooms and balconies. Residents or guests smoking outside the halls should smoke in designated areas or 25 feet from entrances and windows in undesignated areas. Complaints involving smoking by residence hall students and their guests

can be made to the resident assistants, the hall director of the building in which the alleged violation occurred, the director and assistant directors in the Department of University Housing, 448 Hamlin, 3570, or to the Dean of Students Office, 144 Oakland Center, 3352.

Residence hall students and their guests violating this policy may be subject to residence hall and university disciplinary action. State law also provides for a civil fine of not more than $100 for a first violation and a fine of not more than than $500 for a second or subsequent violation of the Michigan Indoor Clean Air Act (MCLA 33.12601 et. seq.).

## SOLICITATION AND DISTRIBUTION

The university has a policy for solicitation and distribution, which is available at the Dean of Students Office, 144 Oakland Center. Door-to-door solicitation and distribution is prohibited in the residence halls and university parking lots. If you encounter an individual or group soliciting and distributing in the residence halls, contact a residence hall staff member immediately.

## SPRING AND SUMMER SESSIONS

Students who will be enrolled in classes during spring and summer sessions and have submitted a residence hall contract will not have to move their belongings out of their old rooms until they check into their new rooms. Before the end of winter semester and spring session, students will receive detailed information regarding their new room assignments and the proper check-in procedures for spring and summer sessions. All residence hall policies and procedures listed in this handbook are enforced during spring and summer sessions.

## STAFF HARASSMENT

Harassment of a university employee is defined as any behavior, including gestures or swearing, that is directed at or in the presence of a staff person that is meant to intimidate or be combative while in the performance of his or her duty. Disciplinary action will be taken and may include suspension from the residence halls.

## STUDENT HARASSMENT

Harassment of a university student is defined as any behavior, including gestures or swearing, that is directed at or in the presence of a student that is meant to intimidate or be combative. Disciplinary action will be taken and may include suspension from the residence halls.

## TORNADO WARNINGS

Residence hall staff will notify residents when there is a tornado warning. Tornado sirens also will be heard around campus. A warning means a tornado

actually has been sited and you are to take cover immediately. Staff will direct you to the safest place in your building (usually the first floor or basement away from any windows) or you should follow the instructions posted on each floor. Everyone should take shelter until an all-clear is issued by the Oakland University Police Department.

If you are caught outside during a warning and do not have time to reach a building, seek shelter in a low area or ditch. Lie face down and cover your face with your forearm to protect against flying debris.

## Trespassing

To ensure the health and safety of all residence hall students and staff, access to any residence hall is governed by the following:

USE OF THIS FACILITY IS RESTRICTED TO RESIDENTS OF THIS BUILDING, UNIVERSITY EMPLOYEES AND BONA FIDE GUESTS OF RESIDENTS. UNAUTHORIZED ACCESS WILL SUBJECT VIOLATORS TO CRIMINAL PROSECUTION FOR TRESPASS, PURSUANT TO MCLA 750.552.

This notice is posted at all points of entry to the residence halls. If you encounter an unauthorized person in a residence hall, immediately contact a residence hall staff member or the Oakland University police.

## Unauthorized Entry

There are areas in and around the residence halls where students are not permitted for reasons of health and safety. Those areas include, but are not limited to, the roofs of all buildings, window ledges, mechanical maintenance rooms, custodial closets, steam tunnels and elevator shafts. Residents are not allowed to enter other resident rooms without the expressed permission of the occupants of the room. Residents also are not allowed to enter or store their belongings in unoccupied rooms.

Students violating this policy may be subject to severe residence halls and university disciplinary action.

## Weapons and Explosive Devices

Devices that can be used as weapons (knives, nunchuks, firearms, air rifles, BB guns, switchblades, etc.) or resemble weapons (water pistols, super soaker squirt guns, etc.) as well as any explosive devices (firecrackers, etc.) are prohibited in the residence halls.

## Windows and Outside Walls

Students cannot place objects, such as stereos or speakers; throw objects, such as bottles, paper or clothing items; and/or spit from open windows. Students cannot

lean out of, sit in, or walk in and out of open windows. Window screens must not be removed from windows. A $25 service charge may be assessed for replacing your window screen.

For health and safety reasons, as well as for the appearance of the buildings, banners, fliers, posters and other forms of advertisement are not allowed to hang outside from balconies, lounge windows or individual room windows. Outside walls cannot be defaced by chalk, any form of spray paint or food. For more appropriate suggestions on advertising a program or event, please contact the Housing office, 448 Hamlin, 3570.

Students violating this policy, which constitutes a hazard to personal health and safety and an individual's right to privacy, may be subject to disciplinary action and service charges.

## University Housing Judicial System

The purpose of the residence halls judicial system is to protect and preserve the residence halls community standards established by both students and staff. Through this joint partnership, both students and staff share equally in determining the kind of living environment that is most conducive to student growth and development. The judicial system provides a timely and orderly process for the investigation and adjudication of alleged violations of these community standards. Violations of residence hall policies may be adjudicated in one of the following manners:

A. An informal hearing with a hall director.

B. A formal hearing with the associate director for University Housing.

C. Students may be referred to the Dean of Students office for any and all violations, which may result in a university sanction (reprimand, probation, suspension or expulsion).

### Student Rights in the Judicial Process

An accused student has the right to:

A. select a student, faculty or administrative staff member of Oakland University to advise him/her throughout the hearing process.

B. be notified in writing of the date, time and place of the hearing; specific charge(s); nature of the evidence; and names of the witnesses to be presented at least 72 hours prior to the hearing.

C. receive substantive and procedural due process as required by law.

D. refuse to attend a hearing.

E. refuse to make self-incriminating statements.

F. make a statement on his/her behalf and use witnesses to present his/her case.

G. obtain written notification of the decision reached during the hearing.

H. appeal the decision to the director of University Housing.

I. waive any of the above rights.

## Disciplinary Sanctions

The judicial system used by university housing and the university is exercised as a part of the total learning process in the academic community. It is based on the premise that all individuals be held accountable for their behavior and operates based on a preponderance of evidence. The intention of the residence halls judicial system is to educate, not to punish. The goal in all judicial sanctions is to facilitate positive, responsible and constructive behavior changes.

Before disciplinary sanctions are issued, a student may receive a documented verbal warning from a residence hall or Nightwatch staff member. The purpose of a documented verbal warning is to record that a conversation took place between a staff member and a student regarding a policy violation. An accumulation of three documented verbal warnings will be reviewed and may result in further disciplinary action. A record of the documented verbal warning is kept on file for one year.

If a student receives a referral, an informal or formal hearing is held. If he or she is found responsible for violating a residence hall policy or policies, any one or more of the following disciplinary sanctions may be issued:

**University Housing Written Reprimand** – The purpose of a written reprimand is to point out the responsibility to meet certain minimum behavior standards. If the same action or any other violation of the policies and procedures of the residence halls is repeated, further disciplinary action will be taken. A record of the written reprimand is kept on file.

**University Housing Disciplinary Warning** – This is a strong written warning indicating the resident can expect more severe disciplinary action if the same action or any other violation of the policies and procedures of the residence halls is repeated. A record of the disciplinary warning is kept on file.

**University Housing Probation** – A resident placed on probation is not considered to be in good standing in the residence halls, and any further violation may lead to suspension or dismissal from the halls. A record of the probation status is kept on file.

**Suspension from University Housing** – A resident is suspended from the residence halls for a specific period of time during which all visitation privileges also are suspended. A written request must be submitted to the associate director for University Housing before readmission to the residence halls can be officially approved.

**Dismissal from University Housing** – A resident is dismissed permanently from living in the residence halls and all visitation privileges are revoked.

**Assessments** – Residents may be assessed for any damage they cause to residence hall property. If the identity of residents responsible for damage is unknown, members of the appropriate room, floor or building will share equally for damage charges. University Housing service charges also may be levied against students who violate residence hall policies and procedures.

**Additional Sanctions** – Additional sanctions, such as community service, work assignments, reading assignments and/or counseling, also may be issued.

A student's current disciplinary standing will be reviewed prior to issuing a disciplinary sanction. Judicial sanctions are cumulative. For example, if you are already on a residence hall warning and you are found responsible for violating another residence hall policy, the sanction issued may be the next level above the warning – either probation or suspension.

## Appeals for Judicial Sanctions

There is a formal appeal structure for all sanctions given as a result of any judicial proceeding. All decisions can be appealed within 10 business days of the mailing date of the written notification of the decision. The appeal must be submitted in writing to the person identified in the written notification of the decision, usually the housing or university staff member in the position one level above the individual who issued the sanction. Any questions regarding appeals for judicial sanctions may be directed to the associate director of University Housing.

## University Housing Service Charges

The following is a list of service charges for costs incurred as a result of inappropriate behaviors and/or activities:

| **Activity** | **Charge** |
|---|---|
| Failure to bus tray | $5 |
| Fire extinguisher/water (discharged) | $10 |
| University ID replacement | $10 |
| Beds, desks not reassembled | $25 |
| Excessively dirty bathroom | $25 |
| Excessively dirty floor | $25 |
| Excessively dirty foyer | $25 |
| Excessively dirty room | $25 |
| Failure to return loaner key/holiday core key | $25 |
| Fire extinguisher/chemical (discharged) | $25 |
| Improper checkout | $25 |

| | |
|---|---|
| Improper room preparation at recess and break closings | $20 |
| Late checkout | $25 |
| Minor damage to walls, doors, other surfaces | $25 |
| Posting of unapproved signs/banners | $25 |
| Recore | $25 |
| Removal of room window screens | $25 |
| University Housing furniture or property found in student rooms | $25 |
| Unauthorized room change | $25 |
| Altering of room fixtures (lights, closets, etc.) | $50 |
| Contact paper with adhesive backing found in room | $50 |
| Major damage to walls, doors, other surfaces | $50 |
| Failure to remove loft | $75 |
| Murals or writing on walls and doors | $75 |
| Unapproved room/floor lounge/hallway paint job | $75 |

### Appeals for Recess and Break Closing Service Charges

There is a formal appeal structure for all residence hall service charges associated with holiday recesses and semester/session breaks. All charges can be appealed within 10 business days of the mailing date of the written notification of the charge(s). The appeal must be submitted in writing to the assistant director of Residence Life. Any questions may be directed to the assistant director of Residence Life.

### Appeals for Other University Housing Service Charges

There is a formal appeal structure for all residence hall service charges associated with damages to university property and/or assessment of repair and replacement costs to individual residents, floors or buildings. All charges can be appealed within 10 business days of the mailing date of the written notification of the charge(s). The appeal must be submitted in writing to the assistant director of Residence Life. Any questions may be directed to the director of University Housing.

## University Housing Facilities and Services

### Cleaning, Room Check and Maintenance

Residents are responsible for what occurs in their rooms and for keeping their living quarters free of safety and sanitary hazards for congenial group living. Reasonable sanitary conditions must be maintained. Vacuum cleaners and other cleaning equipment may be checked out at the reception desks in Hamlin and Vandenberg halls.

The university reserves the right to inspect, maintain and repair all residence hall rooms at any time. If the inspection reveals objects that constitute safety or sanitary hazards, the owners will be required to remove them.

Residents will be assessed service charges and/or repair costs whenever masking tape, adhesive picture holders, nails, thumb tacks, decals, etc., cause damage to walls and doors as well as other wood and metal surfaces in student rooms and public areas. In the event that room repairs are needed, students should call the 24-hour Trouble Line, 2954. When making a maintenance request, students should be very specific as to the location and nature of the problem. The maintenance staff will exercise reasonable care while cleaning and repairing rooms, but the university is not responsible for personal items that are lost, damaged or stolen.

## Computer Network Connectivity Information

Oakland University provides Internet access to all on-campus residents through a wireless network in the residence halls, and both wired and wireless Internet in the University Student Apartments. Also, all students who visit specific campus areas, such as the Kresge Library and the Oakland Center, will have wireless access to the Internet as well. In order to use the wireless network on campus, students will need to make sure that their computers have wireless capabilities (802.11b or 802.11g standards). If a student is living in the University Student Apartments and wishes to connect to the wired network then their computer must contain a network card and have a Cat5 Ethernet cable. The following are strongly recommended specifications for all student computers.

- Pentium 4 compatible CPU or equivalent or newer computer
- 512 megabytes (MB) of RAM minimum (more memory generally improves responsiveness)
- 40 gigabytes (GB) of free hard disk space
- Zip Drive, CD-R, CD-RW or other backup system
- Operating systems: Windows 2000, Windows XP Home or Windows XP Professional (note that Windows XP Professional requires 256 MB RAM and with 500 MHz G3, 384MB RAM is required for Virtual PC)
- Laptop computers should have a built-in wireless card or wireless PC card built on the 802.11b or 802.11g operational standard. A 10/100 RJ45 Ethernet jack also is recommended.
- Desktop computers also should follow the above recommended specifications using PCI slot wireless access cards or USB external wireless access devices built on the 802.11b or 802.11g operational standard.

**Mac:**

- G4 or higher compatible processor, iMacs included*
- 512 megabytes (MB) of RAM minimum (more memory generally improves responsiveness)
- 40 gigabytes (GB) of free hard disk space
- Zip Drive, CD-R, CD-RW or other backup system
- Operating systems: Mac OS X 10.2 or greater
- AirPort or AirPort Extreme wireless access card or equivalent wireless access device built on the 802.11b or 802.11g operational standard; A 10/100 RJ45 Ethernet jack also is recommended.

*500 MHz G3, 384mb RAM is required for Virtual PC

All operating systems software (Windows Updates in particular) should be current. Computers also should have anti-virus, anti-spyware and firewall software installed.

**Wired Network**
For students living in the University Student Apartments who want to connect to the wired network, their computers must contain a network card and have a Cat5 Ethernet cable.

SOFTWARE: All operating systems software (Windows Updates in particular) should be current. Computers should also have anti-virus, anti-spyware and firewall software installed.

Please feel free to contact us with any questions you have regarding the computer network and the recommended specifications at 3570. You can also contact us at housing@oakland.edu.

## Emergency Closings

The university reserves the right to close any or all residence halls and to discontinue food service for the duration of any bona fide emergency caused by weather, power failures, strikes, riots, fires, disasters or other conditions beyond the control of the university that make it temporarily impossible or imprudent to maintain the residence halls or food service.

The university shall be under no obligation to abate fees or charges or to pay any damages (of any nature) as a result of any emergency closing for a period of one week or less.

## Food Service – Missed Meals and Sick Trays

The university agrees to provide four different meal plan options for residents on room and board contracts, depending on the type of contract a student signs. The university is not required to make allowances for meals missed during the semester. However, residents may utilize the take-out meals option a maximum of once per day for work and/or class schedule conflicts. This option is not available beginning with Friday dinner through the weekend. Sick trays are available to residents who cannot go to the dining center because of illness. Sick tray forms are available in the Housing office, online, and from your RA or hall director.

## Forwarding Mail

The desk receptionists handle forwarding U.S. mail. To ensure your mail will be forwarded after you check out, you need to fill out a change-of-address card and leave it at Hamlin or Vandenberg desks. First-class mail will be forwarded for a period of one year. Magazines and newspapers will not be forwarded. To continue to receive these publications, you should change your address with the publisher at least four weeks before moving.

## Trees and Wreaths

Live trees and wreaths are not allowed in individual rooms but may be purchased through house councils, with the approval of the hall director, for public lounge areas. A fire retardant spray must be used on all live trees and wreaths. A receipt verifying purchase of any tree or wreath displayed in a public lounge area must be given to the hall director. All trees and wreaths must be removed from lounges prior to departure for holiday recess. Floor, hallway or lounge decorating must pass fire code inspection. Paper products or flammable materials should not hang from ceilings nor cover walls. Light fixtures should not be covered.

## Laundry

Laundry machines are available in each residence hall for resident use only. Money or tokens are not needed to operate the machines. Mechanical difficulties with washers and dryers should be reported to the Trouble Line, 2954. Never leave your belongings and/or clothes unattended in the laundry room.

## Mail Service

Mail service will be most efficient if incoming correspondence is addressed in the following manner:

Name ________________________________
Room#______________ Hall_________________________________
Oakland University
2200 North Squirrel Road
Rochester, MI 48309-4401

Mail service is not available during weekends, holiday breaks or university closings, Students must pick up their mail from their mailbox using their room key. Desk receptionists will not distribute mail over the counter, nor will they accept CODs.

## Over-Assignments

The Housing office may assign a third occupant to a double room when the need arises. Normally, the third occupant in a double room will be reassigned within the first two weeks of class. If after the third week of class the third occupant has been reassigned, all residents of the over-assigned room will receive a prorated partial refund back to the first day of housing charges for the time spent in over-assignment.

## Parking

Residence hall students may park their automobiles in any designated parking area on campus. Between 2 and 6 a.m., cars must be parked in designated overnight parking areas only. All students are assessed a transportation (facilities usage) fee at registration.

If you do not use your car on a daily or regular basis, it is strongly encouraged by your peers that you do not park your car in the prime parking spaces closest to the residence halls. This allows those students who must use their cars on a daily or regular basis more personal safety and security while walking to and from their cars and the residence halls.

## Bicycles/Motorcycles

All bicycles should be parked in the racks located near each building. They cannot be parked or stored in or under any stairwell. Mopeds and motorcycles are not to be parked or stored inside any building, nor within 25 feet of buildings.

## Personal Safety (Oakland University Police Department)

Students are strongly encouraged to exercise sound judgment when making decisions regarding their personal safety. Students are not encouraged to travel alone on campus after dark and should park their cars in well-lighted and well-traveled areas. It is always good practice for residents to tell their roommates/suitemates when they are going out and when they will be back. Do not let strangers or suspicious characters into any residence hall.

If you are concerned about your safety, the safety of others or your property, or need any other kind of police assistance, you can contact the OUPD. They are a certified police department and available 24 hours a day.

For emergencies, call 911; for non-emergencies, call 3331; for the hearing impaired, call TDD, 3337.

## Pest Control

All pest problems should be reported to the Trouble Line, 2954, as soon as detected. The university contracts the services of an exterminator for pest control. Bug bombs are not permitted.

## PROTECTION OF PERSONAL PROPERTY

The university expects students to take reasonable precautions against theft of personal property by locking their doors whenever they leave their rooms. Because it is difficult to trace and identify stolen property, residents should keep a written record of the descriptions and serial numbers of all valuables as well as mark them permanently. The Oakland University Police offers this service. Records of these items should be kept in a location known only to the owner, but readily accessible and available to police officers in the event of theft. All losses should be reported to the hall director and the police. The Oakland University Police will take a statement from you and file a report of the theft (insurance companies require the loss be reported to the proper authorities before they will honor a claim).

The Department of University Housing strongly recommends all residents carry property insurance. Check your parent's or legal guardian's homeowners insurance to see if your personal property is covered.

## RECEPTION DESKS

The Hamlin Reception Desk is located on the fourth floor of Hamlin Hall in the main lobby area. Its hours of operation during the academic year are: 9 a.m. - 10 p.m., Monday through Thursday; 9 a.m. - 8 p.m., Friday; and 1 - 8 p.m., Saturday and Sunday. The Hamlin Desk is open during spring and summer sessions. The phone number for Hamlin Desk is 2953.

The Vandenberg Reception Desk is located on the first floor of Vandenberg Hall between the two towers. Its hours of operation during the academic year are: 9 a.m. - 8 p.m., Monday through Friday. The Vandenberg Desk is closed weekends and during spring and summer sessions. The phone number for Vandenberg Desk is 2886.

The following services are available at both reception desks (except where indicated):

- Change
- U.S./Campus mail distribution
- Cleaning equipment
- Games, magazines
- Toilet paper*
- Vending machine refunds
- Telephone numbers
- Fax (only at Hamlin)
- Tools
- Stamps

Packages can also be picked up at the reception desk. An OU student ID is required to claim all packages.

**NOTE: You may not stockpile rolls of toilet paper in your room or suite. The limit is two rolls per room or four rolls per suite. Disciplinary action may result if stockpiled rolls of toilet paper are found in your room or suite.*

### Residence Hall Contract

The contract between the student (resident) and the Department of University Housing (university) is for residence hall occupancy by the student. It begins on the date specified in the residence hall assignment letter and terminates at the end of the academic year. Signing the contract will immediately constitute legal obligations on both parties (the resident and the university). Both parties are required to live up to the terms and conditions of the contract unless the resident terminates his/her contract or the expiration date of the contract has passed.

### Residence Hall Payment

The resident agrees to pay residence hall fees according to the residence hall payment schedule as determined by the university. The payment schedule will be made part of the contract. All payments are made through Student Accounts, 120 NFH.

### Resident Rooms

The university furnishes the following items in each room: beds, mattresses, mattress pads, study space, wastebaskets, desks, bookshelves, telephone, venetian blinds and/or vertical blinds. All residence hall rooms are carpeted. Residents need to furnish the following items: sheets, blankets, pillows, pillowcases and towels. Students also are permitted to bring clocks, radios, TVs, VCRs, stereos, personal computers, additional lamps (except halogen) and bookcases. Freestanding lofts are permitted except in Hamlin Hall. Waterbeds are prohibited. Cooking is not permitted in resident rooms. Questions as to the appropriateness of any given item may be directed to the Housing Office, 448 Hamlin.

## Learning Communities

Oakland University's learning communities are residential programs within the residence halls that promote maximum student involvement and interaction in specific interest areas. Each learning community offers its residents the unique opportunity to enjoy the convenience of living on campus within a smaller community of scholars. Utilizing faculty and staff interaction, program development, and student involvement, each community is a partnership that provides exciting programming opportunities while delivering high-quality services to residents. This coordination and collaboration between faculty, staff and students produces exciting and productive academic outcomes for all resident participants, including academic program enrichment, consistent advising opportunities, strong connections to faculty members, and an overall sense of partnership between all members of the community including faculty, staff and students.

Residents on these floors or in these halls complete a commitment form that outlines resident expectations and community standards.

Please take a moment to read the following information on the many advantages to living on campus and participating in a learning community.

## Residential Honors College Community

This academically focused community, open to about 120 students each year, provides expanded opportunities for academic-related activities and interactions with faculty from a variety of disciplines. Residents participate in creative research, colloquia, scholarly and extracurricular activities as well as leadership and service opportunities. For Honors College and Scholars students, this learning community program complements their chosen academic discipline by integrating the arts, sciences and professional fields. The Scholars Floor living option is available to new students who excel academically and to all Honors College students.
**Location: 3-5 West Vandenberg Hall**

## Community Outreach Floors

The Community Outreach learning floors offer residents the opportunity to supplement their academic experience by participating in a number of exciting community service projects. From the Detroit Institute of Arts to the Animal Rescue League, residents are exposed to and gain experience with a variety of organizations and community outreach programs. Residents also have access to faculty members who link them with various projects and activities. The programs and activities offered to residents help broaden their life experiences. One of the many positive outcomes for residents is the increased job marketability as a result of their experience with community outreach activities and projects. Additionally, a number of academic majors at Oakland University mandate community service involvement as a graduation requirement.

This community is open to all upper division Oakland University residence hall students who understand and appreciate the value of assisting society's nonprofit organizations.
**Location: 7 West Vandenberg Hall**

## First Year Experience

The FYE Residential Community is open to all first-year residence hall students. The goal of this program is to provide activities and programs that immerse residents in the college experience, assisting with academic and social transitions. Residents interact with faculty and staff from a variety of related academic disciplines and departments, all of whom have expertise related to supporting first-year students.Community programs include films, discussions, field trips and social events.
**Location: Hamlin Hall**

## School of Nursing Living Learning Community

The School of Nursing Living Learning community is for first year students who have declared nursing as their intended major. This community is designed to ease the transition into college and enhance each student's chance for success by combining the benefits of living on campus and pre-nursing requirement. Admittance to the school of nursing can be very challenging. While participation doesn't guarantee admittance, it provides a great opportunity to study, learn, grow and interact with students who have the same academic focus and dedication. It also allows for close interaction with many of the services, programs and students in the School of Nursing. Students must meet qualification and apply for admittance to this program.

**Location: Vandenberg Hall**

## Security

Building security is a concern and responsibility for all residents. Residents must avoid taking actions that jeopardize residence hall security and must report security concerns and violations immediately to the hall staff and/or university police. It is your responsibility and that of your guest(s) to comply with building security procedures and policies. Failure to comply with posted or announced security regulations subjects the offender to university disciplinary and/or administrative action, including fines.

## Telephones

All student rooms are equipped with telephones that allow residents to receive calls and provide on-campus service. Residents who want local and long distance telephone service should use a cell phone or public phone on campus.

All university telephones in student rooms are equipped with voice mail. You cannot supply your own telephone or hook up an answering machine with this system. See Appendix III for instructions on how to use your voice mail. Additional questions can be answered by any residence hall staff member.

Problems with your telephone should be reported to Telecommunications at 4590. You will be asked for your room number, phone number, problem description and time you will be available in your room so a telephone technician can repair it. Residents can be held responsible for damage to their university telephone.

If students and their guests are found abusing or tampering with the university telephone system (i.e., making crank, obscene or harassing phone calls; dialing 911 when there is no emergency), they will be subject to disciplinary action by the residence halls and/or the university as well as legal action.

## Vacating Rooms

At the end of each semester, residents are expected to vacate their rooms within 24 hours after their last final exam or by the designated time on the last day of final exams, whichever comes first. Residents with late examinations or special problems that prevent them from leaving on time should make arrangements in advance with the hall director (see pages 46-51). Last minute requests may not be honored. Residents may leave their belongings in their room between fall and winter semesters if they are returning to the same room. Residents must move all their belongings out of their assigned room at the end of fall semester if they are not returning for winter semester. Residents must move all their belongings out of their assigned rooms at the end of winter semester if they are not returning for the summer session.

## Vending

Most residence halls have vending machine areas. Continuation of vending machine services is wholly dependent upon nonabusive treatment of the machines. Money lost in vending machines may be claimed at the Student Affairs office or the Hamlin or Vandenberg desks.

# Appendixes

## Appendix I

## Residence Hall Student Bill of Rights

Each residence hall student possesses certain individual rights and responsibilities that must be held in high regard. Each resident also must respect the rights of other students. This document defines the rights and responsibilities of residence hall students, in actualizing their freedoms, without placing constraints upon such rights of other residents.

The basic rights of a residence hall student include:

1. The right to read, study and sleep in one's room as well as utilize any residence hall area for its intended purpose, free from undue interference (i.e., unreasonable noise and other distractions) that inhibits the exercise of this right.
2. The right to expect that a roommate will respect one's personal belongings.
3. The right to a clean environment in which to live.
4. The right to free access to one's room and facilities without pressure from a roommate.
5. The right to privacy.
6. The right to host guests with the expectation that guests are to respect the rights of the host's roommate and other residence hall students.
7. The right to redress grievances free from fear of intimidation, physical harm and/or emotional harm, including the right to due process.
8. The right to expect reasonable cooperation in the use of "room-shared" appliances (telephone, etc.).
9. The right to expect properly functioning facilities and equipment within the residence halls that have been provided for residence halls usage as well as timely maintenance of these facilities and equipment when problems arise.

These rights are subject to review by the House Policy Committee, in conjunction with the director of University Housing, in accordance with the policies of Oakland University Housing. Process of mediation involving students and residence hall staff is the primary process by which conflicts are resolved. Nothing in the Residence Hall Student Bill of Rights and/or its implementation shall deny any individual her/his basic rights guaranteed under the United States Constitution nor deny other alternatives for redress of grievances that are available under the individual's status as a student and as a citizen of the state of Michigan.

*Oakland University House Policy Committee*
*Residence Halls Council*

## Appendix II

## Telephone Dialing Instructions

Campus calls: Dial the four-digit number.

## Appendix III

## How to Use Voice Mail at Oakland University

When you're accessing voice mail, a Siemens PhoneMail system, for the first time, it will ask you for your password. Press 111 (three ones). It then will ask you to enter a new password. You should have a four-digit code or more (up to 24 digits) in mind. There is only one password per phone. Please make sure only your roommates know the password. REMEMBER: Once you program your password, only you and your roommates will know it, so please remember what it is.

1. On Campus: Dial 4244 and wait for an announcement to play.
   Off Campus: Dial (248) 370-4244 and wait for an announcement to play.
2. During announcement, press # or enter your mailbox number and then press #.
3. Enter your password.

**How to check your messages**
PhoneMail will tell you how many messages you have (10 messages per mailbox; two-minute maximum per message).

**To listen:**

A. Press 3 to listen to your messages.

B. Press *6 to delete or *4 to save the message you are listening to (messages will remain in your mailbox for two weeks).
   If you wish, you also can press:
   *73 to replay message from beginning
   *78 to replay the last few words
   *93 to skip to the end of the message
   *2 to skip to the next message

C. Repeat steps A and B to check each additional message.

D. When you are finished checking messages, press *76 to end your PhoneMail session.

**How to change your password**

A. Press 93 to change your security code.

B. Enter your new password followed by *.

**How to record or change a mailbox greeting**

A. Press 811 to record your greeting.

B. Press *73 while recording the greeting to stop and replay your greeting.

C. Press *61 while recording the greeting to delete and rerecord it.

D. Press *# when finished recording the greeting.

## Recess Closing Procedures

*Thanksgiving, semester break and winter recess charges are not included in the 2006-2007 room and board fees.*

### Thanksgiving Recess

**Thanksgiving, holiday and winter recess charges are not included in the 2008-2009 room and board fees.**

**Halls Close**
Wednesday, November 26, 2008, at 6 p.m.
All building entrances will be locked and no access will be allowed during the recess.

**Opening**
Sunday, November 30, 2008, at 3 p.m.

**Reception Desks**
Closing – Wednesday, November 26, 2008, at 5 p.m.
Opening – Monday, December 1, 2008, at 9 a.m.

**Food Service**
**Last meal before recess** — Vandenberg Dining Center closes at 2 p.m. on November 26, 2008. Pioneer Food Court closes at 6 p.m. that same day.

**First meal after recess** – Breakfast on Monday, December 1, 2008.

**Recess Housing Exceptions to Stay**
All requests to stay late, overnight or over the recess must be made in writing by submitting a General Closing Exception Request form to your hall director by 5 p.m. on Friday, November 14, 2008.

If granted permission to stay over this recess, a charge of $20 must be paid by cash when the holiday key is picked up in the Housing Office between 8 a.m. and 5 p.m. on Monday, November 24, 2008. Late requests may not be approved.

The holiday key must be returned by 5 p.m. on Monday, December 1, 2008. If it is not, a late fee of $25 may be assessed.

**Room Preparations**

1. All electrical appliances must be unplugged, including bar plugs if other appliances are attached to it. Only refrigerators can remain plugged in over this recess.
2. Special permission must be requested for aquariums to remain plugged in over this recess. It must be submitted in writing to your hall director by 5 p.m. on Friday, November 14, 2008.
3. Remove all garbage from room/bathroom/foyer areas.
4. Venetian or vertical blinds must be pulled up or open, except for the first floor of each building where the blinds should be pulled down or closed.
5. Failure to prepare your room and/or suite for this recess will result in a $20 service charge to all residents in the room and/or suite.
6. Any student found in the halls after 6 p.m. without an exception to stay will receive a $25 late checkout charge.

## Semester Break (Holiday Recess)

**Halls Close**
Friday, December 12, 2008, at 6 p.m.
All building entrances will be locked and no access will be allowed during the recess.

**Opening**
Monday, January 5, 2009, at noon.

**Reception Desks**
**Closing** – Friday, December 12, 2008, at 5 p.m.
**Opening** – Tuesday, January 6, 2009 at noon.

**Food Service**
**Last meal before recess** — Vandenberg Dining Center closes at 2 p.m. on December 12, 2008. Pioneer Food Court closes at 6 p.m. that same day.

**First meal after recess** – Breakfast on Tuesday, January 6, 2009.

**Recess Housing Exceptions to Stay**
All requests to stay late, overnight or over the recess must be made in writing by submitting a General Closing Exception Request form to your hall director by 5 p.m. on Friday, December 5, 2008.

If granted permission to stay over this recess, a charge of $5 per night must be paid by cash when the holiday key is picked up in the Housing office between 8 a.m. and 5 p.m. beginning Wednesday, December 10, 2008. Late requests may not be approved.

The holiday key must be returned by 5 p.m. on Tuesday, January 6, 2009. If it is not, a late fee of $25 may be assessed.

**Room Preparations**

1. All electrical appliances must be unplugged, including bar plugs if other appliances are attached to it. Refrigerators cannot remain plugged in over this recess. All food items must be removed and the door should be left ajar so the unit will not mildew.
2. Special permission must be requested for aquariums to remain plugged in over this recess. It must be submitted in writing to your hall director by 5 p.m. on Friday, December 5, 2008.
3. Remove all garbage from room/bathroom/foyer areas.
4. Venetian or vertical blinds must be pulled up or open, except for the first floor of each building where the blinds should be pulled down or closed.
5. Failure to prepare your room and/or suite for this recess will result in a $20 service charge to all residents in the room and/or suite.
6. Any student found in the halls after 6 p.m. without an exception to stay will receive a $25 late checkout charge.

## Winter Recess ("Spring Break")

**Halls Close**

Friday, February 20, 2009 at 6 p.m.
All building entrances will be locked and no access will be allowed during the recess.

**Opening**

Sunday, March 1, 2009, at 3 p.m.

**Reception Desks**

**Closing** – Friday, February 20, 2009 at 5 p.m.

**Opening** – Monday, March 2, 2009 at 9 a.m.

**Food Service**

**Last meal before recess** — Vandenberg Dining Center closes at 2 p.m. on February 20, 2009. Pioneer Food Court closes at 6 p.m. that same day.

**First meal after recess** – Breakfast on Monday, March 2, 2009.

**Recess Housing Exceptions to Stay**
All requests to stay late, overnight or over the recess must made in writing by submitting a General Closing Exception Request Form to your hall director by 5 p.m. on Friday, February 13, 2009.

If granted permission to stay over this recess, a charge of $40 must be paid by cash when the holiday key is picked up in the Housing Office between 8 a.m. and 6 p.m. from Wednesday, February 18, 2009 – Friday, February 20, 2009. Late requests may not be approved.

The holiday key must be returned by 5 p.m. on Monday, March 2, 2009. If it is not, a late fee of $25 may be assessed.

1. **Room Preparations**
   All electrical appliances must be unplugged, including bar plugs if other appliances are attached to it. Only refrigerators can remain plugged in over this recess.
2. Special permission must be requested for aquariums to remain plugged in over this recess. It must be submitted in writing to your hall director by 5 p.m. on Friday, February 13, 2009.
3. Remove all garbage from room/bathroom/foyer areas.
4. Venetian or vertical blinds must be pulled up or open, except for the first floor of each building where the blinds should be pulled down or closed.
5. Failure to prepare your room and/or suite for this recess will result in a $20 service charge to all residents in the room and/or suite.
6. Any student found in the halls after 6 p.m. without an exception to stay will receive a $25 late checkout charge.

## Semester Break Check-Out Procedures

### End of Fall Semester

*For residents not returning winter semester, you must complete and submit a contract release form to the Housing Office prior to checkout.*

**Halls Close**
Friday, December 12, 2008, at 6 p.m.

**Housing Office Closes**
Friday, December 12, 2008, at 5 p.m.

**Reception Desks Close**
Friday, December 12, 2008, at 5 p.m.

**Food Service**

Vandenberg Dining closes at 2 p.m. on December 12, 2008.
Pioneer Food Court closes at 6 p.m. that same day.

**Break Housing Exceptions to Stay**

Anyone with an examination schedule or travel arrangements that create difficulties in leaving by 6 p.m. must submit in writing a request to stay late or overnight to the hall director or assistant director of Residence Life by 5 p.m. on Friday, December 5, 2008. Late requests may not be approved.

**Check-Out Procedures**

1. Clean your side of the room/suite for all trash and unwanted articles. Make sure there is the right amount and kind of furniture on your side of the room; it must be assembled properly, including the bed.
2. Have your room inspected by an RA. Make sure you and the RA sign your inventory sheet and check-out envelope.
3. Complete and return your check-out envelope, with your room key enclosed, as well as your inventory sheet to the Housing office, 448 Hamlin, by 6 p.m. on Friday, December 12, 2008.
4. Make sure both your inventory sheet and check-out envelope are signed by the RA who checked you out. You are responsible, not the RA who checked you out, for turning in your check-out envelope and inventory sheet to the Housing Office.
5. Failure to clean your room, reassemble your beds and desks, return your room key, and/or not get your check-out envelope or inventory sheet signed by an RA will result in a $25 service charge for each procedure you do not follow.
6. If you are found in the halls after 6 p.m. without an exception to stay, you will be charged $25 for late checkout.

**Additional Check-Out Information:**

1. Make sure your "Change of Address" card is returned to Hamlin or Vandenberg desks. This is important because the forwarding address on the check-out envelope is not utilized for forwarding mail.
2. Lofts must be taken down by 9 p.m. on December 6, 2008, or April 19, 2009. Loft storage is not available.
3. A $25 charge for recore will result if your room key is not returned.
4. All trash and unwanted articles are to be put in trash bags (available at Hamlin and Vandenberg desks) and taken to an incinerator room. If a floor is found to have trash and unwanted articles in the hallway or lounge after checkout, each resident of that floor will be charged $15.

## End of Winter Semester (for all residents)

*NOTE: All students are required to check out after they complete their last final exam.*

**Halls Close**
Tuesday, April 28, 2009, at 8 p.m.

**Reception Desk Close**
Friday, April 28, 2009, at 5 pm.

**Food Service**
Vandenberg Dining closes at 2 p.m. on April 28, 2009.
Pioneer Food Court closes at 6 p.m. that same day.

**Break Housing Exceptions to Stay**
Anyone with an examination schedule or travel arrangements that create difficulties in leaving by 8 p.m. must submit in writing a request to stay late, overnight or over this break to the Hall Director or Assistant Director of Residence Life by 5 p.m. on April 19, 2009. Late requests may not be approved. Requests due to employment may be denied.

**Check-Out Procedures**

1. Clean your side of the room/suite for all trash and unwanted articles. Make sure there is the right amount and kind of furniture on your side of the room; it must be assembled properly, including the bed. The room must be put back in its original condition as indicated on your inventory sheet at check-in. A service charge will result if not.
2. Remove all your possessions from your room/suite.
3. Proceed to a centralized check-out location to have an RA check you out of your room/suite. Residents of Hamlin and Van Wagoner should go to 401 Hamlin. Residents of Fitzgerald and Vandenberg should go to Vandenberg Lounge. The schedule for centralized checkout is as follows: April 27, 2009, from noon - 8 p.m. and April 28, 2009, from 9 a.m. - 8 p.m.
4. Moving carts will be available during centralized check-out hours. One cart per student. The carts are available in 401 Hamlin and at Vandenberg Desk. You must have a valid OU ID to sign out a cart.
5. If you wish to check out before noon on April 27, 2009, you must make special arrangements with a resident assistant.
6. Have your room/suite inspected by an RA. Make sure you and the RA sign your inventory sheet and green check-out envelope.
7. Complete and return a sealed check-out envelope, with your room key enclosed, to Hamlin Desk, Vandenberg Desk, 401 Hamlin, or the Housing office, 448 Hamlin.

8. Lofts must be taken down by 9 p.m. on December 6, 2008, or April 19, 2009. Loft storage is not available.
9. Make sure both your inventory sheet and check-out envelope are signed by the RA who checked you out. You are responsible for turning in your check-out envelope to any of the locations listed above.
10. Failure to check out properly will result in a $25 service charge.
11. If you are found in the halls after 8 p.m. on April 27, 2009, without an exception to stay, you will be charged $25 for late checkout.

# At Home on Campus USA

## University Student Apartments



## LIVING IN A COMMUNITY

Whether you live on campus, off campus, in an apartment or family home, you must remember you are a member of the surrounding community. That community includes your apartment-mate, guests, neighbors and anyone else with whom you come into contact while living in the University Student Apartments (USA). Most of your neighbors/roommates have lived in a structured residential setting for many years and pride themselves on being aware of the rules and regulations of college campus living. It is your responsibility to be aware of these rules and regulations as you become accustomed to apartment and campus living.

### ALCOHOL

The University Student Apartments and Department of University Housing is part of a larger community and, as such, is not only governed by its own regulations but by university policies and state law. The State of Michigan establishes the age at which alcohol consumption is legal. No person under the legal drinking age of 21 shall possess or consume alcohol, and no person shall buy for or distribute alcohol to minors. The privilege of drinking alcohol is extended only to those of legal age in their private apartments.

Alcohol possession (including open cans, bottles, cups, squeeze bottles, etc.) and consumption is not allowed in any public area within the apartments, including hallways and common areas. Alcohol containers and returnables must be wrapped or contained in a bag or other packaging so the contents are not visible. It is not acceptable to hide alcohol containers in pockets or under coats and shirts. Alcohol bottles and containers also may not be used as decorative items in any apartment. Kegs and other common sources or consumption paraphernalia also are not permitted in the apartments.

### APARTMENT COMMUNITY ASSISTANTS

Community assistants are live-in student staff members. Your apartment community assistant (ACA) can be one of the most helpful and resourceful people you interact with at Oakland University and is probably the first person you will meet on the student housing team. Your ACA's overall responsibility is to provide leadership and support for you and the other residents in the building. ACAs are carefully selected for their leadership potential, interpersonal skill, positive attitude and sense of commitment. As a peer, ACAs are a source of information and referral help and assist residents in adjusting to campus life, including academic concerns, roommate relationships, and other matters. Programs developed at USA are targeted toward the needs of older students, and there is no forced participation. However, to fulfill the needs of this new community, your support is greatly appreciated.

### Apartment Gatherings/ Parties

The total number of visitors, guests and assigned room residents cannot exceed 25 people for four-bedroom apartments, 20 people for three-bedroom apartments and 15 people for two-bedroom apartments. Specific attention should be paid to the alcohol policy, which prohibits distribution of alcohol and underage drinking. Residents must allow housing staff entrance into their apartments during social gatherings to ensure adherence to all university policies and procedures. Refusal to allow entry into the apartment could result in the involvement of Oakland University Police as well as serious disciplinary action.

### Cable

Basic cable is included in your apartment agreement. Satellite dishes are not permitted. Residents experiencing trouble with their cable or who wish to order additional services can contact the Manager's Office at (248) 370-2581 to make an appointment with Comcast Cable. All other questions regarding cable service can be directed to Comcast Cable at (248) 334-1144.

### Check-Out Procedures

- You must plan to be checked out of your apartment by the last day of final exams (no later than the end of the current academic semester).
- You must check out of the apartment and bedroom you were assigned by the university.
- Clean your bedroom and/or apartment of all belongings, trash, etc. If the maintenance staff has to clean your bedroom or apartment, you will be charged a minimum of $100.
- Make sure you have the right amount of furniture in your apartment/bedroom.
- There will be a centralized check out period at the end of each semester and ACAs will be available to check you out of your apartment. If you need to move out before or after the centralized check out, you will need to make an appointment with an ACA in advance.
- The ACA will compare your apartment's condition to the inventory sheet you completed at the beginning of the fall semester. Both you and the ACA must sign the check-out envelope and inventory sheet before they are turned in. Secure your keys in the check-out envelope and return it to the Manager's Office or give it to the ACA checking you out.
- Residents who are vacating before their rental agreement ends must complete a Contract Release Form. Contract release forms can be picked up in the Manager's Office.
- Complete and return a change-of-address card to the Manager's Office.

You will be charged $25 for improper checkout if any of the above guidelines are not followed. You also will be charged $25 to change the locks on your apartment if your keys are not returned.

The latest appointment we will accept for checkouts during these hours is 4:30 p.m. The office phone number is (248) 370-2581.

## COMMUNITY COURTESY AND QUIET HOURS

Courtesy hours are in effect 24 hours a day, and quiet hours are in effect from 11 p.m. to 7 a.m., Monday through Thursday, and 1 a.m. to 7 a.m. Friday and Saturday. Good neighbors respect the rights and privileges of others and recognize that apartment living requires each resident be aware of how behavior in one apartment affects residents in other apartments. Residents of the University Student Apartments (USA) are here for the sole purpose of furthering their education. It is the mission of the Department of University Housing to maintain University Student Apartments in a friendly and academic atmosphere. If at anytime you disturb others with excessive noise, you are obligated and expected to decrease or discontinue it.

## COMMUNITY HOUSE

The community house, located in Building 4000, is the official student lounge for the University Student Apartments. It includes a TV and a pool table, and it is available for resident use only and guests of residents. Residents living in USA can access the building Monday - Friday from 8 a.m. - 10 p.m. and Saturday and Sunday from noon - 10 p.m. The community room cannot be scheduled or closed for any private function unless the event is open to all USA residents and is sponsored by University Housing. The space also includes an e-mail station for student use.

## COMPUTER NETWORK CONNECTIVITY INFORMATION

Oakland University provides Internet access to all on-campus residents through a wireless network in the Residence Halls, and both wired and wireless Internet in the University Student Apartments. Also, all students who visit specific campus areas, such as the Kresge Library and the Oakland Center, will have wireless access to the Internet as well. In order to use the wireless network, on campus students will need to make sure that their computers have wireless capabilities (802.11b or 802.11g standards). If a student is living in the University Student Apartments and wishes to connect to the wired network then their computer must contain a network card and have a Cat5 Ethernet cable. The following are strongly recommended specifications for all student computers.

We recommend laptops with the following specifications:

- Pentium 4 compatible CPU or equivalent or newer computer
- 512 megabytes (MB) of RAM minimum
  (more memory generally improves responsiveness)
- 40 gigabytes (GB) of free hard disk space
- Zip Drive, CD-R, CD-RW or other backup system
- Operating systems: Windows 2000, Windows XP Home or Windows XP Professional (note that Windows XP Professional requires 256 MB RAM and with 500 MHz G3, 384MB RAM is required for Virtual PC)
- Laptop computers should have a built-in wireless card or wireless PC card built on the 802.11b or 802.11g operational standard. A 10/100 RJ45 Ethernet jack also is recommended.
- Desktop computers also should follow the above recommended specifications using PCI slot wireless access cards or USB external wireless access devices built on the 802.11b or 802.11g operational standard.

**Mac:**

- G4 or higher compatible processor, iMacs included*
- 512 megabytes (MB) of RAM minimum (more memory generally improves responsiveness)
- 40 gigabytes (GB) of free hard disk space
- Zip Drive, CD-R, CD-RW or other backup system
- Operating systems: Mac OS X 10.2 or greater
- AirPort or AirPort Extreme wireless access card or equivalent wireless access device built on the 802.11b or 802.11g operational standard; A 10/100 RJ45 Ethernet jack also is recommended.

*500 MHz G3, 384mb RAM is required for Virtual PC

All operating systems software (Windows Updates in particular) should be current. Computers also should have anti-virus, anti-spyware and firewall software installed.

**Wired Network**
For students living in the University Student Apartments who want to connect to the wired network, their computers must contain a network card and have a Cat5 Ethernet cable.

SOFTWARE: All operating systems software (Windows Updates in particular) should be current. Computers should also have anti-virus, anti-spyware and firewall software installed.

Please feel free to contact us with any questions you have regarding the computer network and the recommended specifications at 3570. You can also contact us at housing@oakland.edu.

## Conditions of Occupancy

Residents must be currently enrolled Oakland University students during the duration of the apartment contract. A student's university account must be current before an apartment assignment is made. After an assignment has been made, the resident's account must remain current.

## Consolidation

Consolidation refers to a partially vacated apartment where one to two residents are the sole occupant in a two-, three- or four-bedroom apartment. During the apartment assignment process, residents will receive a written notice from the Manager's Office indicating they must do one of the following:

1. Find a new apartment mate(s). The Manager's Office will provide a list of residents looking for roommates.
2. Be reassigned to a new apartment.

Residents who do not respond to the written notification will, at the discretion of the Manager's Office, be:

1. Reassigned to a different apartment.
2. Assigned a new apartment and/or apartment mates(s).

Preference for being reassigned a different apartment or roommates will be given to the student with the higher academic class standing as determined by the Office of the Registrar.

## Contract Release Procedures (termination of contract)

Students requesting termination of their apartment agreement must apply for a contract release. Contract release forms are available in the Manager's Office, 4005 Meadow Brook Drive or in the Housing Office, 448 Hamlin Hall. Once your contract release is processed, you will be given a specific date and time by which you will have to move out of your assigned apartment. If that deadline is not met, it will be considered an improper checkout and will result in a $25 service charge. If a resident moves out of the apartment without receiving a contract release, charges will continue until the contract release has been processed or the contract expired. Apartment charges do not officially stop until your check-out envelope, signed and dated by you and the apartment community assistant checking you out, has been returned to the Manager's Office, 4005 Meadow Brook Drive. You must follow the proper check-out procedures for contract releases (see check-out procedures for the University Student Apartments below). All students requesting and receiving approval to cancel their agreement will be charged a penalty as indicated in the terms and conditions of the agreement.

## Cooperation and Compliance with Staff

Residents and guests are required to comply or cooperate with any university staff member's reasonable request. A university staff member is defined as any university employee, including all University Student Apartment staff including Apartment Community Assistants and the Apartment Coordinator. Failure to cooperate or comply will be viewed as a violation of this policy and result in disciplinary actions. Any behavior viewed as interfering with a university staff member while in the performance of his/her duty also may result in disciplinary action.

## Damages

Residents will be held responsible for any and all damages to the apartment unit, its furniture, appliances and equipment, and for maintaining the unit in a safe and sanitary manner. Residents are responsible for making an appointment to have the apartment inspected prior to the resident's departure. If the apartment is not surrendered in a clean and orderly condition, the residents will be charged for the expense of any additional cleaning. An apartment inventory checklist must be completed and turned in to the manager one (1) week following move-in.

## Disorderly Conduct

Residents engaging in disruptive behavior (i.e., physical abuse, fighting, malicious destruction of property, uncontrolled horseplay, water fights, sports in the hallways, pranks, other rough play, etc.) that could endanger their own health and safety and/or that of other residents and guests will be subject to severe disciplinary action that could include immediate suspension from the residence halls. In-line skating is not permitted in university housing or other university buildings.

## Drugs

No person shall possess, consume, manufacture, dispense, be in the presence of or under the influence of illegal drugs or engage in improper self-medication while on university property or university business. This is a violation of the terms and conditions of your apartment contract. No person shall possess or utilize paraphernalia used explicitly for drug use (e.g., bongs, rolling papers, hookah pipes, scales, roach clips, etc.).

## Emergency Closings

The university reserves the right to close any or all residence halls and/or apartment buildings and to discontinue food service for the duration of any bona fide emergency caused by weather, power failures, strikes, riots, fires, disasters or other conditions beyond the control of the university that make it temporarily impossible or imprudent to maintain housing and/or food service. The university shall be under no obligation to abate fees or charges or to pay any damages (of any nature) as a result of any emergency closing for a period of one week or less.

## Entering Student Apartments/Rooms

Staff have "a right of entry or access" into apartments and bedrooms. This means University Housing staff has permission to enter your apartment. Normally, staff may enter student rooms only with permission of the student or other legal authority. However, staff may enter student rooms when there is reason to suspect imminent danger to health, safety or property of a resident or guest; to take inventory of university owned equipment; to inspect the room for damage and physical maintenance; during fire drill procedures; and if there is reason to believe a resident or guest is violating the housing agreement or any university or housing policy or procedure. Staff members, when entering student rooms for reasons listed above, will report any visible or suspicious contraband or violations of residence hall, student apartments and/or university policies.

## Firearms, Explosives and Inflammables

It is strictly prohibited to possess or use firearms and other weapons on university property. Also prohibited is the possession or use of firecrackers, gunpowder, explosives, incendiary devices, or other materials that endanger health or safety. This includes storage of kerosene, gasoline, naphtha, benzene, or any other explosive and/or inflammable material on university property. No person shall display, possess, use or intend to use firearms, dangerous weapons, explosives or other hazardous objects. Weapons, explosives and other hazardous objects covered by this regulation include, but are not limited to, the following:

- all handguns, rifles and shotguns
- all BB guns, pellet guns, air/CO2 guns, paint guns and blow guns
- all longbows, crossbows and arrows
- all knives (with exception of culinary knives used solely in kitchens)
- all fireworks, explosives, laboratory chemicals, dangerous compounds, gunpowder, firearm ammunition and flammable petroleum fuels
- all martial arts weapons (e.g., nunchuks and throwing stars)
- any item used as a weapon in the commission of a crime
- any operative animal trap or other device that is used to ensnare animals
- Items such as mace or pepper gas that are used inappropriately may be considered a weapon.

## Fire Equipment

Firefighting equipment is located in each apartment and throughout the apartment buildings for your protection. It is against state laws and university policy to use this equipment for any reason other than its intended purpose.

## Fire Hazards

For safety reasons, halogen lamps and lanterns are not permitted within the apartments. No person shall set a fire in a University Student Apartment or areas immediately associated with the Department of University Housing, including barbecue grills. No person shall falsely report a fire, nor interfere in any way with emergency services or procedures. No person shall tamper with fire equipment, nor use such equipment for anything other than prevention or control of a fire. Fire equipment shall include, but is not limited to, thermal detectors, fire alarms, fire extinguishers, fire extinguisher boxes, fire hoses and any other fire fighting devices.

## Garbage

Deposit all garbage in the large dumpsters located near the apartment units. Residents should carry out garbage from their apartments on a daily basis.

## Guests and Visitors

Residents assume financial and behavioral responsibility of their guests. Guests may stay free of charge, but their stay is limited to three days. For situations where you may need or want to have a guest for longer than this, you must obtain advance permission from the manager of student apartments. The consent of your apartment mates is required for all overnight guests. All members of the University Student Apartments have some responsibility to help secure the community's welfare by communicating to visitors the expectations established through these policies and procedures. Serving as a host also makes you responsible for the behavior of your guests at all times. No person shall permit a visitor (student or non-student) to remain in or use his or her apartment and/or use facilities of the University Student Apartments for more than three (3) continuous days or six (6) days per month. This includes and is not limited to parents, siblings, children, spouses, friends and significant others.

## Harassment and Intimidation

To succeed personally and academically, an individual must be able to live free from unnecessary emotional stress caused by others. Physical or emotional harassment is not tolerated in the University Student Apartments. Harassment is the intimidation, invasion of privacy, or any threat to the well-being of another or their property that is communicated verbally, in writing or over a communication (phone, computer, etc.). No person shall harass, threaten to harm or exhibit behavior that threatens to harm another person. This shall include harassment on the basis of race, gender, religion, age, sexual orientation, etc. No person shall physically or verbally assault, batter, or intimidate another. This is a violation of the terms and conditions of your rental agreement and is subject to disciplinary and/or legal action. No person shall abuse or threaten any University Student Apartments staff member. This includes the use of profane language.

## Identification of Individuals

Certain privileges are extended to individuals by virtue of their membership in the University Student Apartments community. In order to protect the community's welfare, the integrity of this identification must be maintained. No person shall permit another to use his or her identification, including a student identification card or apartment key, for the purpose of improperly gaining access to a student apartment and/or its facilities, including offices, community center and mailboxes. No person shall permit use of, share or sublet their apartment. No person shall fail to take responsibility of his or her visitors, which include informing them of policies and being responsible for their behavior within the University Student Apartments and while on university grounds or at university functions.

## Inspections

In the interest of the health and general welfare of the community, the university reserves the right to inspect apartments for cleanliness and upkeep or to make repairs at a reasonable time. Residents shall not limit the university's right to enter the premises during an emergency or when the university has cause to believe that a resident is violating his/her rental agreement in any manner. These inspections are done to help insure we continue to provide a healthy and safe environment for our residents. We particularly look for overloaded circuits, grease buildup in stoves, pets and unsanitary conditions that may attract bugs. We check smoke alarms to make sure they are in working order.

## Keys

No person shall transfer, duplicate or permit the use of their university issued keys by another person. Possessing keys to any university building or facility without authorization shall be subject to disciplinary and/or legal action. Residents may not duplicate apartment keys. Lost keys must be reported to the apartment office and will be replaced by the university for an additional service fee.

## Liability /Renter's Insurance

The university does not assume liability for the loss, damage or theft of any personal property. To protect your personal property, you should purchase renter's insurance. Policies can be purchased through a variety of insurance agencies.

## Lockouts

Residents are responsible for carrying their own apartment keys at all times. If residents should be locked out of their unit, they can request assistance from the staff during regular business hours. This request should be made at the Apartment Manager's Office located in the community house. For after-hours, holiday and weekend lockouts, contact the on-duty apartment community assistant for assistance. There may be a charge for this service.

## Mail Service

Mail service will be most efficient if incoming correspondence is addressed in the following manner:

Name
Apartment #
University Student Apartments
Oakland University
2200 North Squirrel Road
Rochester, MI 48309-4401

Mail service is not available during weekends, holiday breaks or university closings. Students must pick up their mail from their mailbox located in building 4000 using their room key. Desk receptionists will not distribute mail over the counter.

## Maintenance Needs and After-Hours Concerns

For maintenance in your apartment, contact the University Housing Office or the maintenance Trouble Line at 2954 during business hours, Monday through Friday. After 5 p.m. on weekdays and on weekends, contact the Apartment Community Assistant on duty or OU Police.

## Pet Policy

For health and safety reasons, cats, dogs, birds, rodents and other fur-bearing animals, reptiles and amphibians, living or non-living, are not permitted in the University Student Apartments. Fish are allowed only if your apartment mates approve and must be confined to a bowl or aquarium (not to exceed 10 gallons).

## Protection of Personal Property

The protection of personal property is important to the individual well-being. Protection of community property protects the investment all residents make through their rental fee payments.

No person shall possess, tamper with or borrow, without permission, the personal property of others. Such actions are a violation of the terms and conditions of your rental agreement and will be treated as theft. No person shall, without proper authorization, remove any property from its assigned place in a university facility. No person shall damage, deface or destroy university property. This includes marking or writing on apartment doors.

The university is not responsible for your personal property. This includes damage, loss, fire, theft or flooding. The university assumes no liability for claim of loss and expects apartment residents to take reasonable precautions against theft of personal property by locking their apartments whenever leaving.

Because it is difficult to trace and identify stolen property, residents should keep a record of the descriptions and serial numbers of all valuables as well as mark them permanently. Records of these items should be kept in a location known only to the owner but readily accessible and available to police officers in the event of theft. We recommend that you check your family insurance policies to determine whether your personal property is covered at a residence away from your parents' home. If you are not adequately covered, we recommend that you obtain additional insurance. All losses should be reported to the University Police Department immediately (insurance companies require the loss be reported to the proper authorities before honoring a claim).

## Recreation Areas

Hours: 10 a.m. - 11 p.m.*
The recreation areas are in the courtyard near the community house. These areas are for resident use and enjoyment. Alcoholic beverages must remain inside the apartments and may not be taken to the recreational areas at any time. The recreation areas are not supervised; you use them at your own risk. However, the areas are inspected. Residents are asked to report any damage to the central office. In case of an apartment-wide event or program, the recreational areas will be reserved for the purpose of the event.

*Please note that quiet hours should also be observed in the recreation areas.

## Smoke Detectors

Each apartment comes equipped with a properly working smoke detector for your protection. Please report on the 24-hour maintenance line, extension 2954, if you suspect your smoke detector needs servicing.

## Smoking Policy

Smoking is prohibited in buildings that are designated smoke-free. Buildings 2000, 3000, 4000 and 5000 are 100 percent smoke-free.

To accommodate our smoking community, the third floor of buildings 1000, 6000 and 7000 have been designated as smoking communities. If you are a smoker, you may be reassigned to a different apartment and/or building for your rental period. The top floor of each of the remaining buildings will have designated smoking suites.

Smoking is not allowed in any public areas of the buildings. Smoking outdoors may only occur 25 feet away from the apartment building or in designated areas. Violating the smoking policy will result in disciplinary actions that could include being removed from USA.

## Staff Harassment

Harassment of university employee is defined as any behavior, including gestures or swearing, directed at or in the presence of a staff person that is meant to intimidate or be combative while the staff person is in the performance of his or her duty. Disciplinary action will be taken and may include cancellation of contract with the student apartments.

## Telephones

**How to use voice mail at Oakland University**

When you're accessing voice mail, a Siemens PhoneMail system, for the first time, it will ask you for your password. Press 111 (three ones). It then will ask you to enter a new password. You should have a four-digit code or more (up to 24 digits) in mind. There is only one password per phone. Please make sure only your roommates know the password. REMEMBER: Once you program your password, only you and your roommates will know it, so please remember what it is.

1. On Campus: Dial 4244 and wait for an announcement to play.
   Off Campus: Dial (248) 370-4244 and wait for an announcement to play.
2. During announcement, press # or enter your mailbox number and then press #.
3. Enter your password.

**How to check your messages**

PhoneMail will tell you how many messages you have (10 messages per mailbox; two-minute maximum per message).

To listen:

A. Press 3 to listen to your messages.

B. Press *6 to delete or *4 to save the message you are listening to (messages will remain in your mailbox for two weeks).
   If you wish, you also can press:
   *73 to replay message from beginning
   *78 to replay the last few words
   *93 to skip to the end of the message
   *2 to skip to the next message

C. Repeat steps A and B to check each additional message.

D. When you are finished checking messages, press *76 to end your PhoneMail session.

**How to change your password**

A. Press 93 to change your security code.

B. Enter your new password followed by *.

**How to record or change a mailbox greeting**

A. Press 811 to record your greeting.

B. Press *73 while recording the greeting to stop and replay your greeting.

C. Press *61 while recording the greeting to delete and rerecord it.

D. Press *# when finished recording the greeting.

On-campus phone service is included in your rental agreement. Residents who want local and long distance telephone service should use a cell phone or public phone on campus.

## VIOLATION OF POLICY

If you have violated an apartment policy, you will receive a written warning from the manager of University Student Apartments. Continued violations of policies and procedures may result in immediate termination of your apartment agreement.





# MATTHEWS COURT FAMILY HOUSING

### Use of Premises

Residents agree to use the premises in a quiet, peaceful and lawful manner for residential purposes only. Residents, their agents, employees, invited guests or any member of the resident's household shall not act in any manner that disturbs other residents' reasonable expectation of quiet and peaceful enjoyment, such as acts that are objectionable or obscene, dangerous or otherwise disruptive.

## Policies and Procedures

### Alcohol

Persons 21 years and older may possess and consume alcoholic beverages within the apartments. Alcohol is not permitted in public areas of the apartment complex or other non-designated areas of campus.

## Check-In and Checkout

### Check-Out Procedures

The following procedures must be followed to avoid improper checkout or penalty charges.

1. Complete the Intent to Vacate Form and return it to the Manager's Office at least 30 days prior to check-out date.
2. Contact the manager to arrange an appointment to have your apartment inspected and to complete your apartment inventory sheet.
   This appointment must be made one week prior to your check-out date.
3. Notify Detroit Edison (electric) and Consumers Energy (gas) of the date you plan to vacate your apartment.
4. Complete a change-of-address form at the post office to ensure proper forwarding of your mail. The post office is located in downtown Rochester.
5. Clean your apartment, including the stove, sinks, tub and refrigerator, and remove all your personal belongings.

If you have any questions or concerns regarding these procedures, please contact the manger in the University Student Apartments in Building 4000 at (248) 370-2581.

### Things to do Before You Vacate Your Apartment

Your apartment must meet certain standards of cleanliness and be in good condition before your departure. Please review the list below, and if you have questions, call (248) 370-2581.

**Kitchen**

1. Stove must be cleaned completely, including the bottom drawer and broiler pan. It is extremely important to follow the manual for self-cleaning the oven.

2. Refrigerator must be defrosted, cleaned and left running.
3. Sink, counter tops and cupboards (inside and out) must be clean. There should be no food items left in the kitchen.
4. The fire extinguisher should be left in the kitchen under the sink.
5. Storage area must be swept.

**Bathroom**

1. Toilet, tub, sink and counter must be scoured and clean.
2. Walls must be wiped down and clean.
3. Hall closet shelves must be clean.

**General**

1. All tile floors must be swept and washed.
2. Carpet must be vacuumed. You may be charged for heavily soiled areas or any stains that remain after the university has shampooed the carpet.
3. Outside storage in front of your apartment must be swept out.
4. All winterizing tape around doors and windows must be removed.

Any family housing unit not properly cleaned will be assessed an excessively dirty apartment charge of $100. Please leave all pamphlets for water heater, furnace and appliances (particularly the stove) in the apartment. Again, please remember it is your responsibility to cancel Consumers Energy and Detroit Edison and to submit a change-of-address form to the post office. If you have any additional questions, please call (248) 370-2581.

## Computer Network Connectivity Information

Oakland University provides Internet access to all on-campus residents through a wireless network in the Residence Halls, and both wired and wireless Internet in the University Student Apartments. Also, all students who visit specific campus areas, such as the Kresge Library and the Oakland Center, will have wireless access to the Internet as well. In order to use the wireless network, on campus students will need to make sure that their computers have wireless capabilities (802.11b or 802.11g standards). If a student is living in the University Student Apartments and wishes to connect to the wired network then their computer must contain a network card and have a Cat5 Ethernet cable. The following are strongly recommended specifications for all student computers.

We recommend laptops with the following specifications:

- Pentium 4 compatible CPU or equivalent or newer computer
- 512 megabytes (MB) of RAM minimum (more memory generally improves responsiveness)
- 40 gigabytes (GB) of free hard disk space
- Zip Drive, CD-R, CD-RW or other backup system
- Operating systems: Windows 2000, Windows XP Home or Windows XP Professional (note that Windows XP Professional requires 256 MB RAM and with 500 MHz G3, 384MB RAM is required for Virtual PC)
- Laptop computers should have a built-in wireless card or wireless PC card built on the 802.11b or 802.11g operational standard. A 10/100 RJ45 Ethernet jack also is recommended.
- Desktop computers also should follow the above recommended specifications using PCI slot wireless access cards or USB external wireless access devices built on the 802.11b or 802.11g operational standard.

**Mac:**

- G4 or higher compatible processor, iMacs included*
- 512 megabytes (MB) of RAM minimum (more memory generally improves responsiveness)
- 40 gigabytes (GB) of free hard disk space
- Zip Drive, CD-R, CD-RW or other backup system
- Operating systems: Mac OS X 10.2 or greater
- AirPort or AirPort Extreme wireless access card or equivalent wireless access device built on the 802.11b or 802.11g operational standard; A 10/100 RJ45 Ethernet jack also is recommended.

*500 MHz G3, 384mb RAM is required for Virtual PC

All operating systems software (Windows Updates in particular) should be current. Computers also should have anti-virus, anti-spyware and firewall software installed.

**Wired Network**

For students living in the University Student Apartments who want to connect to the wired network, their computers must contain a network card and have a Cat5 Ethernet cable.

SOFTWARE: All operating systems software (Windows Updates in particular) should be current. Computers should also have anti-virus, anti-spyware and firewall software installed.

Please feel free to contact us with any questions you have regarding the computer network and the recommended specifications at 3570. You can also contact us at housing@oakland.edu.

## Damage to University Property

Residents are responsible for damage to university property within their apartment. Damage charges will be assessed at the time of occurrence or upon receipt of checkout form after lease termination. Any family housing unit not properly cleaned will be assessed an excessively dirty apartment charge of $100.

## Drugs

No person shall possess consume, manufacture, dispense, be in the presence of or under the influence of illegal drugs or engage in improper self-medication while on university property or university business. This is a violation of the terms and conditions of your apartment contract. Violators will be subject to disciplinary and/or legal action. No person shall possess or utilize paraphernalia used explicitly for drug use (e.g., rolling papers, pipes, hookah pipes, scales, roach clips, etc.)

## Firearms, Weapons and Explosive Devices

Firearms and any device that can be used as a weapon (knife, switchblade, air rifle, etc.) as well as explosive devices are prohibited. Any person possessing such items is liable for immediate dismissal from university apartment housing and/or the university.

## Garbage

Deposit all garbage in the large dumpsters located near the apartment units. Residents should carry out garbage from their apartments on a daily basis.

## Guests

Residents assume full responsibility for their guests (defined as nonresidents of the apartment) and their guests' behavior. Residents may have overnight guests, however, they may not stay longer than 30 days within the lease year. This includes extended family members (i.e., father, mother, sisters, brothers, etc.).

## Important Numbers

1. Emergencies - Call OU Police (911) immediately.
2. Maintenance Request and Repair Procedures
   Weekdays (Monday - Friday, 7 a.m. - 3 p.m.) call 2954 and leave a message.
   Evenings and weekends (emergencies only) call OU Police, 3331.
3. Disturbances, Complaints, Problems
   Weekdays (Monday - Friday, 8 a.m. - 5 p.m.) call the University Student Apartments Office, 2581.
   Evenings and weekends call OU Police, 3331.

## Keys

Residents will be issued appropriate keys at the time of check-in. There is a $5 charge for key replacement (same core) or $25 charge for a recore. If keys are not returned at the time of checkout, the lock will be recored and the appropriate charge assessed. All re-cores will be done via the Rochester postal service.

## Laundry

Laundry machines are available in the community laundry rooms, located in rooms 2323 and 2365. Mechanical difficulties with the washers or dryers should be reported on the Trouble Line, 2954. Laundry room use is for Matthews Court residents ONLY. University Housing is not responsible for lost or stolen items. The laundry room hours are Monday - Sunday, 7 a.m. - 11 p.m. NOTE: Washers and dryers are not permitted in the apartments.

## Lockouts

During regular office hours (Monday - Friday, 8 a.m. - 5 p.m.), residents who are locked out may request a key from the University Student Apartment Office. This key must be returned. There is no lockout service available after office hours. Residents are expected to make appropriate and safe arrangements for the use and availability of their keys.

## Mail Service

Mail service will be most efficient if incoming correspondence is addressed in the following manner:

NAME ______________________________________________________________

Apt. # _____ RAVINE DRIVE

ROCHESTER, MI 48309-4401

The U.S. Postal Service delivers mail to the apartment mailbox.

## Noise and Related Disturbances

Excessive noise and/or similar disturbances are prohibited. It is expected that each resident respect the rights of other residents and maintain an environment conducive to rest and study.

## Non-Discrimination

Oakland University is committed to a policy of equality of opportunity for students, faculty and staff. The university recognizes the requirements of state laws as well as the provisions of Title IX and the regulations of the U.S. Department of Health, Education and Welfare prohibiting discrimination. To carry out these commitments, the Oakland University Board of Trustees has adopted the following policy:

# Matthews Court Family Housing

Oakland University, as an equal opportunity and affirmative action institution, complies with federal and state laws prohibiting discrimination, including Title IX of the Education Amendments of 1972 and Section 504 of the Rehabilitation Act of 1973. It is the policy of Oakland University that no person, on the basis of race, sex, color, religion, national origin or ancestry, age, marital status, handicap, or veteran status, shall be discriminated against in employment, admissions, educational programs or activities. Inquiries or complaints may be addressed to the Affirmative Action Officer, Oakland University, Rochester, Michigan 48309-4401.

## Painting and Decorating

Painting is prohibited. Wallpaper, paneling, mirror tiles and other decorative items that deface walls, ceilings or floors also are prohibited. Installation of bookcases and other similar items is permitted if the units are freestanding. Affixing such units to the walls, ceilings, floors, etc., is prohibited. Violations will result in disciplinary action as well as assessment for damage and repairs.

## Parking

All students are assessed a transportation (facilities usage) fee at registration. Apartment residents may park in the parking spaces adjacent to the apartment buildings. If additional parking is required, residents may park in any designated area. Between 2 and 6 a.m. cars may park in designated overnight parking areas only.

## Pest Contol

All pest problems should be reported to the Trouble Line at 2954 as soon as detected. The university contracts the services of an exterminator for pest control.

## Pets

For health and safety reasons, cats, dogs, other fur-bearing animals and reptiles are not permitted in the apartments. Fish are permitted if confined to an aquarium. The university asks that you do not feed the campus wildlife.

## Protection of Personal Property

The university assumes no liability for claim of loss and expects apartment residents to take reasonable precautions against theft of personal property by locking their apartments whenever leaving. Because it is difficult to trace and identify stolen property, residents should keep a record of the descriptions and serial numbers of all valuables as well as mark them permanently. Records of these items should be kept in a location known only to the owner, but readily accessible and available to police officers in the event of theft. All losses should be reported to the University Police Department immediately (insurance companies require the loss be reported to the proper authorities before honoring a claim). Residents are strongly encouraged to carry appropriate property insurance.

## Storage Areas

A small storage unit is located in front of each apartment. Bicycles and other similar items should be stored in this area.

## Student Records

Any student resident who wishes to review his/her personal records may request a review in person to either the housing director or apartment coordinator. These records must be reviewed in the University Student Apartment office. Students may obtain copies at their own expense.

## Telephone Service

Each apartment has a telephone with campus service and voice mail. This is provided at no extra charge. Residents who want local or long distance telephone service should use a cell phone or public phone on campus.

## How to Use Voice Mail at Oakland University

When you're accessing voice mail, a Siemens PhoneMail system, for the first time, it will ask you for your password. Press 111 (three ones). It then will ask you to enter a new password. You should have a four-digit code or more (up to 24 digits) in mind. There is only one password per phone. Please make sure only your roommates know the password. REMEMBER: Once you program your password, only you and your roommates will know it, so please remember what it is.

1. On Campus: Dial 4244 and wait for an announcement to play.
   Off Campus: Dial (248) 370-4244 and wait for an announcement to play.
2. During announcement, press # or enter your mailbox number and then press #.
3. Enter your password.

**How to check your messages**
PhoneMail will tell you how many messages you have (10 messages per mailbox; two-minute maximum per message). To listen:

A. Press 3 to listen to your messages.

B. Press *6 to delete or *4 to save the message you are listening to (messages will remain in your mailbox for two weeks).
   If you wish, you also can press:
   *73 to replay message from beginning
   *78 to replay the last few words
   *93 to skip to the end of the message
   *2 to skip to the next message

C. Repeat steps A and B to check each additional message.

D. When you are finished checking messages, press *76 to end your PhoneMail session.

**How to change your password**

A. Press 93 to change your security code.

B. Enter your new password followed by *.

**How to record or change a mailbox greeting**

A. Press 811 to record your greeting.

B. Press *73 while recording the greeting to stop and replay your greeting.

C. Press *61 while recording the greeting to delete and rerecord it.

D. Press *# when finished recording the greeting.

Basic and on-campus phone service is included in your rental agreement. Local and long distance service is no longer provided. Residence must use a personal cell phone.

## Matthews Court Family Housing
## Oakland University Terms and Conditions of Lease

### I. Eligibility

To be eligible for Matthews Court Family Housing the following conditions must exist:

A. Lessee must be legally married and living with spouse, or be a single parent with custody of minor children (child) and minor children (child) must be residing with the single parent.

B. Lessee must be a full-time Oakland University graduate or undergraduate student.

C. Lessee must be admitted to a graduate program or have attained major standing if undergraduate. Special and conditionally admitted students must receive prior approval from the director of University Housing before submitting an application for housing.

D. Lessee must be enrolled for eight (8) credits per semester if a graduate student or twelve (12) credits if an undergraduate for both fall and winter semesters.

E. Exceptions to these eligibility requirements may be granted by the director of University Housing.

### II. Renewal

A. Lessee must have successfully completed a minimum of sixteen (16) graduate or twenty-four (24) undergraduate credit hours during the academic year.

B. Lessee must have been enrolled for eight (8) credits if a graduate student or twelve (12) credits if an undergraduate for both fall and winter semesters.

C. Doctoral students must submit written verification from the Office of Graduate Study of satisfactory progress toward the completion of their degree during the lease year.

D. Lessee must submit an updated financial disclosure form with appropriate documentation at the time of renewal.

E. Lessee, upon meeting all renewal requirements, may reside in Matthews Court Family Housing a maximum of five (5) lease years if a doctoral student, three (3) lease years if a master's student, and two (2) lease years if an undergraduate student. These time limits may not be extended by subsequent leases signed by the spouse of the lessee.

F. Exceptions to these renewal requirements may be granted by the director of University Housing.

## III. Authorized Residents

A. Only members of the immediate family (husband, wife, naturally born and/or legally adopted children) are authorized to reside in the apartment unit.

B. No more than five people may reside in the apartment unit.

C. All persons (members of immediate family) listed on the lease must reside in the apartment for the duration of the lease period.

D. Any change in the stated occupants must be reported in writing to the manager of University Student Apartments within five (5) days after the change occurs. The resulting family unit must be able to retain eligibility for occupancy. If the change causes the family unit to be ineligible, immediate termination will result.

## IV. Period of Lease

The period of the lease is for one year or the designated period as indicated on the face of the lease commencing on the effective date of the lease agreement.

## V. Termination of Lease by the University

A lease may be terminated by the university under any of the following circumstances:

A. The university, through normal disciplinary channels, may terminate a lease and take possession of the apartment unit at any time for violation of any of the provisions herein or of any university or housing regulations set forth in the University Student Handbook, Housing Student Handbook or other official publication.

B. The university may terminate a lease and take possession of the apartment unit if the lessee is academically dismissed, withdraws from the university or no longer meets eligibility requirements.

C. The university may terminate a lease and take possession of the apartment unit for health reasons.

## VI. Request for Lease Termination

A. The lessee must make any request for early lease termination in writing at least 30 days prior to anticipated date of checkout to the manager of university student apartments.

B. The University Housing department may, at its sole discretion, agree to release the lessee from this agreement. If lease termination is approved, charges will be prorated for the duration of the lease.

C. If the lessee vacates prior to the end of the lease period without written approval from the apartment coordinator, charges will continue until lease termination has been granted or until the lease expires.

## VII. Lease Termination Fees

A. Whenever a lease is terminated, either by the university or by the lessee with university approval, a $45 fee will be assessed. The lessee also will be charged rent through the effective date of termination (30 days from date of request).

B. If the lease is terminated with university approval prior to occupancy of the apartment, a $45 fee will be assessed.

## VIII. Failure to Occupy or Vacate

A. If the lessee does not report to the University Student Apartment Office for the purpose of checking in and acquiring appropriate apartment keys within five (5) days from the beginning of the lease period, the lease will be canceled and a $45 termination fee will be assessed.

B. The lessee must vacate on or before the lease termination date. Failure to vacate will result in a charge of $25 per day for each day beyond the termination date in which the apartment is occupied and/or the lessee retains the apartment keys.

## IX. Housing Regulations

The lease constitutes acceptance by the lessee of all Oakland University regulations as outlined in the official Oakland University Student Handbook, the official Oakland University catalog, the Housing Student Handbook and any other housing regulations as formulated by the appropriate policy-making unit. The university may, following established disciplinary procedures, terminate a lease with any student who fails to comply with these regulations.

## X. Sublease

It is expressly understood and agreed that under no circumstances will the lessee assign or transfer a lease or possession of premises nor give accommodation to boarders or lodgers.

## XI. Emergency Closings

A. If the leased premises are destroyed or damaged by fire or other casualty, the lease shall automatically terminate unless the premises are repaired or restored by the university within 30 days following such fire or casualty. In the meantime, to the extent the premises are not tenable, the rent shall abate.

B. In the event of a strike, lockout, labor dispute, weather emergency, power failure, riot, or other disaster beyond the control of the university and which makes it impossible or impracticable for the university to perform its obligations under this agreement, the university may close the apartments and require the occupants to vacate the premises for the duration of such condition. The university shall be under no obligation to abate rent, fees or charges or to pay damages of any nature as a result of any emergency closing for a period of one week or less, but shall abate rent for the entire period of any emergency closing lasting longer than seven consecutive days as liquidated damages for all claims arising from such emergency closing.

## XII. Liability

The university assumes no liability for claim of loss, injury or damage to person or property incident to the use or occupancy of the University Student Apartments. Each occupant accepts full responsibility for the safety of his/her own person or property.

## XIII. Use of Facilities

The housing staff may, when it deems necessary:

A. Change assignments prior to occupancy.

B. Enter lessee's apartment when there is reason to suspect imminent danger to health, safety or property; to take inventory of university owned equipment; or to inspect apartments for damages and physical maintenance.

C. Control use of apartments in the event of an epidemic.

D. Initiate disciplinary action when the lessee prevents or impedes housing staff from carrying out their responsibilities for proper facilities usage.

## XIV. Damages

Lessee will be held financially responsible for any damages to the apartment unit, furnishings and equipment that cannot be attributed to normal use.

## XV. Rates

A. Rates for university apartment housing shall be established and revised from time to time by the Oakland University Board of Trustees.

B. The established rates do not include heat or electricity charges. The lessee is financially responsible for these charges.

## XVI. Default

In the event of default by the lessee to fulfill any financial obligation under this agreement, the university may, at its discretion, terminate the lease, summarily suspend any privileges of that student (lessee), withhold class privileges, withhold grades, withhold withdrawal clearance, place a hold on registration, refer delinquent accounts to collection agencies and credit bureaus, and institute legal action as well as student disciplinary procedures.

# Campus Map




## Current Legend

1. Facilities Management — FM
2. Belgian Barn
3. Police and Support Services Building — PSS
4. Varner Hall — VAR
   - Recital Hall
   - Studio Theatre
5. Elliott Hall — EH
6. Pawley Hall — PH
   - Lowry Early Childhood Education Center
7. Kresge Library — KL
8. Science and Engineering Building — SEB
9. Hannah Hall of Science — HHS
10. Dodge Hall of Engineering — DHE
11. South Foundation Hall — SFH
12. North Foundation Hall — NFH
13. Oakland Center — OC
14. Wilson Hall — WH
15. Meadow Brook Theatre — MBT
    Oakland Unversity Art Gallery — OUAG
16. Graham Health Center — GHC
17. Vandenberg Hall — VBH
18. Hamlin Hall — HAM
19. George T. Matthews Apartments
20. Hill House — HIL
21. Van Wagoner House — VWH
22. Fitzgerald House — FTZ
23. Anibal House — ANI
24. Pryale House — PRY
25. Central Heating Plant — CHP
26. Recreation and Athletics Center — RAC
27. O'Dowd Hall — ODH
28. Buildings and Grounds Maintenance
29. Storage Facility
30. Electrical Substation
31. Kettering Magnetics Lab* — KML
32. Observatory*
33. Golf Course Clubhouse and Pro Shop
34. John Dodge House — JDH
35. Meadow Brook Hall & Gardens — MBH
36. Carriage House
37. Sunset Terrace — SST
38. Baldwin Pavilion — BP
39. Trumbull Terrace
40. Meadow Brook Music Festival Ticket Office
41. Shotwell-Gustafson Pavilion
42. Katke-Cousins and R&S Sharf Golf Courses
43. Pioneer Field (lower)
44. Pioneer Field (upper)
45. Varner House — VAH
46. Meadow Brook Greenhouse
47. University Student Apartments — USA

*Off Map

# Index

Academic calendar....2
Advertising.... 9
Alcohol regulations.... 9-10, 55, 71
Appeals for judicial sanctions....33
Appeals for recess, break charges....34
Appeals for service charges....34
Apartment Community Assistants....55
Community House....57
Balconies....11
Barbecuing.... 11
Bicycles....38
Cable....56
Campus offices....4
Check-out procedures....11-12, 49-52, 56-57, 71-72
Cleaning equipment.... 34-35
Closing of halls....19-20, 46-49
Communicable diseases.... 12
Community bathrooms....12
Computer lab usage....25
Computer recommendations....35-36, 57-58, 72-73
Contract release procedures....12, 59
Cooperation and compliance....12, 60
Courtesy hours....23-24, 57
Damage.... 13, 60, 74
Decorating....13, 76
Disciplinary sanctions....32-33
Disorderly conduct....13, 60
Drugs....14, 60, 74
Electrical appliances....14
Electronic sound equipment....21
Elevators....14
Emergencies....23, 74
Emergency closings....36, 60, 80-81
Emergency numbers....74
Entering rooms....14-15, 61
Exceptions to stay over breaks.... 19-20
Fire alarms....15
Fire hazards/prevention....62
Fire prevention....15, 61
Fire safety equipment....16, 61
Firearms....15, 61, 74
Food service....16-18, 37
Forwarding mail....37
Furniture....18
Garbage....62, 74
Guest policy....18-19, 62, 74
Hall closings....19-20
Harassment....29, 62, 66
Holiday decorations....37
House council....8
Identification....20, 63
Inspections....63
Judicial system....31-34
Keys and lockouts....20, 63, 75
Laundry facilities....37, 75
Learning communities....40-42
Lease conditions-USA....78-81
Liability....21, 63, 76, 81
Lofts....21
Mail....37, 64, 75
Maintenance and afterhours....34-35, 64
Map....82
Meal Program....16-18
Misrepresentation.... 21
Motorcycles.... 38
Musical instruments....21
Nightwatch....21-23
Noise.... 75
Non-discrimination.... 75-76
Over-assigned rooms....38
Paint policy....26, 76
Parking....38, 76
Parties.... 27, 56
Personal safety....38
Pests....38, 76
Pets....23, 64, 76
Property damage....39, 64, 76, 81
Property insurance....39, 76
Psychological and medical emergencies....23
Quiet hours....23-24
Reception desk services....39
Recoring locks....20, 75
Recreation areas.... 65
Refrigerators....25
Residence hall contract....40
Residence hall payment....40
Residence hall programming....42
Residence hall rooms....40
Residence hall staff....7
Resident hall council....8
Room assignment....28, 59
Room changes....25-26
Room check....34-35
Room cleaning....34-35
Room consolidation....26, 28, 59
Room decorating....13, 26, 76
Room inventory....27
Room maintenance....34-35
Room occupancy and use....27
Security....42
Service charges....33-34
Severe weather....29-30, 80
Sick trays....37
Single rooms....28
Smoke detectors....65
Smoking policy....28-29, 65
Solicitation....29
Spring and summer sessions....29
Staff harassment....29, 66
Storage areas....77
Student bill of rights....44
Student government....8
Student harassment....29, 62
Student records....77
Telephones....42, 45-46, 66-67, 77-78
Tornado warning....29-30
Trees, wreaths....37
Trespassing....30
Unauthorized entry....30
Use of premises....71
Vacating rooms....71-72
Vending....43
Violation of policy....67
Voice mail....45-46, 66-67
Weapons and explosive devices....30, 74
Windows, outside walls....30-31
















Oakland
UNIVERSITY

Rochester, Michigan 48309-4401

HSG-2267