PLEASE NOTE: The proposed amended complaint will be forthcoming within 24 hours.