UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN                  Case Number 08-CV-14922

         Plaintiff,                         Hon. Patrick J. Duggan

v.

OAKLAND UNIVERSITY BOARD OF TRUSTEES,

         Defendants.
_____/

| Michigan Protection & Advocacy Service, Inc. | BUTZEL LONG |
|---|---|
| Chris E. Davis (P52159) | By: Robert A. Boonin (P38172) |
| Gabrielle S. Frampton (P59499) | 350 S. Main Street, Suite 300 |
| 29200 Vassar Blvd., Suite 200 | Ann Arbor, MI 48104 |
| Livonia, MI 48152 | (734) 995-3110 |
| Phone: (248) 473-2990 | Attorneys for Defendant |
| Email: cdavis@mpas.org | boonin@butzel.com |
| Attorney for Plaintiff | |

_____/

## REQUEST TO FILE SUPPLEMENTAL EXHIBITS

        Plaintiff requests leave of the court to file the two attachments as supplemental

Exhibits to the Plaintiff's Reply Brief, Docket Item #10, filed January 8, 2009.

                              Respectfully submitted,

Dated: January 9, 2009             /s Chris E. Davis_____
                                     MICHIGAN PROTECTION &
                                     ADVOCACY SERVICE, INC.
                                     Attorney for Plaintiff
                                     29200 Vassar Blvd., Suite 200
                                     Livonia, MI 48152
                                     (248) 473-2990
                                     cdavis@mpas.org
                                     P52159

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009, I electronically filed the foregoing Request to File Supplemental Exhibits with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert A. Boonin.

s/Chris E. Davis
MICHIGAN PROTECTION &
ADVOCACY SERVICE, INC.
29200 Vassar Blvd., Suite 200
Livonia, MI 48152
248-473-2990
cdavis@mpas.org
P52159
