# INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---|---|
| 1 | Affidavit of Rick Feldman |
| 2 | First Amended Complaint |