**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MICAH FIALKA-FELDMAN,**

Plaintiff,

Case No. 2:08-cv-14922-PJD-VMM
**v.**                                                                  Hon. Patrick J. Duggan

**OAKLAND UNIVERSITY BOARD OF TRUSTEES,**

Defendant.

---

MICHIGAN PROTECTION &                    BUTZEL LONG
ADVOCACY SERVICE, INC.                    By: Robert A. Boonin (P38172)
By: Chris E. Davis (P52159)                  350 S. Main Street, Suite 300
    Gabrielle S. Frampton (P59499)        Ann Arbor, MI 48104
29200 Vassar Blvd., Suite 200                 (734) 995-3110
Livonia, MI 48152                            Attorneys for Defendant
(248) 473-2990                               boonin@butzel.com
Attorneys for Plaintiff
Email: cdavis@mpas.org
Email: gframpt@mpas.org

---

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     )SS
COUNTY OF WAYNE     )

      Daniel Cooper being first duly sworn, deposes and says that on the 5th day of

March, 2009, he served Plaintiff's Motion for Leave to File Amended Complaint –

Adding Defendants, Proposed Order, and Proof of Service on the following:

                Gary D. Russi, President
                Oakland University
                204 Wilson Hall
                Rochester, MI 48309

Mary Beth Snyder
144 Oakland Center
Rochester, MI 48309

Lionel Maten
Oakland University
448 Hamlin Hall
Rochester, MI 48309

by placing same in a sealed envelope, properly addressed as indicated above with postage

fully prepaid for First Class Mail and depositing same in a United States Postal Service

mail receptacle located in Livonia, Michigan.

*Daniel Cooper*
Daniel Cooper

Subscribed and sworn to before me on
March 5, 2009.

*Verna L. Lehane*
Verna L. Lehane, Notary Public
Wayne County, Michigan
My Commission Expires: Jan. 26, 2015

2