# **EXHIBIT LIST**

Exhibit 1 –  *Patmon v. Michigan Supreme Court*, 1998 U.S. Dist. LEXIS 20042 (E.D. Mich. Nov. 19, 1998)

Exhibit 2 –  *Social Aid and Pleasure Club Task Force v. City of New Orleans*, 2007 WL 763241 (E.D. La. March 9, 2007)