UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKAH FIALKA-FELDMAN,

    Plaintiff,

v.

Case No. 08-14922
Honorable Patrick J. Duggan

OAKLAND UNIVERSITY BOARD OF TRUSTEES,

    Defendant.
_____/

## NOTICE

The following motion has been filed with the Court:

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

You are hereby notified that, having reviewed the briefs in support of this motion and in opposition thereto, the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(e)(2), the Court is dispensing with oral argument.

A written opinion will be issued.

_____

### Certificate of Mailing

I certify that this notice was electronically filed and served on Chris E. Davis, Esq. and Robert A. Boonin, Esq.

Date: April 15, 2009

                              s/ Marilyn Orem,
                              Deputy Clerk,  (313) 234-5145