# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Micah Fialka-Feldman | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 2:08-cv-14922-PJD-VMM |
| v. | ) ) | |
| Oakland University Board of Trustees, et al | ) ) ) | Hon. Patrick J. Duggan |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Gary D Russi

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Chris E. Davis
> Michigan Protection and Advocacy Service
> 29200 Vassar Boulevard
> Suite 200
> Livonia , MI 48152-2116

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/Denise A Hamel
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 28, 2009



# Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Gary D Russi

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Micah Fialka-Feldman | ) | |
| | ) | |
| *Plaintiff,* | ) Civil Action No. 2:08-cv-14922-PJD-VMM | |
| v. | ) | |
| Oakland University Board of Trustees, et al | ) Hon. Patrick J. Duggan | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Mary Beth Snyder

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Chris E. Davis
> Michigan Protection and Advocacy Service
> 29200 Vassar Boulevard
> Suite 200
> Livonia , MI 48152-2116

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/Denise A Hamel
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 28, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Mary Beth Snyder

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Micah Fialka-Feldman )
)
)
*Plaintiff,* ) Civil Action No. 2:08-cv-14922-PJD-VMM
)
v. )
)
Oakland University Board of Trustees, et al ) Hon. Patrick J. Duggan
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To: Lionel Maten

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chris E. Davis
Michigan Protection and Advocacy Service
29200 Vassar Boulevard
Suite 200
Livonia , MI 48152-2116

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/Denise A Hamel
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 28, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Lionel Maten

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: