# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Micah Fialka-Feldman | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2:08-cv-14922-PJD-VMM |
| v. | ) ) | |
| Oakland University Board of Trustees, et al | ) ) | Hon. Patrick J. Duggan |
| Defendant. | ) ) | |

### SUMMONS IN A CIVIL ACTION

To:  Mary Beth Snyder

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Chris E. Davis
    Michigan Protection and Advocacy Service
    29200 Vassar Boulevard
    Suite 200
    Livonia , MI 48152-2116

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/Denise A Hamel
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 28, 2009



# Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  Mary Beth Snyder

Date of Service:  May 1, 2009

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

_X_ Other (specify):
U.S. Postal Service
Article Number 7007 0220 0001 3922 4883

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  Daniel S. Cooper
Signature of Server:  *Daniel S. Cooper*
Date:  May 5, 2009
Server's Address:  29200 Vassar, Ste. 200
Livonia, MI 48152

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Micah Fialka-Feldman )
)
)
                       *Plaintiff,* )    Civil Action No.  2:08-cv-14922-PJD-VMM
)
v. )
)
Oakland University Board of Trustees, et al )    Hon.  Patrick J. Duggan
)
)
                       *Defendant.* )

## SUMMONS IN A CIVIL ACTION

To:    Gary D Russi

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Chris E. Davis
    Michigan Protection and Advocacy Service
    29200 Vassar Boulevard
    Suite 200
    Livonia , MI 48152-2116

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By:  s/Denise A Hamel
                                                                    *Signature of Clerk or Deputy Clerk*

                                                                    Date of Issuance:  April 28, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Gary D Russi

Date of Service:   May 1, 2009

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

__X__ Other (specify):
U.S. Postal Service
Article Number 7007 0220 0001 3922 4883

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Daniel S. Cooper
Signature of Server:   *Daniel S. Cooper*
Date:   May 5, 2009
Server's Address:   29200 Vassar, Ste. 200
Livonia, MI 48152

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Micah Fialka-Feldman )
)
)
                *Plaintiff,* )    Civil Action No. 2:08-cv-14922-PJD-VMM
)
v. )
)
Oakland University Board of Trustees, et al )    Hon. Patrick J. Duggan
)
)
                *Defendant.* )

### SUMMONS IN A CIVIL ACTION

To:    Lionel Maten

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Chris E. Davis
    Michigan Protection and Advocacy Service
    29200 Vassar Boulevard
    Suite 200
    Livonia , MI 48152-2116

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By:  s/Denise A Hamel
                                                            *Signature of Clerk or Deputy Clerk*

                                                            Date of Issuance:  April 28, 2009



# Summons and Complaint Return of Service

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Lionel Maten

Date of Service:    May 1, 2009

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

__X__ Other (specify):

U.S. Postal Service
Article Number 7007 0220 0001 3922 4883

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Daniel S. Cooper
Signature of Server:    *Daniel S. Cooper*
Date:    May 1, 2009
Server's Address:    29200 Vassar, Ste. 200
Livonia, MI 48152



Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0001 3922 4883**
Status: **Delivered**

Your item was delivered at 1:08 PM on May 1, 2009 in ANN ARBOR, MI 48104.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data | FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.17 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.87 |

Postmark Here

Sent To: ROBERT A. BOONIN
Street, Apt. No.; or PO Box No.: 350 S. MAIN ST., STE. 300
City, State, ZIP+4: ANN ARBOR, MI 48104

PS Form 3800, August 2006 — See Reverse for Instructions

Label number (vertical): 7007 0220 0001 3922 4883