# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MICAH FIALKA-FELDMAN,**

    Plaintiff,

v.

Case No. 08-CV-14922
Hon. Patrick J. Duggan

**OAKLAND UNIVERSITY BOARD OF TRUSTEES,**
**GARY D. RUSSI, MARY BETH SNYDER,**
**and LIONEL MATEN, in their official capacities**

    Defendants.

| | |
|---|---|
| Michigan Protection & Advocacy Service, Inc.<br>Chris E. Davis (P52159)<br>29200 Vassar Blvd., Suite 200<br>Livonia, MI 48152<br>(248) 473-2990<br>Attorney for Plaintiff<br>cdavis@mpas.org | BUTZEL LONG, a professional corp.<br>By: Robert A. Boonin (P38172)<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 995-3110<br>Attorneys for Defendants<br>boonin@butzel.com |

## STIPULATED ORDER TO EXTEND TIME FOR FILING RESPONSE OR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND

Upon the stipulation of counsel for the parties to the action and this Court being otherwise fully advised in its premises;

IT IS HEREBY ORDERED:

Defendants shall file their Answer, or such other response as permitted by the Federal Rules of Civil Procedure, to Plaintiff's First Amended Complaint and Jury Demand, within twenty days of this Court's ruling on Plaintiff's Motion to File a Second Amended Complaint (the "Motion," Docket No. 21), if the Motion is denied. If the Motion is granted or partially granted by this Court, thus permitting Plaintiff the ability file a Second Amended Complaint,

Defendants are not required to answer or otherwise respond to Plaintiff's First Amended Complaint.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: May 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on ,by electronic and/or ordinary mail.
s/Marilyn Orem
Case Manager

| | |
|---|---|
| By: s/Chris E. Davis (w/ permission) | By: s/Robert A. Boonin |
| Chris E. Davis (P52159) | Robert A. Boonin (P38172) |
| Michigan Protection & Advocacy Service, Inc. | Butzel Long, a professional corporation |
| 29200 Vassar Blvd., Ste. 200 | 300 South Main Street, Suite 300 |
| Livonia, MI 48152 | Ann Arbor, Michigan 48104 |
| (248) 473-2990 | (734) 995-3110 |
| cdavis@mpas.org | boonin@butzel.com |
| Attorney for Michah Fialka-Feldman | Attorneys for Defendants |