# EXHIBIT 2



Institution: Oakland University (171571) (1)                                               User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

## Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| 12-month enrollment (E12) | These data were collected in the Enrollment component prior to the 2007 IPEDS collection. Data are collected for the entire 12-month academic year, while enrollment data collected in the Fall Enrollment component are fall data. Institutions report an unduplicated head count for the total number of students by gender, race/ethnicity, and level (undergraduate, graduate, first-professional) enrolled throughout the reporting period. Students included are those enrolled in any courses leading to a degree or other formal award, as well as those enrolled in courses that are part of a terminal vocational or occupational program. Institutions also report the total instructional activity for the same 12-month period for both undergraduate and graduate programs. Instructional activity data are reported in units of contact hours (sometimes referred to as clock hours) or credit hours. | |
| Dual enrollment | A program through which high school students may enroll in college courses while still enrolled in high school. Students are not required to apply for admission to the college in order to participate. | |
| Fall Enrollment (EF) | This annual component of IPEDS collects data on the number of students enrolled in the fall at postsecondary institutions. Students reported are those enrolled in courses creditable toward a degree or other formal award; students enrolled in courses that are part of a vocational or occupational program, including those enrolled in off-campus centers; and high school students taking regular college courses for credit. Institutions report annually the number of full- and part-time students, by gender, race/ethnicity, and level (undergraduate, graduate, first-professional); the total number of undergraduate entering students (including first-time, transfers-in, part-time students, and non-degree students); and retention rates. In even-numbered years, data are collected for state of residence of first-time students and for the number of those students who graduated high school or received high school equivalent certificates in the past 12 months. Also in even-numbered years, 4-year institutions are also required to provide enrollment data by gender, race/ethnicity, and level for selected fields of study. In odd-numbered years, data are collected for enrollment by age category by student level and gender. | |



Institution: Oakland University (171571) (1)  User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |
|---|---|---|---|---|

## Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| On-campus housing | Any residence halls owned or controlled by an institution within the same reasonably contiguous geographic area and used by the institution in direct support of or in a manner related to, the institution's educational purposes. | |



Institution: Oakland University (171571) (1)    User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

## Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| Audit/auditing (a class) | Term used when a student elects to take a course, but does not wish to receive credit for the course toward a degree or other formal award.<br>NOTE: Since this activity is not credit bearing, it is not counted in the Enrollment survey when reporting Instructional Activity. The students are not counted as part the fall counts if they are exclusively auditing their classes. | |



Institution: Oakland University (171571) (1)                               User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

| Glossary |

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| Credit hour | A unit of measure representing the equivalent of an hour (50 minutes) of instruction per week over the entire term. It is applied toward the total number of credit hours needed for completing the requirements of a degree, diploma, certificate, or other formal award. | Clock hour<br><br>Contact hour |



Institution: Oakland University (171571) (1)  User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

## Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| Postsecondary education | The provision of a formal instructional program whose curriculum is designed primarily for students who are beyond the compulsory age for high school. This includes programs whose purpose is academic, vocational, and continuing professional education, and excludes avocational and adult basic education programs. | |



Institution: Oakland University (171571) (1)      User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |
|---|---|---|---|---|

### Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| Adult basic education | Courses designed primarily for students 16 years of age and older to improve basic skills in reading, writing, and arithmetic. These courses are not intended to be part of a program leading to a high school degree, nor are they part of any academic, occupational, or vocational program at the postsecondary level. | |



Institution: Oakland University (171571) (1)     User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

## Glossary

Search <u>0-9</u> <u>A</u> <u>B</u> <u>C</u> <u>D</u> <u>E</u> <u>F</u> <u>G</u> <u>H</u> <u>I</u> <u>J</u> <u>K</u> <u>L</u> <u>M</u> <u>N</u> <u>O</u> <u>P</u> <u>Q</u> <u>R</u> <u>S</u> <u>T</u> <u>U</u> <u>V</u> <u>W</u>

| Term | Definition | Related Terms |
|---|---|---|
| Avocational programs | Instructional <u>programs</u> in personal interest and leisure categories whose expressed intent is not to produce postsecondary <u>credits</u>, nor to lead to a formal award or an academic <u>degree</u>, nor result in occupationally specific skills. | |



Institution: Oakland University (171571) (1)     User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

### Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| Degree/certificate-seeking students | Students enrolled in courses for credit and recognized by the institution as seeking a degree, certificate, or other formal award. High school students also enrolled in postsecondary courses for credit are not considered degree/certificate-seeking. | |



Institution: Oakland University (171571) (1)     User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

## Glossary

Search <u>0-9</u> <u>A</u> <u>B</u> <u>C</u> <u>D</u> <u>E</u> <u>F</u> <u>G</u> <u>H</u> <u>I</u> <u>J</u> <u>K</u> <u>L</u> <u>M</u> <u>N</u> <u>O</u> <u>P</u> <u>Q</u> <u>R</u> <u>S</u> <u>T</u> <u>U</u> <u>V</u> <u>W</u>

| Term | Definition | Related Terms |
|---|---|---|
| Non-degree-seeking student | A student enrolled in courses for <u>credit</u> who is not recognized by the institution as seeking a <u>degree</u> or formal award. | |