# INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---|---|
| 1 | Affidavit of Rick Feldman |
| 2 | Affidavit of Micah Fialka-Feldman |
| 3 | Letter from Chris Davis to Robert Boonin Dated 4/6/09 |
| 4 | Letter from Robert Boonin to Chris Davis Dated 4/8/09 |
| 5 | Oakland University Contract for Residence Halls Services, 2007-08 |
| 6 | Letter from Lionel Maten to Micah Fialka-Feldman Dated 11/28/07 |