UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN

        Plaintiff,               Case No. 08-CV-14922

v.                                        Hon. Patrick J. Duggan

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,
        Defendants.
_____/

**AFFIDAVIT OF RICK FELDMAN**

STATE OF MICHIGAN)
                    )ss
COUNTY OF WAYNE )

I, Rick Feldman, being duly sworn, deposes and says as follows:

1. My wife and I were audited recently by IRS for our 2007 tax returns. In preparing for this audit I located the front-and-back copy of Micah's housing application and the rejection letter.

2. I did not think to look in my prior tax year's records for Micah's housing documents.

3. I located these documents the weekend of April 11, 2009. However, I do not recall if it was Saturday the 11th or Sunday the 12th.

4. On Monday April 13, 2009, I faxed the housing application and the rejection letter to Chris Davis at Michigan Protection and Advocacy Service.

5. I never withheld these documents. I believe these documents help my son's case; therefore there is no reason to withhold them. The documents were simply misplaced and when they were located I turned them over to the attorney as soon as I could.

If called as a witness and sworn, I am competent and fully able to testify to the matters stated herein.

_____
Rick Feldman

Subscribed and sworn to before me
this 21st of May, 2009.

_____
Notary Public
Oakland County, State of Michigan, Acting in Wayne
My Commission expires: 12/15/2014

2