UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN

    Plaintiff,               Case No. 08-CV-14922

v.                                       Hon. Patrick J. Duggan

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,
    Defendants.
_____/

## AFFIDAVIT OF MICAH FIALKA-FELDMAN

STATE OF MICHIGAN)
                       )ss
COUNTY OF OAKLAND )

I, Micah Fialka-Feldman, being duly sworn, deposes and says as follows:

1. The following statements are made and based upon the best of my personal knowledge, information, and belief.

2. After filing my housing application with the university and getting the rejection letter, I must have given the documents to my parents. I looked all over for a copy of the original application and the rejection letter but could not find them in my records.

3. The only thing I could find was a front page copy of the application and the e-mail telling us we would be receiving a rejection letter soon.

4. When I could not find these documents I went to the housing department earlier this year, 2009, and asked a secretary if I could get a copy of my original application. She told me that since the matter is in litigation I or my attorney would have to request it from the legal department.

5. Since last fall, I have looked for these documents but was unable to find them until my dad located them recently.

If called as a witness and sworn, I am competent and fully able to testify to the matters stated herein.

_____
Micah Fialka-Feldman

Subscribed and sworn to before me
this 19th of May, 2009.

_____
Christine M. Riddle
Notary Public
Oakland County, State of Michigan
My Commission expires: 11-4-2014