

MICHIGAN

MP&AS "PROTECTING THE RIGHTS OF PERSONS WITH DISABILITIES"

PROTECTION & ADVOCACY SERVICE, INC.

Elmer L. Cerano, *Executive Director*

April 6, 2009

Kathy McGeathy
**President**
Flint

Tom Landry
**1st Vice President**
Highland

Kate Pew Wolters
**2nd Vice President**
Grand Rapids

Ronald D. Bush, II
**Secretary**
Detroit

Mark Lezotte
**Treasurer**
Detroit

Pamela Bellamy, Ph.D
**Immediate Past President**
Lansing

Sheila Faunce
**Director Emeritus**
East Lansing

Robert W. Ryan
**Director Emeritus**
Lansing

Frederick A. Swegles
**Director Emeritus**
Port Huron

Mark Brewer, Esq.
Mt. Clemens

Donna DePalma
Pinckney

Michelle Huerta
Livonia

Ann E. Manning
Clarkston

Susan L. Odgers, Ph.D., ABD
Traverse City

Stoney Polman
Lansing

Ernest A. Reynolds
Roscommon

Frederick F. (Rick) Swegles, Esq.
Port Huron

Robert A. Boonin
Butzel Long
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

RE: Fialka-Feldman v Oakland University Board of Trustees
Case No. 2:08-cv-14922

Dear Mr. Boonin,

My client requested a copy of his housing file from the university housing department. The staff told him that because this matter is in litigation they would not give him the file. Therefore, I am requesting that you send me a copy of Mr. Micah Fialka-Feldman's rental application and housing file.

Additionally, I would like to set a mutually agreeable time or deadline to make the initial disclosures required in F.R.C.P., Rule 26(a). Please let me know if April 17, 2009, is an agreeable date for you. If there is any information you may need, please let me know.

Sincerely,

Chris E. Davis
Attorney

CED/vll

**Livonia Office:**
Livonia Corporate Towers
29200 Vassar Blvd., Suite 200 • Livonia, MI 48152-2116
248.473.2990
1.800.414.3956 (Toll Free)
248.473.4104 (Fax)

**Main Office:**
4095 Legacy Parkway, Suite 500 • Lansing, MI 48911-4263
517.487.1755 (Voice or TTY)
800.288.5923 (Information and Referral)
517.487.0827 (Fax)

**Marquette Office:**
129 W. Baraga Ave., Suite A • Marquette, MI 49855-4644
906.228.5910
866.928.5910 (Toll Free)
906.228.9148 (Fax)

**MPAS web site: www.mpas.org**