# CONTRACT FOR RESIDENCE HALLS SERVICES - ROOM AND BOARD
## 2007-2008

Department of University Housing
448 Hamlin Hall
Oakland University
Rochester, Michigan 48309-4401
(248) 370-3570
Email: housing@oakland.edu

Room Assignment _____

Room Phone # _____

**FIALKA-FELDMAN**

1. Read this Contract thoroughly including the "Terms and Conditions" located on the reverse side.
2. <u>All Contracts must be accompanied by a $100 down payment (Fall/Winter) or $50 (Spring/Summer) as indicated in Section V of the terms and conditions (see reverse side). Payment must be made by check or money order.</u> Cash and credit cards will not be accepted.
3. Complete each item and sign where appropriate.
4. If you are not 18 years of age, an adult co-signer/guarantor is required.
5. Return Contract to the Department of University Housing, 448 Hamlin Hall, Oakland University, Rochester, MI 48309-4401.

Name (Print): Last **Fialka-Feldman**  First **Micah**  Middle Initial **LaSalle**
Student Number: **G00737909** / **G00069646**

Mailing Address: **10474 LaSalle**  City **Huntington Woods**  State **MI**  Zip Code **48070**

Phone (Area Code) **248** Number **546-4870**  Social Security Number **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**  E-Mail **MICAHFF@AOL.C**

Cell Phone ____  Age **23**  Date of Birth **9-20-84**  Male [X]  Female [ ]

Name of Parent or Guardian: **Richard Feldman**

Mailing Address: **10474 LaSalle**  City **H.W.**  State **MI**  Zip code **48070**  Phone **248-546-4870**

ruaw@aol.com   rfeldman@uaw.net   11/21/07 per George phone RAW

**CONTRACT PERIOD:**  [ ] Fall 2007/(Winter 2008)  [ ] Spring 2007  [ ] Summer 2007

**Check Appropriate Space:**

[ ] New to O.U. - Freshman
[ ] New to O.U. - Transfer
[ ] Returning O.U. Student - Renewing Contract
[X] Returning O.U. Student - Presently Commuting
[ ] Readmit to O.U.
[X] Other (please identify) **OU - Transition - Options**

**ACADEMIC YEAR MEAL PLAN OPTIONS (Select one).**
**ALL STUDENTS IN RESIDENCE HALLS MUST HAVE A MEAL PLAN.**
[ ] 285 meals plus 50 points (per semester)
[X] 210 meals plus 100 points (per semester)
[ ] 150 meals plus 250 points (per semester)

Have you ever been convicted of or pled guilty or no contest to a crime or been found delinquent by a juvenile court? Yes___ No **X**
Are there any felony charges pending against you? Yes___ No **X**

If you answered yes to any of these questions, please attach a separate written statement indicating the date, place and description of each conviction, plea, delinquency finding, or felony charge. The University may, in its sole and absolute discretion, decline to enter into this Contract based upon the foregoing responses and/or your written statement.

I understand that the Department of University Housing (a) has the sole and absolute discretion to make and change room assignments in campus housing, determine occupancy of any room, fill any vacancies and approve room changes, and (b) may change my room and/or accommodation assignment at any time if the University, in its sole and absolute discretion, decides that reassignment is in the University's or the student's best interests. The University will attempt to accommodate my preferences, but does not guarantee assignment to a particular building, type of accommodation, specific roommate or single room. I agree to accept any room assignment(s) made by the Department of Housing and to pay the rate applicable to the assigned room(s) according to the schedule of rates. I also understand that this Contract covers the designated semesters/sessions shown on the Contract, and that I must continue to live in my assigned room(s) throughout the period covered by this Contract.

I HAVE READ, UNDERSTAND AND AGREE TO FULLY COMPLY WITH THE TERMS AND CONDITIONS OF THIS CONTRACT, INCLUDING THE TERMS AND CONDITIONS FOUND ON THE REVERSE SIDE OF THIS PAGE WHICH ARE INCORPORATED HEREIN BY REFERENCE AND TO PAY ALL AMOUNTS DUE PURSUANT TO THIS CONTRACT. THIS CONTRACT SHALL NOT BE BINDING AND ENFORCEABLE UNTIL RECEIPT OF THE CONTRACT SIGNED BY THE STUDENT AND CO-SIGNOR/GUARANTOR (IF APPLICABLE), RECEIPT OF THE REQUIRED DOWN PAYMENT AND WRITTEN APPROVAL OF THIS CONTRACT BY A UNIVERSITY REPRESENTATIVE.

I CERTIFY THAT THE INFORMATION SET FORTH IN THIS CONTRACT AND SUPPORTING MATERIALS IS COMPLETE AND ACCURATE.

Student **Micah Feldman**  Date **Oct. 7, 2007**

I hereby personally guarantee payment of this Contract:

CO-SIGNER/GUARANTOR **Rich Feldman**  CoSigner/Guarantor Social Security Number _____

Relationship **Parent**  Date **Oct 7, 2007**

*** OFFICE USE ONLY ***

Date Received **10/30/07**  Down-payment Ck. or Money Order No. **01930**  Financial Inst. **UAW Fed Cr Un**  Staff Initials: ___

**CANCELLED**

Roommate: ____  SLARMAP ____  SLAMASG ____  Food Svc ____  Hsg Rpt ____

Roommate: ____  SLARASG ____  SPAIDEN ____

2008/0

## TERMS AND CONDITIONS

I. ELIGIBILITY: To be eligible for University housing, a student must be enrolled as a student at the University throughout the entire period of the Contract. If the student's enrollment is terminated for any reason, the student agrees to vacate his or her room within seventy-two (72) hours of receiving notice of the termination or sooner if the Vice-President for Student Affairs determines in his/her sole and absolute discretion that it is in the University's best interest for the student to leave earlier.

II. CRIMINAL ACTIVITY AND OTHER MISCONDUCT: The University may, in its sole and absolute discretion, immediately terminate this Contract if the University discovers that after the date the student signed this Contract: (a) the student has been convicted of or pled guilty or no contest to a crime or found delinquent by a juvenile court; or (b) if there are felony charges initiated or pending against the student.

III. LICENSE: This Contract is a conditional, limited, revocable, non-transferable, non-exclusive license for the student to occupy a room in a University-owned facility. The student acknowledges that his or her occupancy of a room in a University-owned facility is a privilege and not a right. This license is subject to the University's unilateral right to make and change room assignments, the terms and conditions set forth in this Contract, the University's right to terminate this Contract, and the University's rules and regulations regarding student conduct and housing.

IV. PERIOD OF CONTRACT: This Contract covers the designated semester/session, or if a student applies after the beginning of the semester/session, that period of time remaining after the effective date. The University reserves the right not to grant or to terminate housing contracts to students with disciplinary or criminal conviction records.

V. SPACE RESERVATION AND DOWN PAYMENT: The University will reserve available space for the student in a residence hall after the student submits a signed Contract, with a non-refundable room and board down payment of $100 for semester entry or $50 for session entry, and after the University approves this Contract. Available space is assigned to students based upon the date that the signed Contract is approved by the University.

VI. OCCUPANCY: Students may occupy their rooms according to the schedule published by the Department of University Housing at the beginning of each semester/session. Any student who fails to occupy their assigned room on or before the end of the first week of classes in any semester/session, without prior written approval of the Director of Housing, shall forfeit their assignment to that room. Students will not be allowed to occupy their rooms in advance of the official opening of the semester/session, or during the Thanksgiving and Winter Recesses, or between semesters/sessions. Students are to vacate their rooms at the end of a semester/session when the University is closed and during vacation periods according to the schedule published by the Department of University Housing.

VII. CONTRACT CANCELLATION BY STUDENT: The Department of University Housing may, in its sole and absolute discretion, agree to release a student from this Contract upon receipt and approval of a Contract release request form. Students granted releases from this Contract are required to pay penalty fees as described in the following table.

| SEMESTER/SESSION | DOWN PAYMENT (Required upon receipt of Contract) | CANCELLATION/PENALTY FEES |
|---|---|---|
| Fall Semester | $100 | By June 14<br>a. penalty fee of $100<br>June 15 to start of Contract period<br>a. penalty fee of $200<br>During Contract period<br>a. penalty fee of $300<br>b. per diem rate for number of days in Contract period prior to effective date of release |
| Winter Semester | $100 | By November 30<br>a. penalty fee of $100<br>December 1 to start of Contract period<br>a. penalty fee of $200<br>During Contract period<br>a. penalty fee of $300<br>b. per diem rate for number of days in Contract prior to effective date of release |
| Spring & Summer Sessions | $50 | Two weeks prior to start of Contract period<br>a. penalty fee of $50<br>From 14 days before start of Contract to start of Contract period<br>a. penalty fee of $100<br>During Contract period<br>a. penalty fee of $100<br>b. per diem rate for number of days in Contract prior to effective date of release |

Any student who withdraws from Oakland University and University housing, will receive a prorated refund for the amount paid beyond the charges covering the time spent in the residence halls.

VIII. MEALS: Meal service is contingent upon the official University calendar and a schedule will be published prior to the beginning of the semester/session. Meal plans are not transferable and credit is not given for meals that are missed. Rates for board do not provide for meals during the official recesses listed on the University calendar.

IX. REGULATIONS AND TERMINATION OF CONTRACT BY THE UNIVERSITY: The student agrees to comply with all University and/or Department of Housing ordinances, rules, regulations and procedures, which are incorporated herein by reference. The student acknowledges that he or she is responsible for knowing and understanding all applicable University and Department of Housing ordinances, rules, regulations and procedures, including those contained in the Department of Housing Student Handbook and all other Department of Housing publications. Copies of the Student Handbook and other publications are available from the Department of Housing, and are also available electronically at the University's web site. The University may, following established disciplinary procedures, terminate this Contract if the student fails to comply with all University and/or Residence Hall ordinances, rules, regulations and procedures. In addition, the University may immediately terminate this Contract if (a) the student is no longer enrolled as a student at the University; (b) the student or the co-signer/guarantor fail to pay any amounts due under the Contract; (c) the student fails to occupy his or her assigned room and/or improperly vacates or abandons his or her assigned space; (d) the assigned space is unusable due to damage, construction, renovation or repair; (e) because of imminent threat to life, health, safety or property; (f) the student provides false or inaccurate information to the University in connection with the application for University housing and/or this Contract; (g) the student fails to provide the Director of Housing any written statement required by this Contract; and/or (h) the University determines, in its sole and absolute discretion, that termination of the Contract is in the best interests of the University, the student, other University students and/or the local community. Upon termination of this Contract for any reason, the student agrees to vacate his or her room within seventy-two (72) hours of receiving notice of the termination or sooner if the Vice-President for Student Affairs determines in his/her sole and absolute discretion that it is in the University's best interests for the student to leave earlier. The University shall have the unconditional right after termination to take possession of the room by any lawful means, without being guilty of trespass, and without waiving any of the University's other rights or remedies.

X. RESIDENCE HALLS MEMBERSHIP: This Contract automatically constitutes acceptance of membership in the Residence Halls Student Association, including all rights, privileges and responsibilities of such membership, and participation in house student government and payment of Student Association dues.

XI. USE OF FACILITIES: The University Housing Staff or any other University representative may, when they deem it necessary, in their sole and absolute discretion:
A. Change room assignments or require a student to move to different accommodations.
B. Enter assigned rooms at any time either with prior notice to the student and the student's permission, or without prior notice to the student and without the student's permission to (i) to take inventory of University-owned equipment; (ii) to inspect rooms for damage or make repairs or complete physical maintenance; (iii) during fire drills; (iv) to inspect for compliance with health, fire or building codes; (v) if there are violations of any University or housing policies or procedures; (vi) when the University has reason to suspect imminent danger to health, safety or property; or (vii) to check rooms for holiday recesses and semester/session break closings.
C. Control use of rooms in event of an epidemic.
D. Assign additional students to any room which is below its normal capacity.
E. Assign a third occupant to a double room as the need arises.
F. Initiate and implement disciplinary action when any student prevents or impedes University Housing staff from carrying out their responsibilities for proper facilities usage.

XII. DAMAGES: The student agrees to be responsible for any cost incurred by the University arising from the student's use of the residence halls, including, but not limited to unauthorized possession of University keys and repairs attributable to student caused damages. Alteration of the furnishings, fixtures, walls, floors and ceilings is prohibited.

XIII. LIABILITY: The University assumes no liability for any claim of loss, injury or damage to persons or property incident to the use or occupancy of the residence halls and each occupant accepts full responsibility for the safety and security of his or his own person and property.

XIV. RATES: Rates for University housing and food service shall be established and revised from time to time by the Board of Trustees of the University. Rates are subject to change per Board of Trustees approval.

XV. DEFAULT: In the event of the default of any student, or co-signer/guarantor to fulfill any financial obligations under this agreement, the University may, at its sole and absolute discretion, summarily suspend any privileges of that student and may withhold class privileges, withhold grades, withhold withdrawal clearance, withhold official transcripts and diplomas, place a hold on registration, refer delinquent accounts to collection agencies and credit bureaus, and may, in addition, institute legal action as well as student disciplinary procedures.

XVI. EMERGENCY CLOSING: The University reserves the right to close any or all residence halls and to discontinue food service for the duration of any bona fide emergency caused by weather, power failure, strikes, riots, fires, disasters, or other condition beyond the control of the University, which would make it temporarily impossible or imprudent to maintain residence halls or food service. The University shall be under no obligation to abate fees or charges or to pay damages of any nature as a result of any emergency closing.

XVII. MISCELLANEOUS: Michigan law shall govern this Contract. This Contract may not be assigned without the prior written consent of the other party. The invalidity or unenforceability of any other term or provision hereof shall in no way affect the validity or enforceability of any other term or provision of this Contract. This Contract contains the entire agreement between the parties and cannot be modified except by subsequent written agreement between the parties. A waiver by either party of any provision or breach of this Contract shall not waive any other provision or breach.

XVIII. CONFLICTS: The terms of this Contract shall govern in the event of any conflict between this Contract and any document incorporated by reference into this document.

Shared\Fall 2007Contract Mailing\Contract 2007-2008.doc

*ORIGINAL COPY*

Oakland University
Department of University Housing
Student Profile/Assignment Preference Information
2007 - 2008

Please return this form with your signed contract. We will try very hard to meet your preferences. However, we cannot guarantee your choice.

Name: _Mical Fielken-Foldnir_ Student Number: _G00069646_

Home Address: _10474_ _LaSalle B'lvd._ _M.W. 48074_ Date: _10-7-07_
(Street) (City) (State) (Zip code)

Please check: (if applicable)
[ ] Academic Scholarship Recipient       [ ] Athletic Scholarship Recipient
    Name of Scholarship: _____          Sports Team: _____

I. **ROOMMATE CHOICE (must be mutual selection)**

   Roommate choice: _____
   My roommate choice is a: (check one)

   [ ] new freshman*    [ ] new transfer    [ ] returning residence hall student    [ ] commuter

   *All new freshmen are required to reside in Hamlin Hall – our first year experience building. We reserve the right to assign students to other buildings should Hamlin Hall reach capacity.

   Are you interested in having a student from abroad as a roommate? Yes [ ] No [ ]

II. **LEARNING COMMUNITIES** (Selection into a community will determine building selection as noted)

   [ ] Community Outreach                      [ ] Honors College/Scholars Tower
       (West Vandenberg Hall – Co-ed Floors)       (West Vandenberg Hall – Must maintain 3.5 GPA)

III **BUILDING CHOICE (rank first (1), second (2), and third (3) choices)**
    Please refer to enclosed Building Specification Sheet for specific details on each hall.

   [ ] Anibal (Single Rooms)                         [ ] Fitzgerald House (Single Rooms)
       Hamlin Hall (Freshmen - First Year Experience)   [ ] Van Wagoner Hall (Single Rooms)
   [X] East Vandenberg Hall                          [X] West Vandenberg Hall
   [ ] Hill House (Single Rooms)

   ***ALL RESIDENCE HALLS ARE NON-SMOKING***

IV. Are you a:          [ ] smoker       [X] non-smoker

Please provide us with any additional information about yourself or preferences you feel we should know about you when we make housing assignments. (These may include special needs, cleanliness, early riser, guests.)

_I am part of OU-Transition Initiative. I have a cognitive impairment. I am looking for a roomate who will be supportive. I am relatively independent_

*Thank you!*

10/30/06