UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Micah Fialka−Feldman,

                        Plaintiff(s),

v.                                                Case No. 2:08−cv−14922−PJD−VMM
                                                 Hon. Patrick J Duggan

Oakland University Board of
Trustees, et al.,

                        Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Patrick J Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion for Leave to File − #21

- MOTION HEARING: 6/18/09 at 02:15 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/ M. Orem
                                                  Case Manager

Dated: June 1, 2009