# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**MICHAH FIALKA-FELDMAN,**

       Plaintiff,

v.

**OAKLAND UNIVERSITY BOARD OF TRUSTEES, GARY D. RUSSI, MARY BETH SNYER and LIONEL MATEN, in their official capacities,**

       Defendants.

Case No. 2:08-cv-14922-PJD-VMM
Hon. Patrick J. Duggan

---

| | |
|---|---|
| Chris E. Davis (P52159) | Robert A. Boonin (P38172) |
| Michigan Protection & Advocacy Service, Inc. | Regan K. Dahle (P53975) |
| 29200 Vassar Blvd., Ste. 200 | Butzel Long, a professional corporation |
| Livonia, MI 48152 | 350 S. Main Street, Ste. 300 |
| (248) 473-2990 | Ann Arbor, MI 48103 |
| cdavis@mpas.org | (734) 213-3601 |
| Attorney for Plaintiff | boonin@butzel.com |
| | dahle@butzel.com |
| | Attorneys for Defendants |

---

## NOTICE OF APPEARANCE

To:   **CLERK OF THE COURT**
        **ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Regan K. Dahle of the firm of BUTZEL LONG hereby appears as counsel on behalf of Defendants Oakland University Board of Trustees, Gary D. Russi, Mary Beth Snyder, and Lionel Maten in the above-captioned matter.

Respectfully submitted,

BUTZEL LONG

By: /s/ Regan K. Dahle
Robert A. Boonin (P38172)
Regan K. Dahle (P53975)
Attorneys for Defendants
350 South Main Street, Suite 300
Ann Arbor, MI 48104
(734) 995-3110
E-mail: boonin@butzel.com
E-mail: dahle@butzel.com

Dated: July 23, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Attorney for Plaintiff, Chris E. Davis, Esq., Michigan Protection Advocacy Service, Inc., 29200 Vassar Blvd., Suite 200, Livonia, MI 48152.

**BUTZEL LONG**

By: /s/ Regan K. Dahle
Regan K. Dahle (P53975)
Attorneys for Defendants
350 S. Main, Suite 300
Ann Arbor, MI 48104
(734) 995-3110
E-mail: dahle@butzel.com

232510