# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**MICAH FIALKA-FELDMAN**

            Plaintiff,

v.

**OAKLAND UNIVERSITY BOARD OF TRUSTEES, GARY D. RUSSI, MARY BETH SNYDER,** and **LIONEL MATEN,** in their official capacity,

            Defendants.
_____/

Case Number 08-CV-14922
Hon. Patrick J. Duggan

| | |
|---|---|
| Michigan Protection & Advocacy Service, Inc.<br>Chris E. Davis (P52159)<br>Gabrielle S. Frampton (P59499)<br>29200 Vassar Blvd., Suite 200<br>Livonia, MI 48152<br>Phone: (248) 473-2990<br>Email: cdavis@mpas.org<br>Attorney for Plaintiff | BUTZEL LONG<br>By: Robert A. Boonin (P38172)<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 995-3110<br>Attorneys for Defendant<br>boonin@butzel.com |

_____/

## DEFENDANTS' WITNESS LIST

Defendants Oakland University Board of Trustees, Gary D. Russi, Mary Beth Snyder and Lionel Maten, in their official capacity, by their attorneys, Butzel Long, a professional corporation, hereby state as their Witness List as required by the Court's Scheduling Order in this matter, as follows:

1. Plaintiff
2. Richard Feldman
3. Janice Fialka

4. Mary Beth Snyder

5. Lionel Maten

6. Katherine Rowley

7. Robert Wiggins

8. Deborah Middlebrook

9. Linda Sisson

10. Lea Van Amberg

11. Jane Thompson

12. Elenore Reynolds

13. Donald Ritenburgh

14. Jean Ann Miller

15. Mary Otto

16. Jennifer Gilroy

17. Laura Schartman

18. Rebecca Wickham

19. Expert(s) regarding university housing, yet to be identified

20. Other expert(s) yet to be identified

21. Keepers of Records

    a. Oakland University

    b. Berkley School District

    c. Rochester Community School District

    d. Oakland Schools

    e. Michigan Association for Retarded Children

  f. Jewish Association for Retarded Citizens

  g. Plaintiff's treating physicians, counselors, therapists and social workers

  h. Michigan Protection and Advocacy Services

  i. MORC

22. All persons listed on Plaintiff's Witness List

23. All persons identified in any depositions, interrogatory responses or documents produced during discovery in this matter

24. All persons necessary for rebuttal, impeachment, authentication of documents or surrebuttal

25. Defendants reserve the right to add to or otherwise modify their Witness List as it deems necessary and appropriate during the remaining course of this litigation.

          **BUTZEL LONG, a professional corporation**

          By: /s/ Robert A. Boonin
            Robert A. Boonin (P38172)
            Regan K. Dahle (P53975)
          350 S. Main St., Suite 300
          Ann Arbor, MI 48104
          (734) 995-3110
          Attorneys for Defendants

          Dated: August 31, 2009

<u>**Certificate of Service**</u>

I, Robert A. Boonin, hereby certify that on August 31, 2009, I electronically filed the foregoing papers with the Clerk of the court using the ECF system, which will send notification of such filing to the following counsel of record:

>Chris E. Davis
>Michigan Protection & Advocacy Service, Inc.
>29200 Vassar Blvd., Ste. 200
>Livonia, MI 48152
>(248) 473-2990
>cdavis@mpas.org
>Attorney for Micah Fialka-Feldman

>Respectfully submitted,
>
>**BUTZEL LONG**
>
>By: /s/ Robert A. Boonin
>   Robert A. Boonin (P38172)
>   Regan K. Dahle (P53975)
>350 South Main Street, Suite 300
>Ann Arbor, Michigan 48104
>(734) 995-3110
>boonin@butzel.com
>dahle@butzel.com
>
>**Attorneys for Defendants**

Dated: August 31, 2009