# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Micah Fialka-Feldman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    08-cv-14922 |
| Oakland University Board of Trustees, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Micah Fialka-Feldman

Date:  10/9/09

_____
*Attorney's signature*

Veena Rao, P 52981
*Printed name and bar number*

Michigan Protection & Advocacy Service, Inc.
29200 Vassar, Ste. 200
Livonia, MI 48152

_____
*Address*

vrao@mpas.org
*E-mail address*

(248) 473-2990
*Telephone number*

(248) 473-4104
*FAX number*