# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**MICAH FIALKA-FELDMAN,**

           Plaintiff,

v.

**OAKLAND UNIVERSITY BOARD OF TRUSTEES, GARY D. RUSSI, MARY BETH SNYDER,** and **LIONEL MATEN,** in their official capacities,

           Defendants.

Case Number 08-CV-14922
Hon. Patrick J. Duggan

_____/

| | |
|---|---|
| MICHIGAN PROTECTION & ADVOCACY SERVICE, INC.<br>Chris E. Davis (P52159)<br>Gabrielle S. Frampton (P59499)<br>29200 Vassar Blvd., Suite 200<br>Livonia, MI 48152<br>Phone: (248) 473-2990<br>Email: cdavis@mpas.org<br>Attorney for Plaintiff | BUTZEL LONG, a professional corporation<br>By: Robert A. Boonin (P38172)<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 995-3110<br>Attorneys for Defendants<br>boonin@butzel.com |

_____/

## DEFENDANTS' FIRST AMENDMENT TO WITNESS LIST

Defendants Oakland University Board of Trustees, Gary D. Russi, Mary Beth Snyder and Lionel Maten, in their official capacities, by their attorneys, Butzel Long, a professional corporation, in accordance with Rules 26(a)(2)(A) and 26(a)(2)(C) of the Federal Rules of Civil Procedure, hereby amend their Witness List to identify the following expert witness:

        Professor John H. Schuh
        1706 Amherst Drive
        Ames, IA 50014

Professor Schuh's Report and other information required by Rule 26(a)(2)(B) of the

Federal Rules of Civil Procedure are being provided to Plaintiff's counsel forthwith.

**BUTZEL LONG, a professional corporation**

By:   /s/ Robert A. Boonin
        Robert A. Boonin (P38172)
        Regan K. Dahle (P53975)
350 S. Main St., Suite 300
Ann Arbor, MI  48104
(734) 995-3110
Attorneys for Defendants

Dated:  October 14, 2009

## Certificate of Service

I, Robert A. Boonin, hereby certify that on August 31, 2009, I electronically filed Defendant's First Amendment to Witness List with the Clerk of the court using the ECF system, which will send notification of such filing to the following counsel of record, and I also served copy of Defendant's First Amendment to Witness List, along with the Report and Vita of the expert witness identified therein, to the following counsel by first class mail and e-mail:

Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vassar Blvd., Ste. 200
Livonia, MI 48152
(248) 473-2990
cdavis@mpas.org
Attorneys for Plaintiff

Respectfully submitted,

**BUTZEL LONG, a professional corporation**

By: /s/ Robert A. Boonin
    Robert A. Boonin (P38172)
    Regan K. Dahle (P53975)
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 995-3110
boonin@butzel.com
dahle@butzel.com

**Attorneys for Defendants**

Dated: October 14, 2009