# EXHIBIT
# 6

Page 9

1   A. Yes.
2   Q. What were those programs?
3   A. Housing is restricted to enrolled students, I would
4      characterize that as an academic program. Many of the
5      programs that report to me have an academic requirement
6      that students be enrolled to participate, including many of
7      our international student programs, student organizations
8      have a rule that you have to be an enrolled student to be
9      an official of a club or organization. We have program
10     rules for Graham Health Center, who can and cannot use the
11     Graham Health Center. Those would be examples.
12  Q. And what do you consider an academic program?
13  A. I consider an academic program one that is focused on the
14     purpose of moving students toward an academic degree,
15     achievement of an academic degree.
16  Q. How does housing move them toward achieving an academic
17     degree?
18  A. The services and programs are there in housing to
19     re-enforce the serious and focused requirements that will
20     move a student in the direction and influence them to
21     achieve an academic degree.
22  Q. Do you know what percentage of students attending Oakland
23     University are commuter students?
24  A. The number is approximately, in the freshman year
25     approximately --

Page 10

1          MR. BOONIN: Regularly enrolled students you're
2      talking about?
3          MR. DAVIS: Yes, regularly enrolled students.
4   A. Approximately eighty-five percent.
5   Q. (Continuing by Mr. Davis:) Just to be clear. Like in any
6      given academic semester, what percentage of the student
7      body is commuter students, do you know?
8   A. Eighty-five, ninety percent.
9   Q. If they're moving toward achieving an academic goal or
10     degree and outcome, correct, the commuting students?
11  A. Many are engaged in programs that lead, they're enrolled
12     and courses that lead to a degree.
13  Q. So I guess I'm trying to understand how housing is an
14     academic program at least, or is involved in the academic
15     aspect of the university?
16  A. How do you define academic?
17  Q. You're the one who said that housing is an academic
18     program. I'm trying to understand what you consider an
19     academic program?
20  A. It's an enriched environment with programs and services
21     that are designed specifically to keep the student focused
22     on their degree objectives.
23  Q. Okay. So it's not a service that the university provides?
24  A. No, it's an experience.
25  Q. It's an experience. What would you consider a service that

Page 11

1      the university provides?
2   A. A service that the university provides would include
3      recreation services, programs of the Oakland Center,
4      lectures, programs that, counseling perhaps. Those would
5      be examples of services.
6   Q. What responsibilities do you have in relation to the
7      academic programs that you have responsibilities over?
8   A. I oversee admissions, which is directly related to the
9      academic enterprise, financial aid as directly related to
10     student's ability to stay in the academic enterprise,
11     housing, disabled student services. We do call that a
12     service, but it is restricted to students. We are
13     complimenting in the career area what's going on in the
14     classroom, I oversee that aspect, trying to prepare
15     students alongside their classroom experience to prepare
16     them for their first jobs.
17  Q. So persons attending the university but are not working
18     towards a degree or certificate, is just students
19     continuing education program, are they, do they have
20     available to them the disability support services
21     department?
22  A. No, they do not.
23  Q. So if an individual was auditing a class let's say, and
24     they were blind and needed the book in braille, that
25     service would not be provided, or that accommodation would

Page 12

1      not be provided to them?
2   A. I am not sure of that. Not to my recollection, I don't
3      know whether they are or not.
4   Q. If again an individual is auditing a class, not working
5      towards a degree, if they were wheelchair bound, and needed
6      an accessible classroom or something, would that be
7      something that would be accommodated through disability
8      support services?
9   A. A student who is in continuing education auditing a class?
10  Q. A person who's auditing a class, not working towards a
11     degree, I don't know if you considered them a student or
12     not?
13  A. We do not, we do not serve through our accommodation
14     process individuals who aren't enrolled in a regular degree
15     program who haven't been admitted.
16  Q. What if they are in continuing education program working
17     towards a certificate?
18  A. I don't know the answer to that question.
19  Q. Are they considered students if they're enrolled in
20     continuing education department but are only working
21     towards a certificate?
22  A. No, they are not considered an enrolled student.
23  Q. Are you aware that the continuing education department
24     offers a number of certificate courses in its curriculum?
25  A. I am not familiar with all of the options that the academic

Electronically signed by Amanda Grosshans (501-183-703-0801)                    daf68a44-82e4-429f-b2aa-8c95d6252c54

Page 25

1   A.  Yes, they are given to them in a handbook.
2   Q.  Do they have to sign acknowledging it?
3   A.  I can't answer for sure whether they sign something.
4   Q.  Go ahead.
5   A.  I vaguely recall a statement, but I don't know if they
6       still operate according to that procedure, that they sign
7       off on a statement that they agree to abide by them.
8   Q.  Was there any concerns that because Micah had difficulty
9       with reading and writing that he would not be able to
10      understand the rules and responsibilities of living in
11      campus housing?
12  A.  That would be a concern that was expressed between
13      Mr. Maten and myself.
14  Q.  Did you ask Micah about his ability to understand the rules
15      and responsibilities of living on campus?
16  A.  I did not ask Micah.
17  Q.  Did you look into the possibility of, re-ask that question.
18          Are there students that, who are entered in degree
19      programs that have accommodations regarding rules and
20      policies?  And by that I mean, let's say you have a student
21      that was blind, a student that is enrolled in the
22      university, working towards a degree.  Are such rules and
23      regulations provided to them either in braille, or maybe by
24      having someone read them to them and them acknowledging
25      them verbally?

Page 26

1   A.  That would be an accommodation that we would make for a
2       student who qualified for admission.
3   Q.  Was that ever considered as a possibility in Micah's
4       situation?
5   A.  No.
6   Q.  Why not?
7   A.  Because he wasn't enrolled at the university and not been
8       admitted.
9   Q.  The enrollment in the university as a matriculating
10      student, re-ask this question.
11          What is Micah's enrollment status with the university?
12  A.  As I understand it, he's in a continuing ed program.
13  Q.  Is he a student at the university?
14  A.  Not according to the official definition of what a student
15      is.
16  Q.  Is he a participant in a university program?
17  A.  He is a participant in a university program.
18  Q.  Participant in the university academic program?
19  A.  I would say no, according to what the common knowledge of
20      an academic program is.
21  Q.  Is he a participant in an activity of the university?
22  A.  Yes.
23  Q.  And the OPTIONS Program would be an activity of the
24      university?
25  A.  Yes, it would be.

Page 27

1   Q.  Would waving this rule about being enrolled in the
2       university as a matriculating student, waving that housing
3       condition for eligibility, would that change or alter the
4       nature of the housing program?
5   A.  Yes, it would.
6   Q.  How so?
7   A.  You would have individuals living in housing who have a
8       very different purpose for being there then for what
9       housing is designed for.
10  Q.  How would their purpose be different?
11  A.  Their purpose would be different because they would not be
12      continuously enrolled in courses that are important to
13      their degree aspirations.  They would have very different
14      needs for services.  It would be hard to say for anybody
15      that wasn't a student what their requirements would be.
16      Right now we designed the programs and services to keep
17      students focused on achieving the academic degree.
18  Q.  Options students have requirements to attend a certain
19      number of course each semester; is that correct?
20  A.  That's my understanding.
21  Q.  So you checked into this when you were reviewing it, is
22      that what you found when you were reviewing this?
23  A.  I saw the proposal for what was being thought about the
24      components of the program.  I don't know firsthand what is
25      actually required.

Page 28

1   Q.  Okay.  Would it have affected your decision to know that
2       they are to maintain a certain number of credit hours each
3       semester at the university?
4   A.  No, it would not.
5   Q.  Why not?
6   A.  Because I learned that they are not, they had not gone
7       through the admissions process, and been determined to meet
8       the requirements that allowed individuals to become a
9       degree for a candidate, or a candidate for a degree.  I'm
10      sorry.
11  Q.  If there had been a certificate offered for the OPTIONS
12      Program, would that have changed your decision?
13  A.  No.
14  Q.  Why not?
15  A.  Because individuals who receive certificates aren't, to my
16      knowledge, an enrolled student in a degree program.
17  Q.  What about the housing program, in terms of what it offers,
18      would be changed by allowing a person from the OPTIONS
19      Program to live in housing on campus?
20  A.  The culture itself would change.  You've got a culture with
21      undergraduates who all have the same goals, and that is to
22      move toward degree completion.  Having individuals who
23      aren't of a similar mind set, who don't have that goal,
24      changes the nature of the program.  And you would have
25      undergraduates in an environment with nonstudents, that

7 (Pages 25 to 28)

Electronically signed by Amanda Grosshans (501-183-703-0801)          daf68a44-82e4-429f-b2aa-8c95d6252c54

Page 29

1 could very much change the nature of how we interact with
2 the student, the individual. These could be program
3 participants in anything, and I can't imagine how families
4 would feel about having their degree seeking students
5 living next door to individuals who aren't degree seeking
6 students. It could change the entire nature of the
7 relationship between the university and the people in
8 housing to the point where it's, it's no longer an academic
9 program per se. You've got people there who could be
10 living across the street and, you know, old person's home,
11 you could have anybody there. You could have all kinds of
12 people living there if you open.
13 Q. But if you open it up to the OPTIONS Program students,
14 you're having students that, back up.
15 If you open it up to participants in the OPTIONS
16 Program who have gone through an application process to be
17 admitted to this university activity program, who are
18 required to attend a certain number, take a certain number
19 of credits each semester, wouldn't you say that
20 demonstrates a commitment to a participation in the
21 university's community?
22 A. I would say that housing is there to serve the interest of
23 the university in moving students through the pipeline to
24 get their degree, and OPTIONS students don't have that goal
25 and purpose when they --

Page 30

1 Q. The options --
2 A. -- are participants.
3 Q. -- participants aren't the same as someone coming in from
4 off the street and filing an application to live in housing
5 on campus, would you agree with that statement?
6 A. I would agree that they are, it's a unique program. So
7 there are other unique programs as well that the university
8 is associated with.
9 Q. If it's a unique program, could a unique rule be created
10 for this program?
11 A. I wouldn't want to oversee a presidential system where you
12 pick and choose which participates in unique programs live
13 in the residence halls.
14 Q. Would allowing the participants in the options program into
15 housing create any undo expense for the university to your
16 knowledge?
17 A. Having individuals who don't have degree aspirations in the
18 halls, in my professional judgment, puts the extra burden
19 on the student staff, and the halls, and the management of
20 the halls in general.
21 Q. You're talking about administrative burden?
22 A. Yes.
23 Q. I was going to ask that next. Since you brought it up,
24 what would be that, what do you see the extra
25 administrative burden that they would have to endure?

Page 31

1 A. I would question whether or not we would have, what kind of
2 rules and regulations would apply to those individuals who
3 are living there who aren't in a degree program. When we
4 have limited space on campus, we would have a whole set of
5 issues if the halls were opened to community members who
6 aren't enrolled.
7 Q. I'm talking specifically about OPTIONS Program
8 participants, what undo administrative expense?
9 A. Expense?
10 Q. What undo administrative burden are they going to create?
11 A. Just take an example, you have study floors, you've got
12 quiet hours, you've got all kind of rules that are designed
13 to work well and keep students who have serious degree
14 aspiration on task. And if you've got individuals, OPTIONS
15 or otherwise, who are not degree programs, student staff
16 wouldn't, they would have to have multiple sets of rules
17 and policies that would guide their interactions with these
18 different segments of the residential population.
19 Q. Could you give me a for instance?
20 A. Well, let's take quiet hours, that's a rule that student
21 staff enforce. Or let's limit it to that, and you've got
22 individuals there who really aren't getting graded in
23 classes, aren't taking classes, perhaps it's a group that
24 comes in for semester long seminar in the business school.
25 What the student staff would, they would constantly be

Page 32

1 trying to intervene I'm sure in situations where
2 nonstudents might choose not to follow the rules that apply
3 to the enrolled student population.
4 Q. What happens to students that don't follow the rules in the
5 dormitory?
6 A. The students that don't follow the rules in the dormitory
7 are potentially disciplined.
8 Q. They are Subject to discipline?
9 A. They're subject to a disciplinary process, which includes
10 expulsion from the halls or the university.
11 Q. So participants in the OPTIONS Program, if they were
12 allowed in, you've given me one example of undo burden to
13 the student housing monitors, or hall monitors, or what?
14 A. Residential assistants.
15 Q. Residential assistants, thank you. What other undo burdens
16 do you see for these residential assistants?
17 A. The residential assistants would, in trying to create
18 community, could they expect the nonenrolled students to be
19 integrated in the kinds of activities. They have floor
20 meetings, they have faculty coming into the halls talking
21 to the students. They try to get their entire floor there,
22 if they don't, now this is not a disciplinary situation,
23 but if the students don't come, the enrolled students, they
24 follow-up and say, you know, why didn't you come to the
25 enrolled, to the floor meeting. I can't imagine an

8 (Pages 29 to 32)

Electronically signed by Amanda Grosshans (501-183-703-0801)          daf68a44-82e4-429f-b2aa-8c95d6252c54