# EXHIBIT 13

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICAH FIALKA-FELDMAN,**

        Plaintiff,

Case Number 08-CV-14922
Hon. Patrick J. Duggan

v.

**OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER,** and **LIONEL MATEN,** in their
official capacities,

        Defendants.

_____/

### AFFIDAVIT OF LINDA SISSON

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )ss |
| COUNTY OF OAKLAND | ) |

I, Linda Sisson, state under oath that the following is true:

1. I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

2. I am currently employed by Oakland University as its Director of Disability Support Services.

3. Disability Support Services maintains a database of self-identified disabled students attending Oakland University.

4. According to the most recent information in that database, there are 383 disabled students enrolled in degree-granting programs at Oakland University.

5. According to Oakland University's records, 76 disabled students in degree-granting programs live in on-campus housing at the University.

Further affiant sayeth not.

*Linda Sisson*
Linda Sisson, Director
Disability Support Services

STATE OF MICHIGAN   )
                    )ss
COUNTY OF OAKLAND   )

The signator is known to me and acknowledged the foregoing instrument this 13th day of November, 2009.

*Jennifer L. Swiatowy*
Jennifer L. Swiatowy, Notary Public
Oakland County, Michigan
My Commission expires: 10/11/15

Jennifer L. Swiatowy
Notary Public
Oakland County, Michigan
My Commission Expires: 10-11-15