# EXHIBIT 14




**2009-10 Survey Materials**

12-month Enrollment

Print    Back to Question Screen    Back to Result Screen

Click one of the following questions to view the answer.

### General

1) Should I report students enrolled exclusively in non-credit courses?

2) Should I include graduate students enrolled in thesis credits in enrollment numbers, even if they are enrolled in a zero credit placeholder course?

### Unduplicated Count (Part A)

1) Why do the 12-month unduplicated counts need to be larger than the corresponding prior year fall enrollments (Part A of Fall Enrollment Survey component)?

4) How do I report a student who changes levels of enrollment during the 12-month period?

5) How do I report foreign students living outside the U.S. who are enrolled in my institution?

### Instructional Activity (Part B)

1) How is the full-time equivalent (FTE) student number calculated in Part B of the E12 component?

Answers:

### General

**1) Should I report students enrolled exclusively in non-credit courses?**

No. Only students enrolled *for credit* should be reported. Credit is defined as "recognition of attendance or performance in an instructional activity (course or program) that can be applied by a recipient toward the requirements for a degree, diploma, certificate, or other formal award." You should **not** report any of the following:

- Students enrolled exclusively in courses **not creditable** toward a formal award
- Students enrolled exclusively in Continuing Education Units (CEUs)
- Students exclusively auditing classes
- Residents or interns in Doctor's - professional practice (previously first-professional), since they have already received their Doctor's degree
- Students studying abroad (i.e., at a foreign university) if their enrollment at the 'home' institution is **only** an administrative record and the fee is nominal
- Students in any branch campus located in a foreign country

Back to top

**2) Should I include graduate students enrolled in thesis credits in enrollment numbers, even if they are enrolled in a zero credit placeholder course?**

Yes. You should include these students in your enrollment counts, as these students are still enrolled and seeking their degree.

Back to top

### Unduplicated Count (Part A)

**1) Why do the 12-month unduplicated counts need to be larger than the corresponding prior year fall enrollments (Part A of Fall Enrollment Survey component)?**

The 12-month unduplicated counts must be equal *or* greater than the corresponding prior year fall enrollments. Since Fall 2008 falls within the 12-month period currently being reported on the 12-Month Enrollment Survey component (2008-09), the 12-month unduplicated count must be equal to or greater than the Fall 2008 reported enrollments.

Back to top

**4) How do I report a student who changes levels of enrollment during the 12-month period?**

Students should be reported at their highest level of enrollment. For example, a student enrolled as an undergraduate in the fall and then as a graduate student in the spring should be reported as a graduate student on the 12-Month Enrollment Survey component.

Back to top

**5) How do I report foreign students living outside the U.S. who are enrolled in my**

**institution?**

There has been no change to how these students should be reported with the new race/ethnicity reporting method. Foreign students living outside the U.S., such as a foreign student living outside the U.S. who is enrolled in distance education at your institution, should be classified in the Race/Ethnicity Unknown category. Only U.S. citizens are to be categorized in the specific Race/Ethnicity categories. The non-resident alien category is reserved specifically for students that are in the U.S. under that specific legal status.

Back to top

### Instructional Activity (Part B)

**1) How is the full-time equivalent (FTE) student number calculated in Part B of the E12 component?**

FTE students is calculated based on the total credit and/or contact hours reported in Part B and the institution's calendar system, as reported on the prior year Institutional Characteristics (IC) component. The following method is used to convert the credit and/or contact hours reported to an indicator of full-time equivalent students: CONTACT HOUR REPORTERS: Contact hours are divided by 900 QUARTER CALENDAR SYSTEM: Undergraduate credit hours are divided by 45 and graduate credit hours are divided by 36 SEMESTER/TRIMESTER/4-1-4 PLAN/OTHER CALENDAR SYSTEM: Undergraduate credit hours are divided by 30 and graduate credit hours are divided by 24.

Back to top