# EXHIBIT
# 16

Your completed FISAP
must be transmitted via FISAP on the Web by October 1, 2009

# Fiscal Operations Report for 2008-2009 and
# Application to Participate for 2010-2011 (FISAP)

in the Federal Perkins Loan,
Federal Supplemental Educational Opportunity Grant (FSEOG),
and Federal Work-Study (FWS) Programs

U.S. Department of Education
Federal Student Aid

Title III/V eligible, **you must file separate FISAPs for eligible and non-eligible locations.** Otherwise, Title III/V-eligible locations will not receive waivers of the institutional-share requirement.

If you are unsure of your Title III/V eligibility for the 2010-2011 award year, or if you need to apply for Title III/V eligibility, contact

U.S. Department of Education
Institutional Development and
   Undergraduate Education Service
   (IDUES)
Title III/V Eligibility Designation
1990 K Street, NW
6th Floor
Washington, DC 20006-8512
Phone: (202) 502-7777

or go to

http://ed.gov/about/offices/list/ope/idues/index.html

## Section D. Information on Enrollment

### Traditional or non-traditional calendar

A traditional calendar means your school has

- academic terms that are quarters, trimesters, or semesters *and*

- only one admission period during each academic term.

If your school has a traditional calendar, select the "Traditional" radio button and report enrollment in Field 7 or 8.

A non-traditional calendar means your school admits a new group of students monthly, or more frequently, into a majority of its eligible programs—*even if* those students enroll on a quarter, trimester, or semester basis.

If your school has a non-traditional calendar, select the "Non-Traditional" radio button and report enrollment in fields 9 through 21, *not* in Field 7 or 8.

Classify a student as an undergraduate or graduate student according to the instructions in Section F (see page II-8). If a student enrolled as an undergraduate during an earlier term in 2008-2009 but enrolled as a graduate student in a subsequent term in 2008-2009, report the student as a graduate student in Section D.

### 7 & 8 Information on enrollment for a school with a traditional calendar

Schools that operate on a traditional academic calendar, or that have a majority of their eligible programs operating on a traditional calendar, must enter an unduplicated number of all postsecondary students enrolled (full time and less than full time) for the twelve-month period ending June 30, 2009. "Unduplicated" means each student is counted/reported only **ONCE**, *regardless* of how many terms a student enrolls in.

A person is not enrolled if he or she did not begin attending class.

Field 7 or Field 8 must include all postsecondary students enrolled in at least one undergraduate or graduate/professional course that met one of the following criteria:

- Creditable toward a degree or certificate

- Listed as an undergraduate or graduate/professional course in the school's catalog

- Offered as an elective or required course as part of the undergraduate or graduate/professional curriculum

- Required as a remedial course as part of the student's degree or certificate

program

- Otherwise considered by the school to be an undergraduate or graduate/ professional course

**Do not include students who were *exclusively* auditing a class or classes.**

Column a. Report the number of students enrolled in undergraduate classes.

Column b. Report the number of students enrolled in graduate/professional classes.

**7   Total number of students, 2008-2009**

When you report the number of students your school enrolled at any time during the twelve-month period July 1, 2008 through June 30, 2009, **count each student only ONCE.**

Report the number of students in the appropriate boxes ("Undergraduate" or "Graduate/Professional").

**Valid entries are**
0000000-9999999
This field **cannot** be blank.

**8   Estimated number of students, 2009-2010**

If your school has a traditional calendar and had no enrollment in 2008-2009 but will have enrollment in 2009-2010, report the estimated *unduplicated* numbers expected to enroll at any time during 2009-2010. **Count each student only ONCE.**

Report the number of students in the appropriate boxes ("Undergraduate" or "Graduate/Professional").

**Valid entries are**
0000000-9999999
This field **cannot** be blank.

**9-21   Information on enrollment for a**

**school with a non-traditional calendar**

Complete fields 9-20 if most of your school's eligible programs operate on a non-traditional calendar.

As mentioned at the beginning of Section D, a non-traditional calendar means your school admits a new group of students monthly, or more frequently, into a majority of its eligible programs—*even if* those students attend classes on a quarter, trimester, or semester basis.

Include only postsecondary students who were enrolled in campus-based *eligible* educational or instructional programs during any month from July 1, 2008 through June 30, 2009.

In each field in column (a), enter the number of students who were enrolled in the previous month and who were still enrolled on the first day of the month for which you are entering information. For example, if you are completing Field 14(a), include any students enrolled in November (Field 13(a)) who were still enrolled on December 1. In column (b), enter the number of new starts. New starts are students who begin at any time during the month and include students who were enrolled in the previous year and are re-enrolling at the school after a break in enrollment.

Once a student is reported in Field 9 (a) or in fields 9 (b) through 19 (b), the student must be reported in fields 10 (a) through 20 (a) for any succeeding months through June 30, 2009 during which the student was enrolled at the school.

Example: Suppose you had 100 continuing students who were enrolled as of July 1, 2008 (Field 9 (a)), and 50 new students who enrolled during July (Field 9 (b)). If all those students were still enrolled as of August 1, 2008, you would show 150 continuing students in Field 10 (a). If you