# EXHIBIT 20



**Office of the Vice President
for Academic Affairs and Provost**

Rochester, Michigan 48309-4496
(248) 370-2190   Fax: (248) 370-4475

22 August 2007

To: Jennifer Gilroy
Office of the Registrar

From: Virinder K. Moudgil
Vice President for Academic Affairs and Provost

Re: Curriculum Code Requests

On the recommendation of Mary Otto, Dean, School of Education and Human Services, the Office of Academic Affairs recommends the adoption of a distinct rubric for a continuing education program intended to serve students with mild cognitive disabilities. Students enrolled in these courses are not regularly admitted OU students and do not receive credit toward a degree.

    **PST   Post Secondary Transition**

Thank you for your assistance.

c: Mary Otto, Dean, School of Education and Human Services
Bob Wiggins, Associate Dean, School of Education and Human Services
Steve Shablin, Registrar
Tamara Machmut-Jhashi, Interim Assistant Provost





School of Education and Human Services
Office of the Dean
Room 415 Pawley Hall
Rochester, Michigan 48309-4494

# MEMO

**TO:** Virinder Moudgil

**FROM:** Bob Wiggins

**DATE:** August 22, 2007

**RE:** New Post Secondary Transition Courses

---

During the winter semester I proposed and got approval from Dean Otto and yourself for a new continuing education program that would serve students with mild cognitive disabilities. The program consists of a combination of courses that address the specific learning needs of these students and opportunities for these students to audit regular university courses as appropriate.

These students are not regularly admitted OU students and do not get credit toward a degree. Therefore, we have created a distinct rubric (PST) for these Continuing Education courses. Since this is a new rubric, the Registrar needs your approval.

The courses that have been created for September 2007 are:

PST 0101C - Introduction to Self-Advocacy (2 CEU)

PST 0111C - Learning Seminar I (4 CEU)

PST 0121C - Organization and Technology (2 CEU)

PST 0130C - Academic Special Topics I (4 CEU)

PST 0140C - Academic Special Topics II (4 CEU)

Can you please authorize the Registrar to create the PST rubric and build these courses in the Banner system?

Thank you.