# EXHIBIT 21



Institution: Oakland University (171571) (1)   User ID: P81715711

| Surveys | Reports | Tools | Help | LogOut |

Glossary

Search 0-9 A B C D E F G H I J K L M N O P Q R S T U V W

| Term | Definition | Related Terms |
|---|---|---|
| On-campus housing | Any residence halls owned or controlled by an institution within the same reasonably contiguous geographic area and used by the institution in direct support of or in a manner related to, the institution's educational purposes. | |