UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN   November 16, 2009
SOUTHERN DIVISION
HON. PATRICK J. DUGGAN
CIVIL 08-14922

FIALKA-FELDMAN V. OAKLAND UNIVERSITY BOARD OF TRUSTEES, ET.AL

**NOTICE REGARDING MOTION PRACTICE**

The following motion(s) has been filed with the Court:
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court reminds counsel and the parties of the provisions of Local Rule 7.1, particularly 7.1(d) which provides:

(d)     Briefing Schedule.
    (1)     Dispositive Motions.
        (A)  Dispositive motions are:
            for injunctive relief,
            for judgment on the pleadings,
            for summary judgment
            to dismiss or quash an indictment or information made by a defendant,
            to suppress evidence in a criminal case,
            to certify or decertify a class,
            to dismiss for failure to state a claim upon which relief can be granted, and
            to involuntarily dismiss an action.

        (B) <u>A response to a dispositive motion must be filed within 21 days</u> after service of the motion.

        (C) If filed, <u>a reply brief supporting a dispositive motion must be filed within 7 days</u> after service of the response, but not less than 3 days before oral argument.

    (2)     Nondispositive Motions:
        (A)     Nondispositive motions are motions not listed in LR7.1(d)(1)(A).

        (B)     <u>A response to a nondispositive motion must be filed within 14 days</u> after service of the motion.

        (C)     If filed, <u>a reply brief supporting a nondispositive motion must be filed within 7 days</u> after service of the nondispositive response, but not less than 3 days before oral argument.