# INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---|---|
| 1 | Letter to Kim Dembrosky from Dr. Howard Schubiner |
| 2 | Affidavit of Micah Fialka-Feldman |
| 3 | Proposal to Establish a Continuing Education Program |
| 4 | Letter from Robert Wiggins |
| 5 | E-mail from Kim Dembrosky |
| 6 | OPTIONS Program Brochure |
| 7 | Contract for Residence Halls Services, 2007-08 |
| 8. | E-mail from Bob Wiggins to Rick Feldman and Kim Dembrosky Dated 11/8/2007 |
| 9 | E-mails from Bob Wiggins to Rick Feldman Dated 11/29/07 and 1/10/08 |
| 10 | E-mail to Rick Feldman from Roxanne Fisher |
| 11 | Letter to Micah Fialka-Feldman from Lionel Maten |
| 12 | Oakland University Account Status for Micah Fialka-Feldman |
| 13 | Oakland University Residence Halls Contract Release Request, 3/6/08 Version |
| 14 | Letter to Micah Fialka-Feldman from Mary Beth Snyder Dated 5/23/08 |
| 15 | Affidavit of Sharon Howell |
| 16 | Oakland University Board of Trustees Meeting Minutes from 9/17/08 |
| 17 | Letter to Micah Fialka-Feldman from Mary Beth Snyder Dated 9/24/08 |
| 18 | Letter to Victor Zambardi from Chris Davis Dated 10/7/08 |
| 19 | Mary Beth Snyder Statement to Board of Trustees on 11/5/08 |
| 20 | Letter to Chris Davis from Victor Zambardi Dated 11/7/08 |

| | |
|---|---|
| 21 | Letter to Victor Zambardi from Chris Davis Dated 11/14/08 |
| 22 | Letter to Chris Davis from Victor Zambardi Dated 11/17/08 |
| 23 | MORC Eligibility Determination Documentation |
| 24 | Transition Individualized Education Program Team Report Dated 6/20/08 |
| 25 | Affidavit of Nicole Bertrand |
| 26 | Affidavit of Heather Sterner |
| 27 | Oakland University Student ID Card and Personal Profile for Micah Fialka-Feldman |
| 28 | Oakland University Reading-Writing Clinic Final Report |
| 29 | Oakland University Housing Web Page |
| 30 | Oakland University Housing Web Page: What Students Are Saying |
| 31 | Robert Wiggins Deposition Excerpts |
| 32 | Mary Beth Snyder Deposition Excerpts |
| 33 | Lionel Maten Deposition Excerpts |
| 34 | Micah Fialka-Feldman Deposition Excerpts |
| 35 | Richard Feldman Deposition Excerpts |
| 36 | Janice Fialka Deposition Excerpts |