Fialka-Feldman v. Oakland University Board of Trustees Doc. 39 Att. 2





30055 Northwestern Highway, Ste. 30
Farmington Hills, MI 48334-3226

December 19, 2007

Kim Dembrosky
MORC, Inc.
1270 Doris Rd.
Auburn Hills, MI 48326

Dear Ms. Dembrosky,

I am writing to report on the medical condition of Micah Fialka-Feldman. Micah is now 23 years old and has a history of cognitive impairment, bicuspid aortic heart valve and labile hypertension.

He is currently on no medications chronically and has no physical symptoms. He is allergic to Penicillin and must take antibiotics for any dental or surgical procedures. His immunizations are up to date. His most recent physical examination was normal and included a BP of 130/86.His most recent lab tests results including cholesterol were normal.

In conclusion, Micah has been healthy and has no immediate health risk. His cognitive and physical conditions mentioned above are stable.

Thank you for your consideration. Please contact me if you need any other information.

Sincerely,

Howard Schubiner, MD
Faculty Internist, Department of Internal Medicine
Providence Hospital
Professor, Wayne State University School of Medicine
30055 Northwestern Highway, Suite 30
Farmington Hills, MI 48334
Office 248-865-4133
Pager 248-367-5967

ASCENSION HEALTH

Dockets.Justia.com