## Dembrosky, Kim

**From:** Bob Wiggins [wiggins@oakland.edu]
**Sent:** Thursday, April 26, 2007 5:04 PM
**To:** 'Andrea Tolle'; Annette Downey; Barbara Dean; Becky Hill; Brynn Lawrence; Cranston, Candace; Totten, Carmen; Catherine Schmidt; Jan Graetz; Jean Ann Miller; Mayernik, JoAnn; Kathleen Kovach; Dembrosky, Kim; Lea VanAmberg; Leigh Sarfati; Linda Sisson; Maria King; 'Michelle Quarton'; Pat Katchman; Rebecca Wickham; Rick Feldman; Rick Stanfield; Robert Kollman; Rohrbach, Dale F; Roz Kenroy; Sandy Turner; Sharon Berke; Stephanie Elwood; TRUMBULL, Jillian
**Subject:** Course Descriptions
**Attachments:** Transitions Course Descriptions.doc

---

This e-mail was received from outside of MORC, Inc.
By opening this e-mail, you are indicating that,
to the best of your knowledge, you are the intended
recipient and that no company policy is being violated
by your use of this e-mail or it's attachment(s).

---

Greetings All,

Attached is a list of the courses we talked about on Monday and a brief description of each. Please make any comments or suggestions for changes. You folks know much more than I do about what content should be in each course as well as the correct terminology we should use.

Keep in mind that these brief descriptions do not have to be prefect and they do not control the actual content of the course. I tried to stay very general so there is a lot of flexibility about what actually happens in the course – indeed, many of these will not even look like traditional courses when they are actually taught and that is just fine.

However, having these descriptions will allow me to get the courses "on the books" as far as the university is concerned. So, please have a look and get your feedback to me as soon as possible.

I'll email again next week with a time/date and an agenda for our next meeting.

Thanks,

Bob


Robert A. Wiggins, Ph.D.
Associate Dean
School of Education and Human Services
Oakland University
Rochester, MI 48309
(248)370-3095

# Post-Secondary Transitions
# Program Plan

## Semester I – Fall

PST 101 – Introduction to Self-Advocacy – 2 credits

This course introduces students to college life and provides guidance and assistance in the process of becoming a self-reliant young adult on a college campus. Students are familiarized with university offices and procedures including registration, student activities, food service, and recreation. Active participate in various campus events strengthens the students communications, interpersonal, and self-advocacy skills.

PST 111 – Learning Seminar I – 4 credits

Activities for this course are based on an individualized academic plan for each student designed to address specific academic needs. Small group seminars, tutoring, and one-on-one coaching provide students with direct instruction in specific academic areas as well as support for the successful completion of their regular college classes.

PST 121 – Organization and Technology – 2 credits

A parallel to PST 101, this course assists students in developing organizational skills needed to function independently both on and off campus. Issues such as scheduling commitments, meeting deadlines, and balancing academic, social and vocational obligations are covered. The course also explores the technology devices that are appropriate for these purposes as well as the use of university technology resources.

PST 130 – Academic Special Topics I – 2 to 4 credits

This course serves as a place-holder to acknowledge the student's involvement in a regular OU course. The special-topic will vary fro each student depending on the area of study chosen. Students need to get permission of the Program Director and the instructor of the regular OU course before registering. The student will enroll in this course for the corresponding number of credits.

PST 140 – Academic Special Topics II – 2 to 4 credits

Same as Academic Special Topics I

## Semester II – Winter

PST 151 – Advanced Problem Solving - 2 credits

A continuation of PST 101, this course will explore more complex environments in which the student must deal with unforeseen circumstances. Topics include dealing with change, varying routine activities, coping skills, and flexible decision making.

PST 161 – Learning Seminar II – 4 credits

Continuation of PST 111.

PST 171 – Consumer Math – 2 credits

This course explores all of the ways math is used on a daily basis. In conjunction with PST 151, it prepares students to make decisions and plan for future events when mathematical skills are required. Topics include budgeting both time and money, making purchases and receiving change, using estimating to solve problems, and general numeracy skills.

PST 180 - Academic Special Topics III – 2 to 4 credits

Same as Academic Special Topics I

PST 190 - Academic Special Topics IV – 2 to 4 credits

Same as Academic Special Topics I

Spring/Summer Offerings

The course offerings in spring and summer provide students with some additional alternatives beyond their academic work. Although the PST program can be year-round, there may be some advantages for students to apply what they learn in the fall and winter semesters in a completely different setting. For that reason, students can enroll in both, one or neither session. It is expected that students who do attend in spring and summer will also enroll in one regular OU course in addition to the offerings listed below.

PST 105 – Living on Campus – 2 credits

      This course is intended for students who are considering residential housing in the following semester. Students are introduced to the obligations and responsibilities of shared living arrangements as well as the advantages of living away from home. This course includes a one-three-week period during which the student lives in a dorm room.

PST 115 – Career Exploration – 2 credits

      Students learn about a variety of career possibilities and the skills required for each. Career choices will be determined by the skills and abilities of the students enrolled. This course addresses interviewing skills and appropriate workplace behavior. Where possible, this course will include a job-shadowing experience or an actual job placement.

PST 125 – Community Action – 2 credits

      As an extension of the self-advocacy learning in PST 101 and PST 151, students in this course will be assisted in becoming involved in a community project. The project will be linked to the work of a community service agency and may be political, environmental, educational, or social in nature. The student is expected to take an active role in helping others or furthering a worthy cause.

PST 135 – Recreation and Fitness – 2 credits

      As a pre-cursor to the Heath, Wellness, and Nutrition course in Semester III, students will engage in recreation and fitness activities at the OU Student Recreation Center or some other comparable facility. This course instructs students in social interaction in a group recreational activity and promotes the importance personal fitness as part of a balanced life.

PST 145 – Social and Vocational Special Topic – 2 – 4 credits

      This course allows for a student to create an additional area of study or project in the community or in a job setting with the help of a program instructor. Permission of the Program Director required.

Semester III – Fall

PST 201 – Independent Living Skills I – 4 credits

This course continues the learning of PST 111 and PST 151 and now applies those skills to the off campus world. Topics include finding appropriate housing, public transportation, attending to personal needs, and engaging in the community.

PST 202 – Communication Skills and Social Interaction I – 2 or 4 credits

A co-requisite of PST 201, this course explores the skills needed to successfully interact as a member of a community.

PST 211 – Learning Seminar III – 4 credits

Continuation of PST 111.

PST 221 – Vocational Internship I – 4 credits

A continuation of the skills learned in PST 115, students will work with a vocational rehabilitation counselor, and pursue job placements. They will be guided in the job search process and instructed in the skills needed to be a competent and valued employee.

PST 231 – Health, Wellness, and Nutrition I - 4 credits

This course explores the basic tenets of a healthy life-style and the importance of exercise and a healthy diet. It also covers disease prevention. Students will develop and follow an exercise plan and plan healthy menus that can be adhered to at home and when eating out.

PST 240 - Academic Special Topics V – 2 to 4 credits

Same as Academic Special Topics I

PST 250 - Academic Special Topics VI – 2 to 4 credits

Same as Academic Special Topics I

Semester IV - Winter

PST 251 – Independent Living Skills I – 4 credits

    Continuation of PST 201

PST 252 – Communication Skills and Social Interaction I – 2 or 4 credits

    Continuation of PST 202.

PST 261 – Learning Seminar IV – 4 credits

    Continuation of PST 111.

PST 271 – Vocational Internship I – 4 credits

    Continuation of PST 221

PST 281 – Health, Wellness, and Nutrition I - 4 credits

    Continuation of PST 231

PST 280 - Academic Special Topics V – 2 to 4 credits

    Same as Academic Special Topics I

PST 280 - Academic Special Topics VI – 2 to 4 credits

    Same as Academic Special Topics I