
EXHIBIT
4  Feldman
10-19-09  CL

**From:** "Robert A. Wiggins" <███████████>
**To:** Rick Feldman <███████████>
**Date:** 11/29/2007 7:32:26 AM
**Subject:** Micah's Housing Request

Rich and Janice,

I'm afraid I received some bad news yesterday. You will be receiveing a letter informing you that Micah is not eligible to live in the dorm.

I don't know at what level this got waylayed; I thought everything was in place and we had the support we needed. I spoke at length yesterday evening to our Vice President of Student Affairs and she was adamant that this would not be possible.

I'm not sure what steps to take next since we are being stopped at a pretty high level of university governance. I will attempt to get some advice from some other high level university officials - today, if I can - but I'm not sure I can win this. As you might detect from this email, I'm very discouraged.

I'll talk with you this afternoon at Micah's planning meeting.

Bob


**CC:** <RUAW@aol.com>

Dockets.Justia.com

*— Housing obstacles* (handwritten, top)

**From:** Rick Feldman
**To:** Robert A. Wiggins
**Date:** 11/29/2007 8:49:02 AM
**Subject:** Re: Micah's Housing Request

Dear Bob,

I just read the email.
Thanks for the update. I have a few questions. You may or may not want to answer and maybe we should talk on the phone.
███████

When should we expect this letter and has it been mailed already?

What is the name of the VP in charge?
Who is this VP responsible to?
Has he/she seen Micah's Video? Would he/she meet with Micah and Janice/myself?
This is both a historic opportunity for OU and a tremendous right of passage and movement for Micah towards becoming a productive and independent/interdependent human being.
What was the reason or reasons that were given to say that Micah was not eligible?
Why? Why? Why?
Would they accept a "trial opportunity" for Micah to live in the dorm?
All students are under general and specific standards upon which they must adhere?
Would it be helpful if others lobbied for Micah (letters or phone calls of reference-OU Professors, Stte Representatives, etc)?

*— other students* (handwritten)
*— Oakland Art Central* (handwritten)

thanks,
Rich
███████
███████

Thanks for caring and we will find a way!

From: "Bob Wiggins" <██████████>
To: "'Rick Feldman'" <██████████>
Date: 1/10/2008 2:58:11 PM
Subject: RE: Dorm living

Rich,

That is a good point. I intend to also make the argument that the OPTIONS
program is unlike other continuing education programs - particularly since
we are hoping to move ahead with additional structure and academic focus
leading to a certificate of some sort.

Bob


-----Original Message-----
From: Rick Feldman [mailto:██████████]
Sent: Thursday, January 10, 2008 11:04 AM
To: Bob Wiggins
Subject: RE: Dorm living

Thanks for the update-

"I had a conversation with our university council and found out that it has
been university practice for some time that the dorm facilities are
restricted to students who are pursuing a degree. They have held to this
firmly - even to the point of not allowing OCC students who are planning to
transfer to Oakland to live in the dorms until they are actually admitted
and taking classes."

Thanks for the update.

I think there is a difference that needs to be explored.
Micah and the options program do not have the option of pursuing a
degree
while others do and for various reasons choose not to pursue a degree
at the
particular time.
I would like to pursue this conversations with university officials but
want
to talk with you before.
Micah selected night classes and 8:00 am classes this year based
upon the
dormitory commitment and I think the principle is worth pursuing.

rich


>>> "Bob Wiggins" <■■■■■■■■■■■■■■■> 01/07/08 4:52 PM >>>
Rick,

I was able to talk to few more people and I regret having to tell you
that
my sense is that this is not going to happen. The one positive aspect is
that I don't believe it has anything to do with the three questions you
raise below. It has nothing to do with Micah, the program, or fear and
ignorance.

I had a conversation with our university council and found out that it
has
been university practice for some time that the dorm facilities are
restricted to students who are pursuing a degree. They have held to
this
firmly - even to the point of not allowing OCC students who are
planning to
transfer to Oakland to live in the dorms until they are actually
admitted
and taking classes.

This is sort of what our VP for Student Affairs told me initially, but she either didn't explain it as well, or I was not really hearing it. I am surprised that the folks in the housing office didn't recognize the conflict before we got so far but Lionel is new and perhaps the others were not aware that OPTIONS was not a degree program.

I suppose the rationale is that the university does not want to be obligated to provide dorm services to random individuals who happen to take a course as a guest and then apply to live in the dorms as a cheap form of housing with no real commitment to OU or to further education.

However, the students in the OPTIONS program are not random individuals and their motive is not cheap housing. Lionel Maten is still willing to meet with me to discuss this. I am going to include a representative from the Student Affairs Office and Linda Sisson from Disabilities Services to join us.

So, I will keep the issue on the table. My lack of optimism is that I know that the folks operating the Community College transfer program appealed all the way to the President and he turned them down. I have no reason to think we will fare any better.

Sorry to have to be the bearer of bad news. Maybe we need to go in a different direction. I met the director of ON MY Own and will be talking to her about the possibility of an apartment complex near Oakland for

in
2008 (Jan, Feb.).

Is it really about criteria?
Is it about creating a pilot program?
Is it about fears or ignorance?

I do not know.

I do know that on our trip to Toronto this week-end, Micah became sad and
started to cry.
He was really disappointed at this set back.
Lessons from setbacks are good, but victories and forward steps are better.

independent living..

I'll keep you posted.

Bob


-----Original Message-----
From: Rick Feldman [mailto:█████████████]
Sent: Monday, January 07, 2008 10:09 AM
To: wiggins█████████████
Subject: Dorm living

Hello Bob,
Welcome back from your holiday break.

I wanted to share a few thoughts.
At this time, we (our family) is waiting to see how your conversations unfold.
I know that we are all disappointed but I am still hopeful that the right

I would gladly help with criteria.
Janice, Micah and I are ready to meet with anyone, anytime, anywhere.
Should we meet with the VP and/or the Housing director? or ????

Micah's life has been amazing and you have been a great contributor to his
life and opportunities.
I recently created this metaphor of clouds and the sun. Along our journey
and Micah's life, there is always a cloud in the background and our job is
to continue to put the sun in front and keep enlarging that sun. We also
recognize that sometimes the cloud gets in front of the sun. In January we
need to move the sun to the right place.

This is one of the first times that Micah has really learned about personal
discrimination and the meaning of self-advocacy within his life.

Micah has lots of friends ready to develop letters of support.
We are eagerly awaiting your thoughts in the next few weeks.


Thanks for everything,
Rich