Fialka-Feldman v. Oakland University Board of Trustees — Doc. 39 Att. 11

11-14-2007

From: "Roxanne Fisher" <███████>
To: "'Rick Feldman'" <███████>
Date: 11/14/2007 3:56:42 PM
Subject: RE: Micah Fialka-Feldman

No, there is nothing else he needs to do. He is all set.

Just before we leave on our Christmas Break we will be sending out the
Assignment Letters to all Winter students who will be moving in. This
letter will tell him when and where to pick up his Residence Hall key.
It
will also inform him of what he can and cannot bring for his living
arrangements. The letter will NOT give you his room assignment nor
will it
give you his roommate information. He will not learn that information
until
he comes to pick up his key (when he moves in).

Mark January 6, 2008, on your calendar. That is move in day. I do not
have
the time yet. He can have, if he wants, a microwave 600 watts
(maximum 800
watts), refrigerator 5 cubic feet (basically waiste high), twin extra-long
sheets, a lap top or desk top computer (we have wireless internet),
and TV.
Just give you Christmas ideas, but this will all be in the Information
Assignment Letter. But he does not have to get any of those things if
he
does not want to.

You can also look on line at www.oakland.edu/housing and get more
information if you like.

We look forward to having Micah with us. I personally met with him
and he
is just a wonderful man.

Dockets.Justia.com

Hope this helps,

Roxanne Fisher
Oakland University Housing Dept
██████████
██████████
██████████
8:00 AM - 5:00 PM Monday-Friday
██████████-Phone
██████████-Fax

-----Original Message-----
From: Rick Feldman [mailto:██████████]
Sent: Wednesday, November 14, 2007 2:38 PM
To: rfisher██████████
Subject: Fwd: Micah Fialka-Feldman


>>> Rick Feldman 11/14/07 10:50 AM >>>
Hello Roxanne,

This is Micah's dad. I knwo that you met with Micah and Kim (MORC) recently. I have been in touch with Bob Wiggens and recently spoke with
Lionelle.

I just wanted to say hello and please let me know if there is anything else
we need to ddo so Micah is available for January dormitory living.

thanks,
rich