# OAKLAND UNIVERSITY
## DEPARTMENT OF UNIVERSITY HOUSING

448 Hamlin Hall
Rochester, MI 48309-4401
(248) 370-3570
Fax: (248) 370-3340

November 28, 2007

Micah Fialka-Feldman

Dear Micah:

The housing contract you recently submitted is being returned to you as you are not an admitted Oakland University student and are not registered for Winter 2008 classes. Students must be registered for classes to live in the Residence Halls. The $100 down payment you submitted will be refunded by University check and will be forwarded to you as soon as possible.

If your situation changes and you are able to get registered, you are welcome to submit another housing contract.

Sincerely,

Lionel Maten
Director of University Housing

Enclosures