# OAKLAND UNIVERSITY



| EBills | Payments | Payment Plans | Authorized Users | My Profiles |

**Welcome Micah Fialka-Feldman!**                                    BILLING AND PAYMENT INFORMATION

This is the place to manage your student account activity. Here you can view your bills, make payments, enroll in a payment plan, and set up authorized users (parents, guardians, or others). Use the tabs along the top to navigate through the site.

| ANNOUNCEMENTS: |
| --- |
| **Registration Information** |
| Registrar's |
| **Tuition and University Housing Billing Cycle and Due Dates** Tuition and university housing charges are generally due three weeks into a semester. Please visit the Student Business Services Billing Cycle and Due Date web page for more information. |
| **Oakland University De-Registration Policy** |
| De-registration |
| **OU Payment Plan** Enroll in an OU Payment Plan and spread your tuition, on-campus housing and other charges billed to your student account into several smaller payments. The OU Payment Plan allows you to select a plan option that best meets your needs. Please visit the Student Business Services OU Payment Plan web page for more information To enroll in a payment plan, click on the Payment Plan tab above. |
| **Direct Deposit** |

**Current Account Status:**

Your current account balance, including recent account activity, is **$0.00**.
You can also view transactions and pay balances from previous terms.

**e-Bills:**

Your most recent bill for Student Account was posted on 09/04/2008.

| ACCOUNT TYPE | STATEMENT DATE | AMOUNT | |
| --- | --- | --- | --- |
| Student Account | 09/04/2008 | $ 6,236.98 | Make a Payment |

**Recent Payments/Credits:**

A credit was posted on 09/11/2008 for $6,144.81. To view all payments that have been made, go to Payment History (located under the Payments tab). Items shown below include the most recent credits applied to your account.

| DESCRIPTION | PAYMENT DATE | CODE | AMOUNT |
| --- | --- | --- | --- |
| Payment Thank You! ACH EBill | 09/11/2008 | ACHP | $ 6,144.81 |
| Payment Thank You! CC EBill | 04/21/2008 | CCEB | $ 2,525.00 |
| Housing Deposit - Check | 11/30/2007 | DHCH | $ 100.00 |

**Payment Plans:**

There is one payment plan available for enrollment. For details, please click 'View Plan' below, or select the Payment Plans tab.

**AVAILABLE PAYMENT PLANS**

Fall 2008 1 Installment Payment Plan w/50% Down    View Plan

