

Office of the Vice  President
for Student Affairs

144 Oakland Center
Rochester, Michigan 48309-4499
(248) 370-4200    Fax: (248) 370-4250

May 23, 2008

Mr. Micah Fialka-Feldman


Dear Micah,

Thank you for taking the time to meet with Mr. Maten and me yesterday to discuss your request to live on campus next fall. I am impressed by all the support presented on your behalf. Clearly, you have made many friends during the time you have been associated with Oakland.

Mr. Maten and I discussed your request and have decided that we cannot offer you a housing contract. The University maintains residence halls for individuals who meet our admissions requirements and enroll in coursework leading to a degree. From time to time we do house students from other universities who are earning credits for transfer to another institution, such as the example you gave today.

I realize that this is not the answer you had hoped for, however, Mr. Maten suggested that you might want to spend time in Vandenberg Hall Cafeteria while you are on campus. That would give you another option to meet new people and a place to relax in between your classes. Mr. Maten would be more than happy to work out the purchase of a cafeteria meal plan that would allow you access.

Again, thank you for your interest in Oakland and best wishes for much success as you pursue your educational goals.

Sincerely,

Mary Beth Snyder

Mary Beth Snyder
Vice President for Student Affairs

c: Lionel Maten, Director University Housing