Minutes of the Formal Session
of the
Oakland University Board of Trustees
September 17, 2008

| | |
|---|---|
| **Present:** | Chair Jacqueline S. Long; Vice Chair Henry Baskin; and Trustees Monica E. Emerson, Richard A. Flynn, Michael R. Kramer, and Ann V. Nicholson |
| **Absent:** | Trustees Dennis K. Pawley and Ganesh V. Reddy |
| **Also Present:** | President Gary D. Russi; Senior Vice President Virinder K. Moudgil; Vice Presidents John W. Beaghan, Rochelle A. Black, Mary L. Otto, and Mary Beth Snyder; Vice President and Secretary to the Board of Trustees Victor A. Zambardi; and Student Liaisons Samir R. Hanna and Tawnee S. Milko |

## A. Call to Order

Chair Jacqueline S. Long called the meeting to order at 2:05 p.m. in the Auditorium of Elliott Hall of Business and Information Technology.

## B. Roll Call

Mr. Victor A. Zambardi, Vice President for Legal Affairs, General Counsel and Secretary to the Board of Trustees, conducted a roll call and all of the Board members were present except Trustees Dennis K. Pawley and Ganesh V. Reddy. Trustees Richard A. Flynn, Michael R. Kramer, and Ann V. Nicholson were present via teleconference.

## C. Consent Agenda for Consideration/Action

### Consent Agenda

### Minutes of the Board of Trustees Special Formal Session of July 31, 2008

### University Personnel Actions

RESOLVED, that the Board of Trustees approve the personnel actions below.

**I. New Appointments, effective August 15, 2008**

Corso, Jr., John J., Instructor in Art History ($46,200.00) (New appointment filling a newly authorized position).

Dockets.Justia.com

Dalton, Lisa E., Assistant Professor of Social Work ($63,000.00) (New appointment filling a vacant authorized position).

Day, Mary Rose, Assistant Professor of Education ($53,500.00) (New appointment filling a vacant authorized position).

Doman, Mark S., Special Instructor in Education ($56,086.00) (New appointment filling a vacant authorized position).

Gao, Xiaoli, Assistant Professor of Statistics ($62,500.00) (New appointment filling a vacant authorized position).

Landolt, Laura K., Assistant Professor of Political Science ($54,000.00) (New appointment filling a newly authorized position).

McDaniel, L. Bailey, Assistant Professor of English ($50,000.00) (New appointment filling a vacant authorized position).

Milne, George E., Assistant Professor of History ($49,000.00) (New appointment filling a newly authorized position).

Navin, Mark C., Instructor in Philosophy ($47,200.00) (New appointment filling a newly authorized position).

Neuman, Karen, Associate Professor of Social Work ($65,000.00) (New appointment filling a newly authorized position).

Nidiffer, Jana, Associate Professor of Education with tenure ($68,000.00) (New appointment filling a newly authorized position).

Nielsen, Kuniko Y., Instructor in Linguistics ($48,200.00) (New appointment filling a vacant authorized position).

Nugent, James D., Instructor in Rhetoric ($45,200.00) (New appointment filling a newly authorized position).

Olson, Mark R., Assistant Professor of Education ($54,000.00) (New appointment filling a vacant authorized position).

Patel, Nilesh, Assistant Professor of Engineering ($85,000.00) (New appointment filling a vacant authorized position).

Payette, Jessica L., Instructor in Music ($50,200.00) (New appointment filling a newly authorized position).

Rodriguez, Julia E., Assistant Professor, University Library ($48,000.00) (New appointment filling a vacant authorized position).

Saenz-Roby, M. Cecilia, Assistant Professor of Spanish ($50,000.00) (New appointment filling a vacant authorized position).

Saliga, Susan E., Assistant Professor of Physical Therapy ($55,169.00) (New appointment filling a vacant authorized position).

Sanders, George, Instructor in Sociology ($48,200.00) (New appointment filling a vacant authorized position).

Sidelinger, Robert J., Assistant Professor of Communication ($50,000.00) (New appointment filling a newly authorized position).

Taku, Kanako, Assistant Professor of Psychology ($53,000.00) (New appointment filling a vacant authorized position).

Tiegs, Scott D., Assistant Professor of Biological Sciences ($58,000.00) (New appointment filling a vacant authorized position).

## II.     Administrative Appointments

Rozek, Richard J., Interim Associate Dean, School of Health Sciences, effective August 15, 2008 ($96,243.00) pursuant to the Employment Agreement between Richard J. Rozek and Oakland University that was reviewed and approved by the Office of the Vice President for Legal Affairs and is in compliance with the law and University policies and regulations and conforms to the legal standards and policies of the Vice President for Legal Affairs and General Counsel.

Department Chairs

| Department | Chair | Term |
| --- | --- | --- |
| Chemistry | Arthur Bull | August 15, 2008 – August 14, 2011 (1st term) |
| Counseling | Lisa D. Hawley | August 15, 2008 - August 14, 2011 (1st term) |
| Human Development and Child Study | Swift, Carol | August 15, 2008 – August 14, 2011 (4th term) |
| Teacher Development and Educational Studies | Tracy, Dyanne M. | August 15, 2008 – August 14, 2011 (3rd term) |

III.    Change of Status

Ari, Sitaramayya, from Professor of Biomedical Sciences to Professor of Chemistry, effective August 15, 2008.

Ramey, Luellen, from Associate Professor of Education and Chair, Department of Counseling to Associate Professor of Education, effective August 15, 2008.

Severson, Mark W., from Professor of Chemistry and Chair, Department of Chemistry to Professor of Chemistry, effective August 15, 2008.

### Acceptance of Gifts and Pledges to Oakland University for the Period of June 1 through July 31, 2008

RESOLVED, that the Board of Trustees accept the gifts and pledges to Oakland University identified in the Gifts and Pledges Report, Attachment A, for the period of June 1 through July 31, 2008 that was presented to the Board of Trustees.

(A copy of Attachment A is on file in the Board of Trustees Office.)

### Acceptance of Grants and Contracts to Oakland University for the Period of June 1 through July 31, 2008

RESOLVED, that the Board of Trustees accept the grants and contracts to Oakland University identified in the Grants and Contracts Report, Attachment A, for the period of June 1 through July 31, 2008 that was presented to the Board of Trustees.

(A copy of Attachment A is on file in the Board of Trustees Office.)

Trustee Ann V. Nicholson, seconded by Trustee Henry Baskin, moved approval of the Consent Agenda, and the motion was unanimously approved by those present.

### D. New Items for Consideration/Action

#### Resolution Honoring Aaron L. Kochenderfer, Student Liaison to the Oakland University Board of Trustees

Dr. Mary Beth Snyder, Vice President for Student Affairs and Enrollment Management, presented a Resolution Honoring Aaron L. Kochenderfer, Student Liaison to the Oakland University Board of Trustees, as set forth in the agendum item.

RESOLVED, that the Oakland University Board of Trustees recognizes the fact that Mr. Aaron L. Kochenderfer has served as a Student Liaison with dedication and distinction; and, be it further

RESOLVED, that the Oakland University Board of Trustees commends Mr. Kochenderfer for his outstanding academic achievements, involvement in diverse extracurricular activities at Oakland University, and service as a Student Liaison to the Oakland University Board of Trustees; and, be it further

RESOLVED, that a copy of this resolution be provided to Mr. Kochenderfer to convey the esteem in which he is held by the Oakland University Board of Trustees; and, be it further

RESOLVED, that the Oakland University Board of Trustees publicly expresses its deep appreciation to Mr. Kochenderfer and extends to him its best wishes for continued success in all of his future endeavors.

After discussion, Trustee Michael R. Kramer, seconded by Trustee Richard A. Flynn, moved approval of the recommendation, and the motion was unanimously approved by those present.

### Financial Statements, June 30, 2008 and 2007; and Schedule of Expenditures of Federal Award Programs in Accordance with OMB Circular A-133 Year Ended June 30, 2008

Mr. John W. Beaghan, Vice President for Finance and Administration, presented the Financial Statements, June 30, 2008 and 2007; and the Schedule of Expenditures of Federal Award Programs in Accordance with OMB Circular A-133 Year Ended June 30, 2008 recommendations as set forth in the agendum items.

RESOLVED, that the Board of Trustees accept the Financial Statements, June 30, 2008 and 2007, which were audited by the public accounting firm of Andrews Hooper & Pavlik P.L.C.

RESOLVED, that the Board of Trustees accept the Schedule of Expenditures of Federal Award Programs in Accordance with OMB Circular A-133 Year Ended June 30, 2008, which was audited by the public accounting firm of Andrews Hooper & Pavlik P.L.C.

(Copies of the Financial Statements, June 30, 2008 and 2007; and the Schedule of Expenditures of Federal Award Programs in Accordance with OMB Circular A-133 Year Ended June 30, 2008 are on file in the Board of Trustees Office.)

After discussion, Trustee Monica E. Emerson, seconded by Trustee Nicholson, moved approval of the recommendations, and the motion was unanimously approved by those present.

### E. Other Items for Consideration/Action that May Come Before the Board

Mr. Micah Fialka-Feldman addressed the Board regarding students with intellectual disabilities living in residence halls.

Ms. Elizabeth W. Bauer, Member, Michigan State Board of Education addressed the Board regarding accommodating students with disabilities in post-secondary education.

Mr. Richard Bernstein, Vice Chair of the Board of Governors, Wayne State University, addressed the Board regarding Mr. Fialka-Feldman's request to live in the residence halls.

Chair Long thanked Mr. Fialka-Feldman, Ms. Bauer, and Mr. Bernstein for their comments and referred the matter to the administration.

Mr. David Ashland then addressed the Board regarding content of Athletics Department publications.

Chair Long thanked Mr. Ashland for his comments and referred the matter to the administration.

### F. Adjournment

Chair Long adjourned the meeting at 2:42 p.m.

Submitted,                                              Approved,


Victor A. Zambardi                                      Jacqueline S. Long
Secretary to the Board of Trustees                      Chair, Board of Trustees