

Office of the Vice President
for Student Affairs and Enrollment Management

144 Oakland Center
Rochester, Michigan 48309-4499
(248) 370-4200  Fax: (248) 370-4250

September 24, 2008

Mr. Micah Fialka-Feldman

Dear Micah:

I am writing in response to your September 17, 2008 presentation at the Oakland University Board of Trustees meeting at which you asked to live in a university residence hall this year. The Board Chair asked the administration to review your request and reply to your inquiry.

My review is completed and I now write to inform you that my initial decision remains in effect that you may not live in a University residence hall. As I discussed with you earlier, my decision is based on university housing eligibility criteria.

I want to thank you for taking the time to address the Board and wish you much continued satisfaction and success in the programs in which you are involved at Oakland University.

Sincerely,



Mary Beth Snyder
Vice President for Student Affairs
And Enrollment Management

c: Gary D. Russi, President
   Victor A. Zambardi, VP Legal Affairs and Secretary to the Board of Trustees
   Lionel Maten, Director, University Housing