

**Eligibility Determination Documentation**
**Received/Disposition**

| Name | MRN | Date of Birth | Age | Gender |
|---|---|---|---|---|
| Micah Fialka-Feldman | | | 20 | Male |
| Address | | Home Phone | | |

Determination Date
11/1/2004

**Documentation Received To Help Verify Disability:**

☒ School Report
☐ Medical Report
☐ Psychological Report
☐ Other Report  Specify: _____

**Other Documents Received:**

☐ Medicare Card
☒ Medicaid Card
☐ Private Insurance  Specify: _____
☐ Michigan Tax Return
☒ Social Security Card
☐ Guardianship Papers
☐ Other  Specify: _____

**Does disability result in substantial functional limitation in three or more of the following areas of major life activities?**

**Self Care:**
☐ Yes    ☒ No
**Explain:**
Able to initate care of own daily living needs.

**Language Skills:**
☒ Yes    ☐ No
**Explain:**
Good receptive, some difficulty noted with expressive.

**Learning:**
☒ Yes    ☐ No
**Explain:**
Unable to read or do simple math. Has a number of adaptive tools that are utilized in order to be as independent as possible.

**Mobility:**
☐ Yes    ☒ No
**Explain:**
Ambulatory.

**Self Direction:**
☐ Yes    ☒ No
**Explain:**
Able to make decisions that will keep him safe and healthy. Requires some natural supports, however, demonstrates good independent thinking.

**Capacity for Independent Living:**
☒ Yes    ☐ No
**Explain:**
Has not yet learned the skills necessary to live independent of family. Is working on these skills.



**Eligibility Determination Documentation**
**Received/Disposition**

| Name | MRN | Date of Birth | Age | Gender |
|---|---|---|---|---|
| Micah Fialka-Feldman | | | 20 | Male |

| Address | Home Phone |
|---|---|
| | |

**Economic Self-Sufficiency:**

☒ Yes  ☐ No

**Explain:**

Requires assistance with math and budgeting.

**Meets Eligibility:**

☒ Yes  ☐ No  ☐ Pending Additional Proof (Give a List of Reasons)

**Is Person Requesting ONLY Respite Services?**

☐ Yes  ☒ No

**Explain:**

Signature/Credentials       Date       Supervisor Initials:

Printed: 10/12/2009 10:22:23AM