Transition Individualized Education Program Team (IEPT) Report (13 years and over)
Berkley School District   14700 W. Lincoln Oak Park, MI 48237

IEP Date: 6-20-08     Prior IEP Date: 6-18-07     Initial/Most Recent Reevaluation IEP Date: 11-17-05
Birth Date: ▓▓▓▓     Gender: male     Grade: post secondary     Student ID:

Student's Last Name: Feldman     First: Micah     Telephone: ▓▓▓▓
Address: ▓▓▓▓     City: ▓▓▓▓     State: MI
County: Oakland     Zip Code: 48070     E-Mail: ▓▓▓▓
Resident Dist.: Berkley     Operating District: Berkley     Attending Bldg: Postsecondary

Parent's Last Name: Feldman     First: Rich     Relationship: dad
Telephone: Home: ▓▓▓▓     Work:     E-Mail: ▓▓▓▓
Address (if different): -same-     Native Language/Communication Mode:     Interpreter is Needed  Y ☐  N ☒

Parent's Last Name: Fialka     First: Janice     Relationship: mom
Telephone: Home: ▓▓▓▓     Work:     E-Mail: ▓▓▓▓
Address (if different): -same-     Native Language/Communication Mode:     Interpreter is Needed  Y ☐  N ☒

The Purpose of this IEP Team Meeting is to Discuss (check one of the following):
☐ Initial Eligibility     ☒ Review/Revise IEP     ☐ Reevaluation     ☐ Additional/change of disability reevaluation
☒ Other, please specify:

Parental Rights and Age of Majority (check all applicable):
☐ If the student will be age 17 during this IEP, the student was informed of parental rights that will transfer to him or her at age 18.
☒ If the student has turned age 18, the student and parent were informed of the parental rights that transferred to the student at age 18, including the right to invite a support person(s) such as a parent, other family member, advocate, or friend.
☐ The student has turned age 18 and there is a guardian established by court order.  The guardian is:
☐ The student has turned age 18 and has appointed a legally designated representative (e.g., power-of-attorney, trustee). The representative is:

IEP Team Meeting Participants in Attendance
Check the box ☐ indicating the IEP Team member who can explain the instructional implications of evaluation results.
Check the circle ○ indicating the IEP Team member who has observed the student suspected of having a learning disability.

_Micah Feldman_
Student

_Richard Feldman_                                       _____
Parent                                                  Adult Service Agency Representative

                                                        _signature_
                                                        Special Education Director

Parent                                                  _____
                                                        Special Education Teacher/Provider

_Kim Dembrosky_
Public Education Agency Representative/Designee         _____
_More_                                                  Speech/Language Pathologist

Micah Fialka Feldman                          6/20/08                                    1

Dockets.Justia.com

**Student's Post-Secondary Goals**

If student did not attend the IEP, describe the steps that were taken to ensure consideration of the student's preferences and goals: Micah did attend and co-lead this IEP meeting.

34 CFR §300.344(b) requires the school to invite students to participate in IEP Team meetings if the meeting will include consideration of transition needs or services.

1) **Adult Living:** As an adult, where do you want to live? I want to live on the college campus.

2) **Career/Employment:** As an adult, what kind of work do you want to do? To maintain employment at the YMCA, and eventually become a paid employee. Speaking/presenting is also a part of Micah's career interest.

3) **Community Participation:** As an adult, what hobbies and activities do you want to have? I like playing on the computer. I like being on boards. I like hanging out with my friends *helping with political campaigns*

4) **Post-Secondary Education/Training:** After high school, what additional education and training do you want? Keep on going to school. Driving training.

**Statement of Needed Transition Services** – Include by age 16 (Required)
(Recommended beginning at age 13 and annually thereafter if determined by the IEP Team.)

| Needed Transition Activities/Services Related to Student PLAAFP (describe the responsibilities of each participant) | Assessment | Responsible Agency/Person | Timeline (optional) |
|---|---|---|---|
| ADULT LIVING- Case opened with MORC. Micah continues to be interested in dorm living. MORC has been supportive, but there have been challenges on OU's end.<br>Considered, none needed ☐ | | MORC with OU Micah | ongoing |
| DAILY LIVING SKILLS- Case opened with MORC- Micah works with a peer on many of the "daily living" skills. More assistance needed in the area of cooking/baking.<br>Considered, none needed ☐ | Micah will have another assessment once in dorm | MORC | |
| FUNCTIONAL VOCATIONAL EVALUATION- June 2006<br>Considered, none needed ☐ | Completed 6/06 | Maria King & assoc. | |
| EMPLOYMENT- Micah worked at the Fresh Air Society April-September 2007. He currently is working at the YMCA. He also holds a job on campus at the Oakland Center. *Micah is working on staying on task and taking initiative at work.*<br>Considered, none needed ☐ | observation and work evals from YMCA & FreshAir | Micah<br>MORC | Support is ongoing |
| COMMUNITY EXPERIENCES- KASA, NYLN, St. Jude's, Community Service Fraternity: Alpha Phi Omega<br>Considered, none needed ☐ | | Micah | Ongoing |
| RELATED SERVICES- Speech/language services<br>Considered, none needed ☐ | | Speech/language therapist | |
| FURTHER EDUCATION- Micah is interested in continuing to receive his education on a college campus.<br>Considered, none needed ☐ | | Caseload teacher<br>MORC<br>OU<br>MRS | |
| OTHER- Micah began a driver's education assessment through Beaumont Hospital 6/18/08.<br>Considered, none needed ☐ | | | |

Was there a need to invite a community agency representative likely to provide current or future services? Yes ☒ No ☐

If Yes, did the community agency representative attend the IEP? Yes ☒ No ☐ Explain: Kim Dembrowski from MORC attended this

Micah Fialka Feldman      6/20/08      3

**Attendance Not Necessary**
The Parent and the LEA agree that the attendance of a member listed below is not necessary because the member's area of curriculum or related service is not being modified or discussed in the meeting.

**Excusal Prior to the IEP Team Meeting**
A member of the IEP Team may be excused from attending an IEP meeting, in whole or in part, when the meeting involves a modification to or discussion of the member's area of the curriculum or related service, if:
1) The parent and the local educational agency consent to the excusal; and
2) The member submits, in writing to the parent and the IEP Team, input into the development of the IEPT Report prior to the meeting. A parent's agreement shall be in writing.

**Eligibility for Special Education**
The IEP Team determined this student to be (check one). ☐ Ineligible ☒ Eligible
Primary disability: cognitive impairment 340.1705
Secondary disability, if any:

**Factors to Consider in Order to Provide a Free and Appropriate Public Education (FAPE)**

Consider (check) each of the following and comment below as appropriate:
☒ strengths of the student
☒ parent input and concerns for enhancing the education of the student
☒ results of an initial evaluation or the most recent reevaluation of the student
☒ progress on the current IEP annual goals and objectives
☒ student's anticipated needs or other matters

Consider (check) each of the following. Needs in any of the following require a statement in the comments below:
☐ communication needs of the student
☐ positive behavior interventions, supports, and strategies for students whose behavior impedes learning
☐ language needs for students with limited English proficiency
☐ Braille instruction for students who are blind or visually impaired
☐ communication and language for students who are deaf or hearing impaired
☒ the need for assistive technology devices or services

**Comments:**
Micah's strengths are almost too numerous to mention in the space provided on this form! He has an excellent sense of humor and a depth of understanding & empathy that is rarely seen in other his age!
Vocational skills: Micah is able to use public transportation to and from his home to OU. He is able to use a debit card and student ID (Spirit card). Micah has begun working at YMCA. Micah is working on staying on task without reminders. He continues to work at the Oakland Center in the Students Activities Center where he has experienced some job growth. He now work in other buildings on campus monitoring/maintaining their bulletin boards.
Micah's math skills: Micah has emerging math skills. He is able to count dollar bills, ~~adding the amount of $ he has in his wallet~~. He is able to pay for items, understanding the concept of 'rounding up' to the next whole dollar, receiving change.

Micah spent one night a week staying in an appartment with peers from his fraternaty. He is now ready to attempt dorm life.

**Comments:**
Assistive technology:
Micah benefits from the use of assistive technologies such as Kurzweil 3000 and Dragon Naturally Speaking- which he uses at home as well as OU and Berkley.
Micah's reading skills: Micah continues to take part in OU's reading clinic each winter term. Micah's reading skills are at the emergent level. He has a wonderful attitude about reading. He is able to comprehend books beyond his reading level. He can recognize the initial sound in words. Micah has many high frequency words and can identify them in isolation well. He recognizes even more in context.
Micah's writing skills: (continuing) Physically, writing does not come as easily for Micah. He is able to express his thoughts in the written form most effectively through dictation -either to a peer, or with the use of Dragon.

A review assessment will be planned to address Micah's reevaluation which is due in November this year

**Present Level of Academic Achievement and Functional Performance**
**Specify the Student Needs for Learning**
What is the student's level of functioning and how does the disability affect his or her involvement in and progress in the general education curriculum? Micah does all of the things typical students do on a college campus. He utilizes peer tutors (which Micah sets up himself at the beginning of each semester) in his classes. He meets with peers before and/or after classes. Micah also uses assistive technologies in order to successfully progress with the curriculum. While Micah's academic skills are considered "emergent", these accommodations allow him to fulfill class expectations at school.

Micah Fialka Feldman        6/20/08

2

## Reporting Progress
☒ The parents will be regularly informed in writing of progress on goals and objectives of this IEP.
How: Agency report and teacher report                    When: Usual reporting process

## Special Education Programs/Related Services
Is there a need for a teacher with a particular endorsement? ☒ No ☐ Yes, specify:
Resource Program Only – Is a Teacher Consultant with endorsement matching the student's disability needed? ☒ No ☐ Yes
Departmentalized Program (R 340.1749c) ☐ No ☐ Yes

| Special Education Programs/Services Rule Number | Frequency and Duration | Location |
|---|---|---|
| Secondary MI TC 340.~~1752~~ 340.1749 | 45 min 2-3 x month | "on-site" of plan / in district |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☒ All programs and services listed above will begin on the initiation date of the IEP and continue for one calendar year, following the approved school district calendar. Extended school year (ESY) services must be provided only if the IEP Team determines on an individual basis that ESY services are necessary for the provision of a free and appropriate public education. Note below any exceptions to beginning and ending dates and locations given above. Specify month/day/year:

## Special Transportation
☐ No  ☒ Yes, specifics: reimbursement for smart bus

## Nonpublic School Pupils
Identify programs/services offered by the district but not provided because the parent elected to enroll the child in a nonpublic school:

Micah Fialka Feldman                    6/20/08                                    6

State- and District-wide Assessment

The student will participate in the Michigan Educational Assessment System (MEAS), district-wide assessment, and/or the National Assessment of Educational Progress (NAEP*) assessments as follows:

### Section 1: MEAP and MI-Access Grades Assessed

| Content Area | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade 11 |
|---|---|---|---|---|---|---|---|---|
| English Language Arts | X | X | X | X | X | X | | X |
| Mathematics | X | X | X | X | X | X | | X |
| Science | | | X | | | X | | X |
| Social Studies | | | | X | | | X | X |

*Directions: Check the one that applies to this IEP*
☒ State Assessments are *NOT* administered at the grade level covered by this IEP.
☐ State Assessments *ARE* administered at the grade level covered by this IEP. (If checked, continue below.)

### Section 2: Michigan Educational Assessment Program (MEAP)

| MEAP Content Area Assessed | Is the assessment appropriate for the student? Check the appropriate box below. | | If YES, for each content area, indicate if the student needs any assessment accommodation(s) and what specifically is needed. If NO, state the reason why the specific MEAP assessment is not appropriate for the student. | Is the Assessment accommodation(s) standard as per current guidelines? Check the appropriate box below. | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO** |
| English Language Arts (Grades 3-8 and 11) | | | | | |
| Mathematics (Grades 3-8 and 11) | | | | | |
| Science ♦ (Grades 5, 8 and 11) | | | | | |
| Social Studies ♦ (Grades 6, 9 and 11) | | | | | |

\* For students indicate what standardized assessment(s) will be administered for each MEAP content area NOT assessed.
\*\* Scores received using a nonstandard assessment accommodation are not eligible for the Michigan Merit Award. Also, for the No Child Left Behind (NCLB) the student will not count as assessed for NCLB participation rates.
♦ For students whose IEP Team Determines the MEAP science and/or social studies assessment(s) are not appropriate for the student, the IEP Team must determine how the student will be assessed in science and/or social studies

Micah Fialka Feldman                          6/20/08

## Section 3: MI-Access, Michigan's Alternate Assessment Program

| MI-Access Type of Assessment and Content Area Assessed | Is the assessment appropriate for the student? Check the appropriate box below. | | If YES, why is the alternate assessment identified appropriate for the student? and<br><br>If YES, for each type of MI-Access assessment and/or content area, indicate if the student needs any assessment accommodation(s) and what specifically is needed. | Is the Assessment accommodation standard as per current guidelines? Check the appropriate box below. | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| Participation | | | | | |
| Supported Independence | | | | | |
| Functional Independence: English Language Arts | | | | | |
| Functional Independence: Mathematics | | | | | |
| Content Areas where the State does not currently have state assessments developed. | | | If the MEAP science and/or social studies assessment(s) are NOT appropriate for the student, indicate how the student will be assessed in science and/or social studies until the state has alternate assessments in these content areas available.<br><br>Also, indicate if any assessment accommodations are needed for the IEP Team determined science and/or social studies assessments | | |
| Science | | | | | |
| Social Studies | | | | | |

## Section 4: English Language Proficiency Assessment (ELPA)
*Directions: Check the one that applies to this IEP*
☒ The student is NOT an English Language Learner, therefore the ELPA will NOT be administered.
☐ The student IS an English Language Learner and has been in the United States for ____ number of years. Therefore, the student will participate in the EPLA.

Requires reading assessments using tests written in English for any student who has attended school in the US (excluding Puerto Rico) for 3 or more consecutive years, with LEA discretion to use tests in another language for up to 2 additional years. States also must annually assess English proficiency for all LEP students beginning with the 2002-03 school year.

Micah Fialka Feldman                        6/20/08                             8

## Section 5: District-wide Assessment

*Directions: Check the one that applies to this IEP*

☒ District-wide Assessments are *NOT* administered at the grade level covered by this IEP.
☐ District-wide Assessments *ARE* administered at the grade level covered by this IEP. (If checked, continue below.)

| District-wide Assessment: List each assessment that is administered district-wide below and answer the questions to the right. | Is the assessment appropriate for the student? Check the appropriate box below. | | If YES, for each content area, indicate if the student needs any assessment accommodation(s) and what specifically is needed. If NO, state the reason why the specific district-wide assessment is not appropriate for the student and indicate what alternate assessment the student will be administered. |
|---|---|---|---|
| | YES | NO | |
| *(redacted)* | | | |
| | | | |

## Section 6: National Assessment of Educational Performance (NAEP)

*Directions: Check the one that applies to this IEP*

☒ The NAEP assessments are *NOT* administered at the grade level covered by this IEP.

☐ The NAEP Assessments *ARE* administered at the grade level covered by this IEP and this student was selected as part of the sample. (If checked, continue below.)

☐ The NAEP Assessments *ARE* administered at the grade level covered by this IEP, but our school was NOT selected in the sample. (If checked, nothing else is needed.)

| NAEP Assessments | Is the assessment appropriate for the student? Check the appropriate box below. | | If YES, for each content area, indicate if the student needs any assessment accommodation(s) and what specifically is needed. If NO, state the reason why the specific NAEP assessment is not appropriate for the student. If the student is participating in MI-Access for the NAEP content areas being assessed, an alternate assessment does NOT need to be administered. |
|---|---|---|---|
| | YES | NO | |
| *(redacted)* | | | |
| | | | |

Micah Fialka Feldman　　　　　　6/20/08　　　　　　9

Commitment Signatures
Any IEP Team member may submit a dissenting report for attachment to this IEP Team Report.

**Resident District** – Resident district superintendent/designee (check all that apply):
- [x] Agrees with the IEP and its implementation
- [ ] Authorizes the nonresident operating district to conduct subsequent IEP Team meetings
- [ ] Agrees that the student is not eligible for special education

- [ ] Disagrees with this IEP and:
  - [ ] requests mediation
  - [ ] requests a due process hearing

Date: 6-20-08
month/day/year

Signed: _____
Resident District Superintendent or Designee

**Non-resident Operating District** – The superintendent/designee (check all that apply):
- [ ] Agrees to provide the IEP program(s) and/or service(s)
- [ ] Agrees to conduct subsequent IEP Team meetings
- [ ] Agrees that the student is not eligible for special education

- [ ] Disagrees with this IEP and:
  - [ ] requests mediation
  - [ ] requests a due process hearing

Date: _____
month/day/year

Signed: _____
Operating District Superintendent or Designee

**Notice Requirements**
The superintendent or designee of the operating district assures that:

(a) to the maximum extent appropriate, a person who has a disability, including a person who is assigned to a public or private institution or other care facility, is educated with persons who do not have disabilities.

(b) placement of a person who has a disability in special classes, separate schools, or the removal of a person who has a disability from the general education environment occurs only when the nature or severity of the disability is such that education in a regular class using supplementary aids and services cannot be satisfactorily achieved.

(c) the placement for the student is as close as possible to his or her home

(d) unless the IEP of a student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if nondisabled.

(e) in selecting the least restrictive environment, consideration shall be given to any potentially harmful effects to the student or the quality of services that the student needs.

(f) a student with a disability will not be removed from education in age-appropriate regular classrooms solely because of needed modifications in the general education curriculum.

Staff responsible for implementation: **Caseload Teacher**      Initial implementation site: **"on-site" of plan / in district**

Beginning date (month/day/year): **6/20/08**      Ending date (month/day/year): **6/19/09**

Signed: _____      Date: 6-20-08
Superintendent or Designee                   month/day/year

**Adult Providing IEP Consent** – I have been informed of all procedural safeguards and sources to obtain assistance, and:
- [x] Understand the contents of this IEP
- [x] Agree with the IEP and its implementation

- [ ] Disagree, but will allow implementation of this IEP
- [ ] Disagree with this IEP and:
  - [ ] request mediation
  - [ ] request a due process hearing

Signed: _____      Date: _____
Adult Providing Consent                       month/day/year

Student Signature: _____      Date: _____
                                                month/day/year

Micah Fialka Feldman                6/20/08                              10

IEP.

Please list any additional steps taken to ensure that the student has made connections with any appropriate outside programs and services:

---

Courses of Study Addressing Post-School Transition Needs for Post-Secondary Adult Activities

(Required to consider the following for any student who will reach age 16 during his IEP; optional to consider at age 13 or younger if determined appropriate by the IEP Team and reviewed at each subsequent IEP). Check one:

☒ General and/or special education classes leading to a diploma
☐ Course of study leading to a certificate of completion

Describe how the student's courses of study align with the student's post-secondary goals:

Micah has completed his high school graduation requirements. Micah continues to work on his transitional and vocational goals, leading him to fulfilling employment, becoming a contributing member of society and living a satisfying / independent life to the greatest extent possible.

## Least Restrictive Environment

This student will:

Fully participate with students who are nondisabled in the general education setting except for the time spent in separate special education programs/services provided outside of the general education classroom as specified in this IEP.
☒ Yes  ☐ No (explain):

Be fully involved in and make progress in the general education curriculum.
☒ Yes  ☐ No (explain):

Have the same opportunity as general education students to participate in nonacademic and extracurricular activities.
☒ Yes  ☐ No (explain):

| Supplementary Aids/Services/Personnel Supports | | |
|---|---|---|
| Supplementary Aids/Services/Supports | Amount of Time/Frequency/Conditions | Location |
| Speech/language supports | Consultation, as needed to maintain fluency | In district |
|  |  |  |
|  |  |  |
|  |  |  |

☒ All supplementary aids, services, and supports listed above will begin on the initiation date of the IEP and continue for one calendar year, following the approved school district calendar. Note below any exceptions to beginning and ending dates and locations given above. Specify month/day/year:

Micah Fialka Feldman                                    6/20/08                                                     4

## Annual Goals and Short-Term Objectives

**Data Used to Determine Present Level of Academic Achievement and Functional Performance:**
Data used to develop reading and writing goals are from the Oakland University Reading Clinic's final report, input from the speech/language therapist, and Micah's case load teacher (see comments and PLAFFP statement). Micah's reading and writing skills are non-traditional and therefore difficult to define with age/grade levels.

**Annual Goal:** Micah will improve his language skills.

| Short-Term Objectives (at least two per goal) | Evaluation | Criterion | Schedule |
|---|---|---|---|
| 1 Micah will increase his reading fluency skills using language experience stories, reading/practicing until automatic | s/d | 100% | g |
| 2. Micah will improve his use of Dragon- leaning to "train" his voice and improve his recognition | s/d | 90% accuracy | g |
| 3. Micah will keep a "story journal" to develop his creative writing skills | s/d | 10 stories/ semester with building detail | g |
| 4. Micah will read one book a semester | s | 100% | g |

| Date | Status Obj. 1 | Status Obj. 2 | Status Obj. 3 | Comments/Data On Progress |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Evaluation | Criterion | Schedule | Status of Progress on Objectives |
|---|---|---|---|
| S Student's Daily Work<br>D Documented Observation<br>R Rating Scale<br>T Standardized Test<br>O Other (specify above) | % Accuracy<br>of    Rate<br>__ Achievement Level<br>Other (specify above) | W Weekly<br>D Daily<br>M Monthly<br>G Grading Period<br>O Other (specify above) | 1 Achieve/Maintained<br>2 Progressing at a rate sufficient to meet the annual goal for this objective<br>3 Progressing below a rate sufficient to meet the annual goal for this objective (explain above)<br>4 Not applicable during this reporting period<br>5 Other (specify above) |

**Data Used to Determine Present Level of Academic Achievement and Functional Performance:**
Micah is able to count dollar bills, adding up the total amount of money he has in his wallet. He is able to use a debit card and understands how to check his balance on-line. Micah understands the concept of rounding up when paying and receiving change for purchases.

**Annual Goal:** Micah will improve his money skills

| Short-Term Objectives (at least two per goal) | Evaluation | Criterion | Schedule |
|---|---|---|---|
| 1 Micah will use Spirit (OU student ID), putting money on the card, checking his account, and make purchase on campus. | Student reporting | 100% | g |
| 2. Micah will assess his banking needs and adjust as needed. | d | 100% | g |
| 3. Micah will create and follow a bi-weekly budget, using a calculator as needed. | d | 75% | 2 x yearly |

| Date | Status Obj. 1 | Status Obj. 2 | Status Obj. 3 | Comments/Data On Progress |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Micah Fialka Feldman                              6/20/08                                              5