Micah Fialka-Feldman
Student

## PERSONAL PROFILE

**STUDENT ID:** ▮▮▮▮▮▮▮

**FULL NAME:** Micah Fialka-Feldman

**E-MAIL ADDRESS:** ▮▮▮▮▮▮▮▮▮▮

**ALTERNATE E-MAIL ADDRESS:**

☐ Send me a reminder e-mail ▮▮▮ days before a payment plan installment is due

Please Note: Reminder e-mails are NOT sent fi installments that have been scheduled for paymet.

MIC PASSWORD