# Oakland University.

OU Home | Ask OU | Add This To... | SAIL | Print    Search OU    [ Go ]

Future Students | Current Students | Alumni | Visitors & Friends | Faculty & Staff

## Housing & Dining

- How to Apply
- Contact Us
- Visit Us
- Housing Eligibility

- Housing Options
- Room and Board Rates
- Learning Communities
- Campus Life
- Home
- Employment and Leadership
- Sustainability on Campus
- Parents
- Housing Calendar
- Moving Information
- Services & Forms
- Hostel Program
- Faculty Subdivision
- Contact Us
- FAQs

### WELCOME TO UNIVERSITY HOUSING

We invite you to view the many housing opportunities available to you at Oakland University. Living on campus is the best way to fully experience college life. The on-campus experience offers students convenience, a sense of community, lasting friendships and many opportunities for involvement in student life. It is our hope that our Web site will be able to assist you with any question you may have regarding your transition from home to independence.

Welcome Home!

Deborah Middlebrook
Interim Director of University Housing

### Office Hours

University Housing office hours are Monday - Friday, 8 a.m. to 5 p.m.

Residence Halls office is located on the 4th floor (ground floor) of Hamlin Hall. You can contact the office at (248) 370-3570.

University Student Apartments office is located in building 4000. You can contact the office at (248) 370-2581.

**Break Request Deadline due by November 13th at 5:00 p.m.**

Thanksgiving break is quickly approaching. The residence halls will be closing on November 25th at 6 p.m. All requests to stay late, overnight or over the recess must be in writing by submitting a General Closing Exception Request





CHECK OUT OUR
NEW VIRTUAL TOURS!

**NEWS** »»

Most Recent
08/21/09 - OU community gets wheels for campus commutes
Read More »»

04/16/09 - International Village welcomes global

Dockets.Justia.com



form to your hall director by 5 p.m. on November 13th.

**Click for more information**

**Click here for the Housing Student Handbook**



**Student Spotlight**

**Student:** Nicole Phibbs
**Position:** Senior Resident Assistant
**G.P.A.:** 3.27

Nicole Phibbs is currently working as a Senior Resident Assistant in the Small Halls. Nicole loves living on campus "because of all the people you meet and the lasting relationships that are formed." Nicole is graduating in May with a degree in Nursing and has been involved in the School of Nursing Dean's Circle as well as playing Intramural soccer, softball and volleyball.

students
**Read More ››**

04/10/09 - Special financial assistance fund continues
**Read More ››**

04/07/09 - OUPD and OU Housing host charity softball game to benefit HAVEN
**Read More ››**

© 2009 Oakland University

Oakland University | 2200 N. Squirrel Road Rochester, Michigan 48309-4401 | (248) 370-2100 | Contact OU

© 2009 Oakland University | Privacy Statement | Policies & Regulations | Emergency Preparedness | NCA Self-Study | Webmaster | RSS