# Oakland University

## Housing & Dining

- How to Apply
- Contact Us
- Visit Us
- Housing Eligibility
- Housing Options
- Room and Board Rates
- Learning Communities
- Campus Life
- Home
- Employment and Leadership
- Sustainability on Campus
- Parents
- Housing Calendar
- Moving Information
- Services & Forms
- Hostel Program
- Faculty Subdivision
- Contact Us
- FAQs

### What Students Are Saying

Residential students live, eat, study, and socialize together in residence halls allowing them to have greater opportunities to make friends and to become socially integrated into the campus community. When you make the campus your home, you'll make the most of your college experience.

### Housing students were asked: why they live on campus?

**Lisa Daly, Junior, Nursing Major, Minor Exercise Science**

"I love to live on campus because of the home away from home feel. I have an entire second family of just the students and faculty that live and work for Oakland Housing. I wouldn't have become the person I am today without Housing. It has given me experience with living on my own, learning to work and live with other individuals, and experience some of the traditional college experiences all while developing as an individual."

**Jacquelie Brewer, Sophomore, Psychology**

"Living at OU is convenient for me and it allows me to take four classes without having to schedule them according to a commuting schedule. Plus I love the people here and it shows me that I can take care of myself and not depend on my mom."

**Kayla Rothenberg, Freshman, Journalism/Broadcasting**

"With my scholarship and the fact that I only live ten minutes away from campus, economically it would make a lot of sense for me to live at home. But even so, I choose to live on campus at Oakland University. I remember at first it was just because I wanted "The College Experience", but thinking back now, I know I have gotten so much more out of my life at OU due to my choice to live here. I would never have made the friends I now have if I didn't live on campus. I was assigned a room in West Vandenberg with a roommate and suitemates I didn't know, and now I count them as some of my best friends. The friends that I've made on campus have been some of the best of my life, and they are such a blessing to me. The second thing I really enjoy about living on campus is the freedom to have my own room totally free of my parents. I get to decorate the room as I please, my roommate and I enjoy cleaning together, and are so pleased when all of our trash gets put away and the floor sparkles. It's been so fun putting clings in our window and lights up for Christmas. I am so thankful I chose to live on campus at Oakland University."

**Danielle Lee Seyferth, Elementary Education**

"I chose to live on campus because it is more convenient to transport to class and you build a sense of family on your floor. I am involved in Vandenberg House Council, Residence Hall Programming Board, and Grizz Pack. You get more involved while living on campus."

**Neela Fetuu, Junior, Human Resource Major**

"When I first decided to go to Oakland, I assumed it would be best to commute because I lived so close to campus. During my first semester at Oakland, I just went to classes and went home; I never stayed for meetings or hung out at campus. This wasn't what I thought college should be like. So I decided a good way to get involved on campus was to live on campus. I got involved slowly by planning events for my floor. Two years later, I have served as Vice President of Residence Halls Council, Secretary of the Honors College, a Grizz Pack Leader, and a Housing Ambassador. Living on campus makes me feel like I am a part of Oakland University and gives me the college experience that I want."

### Kate Redmond, Freshman, Communication

"There were two reasons I chose to live on campus. 1. It was far away from home 2. I wanted to get the full college experience. My favorite part is all the activities the hall puts on. There is something fun going on every weekend and sometimes every day (usually with free food!). Plus, you get to meet and bond with so many new people, which I love!"

### Rachel English, Freshman, Health Sciences

"I chose to live on campus because it is a great opportunity to meet new people and it's conveniently located for studies."

### Bogdan Wojta, Freshman, Studio Art

"I lived on campus because I wanted to make a bunch of friends while also developing my personal traits. So far I have met many new faces, done so much, and am finally discovering my true self. If it wasn't for on campus housing, I don't know what I would be doing."

### Anna Dallo, Freshman, Psychology

"I chose to live on campus because I wanted to get the full college experience and meet more people outside the regular classroom setting."

### Mark LeMense

"I chose to live on campus because I take joy in the fact that no matter what I'm doing, going to class, eating in the cafeteria, or studying, I'm guaranteed to see someone I know."

### Anna Ross, Freshman, Political Science and History

"I decided to live at Oakland because I felt it would be a better academic environment as well as a place for me to get involved easily. By living on campus I have met so many great people and I am extremely glad I chose to live here."

### Madison McClintock, Freshman, English Education

"What I like best about living on campus is the amount of fun I have and all the opportunities I have to meet new people from getting involved. I have made so many new friends by living in the residence halls and going to the events that my Resident Assistant has



planned for my floor."

Andrea Edelhauser, Freshman, Pre-Nursing

"What I love best about living on campus is getting to sleep in later than all of my commuter friends because all I have to do is wake up and walk to class. All of the commuters have to wake up early, drive to campus, and find a good parking spot!"



Oakland University | 2200 N. Squirrel Road, Rochester, MI, Michigan 48309-4401 | (248) 370-2100 | Contact OU

© 2009 Oakland University | Privacy Statement | Policies & Regulations | Emergency Preparedness | NCA Self-Study | Webmaster | RSS. "