MICAH FIALKA-FELDMAN
October 8, 2009

Page 17

1 Q. Is there a name for this program?
2 A. It was the -- it was -- it was -- it was the
3    Transitions program.
4 Q. Okay. Do you know when that program started?
5 A. It started in I -- I think -- yeah, fall of -- fall of
6    '03.
7 Q. Okay. And how long did you continue to participate in
8    this Transitions program?
9 A. Like, I think -- I think it -- I think -- like, how --
10    like, I -- I was going to go there for a while, then a
11    cup -- I think in 2005 or, like, 5 or 6, they said
12    that people who are only in the schools of Rochester
13    could be in, like, the -- in, like, the program.
14 Q. And then what happened?
15 A. And then I just went to -- I, like, took classes and
16    my teacher from high school talked to -- talked to,
17    like -- talked to, like, the college of -- she, like,
18    helped me able to take -- take, like, classes at -- at
19    the college and stuff.
20 Q. Okay. Were those the same types of classes that you
21    took when you were in Transitions?
22 A. Yeah.
23 Q. Okay. And how long were you doing -- on campus doing
24    that kind of program?
25 A. I think until -- I think until 2000 and -- wait, 2006.

Page 18

1    Because I think the -- think the -- I think the
2    Options program started in 2006, I think.
3 Q. Okay. And what's your understanding as to what the
4    Options program is?
5 A. My understanding of the Options program is that we,
6    like -- we -- we go to col -- we go to OU, and we take
7    classes, and we go through the whole -- we, like --
8    we -- we, like -- we, like, do the -- take classes.
9    We can go to all the -- all the activities and join
10    all the clubs and, like -- and, like -- and -- and,
11    like -- and, like, have the full college life.
12 Q. Okay. And how was Options different from Transitions?
13 A. Because -- because in -- in, like, the Options program
14    that we -- I -- we are paying college tuition like any
15    other student that goes to the college. Like -- like,
16    in, like, the other programs, we didn't have to pay
17    any college -- any college checks to come to school.
18 Q. But in the Transitions program, the schools paid for
19    you to participate in that program; is that true? Do
20    you know?
21 A. I'm not sure.
22 Q. Okay. Are there any other differences between
23    Transitions and Options?
24 A. Like, we -- before, my ID, it said B -- oh, yeah.
25    When I was in the Rochester schools, it said I was a

Page 19

1    guest and then when I became in the Options program,
2    my ID says I am a student.
3 Q. Okay. Is that still what your --
4 A. Yeah.
5 Q. -- ID says?
6 A. Yeah.
7 Q. Anything else?
8 A. No.
9 Q. Okay. And when did you start in the Options program?
10 A. I started in, I think -- I think, fall of 2006.
11 Q. Okay. And are you still in the Options program?
12 A. Yes.
13 Q. Okay. Are you -- are you -- when -- when are you
14    planning to stop --
15 A. I'll be --
16 Q. -- participating in the Options program?
17 A. I'll be graduating in May.
18 Q. Okay. What do you mean by graduating?
19 A. I'll be done with, like, my time at the college.
20 Q. Okay.
21 A. Like, I'm -- like -- like, to me -- to me, graduation,
22    I'll be, like, graduating from the college and then
23    being, like, a person that graduated from the school.
24 Q. Okay. You won't be getting a degree from college,
25    though, will you?

Page 20

1 A. No, but I'm -- I'm hoping to get -- I'm hoping to get
2    like a certificate or something that says I attended
3    so many classes and I put lots of work into the
4    school.
5 Q. But right now you have -- no one's told you that you
6    will get that kind of certificate --
7 A. No.
8 Q. -- correct?
9 A. No.
10 Q. Is that correct?
11 A. Yes.
12 Q. Okay.
13 A. Yes.
14 Q. So -- so you plan on stop -- no longer attending the
15    school after May --
16 A. Yeah.
17 Q. -- correct?
18    What are your plans after that?
19 A. I'm -- it'll be a big -- big -- big, like, time of
20    transition and I will start maybe -- maybe still
21    speaking around the country and trying to find a job
22    and keep -- and -- and -- and, like, keep hanging out
23    with my friends and trying something new and stuff.
24 Q. Okay. So why don't you tell me -- well, let's -- do
25    you remember answering interrogatories in this case?



5 (Pages 17 to 20)

Page 97

1 class but she, like, goes over, like, notes with me
2 or, like, she meets with my peer tutors.
3 Q. And you took two other classes?
4 A. Yeah.
5 Q. And what were they?
6 A. I can't -- I can't recall the classes.
7 Q. Do you recall taking a class called Organization and
8 Technology?
9 A. I don't think so.
10 Q. Do you recall taking a class called Multicultural
11 Communications?
12 A. Yeah.
13 Q. Okay. What was that class about?
14 A. It was about -- it was about -- it was about -- it was
15 about -- it was about multicultural groups.
16 Q. Okay. And what about them?
17 A. About how they work and how they -- how they, like --
18 what kind of groups are there and stuff.
19 Q. Okay. And what kinds of things did you learn?
20 A. I learned about, like -- I learned, like, lots of
21 stuff. I can't -- I, like -- I can't recall of all
22 the stuff I learned.
23 Q. Okay. Can you recall anything that you learned?
24 A. I'm not sure right now.
25 Q. Okay. What -- do you know if -- if there was any --

Page 98

1 if there were any exams in that class?
2 A. Yeah. They -- like, exams, like, I took -- I took,
3 like, quizzes, and I had a peer tutor that helped me
4 take the quiz.
5 Q. What's a peer tutor?
6 A. Oh, a peer tutor is someone that helps me in the class
7 and helps me with notes or helps me -- helps me, like,
8 with the assignments and I, like -- each class, I go
9 to the teacher, like, not the first class, but the
10 second class, I go to the teacher and ask if I can
11 make like -- I'm a student that goes to OU. I'm in
12 the Options program, and I'm a student that goes to OU
13 and I'm trying find a student that can help me in the
14 class, and most times they raise their hands and help
15 me.
16 Q. So every class there's someone that volunteers to be a
17 peer tutor?
18 A. Yeah.
19 Q. Is it one peer tutor for the entire class?
20 A. Yeah.
21 Q. For the entire term?
22 A. Yeah.
23 Q. Do you recall who the peer tutor was for that class?
24 A. I'm not sure.
25 Q. And how often would you meet with a peer tutor?

Page 99

1 A. Maybe every time before class or after.
2 Q. So every day you met with the peer tutor?
3 A. Most times.
4 Q. How long would you meet with the peer tutor?
5 A. Maybe, like, a half hour or maybe, like -- maybe,
6 like, ten minutes.
7 Q. So anywhere from 10 minutes to 30 minutes you --
8 A. Yeah.
9 Q. -- you would talk about what's going on in the class?
10 A. Yeah.
11 Q. And is that when you would do your studying --
12 A. Yeah.
13 Q. -- for that class?
14 A. Yeah.
15 Q. Would you do your studying without a peer tutor?
16 A. Most times. But I -- I have peer tutors and then I
17 have other friends that help me too.
18 Q. Now, so you would go to -- do you remember a class in
19 the prior fall, in the fall of 2008, last year, on
20 social psychology?
21 A. Yeah.
22 Q. Okay. What was that class about?
23 A. Social -- social psychology is about, like, how, like,
24 things work and stuff and how people are and stuff, I
25 think.

Page 100

1 Q. Okay. Do you remember anything specific that you
2 learned in that class?
3 A. I'm not sure right now.
4 Q. Okay. What -- but you normally would have one Options
5 period of the day that you would talk to Janice or
6 someone else in the Options program?
7 A. No, no. Jane.
8 Q. Jane. Janice is the your mother.
9 A. Yeah.
10 Q. I'm sorry. You would talk to Jane for usually an hour
11 a day?
12 A. Yeah.
13 Q. Where -- would it always be Jane or would it sometimes
14 be Leah?
15 A. Leah did help before Jane came along, but -- but after
16 Jane came on, Jane helped me.
17 Q. Okay. And were other Options participants there with
18 you at the same time?
19 A. No. No, it's -- it's just her and I.
20 Q. Okay. And that's the way it's always been --
21 A. Yeah.
22 Q. -- at that time?
23 A. Yeah.
24 Q. And so you would have that once a day, and then you
25 would have a couple of other classes that you would go

MICAH FIALKA-FELDMAN
October 8, 2009

Page 101

1     to?
2   A. Yeah.
3   Q. How did you choose which classes to take?
4   A. I -- I -- I, like, asked some of my friends sometimes
5     what kind of classes they would take and then I went
6     through the catalogs like any other college student
7     does. They, like, look through the catalog and pick
8     classes, and I, like -- I, like -- I, like, would,
9     like, pick a class that seemed -- seemed, like --
10    seemed, like -- seemed, like -- seemed, like, cool and
11    interesting that I would learn some things from it.
12   Q. Someone help you pick that class --
13   A. Yeah.
14   Q. -- the class?
15      Who?
16   A. Jane.
17   Q. Do you know if you were limited as to which classes
18     you were eligible to take?
19   A. I -- I just took classes that weren't like high --
20     high level, but I, like, wasn't -- I wasn't, like,
21     turned down by any class.
22   Q. Okay. But do you know what PST stands for?
23   A. Yeah.
24   Q. Were -- do you know that those were the classes, the
25     PST codes that you were allowed to consider?

Page 102

1   A. Yeah.
2   Q. Okay. And not other classes, just the ones with PST,
3     correct?
4   A. Like, what do you mean?
5   Q. If the class did not have a PST number, you weren't
6     able to apply for that class.
7   A. But -- but -- but I just -- how it worked is I went
8     through the catalog. I didn't -- the -- I don't see
9     the catalog that has PST. That's only when I see
10    Jane, like --
11   Q. Okay. And she tells you whether it's a PST class,
12     whether it's a good class?
13   A. These are just the codes of the program, but I --
14     like, how I do it is I, like -- on my schedule, it
15     doesn't say PST, it says the class that is offered
16     through the college, like Com II, or III or -- it
17     doesn't say PS.
18   Q. Okay. But Jane would tell you whether or not you were
19     eligible to take that class or not?
20   A. Yeah.
21   Q. Okay.
22   A. But most times, I have never been turned down by a
23     class.
24   Q. I'm sorry. When we came back after lunch, are you
25     aware that you're still under oath?

Page 103

1   A. Yeah.
2   Q. You still have to tell the truth?
3   A. Yeah.
4   Q. And you still understand what the oath means?
5   A. Yeah.
6   Q. The -- you remember taking a course in Middle East
7     studies?
8   A. Yeah.
9   Q. Do you remember when you took that course?
10   A. I'm not sure when I took it. I don't --
11   Q. Okay. What was that class about?
12   A. It was about a -- it was about the history of the
13     Middle East.
14   Q. What is the Middle East?
15   A. It's -- it is the country close to -- close to,
16     like -- close to Jordan and it's a country that I,
17     like, took a class on and I learned about -- I learned
18     about some things about the class.
19   Q. You took a class in safety and first aid?
20   A. Yeah.
21   Q. Is that a regular --
22   A. Yeah.
23   Q. -- regular class?
24   A. Yeah. And I learned about, like, first aid and I
25     learned about how to -- if someone cut themself, to

Page 104

1     hold it and put, like -- and put things on the cut and
2     stuff.
3   Q. You participate in a number of activities on campus;
4     is that correct?
5   A. Yes.
6   Q. What activities do you participate in?
7   A. I help in -- I help in Alpha Phi Omega. It's a --
8     it's a community service co-ed fraternity.
9   Q. Okay. How often do you do things with them?
10   A. I -- I -- I -- I, like, do activities every week. But
11     there's a -- there's a meeting every Sunday, and I
12     have to find drivers to drive me because if I, like,
13     live on campus, I could just go to the meeting and --
14     and don't have to find -- find, like, people to drive
15     me.
16   Q. So who drives you?
17   A. Sometimes my friends and sometimes my parents.
18   Q. Okay. And that's every Sunday?
19   A. Yeah.
20   Q. Is that just this term that that happens?
21   A. No, no, no. It's been going on -- I started -- no,
22     no. I -- it's -- it's, like, a -- it's, like, every
23     term.
24   Q. Okay. What time do they meet on Sundays?
25   A. 5:00.

BENENSTOCK
COURT REPORTING & VIDEO

26 (Pages 101 to 104)

## Page 105

1. Q. For how long?
2. A. An hour.
3. Q. Where?
4. A. At the school.
5. Q. Where?
6. A. In the -- in the OC.
7. Q. How many students attend those meetings?
8. A. Maybe 10 to 12.
9. Q. Okay. How many of those students live on campus, do
10. you know?
11. A. I'm not sure.
12. Q. Is it -- isn't it true that many of them don't live on
13. campus?
14. A. I would say maybe, like -- maybe two out of three live
15. on campus.
16. Q. So you meet, and what happens during these meetings?
17. A. Are you talking about how -- how, like -- how our
18. chapter's going and -- and what's -- what's coming up
19. and stuff?
20. Q. Well, what do you do during those meetings?
21. A. I, like, give my -- I, like, share my input.
22. Q. Such as?
23. A. I -- I, like -- I, like share that maybe one time we
24. could do a -- a soup kitchen. Or, like, at the -- at,
25. like, the -- at, like, the end of the meeting they --

## Page 106

1. like, last year, they asked me how things were going
2. with housing, because they all -- they all support me
3. and they -- they, like -- they, like, want me to have
4. housing because they think -- they think that I am a
5. student that goes to --
6. Q. Well, what is your involvement at the meetings during
7. the meetings, what do you do?
8. A. I, like --
9. Q. You attend the meetings.
10. A. Yeah.
11. Q. Do you do anything else?
12. A. Yeah. I, like -- I, like -- I help out the -- I help
13. out the soup kitchens and...
14. Q. At the meetings?
15. A. No.
16. Q. Okay.
17. A. At -- at, like -- at the meetings, I, like, share my
18. thoughts of what kind of stuff we can do.
19. Q. Okay. And what have you shared with them?
20. A. That -- that we can maybe go to a soup kitchen or
21. help -- help -- help down in Detroit or help in
22. Pontiac.
23. Q. Okay. Were those your ideas or were those ideas of
24. others that you agreed with?
25. A. No, no, no. Mine.

## Page 107

1. Q. Okay. Any other activities that you're involved
2. with --
3. A. I'm --
4. Q. -- or been involved with on campus?
5. A. I, like, help in the student government. And I help
6. in -- I help in -- I help in student government, and I
7. help in -- I help in SPB. It's a student board. And
8. last Wednesday, I helped volunteer to pass out
9. programs at a speaker that we had at our school.
10. Q. I'm sorry. That's SPB did that?
11. A. Yeah.
12. Q. What did they do?
13. A. They brought in a speaker that talked about food and I
14. volunteered to help pass out programs.
15. Q. Oh, pass out programs at the speech?
16. A. Yeah.
17. Q. Okay. What's SPB stand for?
18. A. Student -- Student -- Student Programming Board.
19. Q. Okay. And other than helping out with this one
20. program, have you had other involvement with the SPB?
21. A. No. Like, I -- I, like, talk to the friends there and
22. they, like, sometimes help me with, like, homework or
23. they just talk to me just as any college -- any
24. college -- any college student does. We just talk on
25. the phone or chat and hang out or stuff.

## Page 108

1. Q. What -- what's your involvement with the student
2. government?
3. A. I, like, help them. I called -- I called senators a
4. couple days ago to say please vote on the scholarships
5. thing for kids to -- to, like, go to college. They
6. were trying to cut out the -- cut out the scholarships
7. for kids. They were trying to cut out a scholarship
8. for kids that want to go to college.
9. Q. And you -- so who did you call?
10. A. I called some senators that the student congress gave
11. the list out and we had a phone bank, and I called
12. them saying I am Micah. I am a student that goes to
13. OU, and it's a very important bill that I hope you
14. vote for it.
15. Q. Okay. Any other involvement in student government?
16. A. They -- they, like, helped me -- they, like, helped
17. me -- they, like, helped me host a forum on -- helped
18. me host a forum about -- about a -- about, like --
19. about my dorm thing. And that was before everything
20. started with the student. I just gave -- I just gave
21. my, like -- they had a forum and we had, like, a great
22. turnout of people that came and shared their thoughts
23. about my dorm issue and -- and then, like -- and then
24. we had a post meeting after the board of trustee's --
25. post meeting after the board of trustee's meeting on

Page 109

1  the 4th, and we had some great friends that helped me
2  and stuff.
3  Q. Were you involved in student government activities in
4  any other way?
5  A. I, like, helped on the campaign of the student body
6  president.
7  Q. Okay.
8  A. And I --
9  Q. Anything else?
10 A. And I had a chance to vote for the student body
11 president because I am a student. I signed, like,
12 a -- I, like, voted for the -- for the student body
13 president.
14 Q. Okay. Anything else?
15 A. No.
16 Q. Any other activities that you've been involved in?
17 A. I -- I, like -- I, like, help in -- I help in the
18 Jewish club.
19 Q. Okay.
20 A. And we have a Shabbat dinner sometimes on campus or we
21 go to things outside of campus and --
22 Q. Is that through Hillel?
23 A. Yeah.
24 Q. And so what's your involvement other than attending
25 their -- their Shabbat dinner?

Page 110

1  A. In 2006, because I was at OU, I got a trip to go to
2  a -- a trip to go to -- a free trip to go to Israel.
3  Because I saw a table in the OC, and because I'm a
4  student that goes to OU, I got to sign up and go for
5  free.
6  Q. It's a birth-right trip?
7  A. Yeah.
8  Q. And what -- that was before you were in the Options
9  program?
10 A. Yeah.
11 Q. And did you go with anyone?
12 A. With friends that -- that were at other colleges, but
13 I like -- yeah. Like, other friends that, other
14 colleges that I have known through my activities
15 outside of school.
16 Q. Any other involvement with Hillel?
17 A. No.
18 Q. Okay. Any other student groups?
19 A. I was a part of -- I was part of -- I was a part of --
20 I was a part of -- I was a part of -- I was a part of
21 SDS. It's a student group on campus.
22 Q. SDS stands for what?
23 A. It's a group that tries to stand up for -- stand up
24 for -- stand up and try to -- we, like, sometimes hold
25 signs and have, like, a -- we, like, have, like, a --

Page 111

1  we have, like, peace, like, marches and stuff.
2  Q. Okay. What's your involvement with them?
3  A. It kind of faded away because most of the people have,
4  graduated, but we, like -- we, like, just had, like --
5  we just had, like -- we just had -- we had, like -- we
6  had, like -- we had, like -- we had, like -- we had,
7  like, peace -- peace, like, marches and stuff.
8  Q. Okay. How did you get involved in that group?
9  A. It was through a friend that -- that had me come
10 and -- that new me and he just asked me to join.
11 Q. Were there meetings that you attended?
12 A. There weren't, like, huge meetings or anything, no.
13 Q. It was just show up at this rally or?
14 A. Yeah.
15 Q. Did you carry signs?
16 A. Yeah.
17 Q. Do you know what they were about?
18 A. Trying to -- trying to -- trying to -- trying to stop
19 the war and trying to stop the war in Iraq and stuff.
20 Q. Any other student groups that you --
21 A. No. It's --
22 Q. -- participated in?
23 A. No. It's -- I -- I, like, would like to do lots of
24 activities. It's just hard for me to do activities
25 when I don't live on campus, like -- like --

Page 112

1  Q. Mr. Feldman, you keep -- Mr. Fialka-Feldman, you keep
2  on saying that, but are you aware that about 90
3  percent of the students don't live on campus?
4  A. Yeah.
5  Q. So you're just like those other 90 percent of the
6  students in that way, aren't you?
7  A. But that's, like, they're choosing that. Some people
8  don't want to have -- to have dorm life, like.
9  Q. Yeah, but they still manage to attend rallies and
10 clubs and participate --
11     MR. DAVIS: Objection.
12     MR. BOONIN: -- isn't that true?
13     MR. DAVIS: It's starting to get
14 argumentative in here. I mean, what's your question?
15 What exactly is the question?
16 BY MR. BOONIN:
17 Q. They still get to participate in activities on campus.
18 A. Some do because, like, they have cars and stuff and I
19 don't like driving.
20 Q. Okay. What -- now -- so, anyway, you said you go to
21 your classes. What do you do after your last class?
22 A. I sometimes go to the gym, and then -- and then I --
23 or I, like -- or I see a friend of mine that helps me
24 with homework or we go to the gym together and we hang
25 out and talk.

Page 141

1  A. Yeah.
2  Q. What -- what else happened with regard to your
3     interest to be in the dorms after that?
4  A. We, like, talked about how -- how we, like -- how we
5     could strategize of how to change every -- like, some
6     friend said to write -- to -- to write letters to,
7     like, the vice president or president and try to --
8     because -- because people were -- people were
9     surprised and shocked on it.
10 Q. Who is we? You said we strategize.
11 A. Like, my friends and my family and the people who were
12    there were kind of -- kind of surprised that it
13    wasn't -- it wasn't -- it, like -- it, like, wasn't
14    going to happen.
15 Q. So you were going to have a campaign to try to change
16    the -- to have the university change its mind?
17          MR. DAVIS: I don't think he used the term
18    campaign.
19          MR. BOONIN: I'm asking is that what it
20    was.
21          THE WITNESS: No.
22 BY MR. BOONIN:
23 Q. You strategizing to write letters and do other things?
24 A. Like, we talked about it, but, like -- we, like,
25    didn't do it after that meeting. We, like -- we kind

Page 142

1     of waited for, like, a couple of months to, like, see
2     how it would --
3  Q. All right. So what happened next in this -- in this
4     effort or desire to get into the dorms?
5  A. I'm -- I think after was kind of a quiet period. I
6     didn't do that much until -- until I -- like, until I,
7     like, met with the vice president and stuff.
8  Q. Do you recall when that was?
9  A. I think -- I think it was May of 2006, I think.
10         MARKED BY THE REPORTER:
11         DEPOSITION EXHIBIT 7
12         2:20 p.m.
13 BY MR. BOONIN:
14 Q. Before you is a document marked Exhibit 7. Appears to
15    be an e-mail from you to Lionel Maten and Mary Beth
16    Snyder?
17 A. Yeah.
18 Q. It's dated May 26th, 2008?
19 A. Oh. Oh, yeah, 8.
20 Q. So is that around the time that you -- you met --
21 A. Yeah.
22 Q. -- with the vice president --
23 A. Yeah.
24 Q. -- being Mary Beth Snyder?
25 A. Yeah.

Page 143

1  Q. And this is an e-mail from you?
2  A. Oh, yeah. I -- I sent them an e-mail saying thank you
3     for -- thank -- thank you -- thank you -- thank you
4     for -- thank you for meeting with me, and I was very
5     sad and -- and very sad and, like -- and, like,
6     disappointed on your -- on your -- on your call of it.
7  Q. Did you write that e-mail or did your dad do it for
8     you --
9  A. I --
10 Q. -- or someone else?
11 A. I -- I think my dad had -- helped me write it.
12 Q. Okay. What happened during this meeting that you're
13    referring to?
14 A. I tried to explain at the meeting that I -- I -- I am
15    a student that -- that -- like, that I wanted to apply
16    to go into housing and I explained why I was capable
17    of having housing. I could, like -- I could wake up
18    on my own and take a shower and go down to the
19    cafeteria and eat food and go to my classes and I --
20    and, like, I explained everything.
21 Q. Do you recall who was present at that meeting?
22 A. It was Vice President Mary Beth and the housing guy.
23 Q. Mr. Maten?
24 A. Yeah.
25 Q. Maten. So you -- you -- you told them what you just

Page 144

1     said?
2  A. Yeah.
3  Q. Okay. And what did they say during the meeting?
4  A. They said that -- that I wasn't -- I wasn't -- I
5     wasn't, like -- I wasn't, like -- I wasn't, like, a --
6     I wasn't, like, able to have housing because it wasn't
7     going towards a degree and that was the answer and...
8  Q. And you have no doubt that that was their reason?
9  A. I, like, had some -- I -- they said that, but I had
10    some mixed feelings that -- that, like -- like --
11    that, like -- like, that wasn't, like, the real thing
12    why.
13 Q. And that's your feeling though?
14 A. What?
15 Q. That was your feeling?
16 A. Yeah.
17 Q. But you don't have any facts to support that feeling,
18    do you?
19 A. No.
20 Q. Now, the next page appears to be a -- an e-mail sent
21    to a number of people.
22 A. Yes.
23 Q. I don't know. Do you know who R. Kollman is?
24 A. No.
25 Q. At familyvoices.org?