UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Micah Fialka−Feldman,

           Plaintiff(s),

v.                         Case No. 2:08−cv−14922−PJD−VMM
                                   Hon. Patrick J Duggan

Oakland University Board of
Trustees, et al.,

           Defendant(s).

_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Patrick J Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

       Motion for Summary Judgment – #37
       Motion to Substitute Party – #39
       Motion for Permanent Injunction – #39
       Motion for Summary Judgment – #39

- MOTION HEARING: 12/17/09 at 02:45 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                             By: s/ M. Orem
                                  Case Manager

Dated:   November 17, 2009