**INDEX OF EXHIBITS**

| Exhibit | Description of Exhibit |
|---------|------------------------|
| A | Oakland University Housing Advertisement |
| B | Affidavit of Teresa K. Nkenge Zola Beamon |
| C | Oakland University Housing Contract, 2009-10 |
| D | Mary Beth Snyder Deposition Excerpts |
| E | Lionel Maten Deposition Excerpts |
| F | Richard Feldman Deposition Excerpts |
| G | Micah Fialka-Feldman Deposition Excerpt |