# WANT TO LIVE ON CAMPUS?
## THERE'S STILL TIME!



**LIMITED SPACES ARE AVAILABLE IN THE RESIDENCE HALLS FOR THE UPCOMING WINTER SEMESTER.**



OAKLAND UNIVERSITY HOUSING



If you are looking for the ultimate college experience, then place yourself in the heart of all the excitement. Living on campus puts you only minutes away from all the activity, and eliminates the time and anxiety that accompany your long commute. Choose to live in the residence halls and find yourself only steps away from classrooms, the library, the RAC and the Oakland Center. Along with the independence and freedom that come with residence life, residents enjoy endless opportunities for campus involvement, recreation and academic success.

**Students who live on campus**

- Enjoy free parking, cable, internet access, and the washers and dryers that are available to all residents
- Live in residence hall rooms that come fully furnished and offer ample storage space
- Save money they would otherwise spend on transportation or gasoline, and prevent the wear and tear to their automobiles that vehicles suffer on long commutes
- Know that living, studying and relaxing with other students offers the opportunity to build lifelong friendships with peers who share their interests and understand the ins and outs of college life

Learn more about residence life today by visiting **oakland.edu/housing**.



*Experience the Excitement*
Live on campus at Oakland University

Dockets.Justia.com