| | |
|---|---|
| 1 A. Yes. | 1 Oakland University, the possibility of on campus housing |
| 2 Q. Did his father, Rich, ever make that request to you? | 2 for participants in the OPTIONS Program? |
| 3 A. I don't recall if it was him, or his wife, or both. | 3 A. To the best of my knowledge, no. |
| 4 Q. Micah's request, did he make that prior to the filing of | 4 Q. Did you discuss with any organizations about off campus |
| 5 this lawsuit? | 5 housing for participants in the OPTIONS Program? |
| 6 A. I don't remember the time and the place when that was going | 6 A. No. |
| 7 on, and I really don't recall when the lawsuit was filed. | 7 Q. What about the transitions program? |
| 8 And so Micah definitely was vocal that he wanted to live in | 8 A. When you say outside organizations. |
| 9 a residence house, but was that before the lawsuit. I will | 9 Q. Any organization outside of Oakland University, did you |
| 10 be honest, I can't recollect exactly the time and place. | 10 discuss the possibility of off campus housing with them, |
| 11 Q. If I told you the lawsuit was filed in November of 2008, a | 11 either for the OPTIONS Program or the transitions program? |
| 12 year after the application had been submitted. | 12 A. To the best of my knowledge, no. |
| 13 A. Uh-huh. | 13 Q. I'm going to ask you to look at your deposition exhibit, |
| 14 Q. Would you recall any, if Micah made his request any time | 14 again, I believe it was marked as Exhibit 1. And in there |
| 15 prior to November of 2008? | 15 on paragraph fifteen it talks, give you a moment to look at |
| 16 A. Yes. | 16 that. What I want to direct your attention to, it makes |
| 17 Q. You said you weren't sure if it was Rich Feldman or Janis | 17 mention of other colleges or universities that have an |
| 18 Fialka, or if it was them together, do you recall the | 18 affiliation agreement with the university. Are there any |
| 19 parents making that request prior to November of 2008? | 19 such colleges or universities while you were the housing |
| 20 A. I can't, I can't, to my, to the best of my recollection I | 20 director? |
| 21 can't remember the exact time and place. | 21 A. Other colleges or universities that have affiliation |
| 22 Q. What granting, if you had granted his requested to waiver, | 22 agreements? |
| 23 what problems would that have caused for you as director of | 23 Q. For housing. |
| 24 housing and administering the program? | 24 A. Agreements for housing? |
| 25 A. I can't speculate as to what that process would be because | 25 Q. For housing students of those universities or colleges? |
| 61 | 63 |

| | |
|---|---|
| 1 the OPTIONS students did not qualify to live in the | 1 A. For students attending academic programs, and of course as |
| 2 residential facilities. | 2 students, those students would be housed in, or could be |
| 3 Q. You didn't make any inquiry into what that would look like, | 3 housed in our residential facilities because they were |
| 4 or you just pretty much said, that's the policy, it's not | 4 matriculating students. |
| 5 changing, I'm not making any further inquiry into it? | 5 Q. My question was, do you have any such agreements? |
| 6 A. I think we discussed earlier as to how that process | 6 A. Do I have an agreement with another housing program? |
| 7 occurred with Mary Beth and, you know, my question going to | 7 Q. Does Oakland University, when you were the housing director |
| 8 Mary Beth, and that's the process that I followed and that | 8 at Oakland University housing department -- |
| 9 was the extent of the process. | 9 A. Have an agreement? |
| 10 Q. Did you ever talk with anybody from disability support | 10 Q. -- with any other college or university? |
| 11 services in that department at all about this? | 11 A. Oakland University housing department have an agreement |
| 12 A. Yes. | 12 with another university housing program or just university |
| 13 Q. Who did you talk with here? | 13 period? |
| 14 A. Linda Sisson. | 14 Q. It was your affidavit. You're referring there to a degree |
| 15 Q. And what did you discuss with Linda? | 15 program at another college or university has an affiliation |
| 16 A. That meeting, whether or not, whether or not Micah met the | 16 agreement with the university, I'm assuming the university |
| 17 enrollment, met the enrollment guidelines or policies and | 17 means Oakland University, correct? |
| 18 procedures and process to be a matriculated student at the | 18 A. Yes, the university had an affiliation agreement. |
| 19 university. | 19 Q. Oakland University? |
| 20 Q. But did you discuss at all waiving that policy with her as | 20 A. To the best of my knowledge, yes. |
| 21 an accommodation of a disability or anything of that | 21 Q. Who did they have affiliation agreements with? |
| 22 nature? | 22 A. I cannot recall all of those affiliation agreements. |
| 23 A. To the best of my knowledge at this current time I do not | 23 Q. Did you ever -- |
| 24 remember. | 24 A. The process. |
| 25 Q. Did you ever discuss with any organization, outside of | 25 Q. As you are the housing director, have you ever signed any |
| 62 | 64 |

Dockets.Justia.com

| | | |
|---|---|---|
| 1 A. | Yes. | |
| 2 Q. | Did his father, Rich, ever make that request to you? | |
| 3 A. | I don't recall if it was him, or his wife, or both. | |
| 4 Q. | Micah's request, did he make that prior to the filing of | |
| 5 | this lawsuit? | |
| 6 A. | I don't remember the time and the place when that was going | |
| 7 | on, and I really don't recall when the lawsuit was filed. | |
| 8 | And so Micah definitely was vocal that he wanted to live in | |
| 9 | a residence house, but was that before the lawsuit. I will | |
| 10 | be honest, I can't recollect exactly the time and place. | |
| 11 Q. | If I told you the lawsuit was filed in November of 2008, a | |
| 12 | year after the application had been submitted. | |
| 13 A. | Uh-huh. | |
| 14 Q. | Would you recall any, if Micah made his request any time | |
| 15 | prior to November of 2008? | |
| 16 A. | Yes. | |
| 17 Q. | You said you weren't sure if it was Rich Feldman or Janis | |
| 18 | Fialka, or if it was them together, do you recall the | |
| 19 | parents making that request prior to November of 2008? | |
| 20 A. | I can't, I can't, to my, to the best of my recollection I | |
| 21 | can't remember the exact time and place. | |
| 22 Q. | What granting, if you had granted his requested to waiver, | |
| 23 | what problems would that have caused for you as director of | |
| 24 | housing and administering the program? | |
| 25 A. | I can't speculate as to what that process would be because | |

61

1 the OPTIONS students did not qualify to live in the
2 residential facilities.
3 Q. You didn't make any inquiry into what that would look like,
4 or you just pretty much said, that's the policy, it's not
5 changing, I'm not making any further inquiry into it?
6 A. I think we discussed earlier as to how that process
7 occurred with Mary Beth and, you know, my question going to
8 Mary Beth, and that's the process that I followed and that
9 was the extent of the process.
10 Q. Did you ever talk with anybody from disability support
11 services in that department at all about this?
12 A. Yes.
13 Q. Who did you talk with here?
14 A. Linda Sisson.
15 Q. And what did you discuss with Linda?
16 A. That meeting, whether or not, whether or not Micah met the
17 enrollment, met the enrollment guidelines or policies and
18 procedures and process to be a matriculated student at the
19 university.
20 Q. But did you discuss at all waiving that policy with her as
21 an accommodation of a disability or anything of that
22 nature?
23 A. To the best of my knowledge at this current time I do not
24 remember.
25 Q. Did you ever discuss with any organization, outside of

62

1 Oakland University, the possibility of on campus housing
2 for participants in the OPTIONS Program?
3 A. To the best of my knowledge, no.
4 Q. Did you discuss with any organizations about off campus
5 housing for participants in the OPTIONS Program?
6 A. No.
7 Q. What about the transitions program?
8 A. When you say outside organizations.
9 Q. Any organization outside of Oakland University, did you
10 discuss the possibility of off campus housing with them,
11 either for the OPTIONS Program or the transitions program?
12 A. To the best of my knowledge, no.
13 Q. I'm going to ask you to look at your deposition exhibit,
14 again, I believe it was marked as Exhibit 1. And in there
15 on paragraph fifteen it talks, give you a moment to look at
16 that. What I want to direct your attention to, it makes
17 mention of other colleges or universities that have an
18 affiliation agreement with the university. Are there any
19 such colleges or universities while you were the housing
20 director?
21 A. Other colleges or universities that have affiliation
22 agreements?
23 Q. For housing.
24 A. Agreements for housing?
25 Q. For housing students of those universities or colleges?

63

1 A. For students attending academic programs, and of course as
2 students, those students would be housed in, or could be
3 housed in our residential facilities because they were
4 matriculating students.
5 Q. My question was, do you have any such agreements?
6 A. Do I have an agreement with another housing program?
7 Q. Does Oakland University, when you were the housing director
8 at Oakland University housing department --
9 A. Have an agreement?
10 Q. -- with any other college or university?
11 A. Oakland University housing department have an agreement
12 with another university housing program or just university
13 period?
14 Q. It was your affidavit. You're referring there to a degree
15 program at another college or university has an affiliation
16 agreement with the university, I'm assuming the university
17 means Oakland University, correct?
18 A. Yes, the university had an affiliation agreement.
19 Q. Oakland University?
20 A. To the best of my knowledge, yes.
21 Q. Who did they have affiliation agreements with?
22 A. I cannot recall all of those affiliation agreements.
23 Q. Did you ever --
24 A. The process.
25 Q. As you are the housing director, have you ever signed any

64

| | |
|---|---|
| 1     of those agreements? | 1     MR. DAVIS: I think that's all I have to ask. |
| 2 A. That would not have been under my jurisdiction. | 2     MR. BOONIN: I have nothing. Thank you very much. |

Page 65:

1  of those agreements?
2 A. That would not have been under my jurisdiction.
3 Q. Who would?
4 A. I'm not for certain exactly who.
5 Q. Do you recall how many other students from other colleges
6    or universities were housed in the housing department?
7 A. Yes.
8 Q. How many?
9 A. I'm not for certain of exact numbers, I can't give you an
10   actual number.
11 Q. In lets say your last year at the university 2007, 2008
12   2009.
13 A. Uh-huh.
14 Q. Academic year. Do you recall if there were more than ten,
15   less than ten?
16 A. The number will have to be verified. I think it was more
17   than ten, Cooley students.
18 Q. Cooley students, Cooley College of Law?
19 A. I'm not for certain the exact title, but yes, it was a law
20   program.
21 Q. Do you recall any other students from any other colleges or
22   universities being in the housing, being housed at Oakland
23   University?
24 A. To the best of my, to the best of my knowledge at this
25   current time I can't think of any other.

Page 66:

1    MR. DAVIS: Why don't we take a little break and
2  then I think we're going to wrap up.
3    (BREAK HAD AT 12:18 P.M. TO 12:25 P.M.)
4 Q. (Continuing by Mr. Davis:) We're back on the record. In
5  your current employment at the University of Texas, are
6  there any programs similar to the OPTIONS Program?
7 A. None have been brought to my attention.
8 Q. In the previous universities and colleges where you've
9  worked, did they have any programs similar to the OPTIONS
10 Program?
11 A. I do not recall any at this time.
12 Q. When Micah brought up waiving the matriculating student
13 role, did you consider that an accommodation request at all
14 regarding his disability?
15 A. No.
16 Q. But you did talk with the disability support services
17 department, correct?
18 A. Linda Sisson in the department, yes.
19 Q. Did you discuss disability issues at all, or accommodations
20 at all?
21    MR. BOONIN: Regarding?
22 Q. (Continuing by Mr. Davis:) Regarding Micah.
23 A. To the best of my recollection, the discussion was centered
24 on whether or not Micah was a student and entitled to the
25 services of the institution.

Page 67:

1    MR. DAVIS: I think that's all I have to ask.
2    MR. BOONIN: I have nothing. Thank you very much.

(WHEREUPON THE DEPOSITION CONCLUDED AT 12:27 P.M.)

Page 68:

C E R T I F I C A T E

STATE OF MICHIGAN }
                  } ss:
COUNTY OF MACOMB  }

I, Amanda L. Grosshans, Certified Court Reporter, Registered Professional Reporter, a notary public in and for the aforesaid county and state, do hereby certify that the witness, LIONEL MATEN, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein, that the testimony of said witness was taken by me in machine shorthand and was thereafter reduced to typewritten form by me or under my direction and supervision, that the foregoing transcript is a true and accurate record of the testimony given to the best of my understanding and ability.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcription or copies of the transcript attorney, or that requires me to provide any service not made available to all parties to the action.

Amanda L. Grosshans, CSR 3853
Notary Public

My commission expires: 9/20/2010