Fialka-Feldman v. Oakland University Board of Trustees — Doc. 42 Att. 8

MICAH FIALKA-FELDMAN
October 8, 2009

Page 77

1  Q. What's the most you've ever received?
2  A. **I got a check for one time -- a check for like $500.**
3  Q. Do you ever get more than that?
4  A. **Maybe, I'm not sure.**
5  Q. Okay. And turning your attention to Exhibit 3, I
6     don't think we've really talked about that.
7         MR. DAVIS: I don't think he actually has
8     it.
9         MR. BOONIN: I have it. That's why you
10    don't have it.
11 BY MR. BOONIN:
12 Q. This is a document that -- that you provided to us in
13    response to a request that we made.
14 A. **Uh-huh.**
15 Q. It appears to be a list of recent films showing and
16    speaking opportunities.
17 A. **Yeah.**
18 Q. And these are consistent, I believe, with what's in
19    Exhibit 4. These are the same types of programs
20    though that you talked about in, like the Rochester
21    program and the Reno program?
22 A. **Like -- like -- like, what -- what -- what, like, do**
23    **you mean?**
24 Q. Are these where you would make your presentation for
25    about 30 minutes about --

Page 78

1  A. **Oh --**
2  Q. -- your experience?
3  A. **-- no.**
4     **These are just showing my film.**
5  Q. And what film was that?
6  A. **It was Through the Same Door -- Through the Same Door**
7     **-- Through the Same Door, Inclusion Includes College.**
8  Q. At these other conferences that you've talked about
9     already in 2009, did you ever show the film?
10 A. **Yeah.**
11 Q. So that would be in addition to your PowerPoint
12    presentation?
13 A. **Yeah.**
14 Q. Do you sell copies of your film when you're there?
15 A. **Yeah.**
16 Q. Okay. How many copies have you sold, roughly?
17 A. **I'm not sure.**
18 Q. Sold more than 100, do you think?
19 A. **Yeah.**
20 Q. More than a thousand?
21 A. **Probably.**
22 Q. And how much do you charge for them?
23 A. **They -- they are, like, $30.**
24 Q. Okay. And where does the money go, do you know?
25 A. **I'm not sure.**

Page 79

1  Q. Does it go to you or to your parents or somewhere
2     else?
3  A. **It, like, goes -- I am not sure where it goes.**
4  Q. So in addition to receiving a fee, you get to sell
5     your film?
6  A. **Yeah.**
7  Q. Okay. And do you get to do that at every place that
8     you get to speak at?
9  A. **Most times.**
10 Q. When did you make the film?
11 A. **I think in 2000 and -- 2000 and -- 2006, I think. I'm**
12    **not sure, but I think so.**
13 Q. You were still in the Transitions program at the time?
14 A. **Yeah.**
15 Q. Okay. And -- but you've been showing that regularly
16    since 2006?
17 A. **Yeah.**
18 Q. At most of the presentations that you make?
19 A. **Yeah.**
20 Q. Why was that film made?
21 A. **Because -- because we wanted to have a chance to film**
22    **me when I was on the college campus and to, like, show**
23    **people that people like me can -- can, like, go to**
24    **college and, like, take classes and do any other**
25    **things in college.**

Page 80

1  Q. But people like you, what do you -- what do you mean
2     by that?
3  A. **Like, people who have a -- people who have a -- people**
4     **who have a -- people who have a -- people who have a**
5     **disability. Most times after high school, they --**
6     **they stay in high school until 26 and then don't have**
7     **a chance to meet other friends that -- like, I have**
8     **met at college that our going to be my friends for a**
9     **while.**
10 Q. And how would you describe your disability?
11 A. **I -- I, like -- I, like, can't read and write, but I**
12    **have a program called Dragon Speak that I speak into,**
13    **and it will print out on the computer screen, and then**
14    **I have Screen Reader that -- that, like, reads things**
15    **to me.**
16 Q. Okay. Other than not being able to read and write,
17    are you disabled in any other way?
18        MR. DAVIS: Can you define what you mean by
19    disabled?
20 BY MR. BOONIN:
21 Q. In your view.
22 A. **What, like -- what, like, do you mean?**
23 Q. Well, you -- I'm just trying to understand how you
24    would describe your disability. Other than you said
25    you have a disability, the disability means you can't