## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1. | Deposition of Mary Beth Snyder |
| 2. | Affidavit of Deborah Middlebrook |
| 3. | Affidavit of Linda Sisson |
| 4. | *Stewart v. Barnhart*, 2005 WL 3088543 (W.D. Ky. Nov. 14, 2005) |
| 5. | Contract for Residence Hall Services 2007-08 |
| 6. | Deposition of Lionel Maten |
| 7. | IPEDS Report |
| 8. | 2009-10 NCES Survey Material:  FAQ |
| 9. | FISAP Report |
| 10. | FISAP Instructions |
| 11. | Affidavit of Mary Beth Snyder, 11/13/2009 |
| 12. | Deposition of Janice Fialka |
| 13. | Deposition of Plaintiff |
| 14. | Deposition of Robert Wiggins |
| 15. | *Divito v. Oakland University* |
| 16. | March 19, 2007 Proposal |
| 17. | MORC Record of PCP |
| 18. | Provost Memo |
| 19. | Wiggins' E-mail to Feldman |
| 20. | Affidavit of Roxanne Fisher |
| 21. | Transcript of Board of Trustees Meeting |
| 22. | *Sutton v. Piper*, 2009 U.S. App. LEXIS 17201 (6th Cir. July 30, 2009) |

23.        Affidavit of Mary Beth Snyder, 1/5/2009

256859