# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MICAH FIALKA-FELDMAN,**

        Plaintiff,

Case Number 08-CV-14922
Hon. Patrick J. Duggan

v.

**OAKLAND UNIVERSITY BOARD OF TRUSTEES, GARY D. RUSSI, MARY BETH SNYDER,** and **LIONEL MATEN,** in their official capacities,

        Defendants.

_____/

## AFFIDAVIT OF LINDA SISSON

| STATE OF MICHIGAN | ) |
|---|---|
|  | )ss |
| COUNTY OF OAKLAND | ) |

I, Linda Sisson, state under oath that the following is true:

1. I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

2. I am currently employed by Oakland University as its Director of Disability Support Services.

3. Disability Support Services maintains a database of self-identified disabled students attending Oakland University.

4. According to the most recent information in that database, I compiled the following information:

| Semester | Number of Enrolled, Self-Identified Disabled Students | Number of Enrolled, Self-Identified Disabled Students Living in On-Campus Housing | Number of Enrolled, Self-Identified Disabled Students with Reading and/or Writing Expression Disabilities Living in On-Campus Housing |
|---|---|---|---|
| Summer/Fall 2005 Winter/Spring 2006 | 398 | 10 | 1 |
| Summer/Fall 2006 Winter/Spring 2007 | 427 | 20 | 4 |
| Summer/Fall 2007 Winter/Spring 2008 | 441 | 30 | 6 |
| Summer/Fall 2008 Winter/Spring 2009 | 422 | 43 | 16 |
| Fall 2009 | 383 | 75 | 31 |

Further affiant sayeth not.

*Linda Sisson*
Linda Sisson, Director
Disability Support Services


STATE OF MICHIGAN )
                  )ss
COUNTY OF OAKLAND )

The signator is known to me and acknowledged the foregoing instrument this 4th day of December, 2009.

*Jennifer L. Swiatowy*
Jennifer L. Swiatowy, Notary Public
Oakland County, Michigan
My Commission expires: 10/11/

Jennifer L. Swiatowy
Notary Public
Oakland County, Michigan
My Commission Expires: 10-11-15

2