Fialka-Feldman v. Oakland University Board of Trustees                                      Doc. 43 Att. 8

# EXHIBIT 7

Dockets.Justia.com

# National Center for Education Statistics

## IPEDS Data Center

**Oakland University**
UnitID    171571
OPEID    00230700
Address    Rochester Hills, MI, 48309-4401
Web Address    www.oakland.edu

## General Information

### Institution Characteristics

| | |
|---|---|
| Sector: | Public, 4-year or above |
| Carnegie Classification: | Doctoral/Research Universities |
| Campus Setting: | Suburb: Large |
| Title IV Institution: | Participates in Title IV federal financial aid programs |
| Religious Affiliation: | Not applicable |
| On Campus Housing: | Yes |
| Total dormitory capacity: | 1979 |
| Endowment: | 43,036,944 |
| Endowment Per FTE: | 2,981 |

### Awards Offered

Bachelor's degree
Postbaccalaureate certificate
Master's degree
Post-master's certificate

## Financial and Human Resources

### Core Revenues, FY [2007]

| | Total | Percent Distribution | Per FTE Enrollment |
|---|---|---|---|
| Tuition and Fees | 100,171,354 | 54.59% | 6,938 |
| State appropriations | 46,613,599 | 25.4% | 3,229 |
| Local appropriations | 0 | 0% | 0 |
| Government Grants and Contracts | 16,403,533 | 8.94% | 1,136 |
| Other Core Revenues | 20,295,371 | 11.06% | 1,406 |

### Other Core Expenses, FY [2007]

| | Total | Percent Distribution | Per FTE Enrollment |
|---|---|---|---|
| Instruction | 78,503,107 | 44.72% | 5,437 |
| Research | 6,622,356 | 3.77% | 459 |
| Public Service | 2,189,294 | 1.25% | 152 |
| Academic Support | 12,982,950 | 7.4% | 899 |
| Student Service | 13,985,337 | 7.97% | 969 |
| Institution Support | 23,344,495 | 13.3% | 1,617 |
| Other Core Expenses | 37,912,043 | 21.6% | 2,626 |

### Number of staff by primary function/occupational activity: Fall 2007

| | Fulltime | Part-time | Total |
|---|---|---|---|
| Primarily instruction | 32 | 425 | 457 |
| Instruction/research/public service | 459 | 0 | 459 |

| | | | |
|---|---|---|---|
| Primarily research | 7 | 0 | 7 |
| Primarily public service, and Contracts | 0 | 0 | 0 |
| Executive/administrative/managerial | 56 | 0 | 56 |
| Other professional (support/service) | 386 | 25 | 411 |
| Graduate assistants | 0 | 196 | 196 |
| Technical and paraprofessionals | 27 | 3 | 30 |
| Clerical and secretarial | 238 | 24 | 262 |
| Skilled crafts | 47 | 0 | 47 |
| Service/maintenance | 96 | 1 | 97 |

**Number of full-time professional staff: Fall 2007**

| | Total |
|---|---|
| With faculty status | 497 |
| With tenure | 299 |
| On tenure track | 154 |
| Not on tenure track | 44 |
| Without faculty status | 1 |

Average salaries of full-time instructional staff equated to 9-month contracts, by academic rank: Academic year 2007

| | Number of full-time instructional faculty total | Average salary of full-time instructional faculty total |
|---|---|---|
| All ranks | 491 | 69,773 |
| Professor | 115 | 90,941 |
| Associate professor | 168 | 69,754 |
| Assistant professor | 146 | 60,789 |
| Instructor | 62 | 51,715 |
| Lecturer | n/a | n/a |
| No academic rank | n/a | n/a |

## Student Financial Aid

**Year 2007**

| Type of Aid | Percentage Receiving Aid | Average Amount of Aid Received |
|---|---|---|
| Federal grant aid | 17% | 3,004 |
| State/local grant aid | 57% | 1,525 |
| Institutional grant aid | 51% | 3,695 |
| Loan | 38% | 4,913 |

## Admissions

**Admissions Data: Fall 2008**

| | Number applied | Number admitted | Number enrolled Full-time | Part-time |
|---|---|---|---|---|
| Total | 7,695 | 6,022 | 2,247 | 103 |
| Men | 2,921 | 2,172 | 841 | 47 |
| Women | 4,774 | 3,850 | 1,406 | 56 |

**SAT**

Number submitting scores: 0
Percent submitting scores: 0

| Scores for enrolled full-time students | 25th percentile | 75th percentile |
|---|---|---|
| Critical Reading | | |

Math

Writing

## ACT

Number submitting scores: 2,287
Percent submitting scores: 97

| Scores for enrolled full-time student | 25th percentile | 75th percentile |
|---|---|---|
| Composite | 19 | 25 |
| English | 19 | 25 |
| Math | 18 | 25 |

## Enrollment

### Early Fall Estimates: Fall 2008

| | Part-time | Full-time | Total |
|---|---|---|---|
| Total enrollment | 6,239 | 11,930 | 18,169 |
| Undergraduate | 3,732 | 10,665 | 14,397 |
| First-time Degree/Certificate Seeking | 103 | 2,247 | 2,350 |
| Graduate | 2,507 | 1,265 | 3,772 |
| First Professional | | | |

### Fall Enrollment: Fall 2007

| Total student enrollment | Part-time | Full-time | Total |
|---|---|---|---|
| Men | 2,381 | 4,345 | 6,726 |
| Women | 4,173 | 7,182 | 11,355 |
| White non-Hispanic | 5,074 | 8,996 | 14,070 |
| Black non-Hispanic | 451 | 952 | 1,403 |
| Hispanic | 106 | 174 | 280 |
| Asian/Pacific Islander | 273 | 407 | 680 |
| American Indian or Alaska Native | 26 | 58 | 84 |
| Race/ethnicity Unknown | 490 | 620 | 1,110 |
| Non-resident alien | 134 | 320 | 454 |

| Undergraduate student enrollment | Part-time | Full-time | Total |
|---|---|---|---|
| Men | 1,462 | 3,912 | 5,374 |
| Women | 2,455 | 6,260 | 8,715 |
| White non-Hispanic | 2,959 | 8,063 | 11,022 |
| Black non-Hispanic | 315 | 878 | 1,193 |
| Hispanic | 70 | 151 | 221 |
| Asian/Pacific Islander | 172 | 363 | 535 |
| American Indian or Alaska Native | 16 | 45 | 61 |
| Race/ethnicity Unknown | 354 | 556 | 910 |
| Non-resident alien | 31 | 116 | 147 |
| | | | |
| Degree/Certificate Seeking | 3,506 | 10,099 | 13,605 |
| First-time | 121 | 2,219 | 2,340 |
| Transfer-In | 502 | 846 | 1,348 |
| Other Continuing | 2,883 | 7,034 | 9,917 |
| Non-Degree/Certificate Seeking | 411 | 73 | 484 |

| Graduate student enrollment | Part-time | Full-time | Total |
|---|---|---|---|
| Men | 919 | 433 | 1,352 |

| Total student enrollment | Part-time | Full-time | Total |
|---|---|---|---|
| Women | 1,718 | 922 | 2,640 |
| White non-Hispanic | 2,115 | 933 | 3,048 |
| Black non-Hispanic | 136 | 74 | 210 |
| Hispanic | 36 | 23 | 59 |
| Asian/Pacific Islander | 101 | 44 | 145 |
| American Indian or Alaska Native | 10 | 13 | 23 |
| Race/ethnicity Unknown | 136 | 64 | 200 |
| Non-resident alien | 103 | 204 | 307 |

**Retention Rate**

*Retention rate data are for first-time bachelor's (or equivalent) degree-seeking undergraduates*

Overall first-year retention rate: Fall 2007

| | |
|---|---|
| Full-time students | 73 |
| Part-time students | 34 |

## Graduation Rates

Data are for full-time, first-time, degree/certificate-seeking undergraduates
Overall graduate rate: 44%

Graduation rates within 150% of normal time to program completion: 2007

| | |
|---|---|
| Men | 39 |
| Women | 48 |
| White, non-Hispanic | 48 |
| Black, non-Hispanic | 26 |
| Hispanic | 32 |
| Asian or Pacific Islander | 42 |
| American Indian or Alaska Native | 43 |
| Race/ethnicity unknown | 44 |
| Nonresident alien | 70 |

**Bachelor's degree seekers: 2001 cohort**

| | |
|---|---|
| Four-year rate | 14 |
| Five-year rate | 33 |
| Six-year rate | 44 |

## Award/Degree Conferred

**By gender**

| By gender | Certificate Below | Certificate Above | Associate's | Bachelor's | Master's | Doctor's | First-Professional |
|---|---|---|---|---|---|---|---|
| Men | 0 | 17 | 0 | 783 | 339 | 18 | 0 |
| Women | 0 | 71 | 0 | 1,372 | 612 | 43 | 0 |

**By Race/Ethnicity**

| | Certificate Below | Certificate Above | Associate's | Bachelor's | Master's | Doctor's | First-Professional |
|---|---|---|---|---|---|---|---|
| White non-Hispanic | 0 | 72 | 0 | 1,731 | 741 | 42 | 0 |
| Black non-Hispanic | 0 | 7 | 0 | 109 | 41 | 1 | 0 |
| Hispanic | 0 | 2 | 0 | 34 | 8 | 0 | 0 |
| Asian/Pacific Islander | 0 | 1 | 0 | 76 | 40 | 5 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 7 | 3 | 0 | 0 |
| Race/ethnicity Unknown | 0 | 5 | 0 | 154 | 37 | 0 | 0 |
| Non-resident alien | 0 | 1 | 0 | 44 | 81 | 13 | 0 |

**By Cip Code**

| By Cip Code | Certificate Below | Certificate Above | Associate's | Bachelor's | Master's | Doctor's | First-Professional |
|---|---|---|---|---|---|---|---|
| Area, ethnic, cultural, and gender studies. | | | | 7 | | | |
| Communication, journalism, and related programs. | | | | 207 | | | |
| Computer and information sciences and support services. | | | | 18 | 54 | | |
| Education. | | 85 | | 296 | 470 | 7 | |
| Engineering. | | | | 140 | 89 | 17 | |
| Engineering technologies/technicians. | | | | 22 | | | |
| Foreign languages, literatures, and linguistics. | | | | 35 | 4 | | |
| English language and literature/letters. | | | | 114 | 8 | | |
| Liberal arts and sciences, general studies and humanities. | | | | 111 | 2 | | |
| Biological and biomedical sciences. | | | | 22 | 9 | 2 | |
| Mathematics and statistics. | 2 | | | 19 | 7 | 1 | |
| Parks, recreation, leisure, and fitness studies. | 0 | | | 14 | | | |
| Philosophy and religious studies. | | | | 13 | | | |
| Physical sciences. | | | | 9 | 9 | 1 | |
| Psychology. | | | | 120 | | | |
| Public administration and social service professions. | | | | 7 | 17 | | |
| Social sciences. | | | | 168 | | | |
| Visual and performing arts. | | | | 44 | 11 | | |
| Health professions and related clinical sciences. | 1 | | | 251 | 53 | 33 | |
| Business, management, marketing, and related support services. | | | | 463 | 179 | | |
| History | | | | 61 | 3 | | |
| Grand total | | 88 | | 2,155 | 951 | 61 | |