Fialka-Feldman v. Oakland University Board of Trustees

Doc. 43 Att. 14

# EXHIBIT 13

Dockets.Justia.com

# FIALKA-FELDMAN v. OAKLAND UNIVERSITY BOARD OF TRUSTEES, ET AL

# MICAH FIALKA-FELDMAN

October 8, 2009

*Prepared for you by*



COURT REPORTING & VIDEO
NATIONWIDE

Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

PHONE: 248.644.8888    FAX: 248.644.1120

www.bienenstock.com

Page 61

1  Q. Okay. Just a class at the school there?
2  A. Yeah.
3  Q. Okay. Did you talk about the lawsuit there?
4  A. Yes.
5  Q. What did you talk about?
6  A. The same stuff I talked about as I -- at, like, any --
7     any -- any other conference I have gone.
8  Q. In Reno?
9  A. Yeah.
10 Q. Okay. But you didn't do that in Rochester?
11 A. No.
12 Q. Did you get paid to do the -- that presentation at
13    Eastern?
14 A. Yeah.
15 Q. Okay. What did they pay you?
16 A. I'm not sure.
17 Q. Did they reimburse you for mileage or anything like
18    that?
19 A. Yeah. I think so.
20 Q. Do you -- who was your contact there?
21 A. I forgot her name.
22 Q. Do you recall any other presentation you made in 2009?
23 A. No, I don't.
24 Q. Do you recall making a presentation in Clinton
25    Township, the Disability Network of --

Page 62

1  A. Oh, yes.
2  Q. -- Oakland and Macomb?
3  A. Yes. And my friend -- my friend came there too, and
4     he -- he spoke there too.
5  Q. Who's that?
6  A. His name is -- his name is -- his name is -- his name
7     is Andrew Bashi.
8  Q. Okay. Is he in the Options program?
9  A. No, no. He's just, like, a regular student that
10    graduated last -- last -- last May.
11 Q. From Oakland University?
12 A. Yeah.
13 Q. From Oakland?
14 A. Yeah.
15 Q. And so he graduated in May of 2009?
16 A. Yeah.
17 Q. Is he still in the area?
18 A. No. He's in Chicago right now, trying -- trying to
19    become a lawyer.
20 Q. What did you mean by regular student?
21 A. That it -- it -- to me, he's, like, me. Like a --
22    like a regular student is that he, like -- he, like --
23    he, like, paid the college tuition and -- and, like --
24    like, he -- a student. He's, like, a -- he's, like,
25    a -- he's, like, a -- he's, like, a regular student

Page 63

1     that goes to classes and does what college -- college
2     students do.
3  Q. Toward a degree?
4  A. Oh, yeah.
5  Q. So he's enrolled toward a degree program?
6  A. Yeah.
7  Q. And he's taking classes for credit toward that degree?
8  A. Yeah.
9  Q. And he applied through the process that students have
10    to go through to get into that program?
11 A. Yeah.
12 Q. Okay. And that's different from what Options
13    participants do; is that correct?
14 A. Yeah. Yeah, like -- like -- like, how the Options
15    program -- I did -- I did fill out an application
16    that -- that had, like, the OU symbol on it and it
17    clicked that I am a student.
18 Q. Right. But that was an -- that was an application to
19    participate in the Options program, right?
20 A. Yeah.
21 Q. That wasn't an application to be a regular student
22    like your friend, correct?
23 A. Yeah, but I -- but I --
24 Q. Is that correct?
25 A. Yeah.

Page 64

1  Q. It's a different application that he filled out, as
2     far as you know?
3  A. Yeah.
4  Q. Because he was applying to become a regular student,
5     correct?
6  A. Yeah.
7  Q. And you were applying to be an Options participant.
8        MR. DAVIS: Can you define what you mean by
9     regular student?
10       MR. BOONIN: Just what he -- as he defined
11    it. I'm using his definition.
12 BY MR. BOONIN:
13 Q. Correct?
14 A. He, like, applied because he -- like -- like, he
15    applied because he, like -- he, like, could apply
16    to -- apply to the college. Like, I -- I, like, can't
17    apply to. Like, but -- but I, like, see myself as a
18    student that -- I don't see myself as a person, like,
19    the words that you used, like a par -- par --
20 Q. Participant?
21 A. Yeah. Like I -- I see myself as -- as -- as a
22    student.
23 Q. Okay. You're an Options student in your view?
24 A. I -- I -- I, like, see myself as a -- like, I'm in the
25    Options program, but I see myself as a student of --

Page 65

1  of OU.
2  Q. Okay. But you know you're not a regular student of
3     OU?
4  A. Yeah. But I -- I, like -- I don't tell people I'm a
5     student of the Options program. I tell people that
6     I'm a student that -- I am a -- I am a student that
7     goes to OU.
8  Q. But you do know that your status as a student is
9     different than Andrew's status as a student?
10 A. Yeah.
11 Q. Okay. And do you know that regular students such as
12    Andrew have to take certain tests in order to be
13    admitted?
14 A. Yeah.
15 Q. You never took those tests, did you?
16 A. No.
17 Q. You never tried to become admitted as a regular
18    student, did you?
19 A. No.
20 Q. Is that correct?
21 A. Yeah.
22 Q. All right. Going back to your presentations, in 2009,
23    did you also speak in Crystal City, Virginia, at the
24    Hyatt Regency in January, end of January?
25 A. I --

Page 66

1  Q. Your web site calls it as the High Expectations,
2     Endless Possibility, OSEP National Parent Center
3     Conference at the Hyatt Regency.
4  A. Oh, yeah. Yeah. I spoke there with -- my friend
5     Andrew came with me.
6  Q. Okay. Did anyone else go with you?
7  A. Yeah, my mom.
8  Q. Okay. And how did you get there?
9  A. By a plane.
10 Q. Did Andrew fly with you?
11 A. Yeah.
12 Q. Okay. What was that conference about?
13 A. It was about -- it was about -- it was about parents
14    and parents that came and heard my story and stuff.
15 Q. Did you stay overnight there?
16 A. Yeah.
17 Q. How many nights?
18 A. I'm not sure.
19 Q. Who paid for your flight?
20 A. I think -- I think, like, the conference did.
21 Q. Okay. Did they pay for your mother's as well?
22 A. I think so.
23 Q. How about Andrew?
24 A. Yeah. I -- I'm not sure.
25 Q. Did Andrew speak at the conference?

Page 67

1  A. Yes.
2  Q. Did he speak with you?
3  A. Yes.
4  Q. Were just the two of you speaking at this session?
5  A. Like, my mom spoke before we came, and then he and I
6     spoke.
7  Q. How long did the three of you in total speak?
8  A. I'm not sure.
9  Q. Did you show PowerPoint?
10 A. Yes.
11 Q. The same type of PowerPoint you talked about so far?
12 A. Some of the slides were changed, but I talked about my
13    housing stuff.
14 Q. What did Andrew talk about?
15 A. Just about -- just about how -- how, like, the
16    students have been a great supporter of this cause
17    behind me and he -- he, like, doesn't get why -- why
18    the colleges didn't even take a chance to have, like,
19    a pilot program and try it out and, like, they --
20    they, like -- it's a -- he just talked about how it's
21    a great opportunity for the college to move, like,
22    one -- one, like, small step closer to having dorm
23    living and, like -- and, like, this -- like, this --
24    like, the -- like, every student that has been
25    helped -- every student that has been behind me has --

Page 68

1     has, like -- has -- they have changed, like, they --
2     like, the OU campus has been -- has changed many, many
3     friends and many students because of what I have
4     brought to -- like, what I have changed on -- what I'm
5     trying to change on the college campus.
6  Q. Did you start the Options program?
7  A. No, but -- but --
8  Q. Didn't OU decide to start the Options program?
9  A. Yeah.
10 Q. Didn't that change the campus?
11 A. Yeah. That's -- that's, like, one -- yeah. Yeah.
12    They have -- they have changed the -- they -- that's
13    one great thing they have done, that they could have,
14    like, done us -- they could have -- they could have
15    moved a very quick thing, like, a very thing that I
16    asked for when -- when I became a student at OU,
17    and...
18 Q. Now, you -- would you agree that OU had no obligation
19    to even create the Options program?
20        MR. DAVIS: I'll object to that. You're
21    asking him for a legal conclusion?
22        MR. BOONIN: No. I'm asking if he would
23    agree with that statement.
24        MR. DAVIS: You can answer that if you
25    know.