# EXHIBIT 17



# Individual Plan Of Service
# Cover Sheet

| Name | MRN | Date of Birth | IPOS Effective Date |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | 01/18/2007 |

| Address | Phone | County Of Residence |
|---|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | 2485464870 | Oakland |

| Medicaid ID | Coverage Plan ID |
|---|---|
| 000089035889 | |

| Type Of Residence | C.O.F.R. ID |
|---|---|
| | 704105 |

| County Of Financial Responsibility | Level Of Care |
|---|---|
| Oakland | |

## EMERGENCY CONTACT INFORMATION

| Emergency Contact Name | Relationship |
|---|---|
| Janice Fialka | Mother |

| Home Phone | Work Phone | |
|---|---|---|

| Address | City | State | Zip |
|---|---|---|---|
| Same as above | | | |

Assigned Supports Coordinator
Kim Dembrosky   LBSW, QMRP

Printed: 10/26/2009  2:34:16PM



# Person Centered Plan

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | \*\*\*-\*\*-0070 |

| ADDRESS | PHONE |
|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | (248) 546 - 4870 |

## PERSON CENTERED PLAN

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

IPOS MEETING DATE

## SUMMARY
Amendment to IPOS held on 12/6/07:


This Worker facilitated Micah's Individual Plan of Service meeting today at Oakland University. Micah chose to invite many of his friends, teachers, support staff, administrators and family to assist with planning and development of goals for the coming year. Some of those in attendance were: Mr. & Mrs. Feldman (parents), Sharon Berke (Berkley Schools), Amanda and Rai (CLS and Respite Staff), Bob Wiggins (Associate Dean-Oakland University), JeanAnn Miller(Student Services), Sandi Llahan (friend), Nicole (peer tutor/friend) and Dorothy Maclean (MORC Vocational dept.)
Micah's primary goals for the coming year focus on continuing education at Oakland university, obtaining campus housing, developing a small business plan to address paid presentations and obtaining paid employment in the community and on campus.
Micah is a very driven and inspirational young man who has developed strong relationships with many people in his community. Micah gives presentations all over the country and educates others on inclusion and disability rights and advocacy. Micah has recently added a documentary about his inclusion experiences to his repetoire and the film will be seen by over a hundred people at an upcoming showing at Berkley High school. Micah has also added the documentary to his power point presentation, so that it can be seen by educators and advocates across the country.

Outline for Goals 2007/2008:

Immediate:
Continue MORC CLS and Respite Supports for community/social activities, cooking and improving reading skills
Employment:
Obtain both paid/unpaid employment to increase work experience:
Explore/apply for Clerical/advocate position with MORC/CMH
Contact camp Coordinator to request paid position for Micah as Camp Counselor at Camp tamarack
Meet with MRS to discuss Obtaining assistance with organizing and implementing paid presentations
Housing:
Oakland University will discuss housing development strategies with other schools who have successfully served students with disabilities (Wright state)
Micah will have an opportunity to use per diem respite to spend a few nights with an O.U. student in a dorm to "experience independent living".
O.U. will Determine supports needed for Micah to live on campus w/a roommate by Sept. 2007.
Education:
O.U. committee will explore registration options for students with disabilities (guest student=continuing education registered student) to increase access to campus housing and services.

Near-Term (within 3 mos.)
Employment:
MRS support for Job Coaching to assist with paid presentations
Paid assistant position with O.U. Professor 1-2 days per week

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |
| ADDRESS | | PHONE | |
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | (248) 546 - 4870 | |
| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE | |
| 01/18/2007 | Full | 01/17/2008 | |

S.C. to explore part time clerical/advocate position with MORC/CMH
Education:
Micah will tour available campus housing options
Micah will use per diem respite to spend nights with a fellow O.U. student in the dorms
O.U. will develop a plan for Micah's access to campus housing

Mid Term-6 mos
Education:
O.U. will implement plan for Micah's student registration
S.C. and Micah will explore/interview students as potential roommates on campus.
Employment:
Paid job at Camp tamarack for summer 2007
Internship/paid employment with MORC/CMH (clerical/advocacy)

Long Term- 1 year and Beyond:
Development of larger presentations on a variety of topics
A career that involves public speaking, politics/advocacy
Increased connections to community/expand circle of supports
Live independently in dorm or apartment with a roommate/friend

**PEOPLE WHO ATTENDED THIS MEETING**
Mr. & Mrs. Feldman (parents), Sharon Berke (Berkley Schools)
Amanda and Rai (CLS and Respite Staff), Bob Wiggins (Associate Dean-Oakland University), JeanAnn Miller(Student Services), Sandi Llahan (friend), Nicole (peer tutor) and Dorothy Maclean(MORC)

**OTHERS WHO CONTRIBUTED TO THE DEVELOPMENT OF THIS PERSON CENTERED PLAN**


**SUPPORT COORDINATOR / CASEMANAGER**
Kim Dembrosky

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |

| ADDRESS | | PHONE |
|---|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | (248) 546 - 4870 |

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

## PCP GOALS AND OBJECTIVES

### GOAL #1

Developing a Small Business Plan to Support my Public Speaking Career

| GOAL DATE | GOAL MET ON | DISCONTINUED | DISCONTINUED DATE |
|---|---|---|---|
| 01/18/2007 | | No | |

**PURPOSE**

☐ Independence     ☐ Community Inclusion and Participation     ☑ Productivity

**IMPLEMENTATION PLAN**

Immediate:
A vocational development meeting will be held with all supporting agencies to discuss the development of a "small business plan" to support Micah's public speaking engagements within 30 days.

Short Term:
A plan will be developed to provide Micah with a Job Coach who can assist him with organizing, marketing and facilitating presentation(within 90 days).

Mid-Term:
Job Coach will assess Micah's ability to orgnaize and facilitate presentations independently and a goal will be developed to address amount of support needed over the coming year.

Long Term:
Micah will be able to organize and facilitate paid public speaking presentations with minimal assistance.

**BY WHOM**
MRS
King and Associates
MORC
Micah

**BY WHEN**
Immediate-30days
Short term-90 days
Mid-Term 6mos-1 year
Long Term: 1 year+

**OBSTACLES**

| MONITOR / REVIEW NOTES | BY WHOM | BY WHEN |
|---|---|---|
| This Goal will be monitored on a monthly basis and reviewed in the Periodic Review. | Supports Coordinator | Monthly |

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |

| ADDRESS | PHONE |
|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | (248) 546 - 4870 |

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

## GOAL #2

Gain Community Work Experience by Obtaining Part Time Paid Employment

| GOAL DATE | GOAL MET ON | DISCONTINUED | DISCONTINUED DATE |
|---|---|---|---|
| 01/18/2007 | | No | |

**PURPOSE**

☐ Independence     ☐ Community Inclusion and Participation     ☒ Productivity

**IMPLEMENTATION PLAN**

Immediate:
Micah will begin working as a Classroom Assistant at Oakland University 1-2 days per week within 30 days.

Short Term:
S.C. will assist Micah in applying for a part time position (1-2 days per week) with a local social service agency providing clerical and/or advocacy services within 60 days.
S.C. will contact Camp Tamarac Coordinator to discuss the possibility of Micah becoming a paid Camp Counselor for the summer 2007 season.

Long Term:
Micah will gain valuable work experience and develop skills and relationships that will further his career in public speaking/advocacy.

**BY WHOM**
MORC
O.U.
Micah

**BY WHEN**
Immediate-3mos
Short term-6 mos
Long term 1 year+

**OBSTACLES**

| MONITOR / REVIEW NOTES | BY WHOM | BY WHEN |
|---|---|---|
| This Goal will be monitored on a monthly basis and reviewed in the Periodic Review. | Supports Coordinator | Monthly |

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |
| ADDRESS | | PHONE | |
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | (248) 546 - 4870 | |
| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE | |
| 01/18/2007 | Full | 01/17/2008 | |

## GOAL #3

Continue my Education at Oakland University

| GOAL DATE | GOAL MET ON | DISCONTINUED | DISCONTINUED DATE |
|---|---|---|---|
| 01/18/2007 | | No | |

**PURPOSE**

☒ Independence  ☐ Community Inclusion and Participation  ☐ Productivity

**IMPLEMENTATION PLAN**

Immediate: (3 mos)
O.U. committee will explore registration options for Micah (replacing guest student status with enrollment as a continuing education "registered" student) to provide increased access to campus housing, supports and services within 3 mos.

Short Term: (3-6 mos)
O.U. will implement plan for Micah's student registration within 6 mos.

Mid Term: (6 mos-1 year)

Micah will be entitled to all Oakland University services provided to registered students.

**BY WHOM**
Oakland University
Micah

**BY WHEN**
Immediate-3mos
Short term-3-6 mos
Mid Term-6 mos-1 year

**OBSTACLES**
O.U. does not currently have a policy allowing students with cognitive disabilities to become "registered students". Micah is considered a "guest student" which limits his access to services and supports available to other students attending the university.

| MONITOR / REVIEW NOTES | BY WHOM | BY WHEN |
|---|---|---|
| This Goal will be monitored on a monthly basis and reviewed in the Periodic Review. | Supports Coordinator | Monthly |

| NAME | | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|---|
| Micah Fialka-Feldman | | 007675 | 09/20/1984 | ***-**-0070 |
| ADDRESS | | | PHONE | |
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | | (248) 546 - 4870 | |
| IPOS EFFECTIVE DATE | PCP TYPE | | IPOS EXPIRATION DATE | |
| 01/18/2007 | Full | | 01/17/2008 | |

## GOAL #4

Continue Respite Services

| GOAL DATE | GOAL MET ON | DISCONTINUED | DISCONTINUED DATE |
|---|---|---|---|
| 01/18/2007 | | No | |

**PURPOSE**

☑ Independence ☐ Community Inclusion and Participation ☐ Productivity

**IMPLEMENTATION PLAN**

Micah will continue to receive 12 hours per week of respite to provide a break for his family
Micah will receive 14 per diem days per year which can be used to assist with out of town presentations, overnight stays on campus, vacations etc.

**BY WHOM**

MORC
Micah
Family

**BY WHEN**

1/07-1/08

**OBSTACLES**

| MONITOR / REVIEW NOTES | BY WHOM | BY WHEN |
|---|---|---|
| This Goal will be monitored on a monthly basis and reviewed in the Periodic Review. | Supports Coordinator | Monthly |

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |

| ADDRESS | PHONE |
|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | (248) 546 - 4870 |

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

## GOAL #5

Live in an Apartment on Campus

| GOAL DATE | GOAL MET ON | DISCONTINUED | DISCONTINUED DATE |
|---|---|---|---|
| 01/18/2007 | | No | |

**PURPOSE**

☑ Independence     ☐ Community Inclusion and Participation     ☐ Productivity

**IMPLEMENTATION PLAN**

Immediate-3 mos.
Oakland University will discuss housing development strategies with other schools who have successfully served students with disabilities (i.e. Wright state)
Micah will have an opportunity to use per diem respite to spend a few nights with an O.U. student in a dorm to "experience independent living".
Micah will tour available campus housing options

Short Term: (3-6 mos)
O.U. committee will explore registration options for students with disabilities (guest student=continuing education registered student) to increase access to campus housing and services.
O.U. will develop a plan for Micah's access to campus housing

Mid Term: 6 mos+
O.U. will Determine supports needed for Micah to live on campus w/a roommate by Sept. 2007.
S.C. and Micah will explore/interview students as potential roommates on campus

Long Term (1 year)
Live independently in dorm or apartment with a roommate/friend

**BY WHOM**

**BY WHEN**
Immediate-3 mos
Short Term-3-6 mos
Mid term-6 mos +
Long Term 1 year

**OBSTACLES**
Oakland University needs to develop a policy to allow Micah to enroll as a "registered student" before he will be able to access campus housing services/supports.

| MONITOR / REVIEW NOTES | BY WHOM | BY WHEN |
|---|---|---|
| This Goal will be monitored on a monthly basis and reviewed in the Periodic Review. | Supports Coordinator | Monthly |

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |

| ADDRESS | | PHONE |
|---|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | (248) 546 - 4870 |

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

## GOAL #6

Increase Independence in my Community and at Home

| GOAL DATE | GOAL MET ON | DISCONTINUED | DISCONTINUED DATE |
|---|---|---|---|
| 01/18/2007 | | No | |

**PURPOSE**

☒ Independence  ☐ Community Inclusion and Participation  ☐ Productivity

**IMPLEMENTATION PLAN**

Micah will continue to receive 8 hours per week of CLS Staffing to assist with community activities and independent living skills.

Community:
a) Micah will participate in at least 2 campus/community activity of his choosing each week (lectures, concerts, sporting events, etc)

b) Staff will document activity chosen each week.

Reading:
a) Staff will continue to work with Micah 2 hours per week on reinforcing and improving reading skills learned in weekly O.U. Reading Lab
b) Staff will document materials used and progress weekly.

Cooking:
a) Staff will work with Micah 2 hours per week on increasing cooking skills at home by preparing basic meals.
b) Micah will choose a meal he would like to prepare for himself or his family each week and complete a list of grocery items needed.
c) Staff will assist with shopping for required ingredients and guide Micah through reading instructions/recipes for preparation.
d) Staff will emphasize kitchen safety precautions when using the estove/oven and supervise at all times when cooking.
e) Staff will document meal chosen, level of assistance needed and progress weekly.

Long Term:
Micah will be able to prepare basic meals with minimal assistance within 1 year.

**BY WHOM**
CLS Staff
Micah

**BY WHEN**
1/07-1/08

**OBSTACLES**

| MONITOR / REVIEW NOTES | BY WHOM | BY WHEN |
|---|---|---|
| This Goal will be monitored on a monthly basis and reviewed in the Periodic Review. | Supports Coordinator | Monthly |

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |
| ADDRESS | | PHONE | |
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | (248) 546 - 4870 | |
| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE | |
| 01/18/2007 | Full | 01/17/2008 | |

## CRISIS PREVENTION AND RESPONSE PLAN

CRISIS PLAN DATE
03/10/2009

### EMERGENCY CONTACT INFORMATION

| NAME | RELATIONSHIP | TELEPHONE NUMBERS | RELEASE OBTAINED |
|---|---|---|---|
| | Primary Care Physician | | ☑ |
| | Psychiatrist, if applicable | | ☐ |
| Oakland County COFR Only | MORC 24 hour On-Call | 1-800-612-0497 | N/A |
| | Common Ground Sanctuary | 248-456-1991 | N/A |
| | Poison Control | 800-764-7661 | N/A |
| | Police and EMS | 911 | N/A |
| | Guardian, if applicable | | ☐ |
| | Preferred friend | | ☐ |
| Mr. & Mrs. Feldman | Preferred family member | On File | ☑ |
| Kim M. Dembrosky | MORC Supports Coordinator | 248 276 8093 | ☑ |

### PSYCHOTROPIC MEDICATIONS

DOES THIS CONSUMER TAKE ANY PSYCHOTROPIC MEDICATIONS?
☐ Yes  ☒ No

| PSYCHOTROPIC MEDICATIONS | WHO IS RESPONSIBLE |
|---|---|
| N/A | N/A |

### BEHAVIORAL CHALLENGES / CONCERNS / CRISIS SITUATION DESCRIPTIONS

DOES THE CONSUMER HAVE BEHAVIORAL CHALLENGES, CONCERNS OR CRISIS SITUATION DESCRIPTIONS?
☐ Yes  ☐ No

| BEHAVIORAL CHALLENGES / CONCERNS / CRISIS SITUATION DESCRIPTIONS | WHO IS RESPONSIBLE |
|---|---|
| No behavioral challenges. | N/A |

### CONSUMER'S PREFERENCES AND INSTRUCTIONS IF/WHEN EXPERIENCING BEHAVIORAL CHALLENGES / CONCERNS / CRISIS SITUATIONS

NOTIFICATIONS

OTHER PREFERENCES AND INSTRUCTIONS

### PROACTIVE STRATEGIES TO PREVENT ESCALATION TOWARDS A CRISIS

SIGNS & SYMPTOMS OF THE RISK ESCALATING

CONSUMER ACTIVITIES TO REDUCE THE RISK OF A CRISIS

CAREGIVER ACTIVITIES TO REDUCE THE RISK OF A CRISIS

### REACTIVE STRATEGIES TO PREVENT ESCALATION AND/OR DE-ESCALATE A CRISIS SITUATION

SAFETY PRECAUTIONS

CAREGIVER ACTIVITIES TO DE-ESCALATE A CRISIS SITUATION

### PSYCHIATRIC ADVANCE DIRECTIVES (PAD)

P.A.D.

### SAFEGUARDS (CRISIS PLANNING)

| NAME | | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|---|
| Micah Fialka-Feldman | | 007675 | 09/20/1984 | ***-**-0070 |
| ADDRESS | | | PHONE | |
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | | (248) 546 - 4870 | |
| IPOS EFFECTIVE DATE | PCP TYPE | | IPOS EXPIRATION DATE | |
| 01/18/2007 | Full | | 01/17/2008 | |

| AREA OF VULNERABILITY | SAFEGUARD PLAN OR REASON THAT NONE IS NECESSARY | WHO IS RESPONSIBLE |
|---|---|---|
| Allergies and Sensitivity | NKA | |
| In the Community | Micah accesses the community independently | Family<br>Micah |
| While at Home | Micah is independent at home | Family<br>Micah |
| Communication | Micah has excellent communication skills and has no problems expressing his needs to others. | Family<br>Micah |
| Money & Property | Family monitors | Family |
| Access to Cleaning Supplies | Able to use independently | Family<br>Micah |
| Health Care Maintenance | Family monitors | Family |
| Access to Medications | No medications | |
| Household Responsibilities | Can participate independently | Family<br>Micah |
| Restraints / Supportive Devices | N/A | N/A |
| Emergency Situations/Natural Disaster Preparedness | Micah is aware of proper procedures in an emergency (call 911, contact family member, etc.) | Family<br>Micah |
| Caregiver Contingency Plan | N/A | |
| N/A | | |

COMPLETED BY

Kim Dembrosky

**SIGNATURE**

ELECTRONICALLY SIGNED BY

Kim Dembrosky   LBSW, QMRP

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |

| ADDRESS | | PHONE | |
|---|---|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | | (248) 546 - 4870 | |

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

### SATISFACTION OF SUPPORTS AND SERVICES

| DESCRIBE | WHO IS RESPONSIBLE |
|---|---|
| Micah reports satisfaction with current supports and services. | MORC<br>Berkley Schools<br>Oakland University<br>MRS |

SATISFACTION SURVEY RESPONSIBLE PARTY
☐ Consumer  ☐ Guardian  ☐ Parent  ☐ Other

FIRST NAME          LAST NAME

### CONTINUITY OF SUPPORTS AND SERVICES

| DESCRIBE | WHO IS RESPONSIBLE |
|---|---|
| Micah receives Supports Coordination services through MORC<br>Educational services are provided by Berkley Schools and Oakland University<br>CLS Staffing provided by Expert Care<br>Respite services supported by MORC<br>Vocational supports/services provided by MRS | MORC<br>Berkley Schools<br>Oakland University<br>MRS |

The method that I should use to address concerns, disagreements or complaints were discussed with me today. I may choose to use the informal process, the formal process or both at the same time. The informal process is the MORC grievance procedure. To start this process I should talk with one of the following MORC personnel: Kim Dembrosky, Supports Coordinator / Case Manager, at (248)276-8093; Candace Cranston, Support Coordination Supervisor, at 248-276-8017; JoAnn Mayernik, Director of Support Coordination, at 248-276-8016; or Linda Knox, Ombudsman, at 586-263-8644. I may also contact Community Mental Health (CMH) for assistance. The formal process is a request for an official resolution of my complaint by CMH and/or assistance for the MORC personnel listed above or by calling CMH or DCH. The appeal request may be submitted in writing or by phone. My options were explained in both oral and written format on this date.

I felt I was able to explore options through the preplanning and planning process. I received a copy of the MORC Array of Services, which I reviewed with my Support Coordinator. Should I later have additional questions I will contact my Supports Coordinator for further discussion. I am in agreement with the plan and believe that it represents the necessary supports needed for achieving my goals and dreams. I acknowledge receiving a copy of the MORC, Inc. Grievance Procedure, Michigan Department of Community Health "Your Rights" booklet, CMH Due Process pamphlet along with an oral and written explanation of my appeal rights.

INDIVIDUAL'S SIGNATURE          DATE          SUPPORTS COORDINATOR'S / CASEMANAGER'S SIGNATURE          DATE

PARENT / GUARDIAN (IF APPLICABLE)          DATE          PHYSICIAN'S SIGNATURE          DATE
(IF APPLICABLE FOR CHILDREN'S WAIVER ONLY.)

| NAME | MRN | DATE OF BIRTH | SSN |
|---|---|---|---|
| Micah Fialka-Feldman | 007675 | 09/20/1984 | ***-**-0070 |

| ADDRESS | PHONE |
|---|---|
| 10474 LaSalle Blvd., Huntington Woods, MI, 48070 | (248) 546 - 4870 |

| IPOS EFFECTIVE DATE | PCP TYPE | IPOS EXPIRATION DATE |
|---|---|---|
| 01/18/2007 | Full | 01/17/2008 |

## AUTHORIZED SERVICES

### OUTSIDE PROVIDER SERVICES

| Provider/Location | CPT Code & Description | Total Units | Unit Type | Effective Date | Expiration Date |
|---|---|---|---|---|---|
| ExpertCare Management Services | S0215 - CLS Transportation - Per Mile | 790 | Item | 08/17/2007 | 11/20/2007 |
| ExpertCare Management Services | H2015 TF - CLS - Intermediate - Per 15 Minute | 375 | 15 minutes | 10/28/2007 | 01/17/2008 |
| ExpertCare Management Services | S0215 - CLS Transportation - Per Mile | 82 | Item | 11/21/2007 | 11/30/2007 |
| Respite Voucher - Provider To Be Determined | S5150 FD - Respite Care Unskilled (Family Friend) - Authorized Per Day, Reported per 15 minutes on claims | 5 | Day | 11/21/2007 | 11/30/2007 |
| Respite Voucher - Provider To Be Determined | S5150 FF - Respite Care Unskilled (Family Friend) - Per 15 Minutes | 858 | 15 minutes | 09/15/2007 | 01/17/2008 |
| Respite Voucher - Provider To Be Determined | S5150 MP - Respite Care - voucher Unskilled Camp - Authorized Per Encounter, Reported Per 15 Minutes on claims | 1 | Encounter | 06/26/2007 | 08/16/2007 |
| Respite Voucher - Provider To Be Determined | S5150 FF - Respite Care Unskilled (Family Friend) - Per 15 Minutes | 28 | 15 minutes | 08/17/2007 | 08/20/2007 |