# EXHIBIT 18

Dockets.Justia.com



Office of the Vice President
for Academic Affairs and Provost

Rochester, Michigan 48309-4496
(248) 370-2190    Fax: (248) 370-4475

22 August 2007

To:          Jennifer Gilroy
             Office of the Registrar

From:        Virinder K. Moudgil
             Vice President for Academic Affairs and Provost

Re:          Curriculum Code Requests

On the recommendation of Mary Otto, Dean, School of Education and Human Services, the
Office of Academic Affairs recommends the adoption of a distinct rubric for a continuing
education program intended to serve students with mild cognitive disabilities. Students enrolled
in these courses are not regularly admitted OU students and do not receive credit toward a degree.

    PST    Post Secondary Transition

Thank you for your assistance.

c:       Mary Otto, Dean, School of Education and Human Services
         Bob Wiggins, Associate Dean, School of Education and Human Services
         Steve Shablin, Registrar
         Tamara Machmut-Jhashi, Interim Assistant Provost

