# United States District Court
# Eastern District of Michigan

## Notice of Failure to Comply With Electronic Filing Policies and Procedures Directed to
**Gabrielle Frampton**

On   December 7, 2009  , an electronic **"Delivery Failure Report"** was received by the court after an entry was made on the court record in case number   08-14922  . Failure to provide the court with a correct e-mail address is a violation of the **Electronic Filing Policies and Procedures R3 (c). Rule 3 Eligibility, Registration, Passwords states:**

(a) A filing user must be an attorney admitted and in good standing to practice in the Eastern District of Michigan, an attorney authorized to represent the United States Government, or a non-incarcerated *pro se* party granted access permission.

(1) Attorneys already admitted to practice who have a case pending before the Court must immediately comply with (b).

(2) Newly-admitted attorneys who have a case pending before the Court at the time of admission have up to two weeks to comply with (b). Newly-admitted attorneys do not need to comply with (b) until such time as the attorney has a case pending before the Court.

(b) Each filing user must complete and submit the ECF Registration Form https://secure.mied.uscourts.gov/CMECF/AttorneyReg/. Effective September 19, 2005, filing users must complete mandatory ECF Training.

**(c) Each filing user is responsible for maintaining valid contact information in his or her ECF Registration account profile. When a user's contact information changes, the user must promptly update his or her ECF Registration account profile. If the filing user has a pending case before the Court, the user must also promptly notify all parties in all cases. Electronic service upon an obsolete e-mail address will constitute valid service if the user has not updated the account profile with the new e-mail address.**

This notice will be entered on the court record under the provisions of LR 11.1. **Sanctions may be imposed if additional violations occur after this date.**

> **LR 11.1 Sanctions for Non-Compliance with Local Rules**
> If, after notice and a reasonable opportunity to respond, the Court determines that a provision of these Local Rules has been knowingly violated, the Court may impose an appropriate sanction upon the attorneys, law firms, or parties that have violated the Local Rule or are responsible for the violation. The procedures for imposing sanctions and the nature of sanctions shall be as set out in Fed. R. Civ. P. 11(c). For purposes of this rule, references in Fed. R. Civ. P. 11(c) to violations of "subdivision (b)" are deemed to be references to violations of the Local Rules, and Fed. R. Civ. P. 11(c)(2)(A) does not apply.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date, by electronic and/or ordinary mail.

DAVID J. WEAVER, CLERK OF COURT

By:  s/T. McGovern
     Deputy Clerk

Dated:  December 7, 2009

# Delivery Failure Report

| | |
|---|---|
| Your document: | Activity in Case 2:08-cv-14922-PJD-VMM Fialka-Feldman v. Oakland University Board of Trustees Response to Motion |
| was not delivered to: | gframpt@mpas.org |
| because: | 5.1.0 - Unknown address error 550-'No such recipient' (delivery attempts: 0) |

### What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.
- Once you have resent the document you may delete this Delivery Failure Report.
- If resending the document is not successful you will receive a new failure report.
- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

**Routing path**

USHUB03/H/US/USCOURTS, 06MIEMAIL01a/M/06/USCOURTS

| | |
|---|---|
| To: | cmecfadmin@mied.uscourts.gov |
| cc: | |
| Date: | 03:50:04 PM Today |
| Subject: | Activity in Case 2:08-cv-14922-PJD-VMM Fialka-Feldman v. Oakland University Board of Trustees Response to Motion |