# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**MICAH FIALKA-FELDMAN,**

        Plaintiff,

v.

**OAKLAND UNIVERSITY BOARD OF TRUSTEES, GARY D. RUSSI, MARY BETH SNYDER,** and **LIONEL MATEN,** in their official capacities,

        Defendants.

Case Number 08-CV-14922
Hon. Patrick J. Duggan

_____/

## AFFIDAVIT OF LINDA SISSON

STATE OF MICHIGAN    )
                                )ss
COUNTY OF OAKLAND   )

    I, Linda Sisson, state under oath that the following is true:

    1.    I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

    2.    I am currently employed by Oakland University as its Director of Disability Support Services.

    3.    Disability Support Services maintains a database of self-identified disabled students attending Oakland University.

    4.    According to the most recent information in that database, I compiled the following information:

| Semester | Number of Enrolled, Self-Identified Disabled Students | Number of Enrolled, Self-Identified Disabled Students Living in On-Campus Housing | Number of Enrolled, Self-Identified Disabled Students with Reading and/or Writing Expression Disabilities Living in On-Campus Housing |
|---|---|---|---|
| Summer/Fall 2005 Winter/Spring 2006 | 398 | 10 | 1 |
| Summer/Fall 2006 Winter/Spring 2007 | 427 | 20 | 4 |
| Summer/Fall 2007 Winter/Spring 2008 | 441 | 30 | 6 |
| Summer/Fall 2008 Winter/Spring 2009 | 422 | 43 | 16 |
| Fall 2009 | 383 | 75 | 31 |

Further affiant sayeth not.

*Linda Sisson*
Linda Sisson, Director
Disability Support Services


STATE OF MICHIGAN    )
                     )ss
COUNTY OF OAKLAND    )

The signator is known to me and acknowledged the foregoing instrument this 4th day of December, 2009.

*Jennifer L. Swiatowy*
Jennifer L. Swiatowy, Notary Public
Oakland County, Michigan
My Commission expires: 10/11/15

Jennifer L. Swiatowy
Notary Public
Oakland County, Michigan
My Commission Expires: 10-11-15

2