Fialka-Feldman v. Oakland University Board of Trustees — Doc. 45 Att. 10

# EXHIBIT 9

Dockets.Justia.com

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

*Paperwork Burden Statement*
*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0030. The time required to complete this information collection is estimated to average 8.04 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: U.S. Department of Education, Washington, D.C. 20202-4536. If you have comments or concerns regarding the status of your individual submission of this form, write directly to: Grants & Campus-Based Division, U.S. Department of Education, 400 Maryland Avenue, S.W., UCP, 62E3, Washington, D.C. 20202-5453.*

# Fiscal Operations Report and Application to Participate (FISAP)

Report: Award Year July 1, 2008 through June 30, 2009; Application: Award Year July 1, 2010 through June 30, 2011

Part I. Identifying Information, Certification and Warning

Section A. *Identifying Information*

**1(a) Name and address of school**

**1(b) Mailing address (if different from 1(a))**

**2. OPEID Number** _____

**3. Type of school (select one)**
- ___ 3.1 public
- ___ 3.2 private/non-profit
- ___ 3.3 proprietary

(Select one *if* proprietary)
- ___ (a) art
- ___ (b) business
- ___ (c) cosmetology
- ___ (d) trade and technical
- ___ (e) other

**4. Length/type of longest program (select one)**
- ___ 4.1 less than 1 year
- ___ 4.2 1 year but less than 2 years
- ___ 4.3 2 years but less than 3 years
- ___ 4.4 3 years but less than 4 years
- ___ 4.5 4 years (no higher than a baccalaureate degree)
- ___ 4.6 5 years or more
- ___ 4.7 post-baccalaureate only

**5. Additional locations**
Schools with separately eligible additional locations that will be funded under this application must list these locations and their addresses and OPEID Numbers on the screen. You may not file a separate application for any separately eligible school listed herein.

We have entered a list of separately eligible additional locations included in this application.   ___ yes   ___ no

**6. Financial Aid Administrator**
Name _____
E-mail address _____

Telephone No. _____
Fax No. _____

**7. Name and address of private financial aid consultant firm, if any**
Name _____
Address 1 _____
Address 2 _____
City _____ State _____ Zip _____

FISAP Version:

*Section B. Certification and Warning*
Name of school _____
OPEID Number _____ State _____

Applicants must review the requirements for certification regarding lobbying included in the regulations cited below before completing this form. Applicants must sign this form to comply with the certification requirements under 34 CFR Part 82, "New Restrictions on Lobbying." This certification is a material representation of fact upon which the Department of Education relies when it makes a grant or enters into a cooperative agreement.

As required by Section 1352, Title 31 of the U.S. Code, and implemented at 34 CFR Part 82, for persons entering into a Federal contract, grant or cooperative agreement over $100,000, as defined at 34 CFR Part 82, Sections 82.105 and 82.110, the applicant certifies that:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal grant or cooperative agreement;

(b) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal grant or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions (Available at the following link: http://www.ed.gov/fund/grant/apply/appforms/sflll.doc); and

(c) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subgrants and contracts under grants and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

**As the duly authorized representative of the applicant, I hereby certify that the applicant will comply with the above certification. I further certify that the information contained in this electronic FISAP is in compliance with governing legislation and regulations and is true and accurate. I understand that all information associated with this FISAP is subject to audit and program review by representatives of the Secretary of Education.**

> **WARNING:** If you purposely give false or misleading information, you may be fined up to $20,000, sent to prison, or both.

**8. Chief Executive Officer (includes President, Chancellor, and Director)**

Signature _____   Date signed _____
Name _____   Telephone No. _____
Title _____   Fax No. _____
E-mail address _____

## Mail signed form to:

**FISAP Administrator
3110 Fairview Park Drive
Suite 950
Falls Church, VA  22042**

FISAP Version:

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

# Application to Participate, Part II

Name of school _____
OPEID Number _____ State _____

Part II. Application to Participate for Award Year July 1, 2010 through June 30, 2011

## Section A. Request for Funds for the 2010-2011 Award Year

1. Federal Perkins Loan Level of Expenditures       $ _____

2. Federal Perkins Loan Federal Capital Contribution  $ _____

3. FSEOG federal funds                              $ _____

4. FWS federal funds                                $ _____

## Section B. Federal Perkins Loan Program Liquidation Request
(Applies only to certain schools; see instructions)

5. My school wishes to discontinue participation in the Federal Perkins Loan Program.   __ yes   __ no

## Section C. Waiver Request for the Underuse of Funds

My school has returned more than 10 percent of its Federal Perkins Loan, FSEOG, or FWS allocation for the 2008-2009 award year.

6. My school wishes to apply for a waiver of the penalty for the underuse of funds and will provide, on the Additional Information screen, a written explanation of the circumstances.   __ yes   __ no

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

# Application to Participate, Part II (continued)

Name of school _____

OPEID Number _____ State _____

Part II. Application to Participate for Award Year July 1, 2010 through June 30, 2011

## Section D. Information on Enrollment

My school's calendar is __ Traditional __ Non-Traditional

Schools with a non-traditional calendar that had 2008-2009 enrollment, fill in fields 9 through 20.

Schools with a traditional calendar that had 2008-2009 enrollment, fill in Field 7.

|  | Undergraduate (a) | Graduate/Professional (b) |
|---|---|---|
| 7. Total number of students, 2008-2009 | | |

Schools with a traditional calendar that did not have 2008-2009 enrollment, fill in Field 8.

|  | Undergraduate (a) | Graduate/Professional (b) |
|---|---|---|
| 8. Estimated number of students, 2009-2010 | | |

|  | Continuing Students (a) | New Starts (b) |
|---|---|---|
| 9. July 1, 2008 | | |
| 10. August 1 | | |
| 11. September 1 | | |
| 12. October 1 | | |
| 13. November 1 | | |
| 14. December 1 | | |
| 15. January 1, 2009 | | |
| 16. February 1 | | |
| 17. March 1 | | |
| 18. April 1 | | |
| 19. May 1 | | |
| 20. June 1, 2009 | | |
| 21. TOTAL | | |

## Section E. Assessments and Expenditures

|  | Undergraduate (a) | Graduate/Professional (b) |
|---|---|---|
| 22. Total tuition and fees for the award year July 1, 2008 to June 30, 2009 | $ | $ |
| 23. Total Title IV, Part A, Subpart I, Grants | | |
| (a) Total Federal Pell Grant expenditures for the 2008-2009 award year | $ | |
| (b) Total ACG expenditures for the 2008-2009 award year | $ | |
| (c) Total National SMART Grant expenditures for the 2008-2009 award year | $ | |
| 24. Total expended for state grants and scholarships made to undergraduates for the award year July 1, 2008 to June 30, 2009 | $ | |

## Section F. Information on Eligible Aid Applicants Enrolled in Your School for Award Year 2008-2009

| | Dependent Undergraduate Without Baccalaureate/ 1st Prof. Degree (a) | With Baccalaureate/ 1st Prof. Degree (b) | Independent Undergraduate Without Baccalaureate/ 1st Prof. Degree (c) | With Baccalaureate/ 1st Prof. Degree (d) | Independent Graduate/ Professional (e) |
|---|---|---|---|---|---|
| 25. Students with an "Automatic" Zero EFC | | | | | |

| Taxable and Untaxed Income | | | Taxable and Untaxed Income | | |
|---|---|---|---|---|---|
| 26. $0 - $2,999 | | | $0 - $999 | | |
| 27. $3,000 - $5,999 | | | $1,000 - $1,999 | | |
| 28. $6,000 - $8,999 | | | $2,000 - $2,999 | | |
| 29. $9,000 - $11,999 | | | $3,000 - $3,999 | | |
| 30. $12,000 - $14,999 | | | $4,000 - $4,999 | | |
| 31. $15,000 - $17,999 | | | $5,000 - $5,999 | | |
| 32. $18,000 - $23,999 | | | $6,000 - $7,999 | | |
| 33. $24,000 - $29,999 | | | $8,000 - $9,999 | | |
| 34. $30,000 - $35,999 | | | $10,000 - $11,999 | | |
| 35. $36,000 - $41,999 | | | $12,000 - $13,999 | | |
| 36. $42,000 - $47,999 | | | $14,000 - $15,999 | | |
| 37. $48,000 - $53,999 | | | $16,000 - $17,999 | | |
| 38. $54,000 - $59,999 | | | $18,000 - $19,999 | | |
| 39. $60,000 and over | | | $20,000 and over | | |
| 40. TOTAL | | | TOTAL | | |

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

# Fiscal Operations Report, Part III

Name of school _____
OPEID Number _____ State _____

Part III. Federal Perkins Loan Program for Award Year July 1, 2008 through June 30, 2009

*Section A. Fiscal Report (Cumulative) as of June 30, 2009*

| Field Item | Amount (a) | Number of Borrowers (b) | Debit Balances (c) | Credit Balances (d) |
|---|---|---|---|---|
| 1.1. Cash on hand and in depository as of 6/30/2009 | | | $_____ | |
| 1.2. Cash on hand and in depository as of 10/31/2009 | $_____ | | | |
| 2. Funds receivable from federal government | | | $_____ | |
| 3. Funds receivable from school | | | $_____ | |
| 4. Funds advanced to students | | | $_____ | |
| 5. Loan principal collected | | _____ | | $_____ |
| 6. Loan principal assigned to and accepted by the United States | | _____ | | $_____ |
| *Loan principal canceled for the following categories:* | | | | |
| 7. teaching/military service (applies to loans made prior to 07/01/1972) | | _____ | | $_____ |
| 8. certain subject matter teaching service (math, science, foreign languages, bilingual education) | | _____ | | $_____ |
| 9. all other authorized pre-K or K-12 teaching service | | _____ | | $_____ |
| 10. military service (applies to loans made 07/01/1972 and after) | | _____ | | $_____ |
| 11. volunteer service | | _____ | | $_____ |
| 12. law enforcement and corrections officer service | | _____ | | $_____ |
| 13. child/family/early intervention service | | _____ | | $_____ |
| 14. nurse/medical technician service | | _____ | | $_____ |
| 15. pre-K or child care program staff member service | | _____ | | $_____ |
| 16. service as an attorney in a public defender organization | | _____ | | $_____ |
| 17. fire fighter service | | _____ | | $_____ |
| 18. Tribal College or University faculty service | | _____ | | $_____ |
| 19. librarian service | | _____ | | $_____ |
| 20. speech-language pathology service | | _____ | | $_____ |
| 21. death/disability | | _____ | | $_____ |
| 22. disability based on VA determination | | _____ | | $_____ |
| 23. bankruptcy | | _____ | | $_____ |
| 24. surviving spouses of public service victims of 9-11 terrorist attacks | | _____ | | $_____ |
| 25. loans discharged due to closed schools | | _____ | | $_____ |
| 26. Loan principal adjustments – other | | _____ | | $_____ |
| 27. Federal Capital Contributions | | | | $_____ |
| 28. Repayments of fund capital to federal government | | | $_____ | |
| 29.1. Short-term loans to the Fund | $_____ | | | |
| 29.2. ICC deposited to the Fund | $_____ | | | |
| 29.3. Institutional Capital Contributions | | | | |
| 30.1. Repayment of short-term loans to the fund | $_____ | | | $_____ |
| 30.2. Distribution of excess/liquidated fund capital | $_____ | | | |
| 30.3. Repayments of fund capital to school | | | $_____ | |
| 31. Interest income on loans | | | | $_____ |
| 32. Other income | | | | $_____ |
| 33. Reimbursements to the Fund of the amounts canceled on loans made 07/01/1972 and after | | | | $_____ |
| 34.1. Administrative cost allowance | $_____ | | | |
| 34.2. Collection costs | $_____ | | | |
| 34.3. Administrative cost allowance and collection costs (control) | | | $_____ | |
| *Cost of loan principal and interest canceled for the following categories:* | | | | |
| 35. teaching/military service (applies to loans made prior to 07/01/1972) | | | $_____ | |
| 36. certain subject matter teaching service (math, science, foreign languages, bilingual education) | | | $_____ | |
| 37. all other authorized pre-K or K-12 teaching service (applies to loans made 07/01/1972 and after) | | | $_____ | |
| 38. military service (applies to loans made 07/01/1972 and after) | | | $_____ | |
| 39. volunteer service in the Peace Corps or under the Domestic Volunteer Service Act of 1973 | | | $_____ | |

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

# Fiscal Operations Report, Part III (continued)

Name of school _____
OPEID Number _____ State _____

Part III. Federal Perkins Loan Program for Award Year July 1, 2008 through June 30, 2009

## Section A. Fiscal Report (Cumulative) as of June 30, 2009

| Field Item | Amount (a) | Number of Borrowers (b) | Debit Balances (c) | Credit Balances (d) |
|---|---|---|---|---|
| 40. law enforcement and corrections officer service | | | $ | |
| 41. child/family/early intervention service | | | $ | |
| 42. nurse/medical technician service | | | $ | |
| 43. pre-K or child care program staff member service | | | $ | |
| 44. service as an attorney in a public defender organization | | | $ | |
| 45. fire fighter service | | | $ | |
| 46. Tribal College or University faculty service | | | $ | |
| 47. librarian service | | | $ | |
| 48. speech-language pathology service | | | $ | |
| 49. death/disability | | | $ | |
| 50. VA disability determination | | | $ | |
| 51. bankruptcy | | | $ | |
| 52. surviving spouses of public service victims of 9-11 terrorist attacks | | | $ | |
| 53. Cost of loan principal and interest assigned to and accepted by the United States | | | $ | |
| 54. Cost of loan principal and interest canceled for loans discharged due to closed schools | | | $ | |
| 55. Other costs or losses | | | $ | |
| 56. Balancing Adjustments (Debits) | | | $ | |
| 57. Balancing Adjustments (Credits) | | | | $ |
| 58. Total debits and credits (Sum of fields 1.1 through 57) | | | $ | $ |

## Section B. Fund Activity (Annual) During the 2008-2009 Award Year (July 1, 2008 through June 30, 2009)

| | Number of Borrowers (a) | Amount (b) |
|---|---|---|
| 1. Final adjusted Federal Capital Contribution (FCC) authorization | | $ |
| 2. FWS funds transferred to the Fund | | +$ |
| 3. FCC transferred to: | | |
| (a) FSEOG | | -$ |
| (b) FWS | | -$ |
| 4. Total federal funds available for the 2008-2009 award year (fields 1 + 2 – 3(a) – 3(b)) | | $ |
| 5. The unexpended amount of final adjusted authorized FCC for award year 2008-2009 that was NOT requested from G5 by June 30, 2009. This amount will be reduced from your total award amount next spring (see instructions). | | $ |
| 6. Institutional Capital Contribution (ICC) deposited into the Fund between July 1, 2008 and June 30, 2009 | | $ |
| 7. Loans advanced to students from the Fund during the 2008-2009 award year (minus 2008-2009 award year refunds) | | $ |
| 8. Administrative cost allowance claimed for the 2008-2009 award year (see instructions) | | $ |
| 9. Total principal and interest repaid by borrowers from all sources during the 2008-2009 award year | | $ |
| 10. Total principal repaid by borrowers from all sources during the 2008-2009 award year for loans in default for more than 2 years but not more than 5 years | _____ | $ |
| 11. Total principal repaid by borrowers from all sources during the 2008-2009 award year for loans in default for more than 5 years | _____ | $ |

# Fiscal Operations Report, Part III (continued)

Name of school _____
OPEID Number _____ State _____

Part III. Federal Perkins Loan Program for Award Year July 1, 2008 through June 30, 2009

*Section C. Cumulative Repayment Information as of June 30, 2009*

<u>Status of Borrowers as of June 30, 2009</u>

|  | Amount (a) | Number of Borrowers (b) | Amount Lent (c) | Principal Amount Outstanding (d) |
|---|---|---|---|---|
| 1.1. Borrowers whose loans are fully retired | | _____ | $_____ | |
| 1.2. Loans that have been purchased | $_____ | | | |
| 2. Borrowers whose loans were assigned to and officially accepted by the U.S. Department of Education as of June 30, 2009 (Note: Field 2 equals the sum of Field 2.1 plus Field 2.2.) | | _____ | $_____ | $_____ |
| 2.1. Assignments due to default or liquidation | | _____ | $_____ | $_____ |
| 2.2. Assignments due to total and permanent disability discharge | | _____ | $_____ | $_____ |
| 3. Total borrowers not in repayment status | | _____ | | $_____ |
| 4. Borrowers on schedule in repayment status | | _____ | | $_____ |
| 5.1. In default less than 240 days (monthly installments) or less than 270 days (other installments) | | _____ | $_____ | $_____ |
| 5.2. In default 240 days or more (monthly installments) or 270 days or more (other installments), up to 2 years | | _____ | $_____ | $_____ |
| 5.3. In default more than 2 years but not more than 5 years | | _____ | $_____ | $_____ |
| 5.4. In default more than 5 years | | _____ | $_____ | $_____ |

<u>Cohort Default Rate (Sections D and E)</u>

Schools with fewer than 30 borrowers who entered repayment in the 2007-2008 award year should skip to Section E.

*Section D. Schools with 30 or More Borrowers Who Entered Repayment in the 2007-2008 Award Year*

1.1. Number of borrowers who entered repayment in 2007-2008 _____

1.2. Number of borrowers from Field 1.1 above with loans in default by June 30, 2009 _____

1.3. Cohort default rate ((Field 1.2 / Field 1.1) x 100) _____

*Section E. Schools with Fewer than 30 Borrowers Who Entered Repayment in the 2007-2008 Award Year*

2.1. Number of borrowers who entered repayment in:

(a) 2005-2006 (07/01/2005-06/30/2006) _____

(b) 2006-2007 (07/01/2006-06/30/2007) _____

(c) 2007-2008 (07/01/2007-06/30/2008) _____

2.2. Number of borrowers with loans in default by:

(a) June 30, 2007 (those in 2.1(a) only) _____

(b) June 30, 2008 (those in 2.1(b) only) _____

(c) June 30, 2009 (those in 2.1(c) only) _____

2.3. Total number of borrowers who entered repayment during the three years above (fields 2.1(a) + 2.1(b) + 2.1(c)) _____

2.4. Total number of borrowers with loans in default during the three years above (fields 2.2(a) + 2.2(b) + 2.2(c)) _____

2.5. Cohort default rate ((Field 2.4 / Field 2.3) x 100) _____

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

# Fiscal Operations Report, Part IV

Name of school _____
OPEID Number _____ State _____

Part IV. Federal Supplemental Educational Opportunity Grant (FSEOG) Program for Award Year July 1, 2008 through June 30, 2009

## Section A. Federal Funds Authorized for FSEOG

1. Final adjusted FSEOG authorization     $_____

## Section B. Federal Funds Available for FSEOG Expenditures

2. FWS funds transferred to and spent in FSEOG     +$_____
3. Federal Perkins Federal Capital Contribution funds transferred to and spent in FSEOG     +$_____
4. FSEOG funds transferred to and spent in FWS     -$_____
5. 2009-2010 FSEOG funds carried back and spent in 2008-2009     +$_____
6. Additional 2009-2010 FSEOG funds carried back and spent for 2009 summer enrollment     +$_____
7. 2007-2008 funds carried forward and spent in 2008-2009     +$_____
8. 2008-2009 funds carried forward to be spent in 2009-2010     -$_____
9. 2008-2009 funds carried back and spent in 2007-2008     -$_____
10. Additional 2008-2009 funds carried back and spent for 2008 summer enrollment     -$_____
11. Total federal funds available for 2008-2009 FSEOG
    (fields 1 + 2 + 3 + 5 + 6 + 7) minus (fields 4 + 8 + 9 + 10)     $_____

## Section C. Funds to FSEOG Recipients

12. Total funds to FSEOG recipients (fields 13 + 14)     $_____
13. Nonfederal share of funds to FSEOG recipients (25 percent of Field 12)     $_____
    (a) Cash outlay contributed     $_____
    (b) Other resources designated     $_____

## Section D. Federal Funds Spent for FSEOG Program

14. Federal share of funds to FSEOG recipients (75 percent of Field 12)     $_____
15. Administrative cost allowance claimed     +$_____
16. Federal funds spent for FSEOG (fields 14 + 15)     $_____

## Section E. Use of FSEOG Authorization

17. Expended FSEOG authorization (fields 4 + 8 + 9 + 10 + 16) minus (fields 2 + 3 + 5 + 6 + 7)     $_____
18. Unexpended FSEOG authorization (Field 1 - Field 17) (cannot be negative)     $_____

# Fiscal Operations Report, Part V

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

Name of school _____
OPEID Number _____ State _____

## Part V. Federal Work-Study (FWS) Program for Award Year July 1, 2008 through June 30, 2009

### Section A. Federal Funds Authorized for FWS

1. Final adjusted FWS authorization   $_____

### Section B. Federal Funds Available for FWS Expenditures

2. Federal Perkins Federal Capital Contribution funds transferred to and spent in FWS   +$_____
3. FSEOG funds transferred to and spent in FWS   +$_____
4. FWS funds transferred to and spent in:
   (a) FSEOG   -$_____
   (b) Federal Perkins Loan Program   -$_____
5. 2009-2010 FWS funds carried back and spent in 2008-2009   +$_____
6. Additional 2009-2010 FWS funds carried back and spent for 2009 summer employment   +$_____
7. 2007-2008 funds carried forward and spent in 2008-2009   +$_____
8. 2008-2009 funds carried forward to be spent in 2009-2010   -$_____
9. 2008-2009 funds carried back and spent in 2007-2008   -$_____
10. Additional 2008-2009 funds carried back and spent for 2008 summer employment   -$_____
11. Total federal funds available for 2008-2009 FWS
    (fields 1 + 2 + 3 + 5 + 6 + 7) minus (fields 4(a) + 4(b) + 8 + 9 + 10)   $_____

### Section C. Total Compensation for FWS

12. Total earned compensation for FWS Program   $_____
    (a) On-campus earned compensation   $_____
    (b) Off-campus earned compensation for public or private non-profit agencies, excluding amounts reported in Field 12c   $_____
    (c) Off-campus earned compensation for agencies that were unable to pay regular nonfederal share and had a federal share up to 90 percent   $_____
    (d) Off-campus earned compensation for private for-profit organizations   $_____
13. Total institutional share of earned compensation (see instructions)   $_____

### Section D. Funds Spent from Federal Share of FWS

14. Total federal share of FWS earned compensation   $_____
    (a) Federal share paid at a rate up to 75 percent   $_____
    (b) Federal share paid at a rate up to 100 percent for waivers of nonfederal share   $_____
    (c) Federal share paid at a rate up to 90 percent for agencies that were unable to pay regular nonfederal share   $_____
    (d) Federal share paid at a rate up to 50 percent for off-campus, private for-profit organizations   $_____
15. Administrative cost allowance claimed   +$_____
16. Federal share of Job Location and Development (JLD) Program expenditures   +$_____
17. Total federal funds spent for FWS (fields 14 + 15 + 16)   $_____

ED Form 646-1
OMB no 1845-0030
Expires 06/30/2012

# Fiscal Operations Report, Part V (continued)

Name of school _____
OPEID Number _____ State _____

Part V.  Federal Work-Study (FWS) Program for Award Year July 1, 2008 through June 30, 2009

## Section E.  Use of FWS Authorization

18. Expended FWS authorization (fields 4(a) + 4(b) + 8 + 9 + 10 + 17) minus (fields 2 + 3 + 5 + 6 + 7)  $_____
19. Unexpended FWS authorization (Field 1 - Field 18)  $_____

## Section F.  Information About the Job Location and Development (JLD) Program

20. Total expenditures for the JLD Program  $_____
21. Institutional expenditures for the JLD Program (see instructions)  $_____
22. Number of students for whom jobs were located or developed  _____
23. Total earnings of the students in Field 22 above  $_____

## Section G.  Information About FWS Students Employed in Community Service Activities

24. Number of students in community service employment  _____
25. Federal share of community service earned compensation  $_____
26. Nonfederal share of community service earned compensation  $_____

## Section H.  Information About FWS Students Employed as Reading Tutors of Children or Employed in Family Literacy Activities

27. Number of FWS students employed as reading tutors of children or employed in family literacy activities  _____
28. Federal share of earned compensation for FWS students employed as reading tutors of children or employed in family literacy activities  $_____
    (a) Amount of the federal share in Field 28 spent on community service employment  $_____
29. Total earned compensation for FWS students employed as reading tutors of children or employed in family literacy activities  $_____

## Section I.  Information About FWS Students Employed as Mathematics Tutors of Children

30. Number of FWS students employed as mathematics tutors of children  _____
31. Federal share of earned compensation for FWS students employed as mathematics tutors of children  $_____
32. Total earned compensation for FWS students employed as mathematics tutors of children  $_____

## Section J.  Information About FWS Students in Civic Education and Participation Activities

33. Number of students in civic education and participation activities  _____
34. Federal share spent for students in civic education and participation activities  $_____
35. Total spent for students in civic education and participation activities  $_____

## Section K.  Information About FWS Disaster-Affected Students

36. Number of disaster-affected students receiving FWS funds  _____
37. Federal share of funds to disaster-affected students  $_____
38. Total funds to disaster-affected students  $_____

# Fiscal Operations Report, Part VI

Name of school _____

OPEID Number _____ State _____

Part VI. Program Summary for Award Year July 1, 2008 through June 30, 2009

*Section A. Distribution of Program Recipients and Expenditures by Type of Student*

| Taxable and Untaxed Income Category Student Type | Federal Perkins Loan | | FSEOG | | FWS | | Unduplicated Recipients (g) |
|---|---|---|---|---|---|---|---|
| | Recipients (a) | Funds (b) | Recipients (c) | Funds (d) | Recipients (e) | Funds (f) | |
| **Undergraduate Dependent** | | | | | | | |
| 1. $0 - $ 5,999 | | | | | | | |
| 2. $6,000 - $11,999 | | | | | | | |
| 3. $12,000 - $23,999 | | | | | | | |
| 4. $24,000 - $29,999 | | | | | | | |
| 5. $30,000 - $41,999 | | | | | | | |
| 6. $42,000 - $59,999 | | | | | | | |
| 7. $60,000 and over | | | | | | | |
| **Undergraduate Independent** | | | | | | | |
| 8. $0 - $ 1,999 | | | | | | | |
| 9. $2,000 - $ 3,999 | | | | | | | |
| 10. $4,000 - $ 7,999 | | | | | | | |
| 11. $8,000 - $11,999 | | | | | | | |
| 12. $12,000 - $15,999 | | | | | | | |
| 13. $16,000 - $19,999 | | | | | | | |
| 14. $20,000 and over | | | | | | | |
| 15. Graduate/Professional | | | does not apply | does not apply | | | |
| 16. TOTAL (fields 1-15) | | | | | | | |
| 17. Total less-than-full-time students (from fields 1-15) | | | | | | | |
| 18. Total "Automatic" Zero EFC students (from fields 1-15) | | | | | | | |

# Fiscal Operations Report, Part VI (continued)

Name of school _____
OPEID Number _____ State _____

Part VI. Program Summary for Award Year July 1, 2008 through June 30, 2009

*Section B. Calculating the Administrative Cost Allowance*

**Administrative Cost Allowance Worksheet** (Worksheet must be retained for audit and program reviews)

**Step 1. Calculate the amount spent in 2008-2009 on which the administrative cost allowance is based.**

1. Total compensation in FWS (amount from Part V, Section C, Field 12) — $ _____
2. Amount of Federal Perkins Loan funds advanced to students (amount from Part III, Section B, Field 7) — +$ _____
3. Total funds to FSEOG recipients (amount from Part IV, Section C, Field 12) — +$ _____
4. Total amount spent (fields 1 + 2 + 3) — $ _____

**Step 2. Calculate the administrative cost allowance.**

**Schools whose total amount spent was $2,750,000 or less**

5. Enter total amount spent (Field 4) — $ _____
6. Multiply — x 0.05
7. Total administrative cost allowance—go to Step 3 — $ _____

**Schools whose total amount spent was more than $2,750,000 but less than $5,500,000**

8. Enter total amount spent (Field 4) — $ _____
9. Subtract — -$ 2,750,000
10. Expenditures over $2,750,000 (Field 8 - Field 9) — $ _____
11. Multiply — x 0.04
12. Administrative cost allowance on expenditures over $2,750,000 (Field 10 x Field 11) — $ _____
13. Add administrative cost allowance on expenditures of $2,750,000 ($2.75 million x .05) — +$ 137,500
14. Total administrative cost allowance (Field 12 + Field 13)—go to Step 3 — $ _____

**Schools whose total amount spent was $5,500,000 or more**

15. Enter total amount spent (Field 4) — $ _____
16. Subtract — -$ 5,499,999
17. Expenditures of $5,500,000 or more (Field 15 - Field 16) — $ _____
18. Multiply — x 0.03
19. Administrative cost allowance on expenditures of $5,500,000 or more (Field 17 x Field 18) — $ _____
20. Add administrative cost allowance on expenditures less than $5,500,000 (($2.75 million x .05) + Field 12) — +$ 247,500
21. Total administrative cost allowance (Field 19 + Field 20)—go to Step 3 — $ _____

**Step 3. Decide how much administrative cost allowance your school claimed.**

22. How much administrative cost allowance did your school claim? (The amount may be the same or less than the amount calculated in Step 2.) — $ _____
23. How much administrative cost allowance did your school claim in each program?
    (a) Federal Perkins Loan (must be the same as Part III, Section B, Field 8) — $ _____
    (b) FSEOG (must be the same as Part IV, Section D, Field 15) — $ _____
    (c) FWS (must be the same as Part V, Section D, Field 15) — $ _____