# EXHIBIT 18



Office of the Vice President
for Academic Affairs and Provost

Rochester, Michigan 48309-4496
(248) 370-2190   Fax: (248) 370-4475

22 August 2007

To:     Jennifer Gilroy
        Office of the Registrar

From:   Virinder K. Moudgil
        Vice President for Academic Affairs and Provost

Re:     Curriculum Code Requests

On the recommendation of Mary Otto, Dean, School of Education and Human Services, the Office of Academic Affairs recommends the adoption of a distinct rubric for a continuing education program intended to serve students with mild cognitive disabilities. Students enrolled in these courses are not regularly admitted OU students and do not receive credit toward a degree.

    PST     Post Secondary Transition

Thank you for your assistance.

c:   Mary Otto, Dean, School of Education and Human Services
     Bob Wiggins, Associate Dean, School of Education and Human Services
     Steve Shablin, Registrar
     Tamara Machmut-Jhashi, Interim Assistant Provost

