Fialka-Feldman v. Oakland University Board of Trustees — Doc. 45 Att. 20

# EXHIBIT 19

Dockets.Justia.com

# Dembrosky, Kim

| | |
|---|---|
| From: | Bob Wiggins [████████████] |
| Sent: | Thursday, November 08, 2007 4:01 PM |
| To: | 'Rick Feldman' |
| Cc: | 'Lea VanAmberg'; Dembrosky, Kim |
| Subject: | RE: HOusing for Micah- urgent |

---

This e-mail was received from outside of MORC, Inc.
By opening this e-mail, you are indicating that, to the best of your knowledge, you are the intended recipient and that no company policy is being violated by your use of this e-mail or it's attachment(s).

---

I have been following up on this and spoke with Roxanne today. Micah's application has been accepted and is being processed. I straightened out the question of enrolled credits. They were looking at Total Credits and did not notice the entry under total CEUs. They now know that Micah is a registered student and it is a separate issue from the billing issue (which I am also pursuing). We do need to make sure Micah is registered for a winter class before January but that will be no problem.

Tomorrow (or Monday at the latest since tomorrow is a very heavy day for me) I am calling Melisa Mitchell who handles roommate assignments. It might be a good idea if Lea, Kim and I had a chat with her. I'd feel better if there are no surprises.

I'll keep you posted.

Bob


-----Original Message-----
From: Rick Feldman [mailto:████████████]
Sent: Thursday, November 08, 2007 1:06 PM
To: wiggins@oakland.edu
Subject: HOusing for Micah- urgent

Dear Bob,
Good afternoon.
What do I need to do to get Micah into housing?
I have never reeived a bill.
I am willing to pay so Micah can live in the dorm.
Please let me know what to do or where to go?

Rich-
████████