Fialka-Feldman v. Oakland University Board of Trustees — Doc. 45 Att. 21

# EXHIBIT 20

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICAH FIALKA-FELDMAN,

    Plaintiff,

v.

Case No. 08-CV-14922
Hon. Patrick J. Duggan

OAKLAND UNIVERSITY BOARD OF TRUSTEES,

    Defendant.

---

| | |
|---|---|
| Chris E. Davis (P52159)<br>Michigan Protection & Advocacy Service, Inc.<br>29200 Vassar Blvd., Suite 200<br>Livonia, MI 48152<br>(248) 473-2990<br>Attorney for Plaintiff | BUTZEL LONG<br>By: Robert A. Boonin (P38172)<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 995-3110<br>Attorneys for Defendant<br>boonin@butzel.com |

## AFFIDAVIT OF ROXANNE FISHER

STATE OF MICHIGAN    )
                                  ) ss
COUNTY OF OAKLAND    )

I, Roxanne Fisher, state under oath that the following is true:

1. I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

2. I am currently employed by Oakland University as an Office Assistant in University Housing. My job duties include initial processing of housing contracts.

3. Upon receipt of a housing contract I verify that the individual has completed the contract form in full and included the deposit. My duties do not include determining whether an individual meets the eligibility requirements to live in on-campus housing.

4. My e-mail response to Richard Feldman of November 14, 2007 was intended only to convey that I had verified that the contract form was completed and that the deposit was received, hence, my duties relative to the contract were complete and it was "all set" for my purposes.

5. With the exception of the first and final sentences, my e-mail of 11/14/07 to Richard Feldman was a template message that I routinely send in response to inquiries regarding residence hall move-in.

Further affiant sayeth not.

*Roxanne Fisher*
Roxanne Fisher
Oakland University

STATE OF MICHIGAN    )
                     )SS
COUNTY OF OAKLAND    )

The signator is known to me and acknowledged the foregoing instrument this 13th day of November, 2009.

Jennifer L. Swiatowy, Notary Public
Oakland County, Michigan
My Commission expires: 10/11/15

Jennifer L. Swiatowy
Notary Public
Oakland County, Michigan
My Commission Expires: 10-11-15