UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN

        Plaintiff,

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,
        Defendants.
_____/

Case Number 08-CV-14922

Hon. Patrick J. Duggan

| Michigan Protection & Advocacy Service, Inc. | BUTZEL LONG |
|---|---|
| Chris E. Davis (P52159) | By: Robert A. Boonin (P38172) |
| Veena Rao (P2981) | Regan K. Dahle (P53975) |
| 29200 Vassar Blvd., Suite 200 | 350 S. Main Street, Suite 300 |
| Livonia, MI 48152 | Ann Arbor, MI 48104 |
| Phone: (248) 473-2990 | (734) 995-3110 |
| Email: cdavis@mpas.org | Email: boonin@butzel.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____/

## NOTICE OF ATTORNEY WITHDRAWAL

Micah Fialka-Feldman, by and through his attorneys, Chris Davis and Veena Rao now notifies this Court of the following:

1. Gabrielle Frampton is not his attorney in the above captioned case.

2. Gabrielle Frampton is no longer an attorney employed with Michigan Protection & Advocacy Service, Inc., the firm representing Mr. Fialka-Feldman.

Wherefore, Mr. Fialka-Feldman requests that the Court no longer send any communications to Ms. Frampton regarding the above-captioned case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 10, 2009 | s/Chris E. Davis<br>MICHIGAN PROTECTION &<br>ADVOCACY SERVICE, INC.<br>Attorney for Plaintiff<br>29200 Vassar Blvd., Suite 200<br>Livonia, MI 48152<br>(248) 473-2990<br>cdavis@mpas.org<br>P52159 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2009, I electronically filed the foregoing Notice of Attorney Withdrawal with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert A. Boonin.

>s/Chris E. Davis
>MICHIGAN PROTECTION &
>ADVOCACY SERVICE, INC.
>29200 Vassar Blvd., Suite 200
>Livonia, MI 48152
>248-473-2990
>cdavis@mpas.org
>P52159