## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | Deposition of Plaintiff |
| 2. | Transcript of Board of Trustees Meeting |
| 3. | 11/7/08, Letter from Oakland University to Plaintiff Counsel |
| 4. | 11/17/08, Letter from Oakland University to Plaintiff Counsel |
| 5. | Deposition of Mary Beth Snyder |
| 6. | Affidavit of Lionel Maten |
| 7. | Affidavit of C. Michelle Piskulich |

257222