# EXHIBIT 7

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MICAH FIALKA-FELDMAN,**

      Plaintiff,

v.

                                       Case No. 08-CV-14922
                                       Hon. Patrick J. Duggan

**OAKLAND UNIVERSITY BOARD OF TRUSTEES,**

      Defendant.

---

| | |
|---|---|
| Chris E. Davis (P52159) | BUTZEL LONG |
| Michigan Protection & Advocacy Service, Inc. | By: Robert A. Boonin (P38172) |
| 29200 Vassar Blvd., Suite 200 | 350 S. Main Street, Suite 300 |
| Livonia, MI 48152 | Ann Arbor, MI 48104 |
| (248) 473-2990 | (734) 995-3110 |
| Attorney for Plaintiff | Attorneys for Defendant |
| | boonin@butzel.com |

---

## AFFIDAVIT OF C. MICHELLE PISKULICH

STATE OF MICHIGAN      )
                             ) ss

COUNTY OF OAKLAND     )

I, C. Michelle Piskulich, state under oath that the following is true:

1.    I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

2.    I am currently employed by Oakland University as its Associate Provost. In that capacity, I am responsible for oversight of the University's continuing education programs.

3.    The University does not designate participants in continuing education programs as full time or part time, as such designation is reserved for students taking credit bearing courses.

4.    The University has continuing education programs that require participants to accumulate contact hours, or at least twelve (12) continuing education units per semester/program period, including the Licensed Practical Nurse program and the Patient Care Technician program offered by the School of Nursing and the Career Development Facilitator program offered by the

School of Education and Human Services.

    Further affiant saith not.

C. Michelle Piskulich, Associate Provost
Oakland University

STATE OF MICHIGAN    )
                        )SS
COUNTY OF OAKLAND   )

    The signator is known to me and acknowledged the foregoing instrument this 10th day of December, 2009.

Rhonda G. Saunders. Notary Public
Oakland County, Michigan
My Commission Expires: July 21, 2012

- 2 -