UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | Sharon Howell Affidavit |
| 2 | Email from S. Howell regarding dorm living-inclusion |
| 3 | Email from Bob Wiggins to Kim Dombrosky and Rick Feldman |
| 4 | Process of Residence Hall Contracts |
| 5 | Micah's housing contract 2007-2008 |
| 6 | Deniz Cikis Affidavit |
| 7 | Michael Peterson Report |
| 8 | Nicole Bertrand Affidavit |
| 9 | Heather Sterner Affidavit |
| 10 | Teresa K. Nkenge Zola Beamon Affidavit |
| 11 | GAO Report |
| 12 | Lionel Matten Deposition Excerpts |