## INCOMING - Process of Residence Halls Contracts

1. Under "OFFICE USE ONLY":
   A. Put in date Received
   B. Check or Money Order Number
   C. Bank's Name
   D. Your initials
2. Check the Preference sheet to see if student wants to be on the Singles Waiting List – if they do, then put a check mark ( √ ) on the bottom right-hand corner of the contract next to SINGLE WAITING LIST DATE.
3. On the bottom right-hand corner of contract put semester code – example <u>200540</u>.
4. Pull contract apart:
   A. Preference sheet gets stapled to the back of the white contract.
   B. Attached check/money order to the yellow copy with a paper clip – do not staple.
   C. Pink copy gets mailed back to student as a receipt.
5. Type "Down Payment Transaction Sheet" for the deposit. Find on the shared drive. Pick the sheet that designated, which semester.
   A. Type last name first, followed by first name
   B. Type student's Grizzly number
   C. Type check number
   D. Type the amount of the check.
   E. Sheet should automatically give you a total for the deposit – double check.
6. Print off sheet, punch in 3 ring holes and put sheet in Book labeled "Housing Contract Payments".
7. **Yellow copy** - put yellow copy of contract with checks attached into an Inter-Departmental Mail envelope. Mark on the envelope CASHIER and give to Accounting Clerk (Claudine), who hand delivers to the Cashier's Office.
8. Now go to Fall, etc. Labels -- find on the shared drive. Type a label for each student (not if they are a returning student). On the label type:
   A. Last name, then first name
   B. Student's Grizzly number
   C. Term – example FA05   (FA = Fall; WI = Winter; SP = Spring; SU – Summer) (05 = year)
   D. Save until you fill up the page of labels. Then print the page off and give to student to make file folders.
   E. Delete the names after you print and save as a new blank sheet to continue on.
9. **Pink copy** - make a label for each contract, put on an envelope and mail the pink copy back to student. Do not save these labels.
10. **White copy** – now take the white copy (original contract) and post to the Singles Waiting List. Find on the shared drive under EXCEL: Single Wait List – Female/Male – Fall 2005, etc. Post Males to males list and Females to females list:
    A. Student Grizzly number
    B. Last Name
    C. First Name
    D. Permanent Address
    E. Permanent telephone number
    F. Date of request

Page 1 of 2

Date Created 10/18/05
W:\Litigation\Feldman, Micah-Fialka vs. OU BOT\Discovery\Incoming - Residence Halls Contract-Roxanne.doc

OAK000191

Dockets.Justia.com

G. Periodically print new lists and punch with 3 holes and put in Roxanne's Singles Waiting List book that is on Roxanne's desk.
11. **White copy** – now take the white copy (original contract) and post to the Contracts list. Find on the shared drive under EXCEL: Contracts – Fall 2005, etc – Men/Women. Post Males to males list and Females to females list:
    A. Last Name
    B. First Name
    C. Date contract received
    D. Permanent telephone number
    E. Permanent City
    F. Permanent State
    G. Smoker – put "Y" for YES or leave blank for NO (find info on the Preference sheet)
    H. 21+ - put "YES for YES or leave blank for NO
    I. Category – put FTIAC, Transfer, Returning or COMM
    J. If they have a roommate choice put persons name in here or leave blank (find info on the Preference sheet)
    K. Comment – Academic or Athletic in here if has a scholarship or leave blank in none (find info on the Preference sheet).
    L. Meal Plan – put 150, 210 or 285. If student did not choose then call the student and find out what they want. If no answer then put to 210 plan, which we are using as the default plan.
    M. Permanent street address
    N. Permanent zipcode
12. White copy – now take all of the white copies and put into order:
    A. First divide between Female and Male
    B. Then put those two piles into category either: FTIAC, Transfer, Returning or COMM
    C. Paper clip each category together and put a post-it on top designating the categories – such as:  Male (Male or Female)
        10/18/05 (date received)
        FTIAC (what category)
13. Now give these piles to Office Manager (Melissa) for her to process.

Date Created 10/18/05
W:\Litigation\Feldman, Micah-Fialka vs. OU BOT\Discovery\Incoming - Residence Halls Contract-Roxanne.doc

OAK000192