UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN                          Case Number 08-CV-14922

          Plaintiff,                          Hon. Patrick J. Duggan

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,
          Defendants.
_____/

**AFFIDAVIT OF DENIZ CIKIS**

I, Deniz Cikis, being duly sworn, deposes and says as follows:

1.     My name is Deniz Cikis and I currently live in Istanbul, Turkey.

2.     Just after graduating from high school here in Turkey, I applied for and was
accepted at Oakland University in Rochester, Michigan, U.S.A..

3.     I was admitted to the English-as-Second-Language (ESL) program at Oakland
and attended in the 2007-2008 school year.

4.     At the time I was accepted at Oakland, I was not enrolled in any other University
and had never enrolled in any University level courses.

5.     I had an application submitted and pending at Bogazici University in Istanbul, at
the time I was accepted at Oakland. I eventually was accepted at Bogazici, where
I now attend classes, but this was after I was accepted at Oakland.

6.     While at Oakland, I lived in the Student Apartments on campus, specifically
Apartment # 5308B. I studied English while at Oakland as part of the ESL
program but did not receive credits for my studies at Oakland. Also, when I was

     at Oakland, I was told that the University sets aside one apartment for each ESL
student.

I declare under penalty of perjury that the foregoing is true and correct.

If called as a witness and sworn, I am competent and fully able to testify to the matters
stated herein.

Date: 12 / 09 / 2009

_____
Deniz Cikis

Subscribed and sworn to before me
this _____ of December, 2009.

_____
_____ , Notary Public
_____
My Commission expires: