UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN

        Plaintiff,

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,

        Defendants.

Case Number 08-CV-14922

Hon. Patrick J. Duggan

### AFFIDAVIT OF TERESA K. NKENGE ZOLA BEAMON

STATE OF MICHIGAN)
          )ss
COUNTY OF WAYNE )

I, Teresa K. Nkenge Zola Beamon, being duly sworn, deposes and says as follows:

1.      My name is Teresa K. Nkenge Zola Beamon, and I am a Special Lecturer at Oakland University.

2.      Generally, I instruct two courses a semester, Public Speaking, COM 201, and; Broadcast Announcing, COM 280.

3.      The Plaintiff, Micah Fialka-Feldman, has taken both of these courses from me and I have had the opportunity to observe first hand his commitment to his studies and the seriousness he brings to his work.

4.      Mr. Fialka-Feldman completed his assignments for the classes in a timely manner. Some of his assignments needed adjustments due to his disabilities but he completed them to the best of his ability.

5.      In the Public Speaking class, Micah, completed the assignments, which involved giving presentations before the class, the same as all other students.

6.      Micah was able to interact with the other students in an appropriate manner for a classroom setting and was never disruptive. If asked, I would have no qualms with Micah's presence in another of my classes.

7.   Finally, I have not personally observed any behavior that would cause me to believe Micah could not live in a dorm setting or that he would be a disturbance to other students in such a setting.

I declare under penalty of perjury that the foregoing is true and correct.

If called as a witness and sworn, I am competent and fully able to testify to the matters stated herein.

*Teresa K. Nkenge Zola Beamon*
Teresa K. Nkenge Zola Beamon

Subscribed and sworn to before me
this 3rd of December, 2009.

_Kimberly Ann Hudson_
_____, Notary Public
Oakland County, State of Michigan
My Commission expires: Oct. 17, 2014

```
KIMBERLY ANN HUDSON
Notary Public - Michigan
Oakland County
My Commission Expires Oct 17, 2014
Acting in the County of Oakland
```