AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Micah Fialka- Feldman<br>*Plaintiff*<br>v.<br>Oakland University Board of Trustees, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No.    08-cv-14922 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Micah Fialka-Feldman

Date:    12/15/2009

*Attorney's signature*

Mark A. Cody P42695
*Printed name and bar number*

Michigan Protection & Advocacy Service, Inc.
29200 Vassar, Ste. 200
Livonia, MI 48152

*Address*

mcody@mpas.org
*E-mail address*

(517) 487-1755
*Telephone number*

(517) 487-0827
*FAX number*

Dockets.Justia.com