# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICAH FIALKA-FELDMAN,

         Plaintiff,

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, et al.,

         Defendants.

Case Number 08-CV-14922
Hon. Patrick J. Duggan

_____/

## DEFENDANTS' SUPPLMENTAL SUBMISSION TO PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

Attached please find documents referenced during Defendants' oral arguments regarding Plaintiff's Motion for Summary Judgment in this matter, which are being provided as allowed by the Court during said hearing:

    Exhibit 1 - Affidavit of Theresa M. Rowe (regarding G-Numbers).

    Exhibit 2 - Affidavit of Mary Beth Snyder with records regarding Deniz Cikis, and student at the University based on an F-1 Visa.

    Exhibit 3 - Excerpts from regulations and publications of the U.S. Department of Homeland Security regarding F-1 Visas.

                    Respectfully submitted,

                    **BUTZEL LONG, a professional corporation**

                    By: /s/ Robert A. Boonin
                    Robert A. Boonin (P38172)
                    350 South Main Street, Suite 300
                    Ann Arbor, Michigan 48104
                    (734) 995-3110
                    boonin@butzel.com

Dated: December 18, 2009        **Attorneys for Defendants**

1

## Certificate of Service

I, Robert A. Boonin, hereby certify that on December 18, 2009, I electronically filed the foregoing document with the Clerk of the court using the ECF system, which will send notification of such filing to all counsel of record.

**BUTZEL LONG, a professional corporation**

By: /s/ Robert A. Boonin
Robert A. Boonin (P38172)
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 995-3110
boonin@butzel.com
**Attorneys for Defendants**