# INDEX OF EXHIBITS

**Exhibit**   **Description**

1.   Affidavit of Teresa Rowe

2.   Affidavit of Mary Beth Snyder

3.   Excerpts from regulations and publications of the U. S. Department of Homeland Security regarding F-1 Visas.