# EXHIBIT
# 2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICAH FIALKA-FELDMAN,

       Plaintiff,

                                    Case No. 08-CV-14922

v.                                   Hon. Patrick J. Duggan

**OAKLAND UNIVERSITY BOARD OF TRUSTEES,**

       Defendant.

| | |
|---|---|
| Chris E. Davis (P52159) | BUTZEL LONG |
| Michigan Protection & Advocacy Service, Inc. | By: Robert A. Boonin (P38172) |
| 29200 Vassar Blvd., Suite 200 | 350 S. Main Street, Suite 300 |
| Livonia, MI 48152 | Ann Arbor, MI 48104 |
| (248) 473-2990 | (734) 995-3110 |
| Attorney for Plaintiff | Attorneys for Defendant |
| | boonin@butzel.com |

## AFFIDAVIT OF MARY BETH SNYDER

STATE OF MICHIGAN       )
                              ) ss
COUNTY OF OAKLAND      )

     I, Mary Beth Snyder, state under oath that the following is true:

     1.    I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

     2.    I am currently employed by Oakland University as its Vice President of Student Affairs and Enrollment Management. In that capacity, I am responsible for various student service programs that are made available to enrolled students at the University, including but not limited to, the Office of International Students and Scholars, where the University maintains records related to foreign national students.

     3.    The records and/or documents related to Deniz Cikis in the University's possession are regularly kept in the course of University activities and affairs.

     Further affiant sayeth not.

                                         *Mary Beth Snyder*
                                         Mary Beth Snyder, Vice President
                                         Oakland University

STATE OF MICHIGAN     )
                              )SS
COUNTY OF OAKLAND    )

     The signator is known to me and acknowledged the foregoing instrument this _18th_ day of _December_ 2009.

                         *Jennifer L. Swiatowy*
                         Jennifer L. Swiatowy, Notary Public
                         Oakland County, Michigan
                         My Commission expires: 10-11-15



International Students & Scholars Office
157 North Foundation Hall // Rochester, MI 48309-4401
Phone: 248.370.3358 // Fax: 248.370.3351
Web: http://www.oakland.edu/iss

## REQUEST FOR FULL TIME ENROLLMENT LETTER

TODAY'S DATE: 09.17.07                    GRIZZ ID: 600069802

NAME: ___ÇIKIS_____ Deniz_____
            (Last)                          (First)                          (Middle)

DATE OF BIRTH: 05.14.90

COUNTRY OF CITIZENSHIP: TURKEY _____ VISA TYPE: F-1

MAJOR: ENGLISH AS A SECOND LANGUAGE LEVEL OF STUDY: FRESHMAN / UG

EXPECTING GRADUATION DATE: N/A

TEL. NUMBER: 248-364-9388 ___ E-MAIL: denizcikis@gmail.com

REASON FOR REQUEST: PROOF OF ENROLLMENT FOR MY HOME
SCHOOL

WHO SHOULD LETTER BE ADDRESSED TO: ___ BOGAZICI UNIVERSITY
ADMISSIONS OFFICE , ISTANBUL , TURKEY

NUMBER OF COPIES NEEDED: ___1___ (maximum 2)

*** Please provide a proof of full time enrolment when submitting this form

**Please know that the turn-around time is 2 working days to get your enrollment letter.**



Office of International
Students and Scholars

Rochester, Michigan 48309-4401
(248)370-3358 Fax: (248) 370-3351
www.oakland.edu/isso

September 17, 2007

Bogazici University
Office of Admissions

Re: Cikis, Deniz
    Full-Time Enrollment

To Whom it May Concern:

This letter is to confirm Deniz Cikis (D.O.B. 05/14/90) was enrolled full-time as an
International F-1 Undergraduate Student at Oakland University. Her major is English as a
Second Language. During her studies at Oakland University MS. Cikis has always been
in good academic as well as immigration status.

If you have any questions, please feel free to call me at (248) 370-3358 or email me at
ppankova@oakland.edu.

Sincerely,

Petra Knoche
Assistant Director
International Students and Scholars Office
Oakland University