UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKAH FIALKA-FELDMAN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 08-14922
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Patrick J. Duggan
OAKLAND UNIVERSITY BOARD
OF TRUSTEES, et al.,

    Defendants.
_____/

## JUDGMENT

Plaintiff filed this lawsuit against Defendants seeking housing in one of Oakland University's on-campus dormitory living spaces. Plaintiff alleges that Defendants' denial of his request for housing violates the Fair Housing Act, 42 U.S.C. § 3604(f)(3)(B), § 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a), and the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213. In an Opinion and Order issued on December 23, 2009, the Court held that Defendants violated § 504 of the Rehabilitation Act by failing to provide Plaintiff with a reasonable accommodation that will enable him to live on-campus.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in favor of Plaintiff and against Defendants.

DATE: January 7, 2010　　　　　　　S/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record