UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Micah Fialka−Feldman,

                Plaintiff(s),

v.                                   Case No. 2:08−cv−14922−PJD−VMM
                                             Hon. Patrick J Duggan

Oakland University Board of
Trustees, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on January 20, 2010.

                                                     DAVID J. WEAVER, CLERK OF COURT

                                                   By: s/ T McGovern
                                                        Deputy Clerk

Dated:   January 20, 2010