# INDEX OF EXHIBITS

| Exhibit | Description of Exhibit |
|---------|------------------------|
| A | Affidavit of Christine Riddle |
| B | Time/Billable Hours Data Report |
| C | Affidavit of Mark Cody |
| D | Affidavit of Chris E. Davis |
| E | Affidavit of Veena Rao |
| F | Affidavit of Joshua B. Kay |
| G | Kramer v. Paul Revere Life Insurance Company |
| H | Grain v. Trinity Health |