UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN

        Plaintiff,

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,

        Defendants.

Case Number 08-CV-14922

Hon. Patrick J. Duggan

_____/

| | |
|---|---|
| Michigan Protection & Advocacy Service, Inc. | BUTZEL LONG |
| Chris E. Davis (P52159) | By: Robert A. Boonin (P38172) |
| Veena Rao (P2981) | Regan K. Dahle (P53975) |
| 29200 Vassar Blvd., Suite 200 | 350 S. Main Street, Suite 300 |
| Livonia, MI 48152 | Ann Arbor, MI 48104 |
| Phone: (248) 473-2990 | (734) 995-3110 |
| Email: cdavis@mpas.org | Email: boonin@butzel.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____/

### AFFIDAVIT OF CHRISTINE RIDDLE

I, Christine Riddle, make this affidavit under oath and would so testify in court:

1.    I am a legal secretary with Michigan Protection & Advocacy Service, Inc (MPAS).

2.    I have been a MPAS employee for 6 years.

3.    I compiled the time report for Micah Fialka-Feldman case, labeled "MF-F Legal Case: Time/Billable Hours Data Report." Exhibit

4.    The time information for the attorneys was taken from our DAD2 system (MPAS' case management and time tracking system) where the attorneys record their time and was placed into an Excel spreadsheet.

Dockets.Justia.com

5. I deleted duplicate time reports and non-billable items, per instructions from Chris Davis and Mark Cody.

6. Otherwise, all reported time amounts are identical as they were reported by the attorneys in their time reports on the DAD2 system.

I declare under penalty of perjury that the foregoing is true and correct.

Christine Riddle
Christine Riddle

Subscribed and sworn to before me on
January 15, 2010.

Verna L. Lehane, Notary Public
Wayne County, Michigan
My Commission Expires: Jan. 26, 2015