UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICAH FIALKA-FELDMAN

        Plaintiff,

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacity,

        Defendants.

Case Number 08-CV-14922

Hon. Patrick J. Duggan

_____/

| Michigan Protection & Advocacy Service, Inc. | BUTZEL LONG |
|---|---|
| Chris E. Davis (P52159) | By: Robert A. Boonin (P38172) |
| Veena Rao (P52981) | Regan K. Dahle (P53975) |
| 29200 Vassar Blvd., Suite 200 | 350 S. Main Street, Suite 300 |
| Livonia, MI 48152 | Ann Arbor, MI 48104 |
| Phone: (248) 473-2990 | (734) 995-3110 |
| Email: cdavis@mpas.org | Email: boonin@butzel.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____/

## AFFIDAVIT OF CHRIS E. DAVIS

I, Chris E. Davis, under penalty of perjury, affirm the following statements are accurate and are based on my personal knowledge and that:

1. I graduated from the University of Pacific McGeorge School of Law in May, 1994 and have been licensed to practice law in Michigan since February, 1995.

2. I am licensed to practice in the state courts of Michigan, the United States District Courts for Eastern and Western Districts of Michigan.

3. I am currently and have been a staff attorney at Michigan Protection and Advocacy Service, Inc. since 1995.

4. Since February, 1995, I have specialized in disability civil rights issues and litigation.

5. I have been lead counsel in dozens of individual civil rights actions that were filed in federal courts as well as in Michigan courts.

6. I have lectured at a number of conferences and seminars in Michigan on various civil rights issues. I have also lectured at conferences in California, and Washington DC.

7. I have spoken before committees of the state legislature regarding health care and civil rights issues.

8. I have kept records of the time that I spent on this case. I have gone through my records to ensure that they are accurate.

9. The itemization of my time attached as an exhibit to this motion accurately reflects the time that I have spent on this case, allowing for reductions in duplicate time and time spent on issues which we did not prevail on. My time spent was entered into our time and case management system, called DAD2. The amount of time that I have stated in the attached exhibit was reasonably necessary to prevail in this case.

10. Based on my experience I believe an hourly rate of $250.00 is a reasonable rate for an attorney of my experience.

Dated: 1-19-2010

Chris E. Davis

Subscribed and sworn to before me on
January 19, 2010.

Verna L. Lehane, Notary Public
State of Michigan, County of Wayne
My Commission Expires: January 26, 2015

2