MIED (Rev. 01/10) Bill of Costs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Micah Fialka-Feldman

        Plaintiff(s),

v.

Oakland University Board of Trustees, et al

        Defendant(s).

_____/

Case No. 2:08-cv-14922

Judge Patrick J. Duggan

Magistrate Judge Virginia M. Morgan

## BILL OF COSTS

On January 7, 2010, a judgment was entered in favor of the Plaintiff, Micah Fialka-Feldman. The prevailing party now requests the clerk to tax the following costs:

| | CATEGORY | AMOUNT REQUESTED | ATTORNEY COMMENTS |
|---|---|---|---|
| A. | Fees of the Clerk | $350.00 | |
| B. | Court Reporter Fees | $2,617.40 | Transcripts used for Summary Judgment Motions, Doc #39 |
| C. | Witness Fees (Itemize on Page 2) | | |
| D. | Service Fees | | |
| E. | Printing Fees | | |
| F. | Exemplification & Copy Fees | | |
| G. | Other Costs | | |
| | TOTAL | $2,967.40 | |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: January 21, 2010

s/Chris E. Davis

P52159
Michigan Protection & Advocacy Service, Inc.
29200 Vassar Blvd., Suite 200
Livonia, Michigan 48152
(248) 473-2990
cdavis@mpas.org

**On motion served within seven days thereafter, the action of the Clerk may be reviewed by the Court.**