## **INDEX OF EXHIBITS**

| Exhibit | Description of Exhibit |
|---|---|
| A | Fees of the Clerk |
| B | Court Reporter Fees |