| | Lionel Maten | represented by | **Regan K. Dahle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. Boonin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2008 | 1 | COMPLAINT filed by Micah Fialka-Feldman against Oakland University Board of Trustees with Jury Demand. Plaintiff requests summons issued. Receipt No: 06450000000001780572 - Fee: $ 350 County of 1st Plaintiff: Oakland - County Where Action Arose: Oakland - County of 1st Defendant: Oakland. [Previously dismissed case: No] [Possible companion case(s): None] (Davis, Chris) (Entered: 11/25/2008) |
| 11/25/2008 | 2 | SUMMONS Issued for *Oakland University Board of Trustees* (SSch) (Entered: 11/25/2008) |
| 12/09/2008 | 3 | CERTIFICATE of Service/Summons Returned Executed. Oakland University Board of Trustees served on 12/1/2008, answer due 12/22/2008. (Davis, Chris) (Entered: 12/09/2008) |
| 12/15/2008 | 4 | MOTION for Preliminary Injunction, MOTION to Expedite by Micah Fialka-Feldman. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Affidavit of Micah Fialka-Feldman, # 3 Exhibit 2 - Oakland University OPTIONS Brochure, # 4 Exhibit 3 - Oakland University Account Status for Micah Fialka-Feldman, # 5 Exhibit 4 - Student Identification Card and Personal Profile for Micah, # 6 Exhibit 5 - E-mail from Roxanne Fisher to Rick Feldman Dated 11/14/07, # 7 Exhibit 6 - E-mail from Robert A. Wiggins Dated 11/29/07, # 8 Exhibit 7 - Student Account Refund Check Statement, # 9 Exhibit 8 - Letter from Mary Beth Snyder to Micah Fialka-Feldman Dated 5/23/08, # 10 Exhibit 9 - Letter from Mary Beth Snyder to Micah Fialka-Feldman Dated 9/24/08, # 11 Exhibit 10 - Letter from Chris Davis to Victor Zambardi Dated 10/7/08, # 12 Exhibit 11 - Letter from Victor Zambardi to Chris Davis Dated 11/7/08, # 13 Exhibit 12 - Letter from Chris Davis to Victor Zambardi Dated 11/14//08, # 14 Exhibit 13 - Letter from Victor Zambardi to Chris Davis Dated 11/17/08, # 15 Exhibit 14 - Oakland University Housing Advertisement, # 16 Exhibit 15 - Affidavit of Richard Bernstein) (Davis, Chris) (Entered: 12/15/2008) |
| 12/17/2008 | 5 | ANSWER to Complaint with Affirmative Defenses *and Other Defenses* by Oakland University Board of Trustees. (Boonin, Robert) (Entered: 12/17/2008) |
| 12/18/2008 | 6 | NOTICE REGARDING MOTION PRACTICE (MOre) (Entered: 12/18/2008) |
| 12/18/2008 | 7 | NOTICE of hearing on 4 MOTION for Preliminary Injunction MOTION to Expedite. **Motion Hearing set for 1/13/2009 02:15 PM before District Judge Patrick J Duggan**. (MOre) (Entered: 12/18/2008) |
| 01/05/2009 | 8 | RESPONSE to 4 MOTION for Preliminary Injunction MOTION to Expedite filed by Oakland University Board of Trustees. (Attachments: # 1 Index of |