**BIENENSTOCK COURT REPORTING & VIDEO**
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888  Fax: (248) 644-1120
www.bienenstock.com

# Invoice

Job #: 091019CH
Job Date: 10/19/2009
Order Date: 10/19/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 4321?
Inv. Date: 10/30/200?
Balance: $0.0?

**Bill To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vassar Boulevard
Suite 200
Livonia, MI 48152

**Action:** Fialka-Feldman, Micah
vs
Oakland University Board, et al
**Action #:**
**Rep:** CH
**Cert:** 5360

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Richard Feldman | Copy | Pages | 129 | $314.55 |
| 2 | | Exhibits | Item | 28.00 | $7.00 |

**Comments:**
********COD********

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Sub Total: $321.55
Shipping: $0.00
Tax: N/A
**Total Invoice:** $321.55
Payment: $321.55
Balance Due: $0.00

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vassar Boulevard
Suite 200
Livonia, MI 48152

**Deliver To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vassar Boulevard
Suite 200
Livonia, MI 48152

## Invoice

Invoice #: 432118
Inv. Date: 10/30/2009
Balance: $0.00
Job #: 091019CH
Job Date: 10/19/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK COURT REPORTING & VIDEO**
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888  Fax: (248) 644-1120
www.bienenstock.com



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 091020VKN
Job Date: 10/20/2009
Order Date: 10/20/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 43192
Inv.Date: 10/29/2009
Balance: $0.00

**Bill To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vasser Boulevard
Suite 200
Livonia, MI 48152

Action: Flaika-Feldman, Micah
vs
Oakland University Board, et al
Action #:
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Janice Fialka | Copy incl. e-trans | Pages | 127 | $325.15 |
| 2 | | Exhibits | Item | 30.00 | $7.50 |

Comments:
*******COD*******

Offices In: Bingham Farms l Ann Arbor l Detroit l Flint l Grand Rapids l Jackson l Lansing l Mt. Clemens

Sub Total: $332.65
Shipping: $0.00
Tax: N/A
Total Invoice: $332.65
Payment: $332.65
Balance Due: $0.00

Federal Tax I.D.: 38-3231100   Terms: Net 30, After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vasser Boulevard
Suite 200
Livonia, MI 48152

**Deliver To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vasser Boulevard
Suite 200
Livonia, MI 48152

## Invoice

Invoice #: 431925
Inv.Date: 10/29/2009
Balance: $0.00
Job #: 091020VKN
Job Date: 10/20/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 091008VKN
Job Date: 10/08/2009
Order Date: 10/08/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 43131
Inv.Date: 10/22/200
Balance: $0.0

**Bill To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vasser Boulevard
Suite 200
Livonia, MI 48152

Action: Fialka-Feldman, Micah
vs
Oakland University Board, et al
Action #:
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Micah Fialka-Feldman | Copy incl. e-trans | Pages | 168 | $415.38 |
| 2 | | DVD Transferred from VHS | Per tape | 4.00 | $200.00 |
| 3 | | Exhibits | Item | 9.00 | $2.28 |

**Comments:**
*******COD*******

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $617.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$617.60** |
| Payment | $617.66 |
| Balance Due | $0.00 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vasser Boulevard
Suite 200
Livonia, MI 48152

**Deliver To:**
Mr. Chris E. Davis
Michigan Protection & Advocacy Service, Inc.
29200 Vasser Boulevard
Suite 200
Livonia, MI 48152

**Invoice**

Invoice #: 431315
Inv.Date: 10/22/2009
Balance: $0.00
Job #: 091008VKN
Job Date: 10/08/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

# TRI-COUNTY COURT REPORTERS

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 248-608-9252
tricountyreporters@wowway.com

248-473-4104

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/21/2009 | 17146 |

**BILL TO:**

Chris Davis, Esquire
Michigan Protection & Advocacy Service
29200 Vassar Boulevard, #200
Livonia, MI 48152-2116

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|---|---|---|---|---|
| net 30/1% | AG | 9/21/2009 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 9/15/2009 | Original and One Copy (per page rate) | 128 | 3.40 | 435.20 |
| | Attendance Fee (hourly rate) | 6.5 | 40.00 | 260.00 |
| | SUBTOTAL | | | 695.20 |
| | CASE: Feldman v. Oakland University | | | |
| | DEPONENTS: Robert Wiggins, 65 pp; and Mary Beth Snyder, 63 pp. | | | |
| | Shipping & Handling | | 10.00 | 10.00 |
| | E-trans | 2 | 10.00 | 20.00 |
| | Regular Exhibits | 18 | 0.30 | 5.40 |

**Total** $730.60

PAID OCT 05 2009
14856

# TRI-COUNTY COURT REPORTERS

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 248-608-9252
tricountyreporters@wowway.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/26/2009 | 17156 |

**BILL TO:**

Chris Davis, Esquire
Michigan Protection & Advocacy Service
29200 Vassar Boulevard, #200
Livonia, MI 48152-2116

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|---|---|---|---|---|
| net 30/1% | AG | 9/26/2009 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 9/22/2009 | Original and One Copy (per page rate) | 68 | 3.40 | 231.20 |
| | Attendance Fee (hourly rate) | 2.5 | 40.00 | 100.00 |
| | SUBTOTAL | | | 331.20 |
| | CASE: Feldman v. Oakland | | | |
| | DEPONENT: Lionel Maten | | | |
| | Regular Exhibits | 6 | 0.30 | 1.80 |
| | Shipping & Handling | | 10.00 | 10.00 |
| | E-trans | | 10.00 | 10.00 |

**Total** $353.00

PAID OCT 2 1 2009 BY: 1492

# TRI-COUNTY COURT REPORTERS

38550 Garfield, Suite A
Clinton Township, MI 48038
248-608-9250 FAX 248-608-9252
tricountyreporters@wowway.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/9/2009 | 17134 |

**BILL TO:**

Dan Cooper, Esquire
Michigan Protection & Advocacy Service, I
29200 Vassar Blvd., #200
Livonia, MI 48152-2116

| TERMS | REP | SHIP DATE | SHIP VIA | FEDERAL I.D. |
|---|---|---|---|---|
| Net 30, late charge 1%/month | SH | 9/9/2009 | US Mail | 38-3580172 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/5/2008 | Original and One Copy (per page rate) | 48 | 4.00 | 192.00 |
| | Attendance Fee (hourly rate) | 2 | 25.00 | 50.00 |
| | SUBTOTAL | | | 242.00 |
| | CASE: Oakland University Hearing | | | |
| | Transcription from Audio Tape | | | |
| | | | | |
| | Shipping & Handling | | 10.00 | 10.00 |
| | E-trans | | 10.00 | 10.00 |

PAID
SEP 2 0 2009
BY: 14793

**Total** $262.00