**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Micah Fialka-Feldman,

v.

Oakland University Board of Trustees, et al.,
_____/

Civil No: 08-14922

Judicial Officer: Patrick J. Duggan

# TAXED BILL OF COST

On **01/07/10**, a judgment was entered in favor of **the plaintiff**. The prevailing party now requests the clerk to tax the following costs:

|   |   | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| 1 | Fees of the Clerk *(28:1920(1))(28:1923)* | $350.00 | $350.00 | |
| 2 | Service Fees | | | |
| 3 | Court Reporter Fees | $2,617.40 | $2,417.40 | **See Attached. |
| 4 | Printing Fees | | | |
| 5 | Witness Fees | | | |
| 6 | Exemplification & Copy Fees | | | |
| 7 | Deposition Related Costs | | | |
| 8 | Other costs | | | |
| | **TOTALS** | **$ 2,967.40** | **$ 2,767.40** | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 01/22/10

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 01/10

**Costs Denied:**

Court Reporter Fees: $200.00     Costs for the DVD as to the deposition of Micah Fialka-Feldman are not taxable as it was not used at trial. (See Bill of Cost Handbook, Section II,B,1,e.)

# Mailing Information for a Case 2:08-cv-14922-PJD-VMM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert A. Boonin**
  boonin@butzel.com,andersonp@butzel.com

- **Mark A. Cody**
  mcody@mpas.org,criddle@mpas.org

- **Regan K. Dahle**
  dahle@butzel.com,reichenb@butzel.com

- **Chris E. Davis**
  cdavis@mpas.org,dcooper@mpas.org,llehane@mpas.org,criddle@mpas.org

- **Veena Rao**
  vrao@mpas.org,dcooper@mpas.org,criddle@mpas.org