# EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1 | *Childress v. Williams* |
| 2 | 2007 State Bar of Michigan: 2007 Economics of Law Practice in Michigan |
| 3 | Time Entries Lacking Time Entry Notes |
| 4 | Time Entries with Insufficient Time Entry Notes |
| 5 | Internal MPAS Meetings |
| 6 | *Sykes v. Anderson* |
| 7 | Excessive Coverage at Depositions |
| 8 | Gabrielle Frampton Travel Time |
| 9 | Chris Davis Travel Time |
| 10 | Chris Davis Lexis and Westlaw Research Charges |
| 11 | Chris Davis "Filing, Faxing, File/Records Organizing" Charges |
| 12 | Chris Davis Attendance at OU Board of Trustees Meetings |
| 13 | Mark Cody Time Entries |
| 14 | Veena Rao Time Entries |
| 15 | Joshua Kay Time Entries |
| 16 | All Attorneys Pre-Litigation Time Entries |
| 17 | *New Life Ministries v. Charter Twp. of Mt. Morris* |
| 18 | Fees Associated with Motion for Preliminary Injunction |