# EXHIBIT 2

# PART 1

State Bar of Michigan

# 2007 Economics of Law Practice Summary Report



SBM
State Bar of Michigan

# Table of Contents

## Overview

The 2007 State Bar of Michigan Economics of Law Practice Survey............................... 1
At a Glance................................................................................................................. 3

## Income and Workload

Gross Personal Income before Taxes for All Respondents ......................................... 5
Gross Personal Income before Taxes by Work Classification .................................... 5
Gross Personal Income before Taxes by Major Field Of Practice............................... 6
Median Gross Income before Taxes by Major Field Of Practice ................................ 8
Gross Personal Income before Taxes by Years in Practice and Gender, All Attorneys......... 9
Median Gross Income before Taxes by Years in Practice and Gender for All Attorneys
    and Private Practitioners Displaying the % of Female to Male Incomes............... 9
Median Gross Income for Private Practitioners by Firm Size...................................... 10
Median Gross Income for Private Practitioners and Non-Private Practitioners by Firm Size.. 11
Gross Income before Taxes by Practice Regions......................................................... 11
Median Hours Spent Per Week on Work Related Activities by Work Classification............ 12
Median Annual Non Billable Hours by Work Classification ...................................... 13

## Attorney Perceptions

Expectation of Satisfaction with the Practice of Law................................................... 15
Relative Amount of Personal Workload....................................................................... 15
Personal Satisfaction from the Practice of Law............................................................ 15
Perceptions Concerning the Number of Attorneys....................................................... 15
Perceptions of Current Economic Conditions Compared to Prior Years..................... 15
Perceptions of Future Economic Conditions................................................................ 15

## Private Practitioners and Managing Partners – Firm Data

If Your Firm Employs Paralegals or Legal Assistants, How are Their Services Billed? ....... 16
By How Much Did Your Firm Change the Hourly Billing Rate Last Time it was Reviewed? 16
How Often Does Your Firm Review Hourly Billing Rates? ....................................... 16
What Percentage of Your Billings are Uncollectable? ................................................. 17
Top Median Hourly Transactional Rates by Firm Size ................................................ 17
Distribution of Hourly Transactional Rates by Firm Size ............................................ 17
Top Median Hourly Litigation Rates by Firm Size ..................................................... 18
Distribution of Hourly Litigation Rates by Firm Size ................................................. 18
Median Hourly Transactional Rates by Years in Practice ........................................... 19
Distribution of Hourly Transactional Rates by Years in Practice................................. 19
Median Hourly Litigation Rates by Years in Practice.................................................. 20
Distribution of Hourly Litigation Rates by Years in Practice...................................... 20
Top 10 Median Hourly Transactional Rates by Field of Practice................................. 21
Top 10 Median Hourly Litigation Rates by Field of Practice ...................................... 21

Hourly Transactional Rate by Work Classification ................................................. 22
Hourly Litigation Rate by Work Classification...................................................... 22
Top 10 Median Hourly Transactional Rates by Office Region ..................................... 23
Top 10 Median Hourly Litigation Rates by Office Region......................................... 23
Reported Staff Salaries................................................................................... 24

## Appendix: Profile of Survey Respondents

Average Age of All Active Members and Survey Respondents................................... 25
Percentage of All Active Members and Survey Respondents by Gender...................... 25
Demographics of Survey Respondents............................................................... 26
Work Classification of Survey Respondents........................................................ 26
Major Field of Practice of Survey Respondents................................................... 27
Main Location of Practice of Survey Respondents................................................ 28
Survey Respondents by Firm Size.................................................................... 29

# THE 2007 STATE BAR OF MICHIGAN ECONOMICS OF LAW SURVEY

The State Bar of Michigan Economics of Law Practice Survey provides Michigan attorneys with a resource that allows them access to the most current law practice economic information available collected by the State Bar of Michigan. The survey results are provided as a free service to members of the State Bar of Michigan.
The State Bar of Michigan Economics of Law Practice Survey has two practical objectives:
- To provide timely, relevant, and accurate information to inform and guide the practical management decisions of Michigan attorneys.
- To track and illustrate changes and trends within the legal profession over time.

The survey monitors and reports on several points of information that are useful to attorneys:
- Attorney income
- Prevailing average hourly billing rates for attorneys and legal assistants
- Time allocated to billable and non-billable professional activities
- Overhead expenses and management practices
- Staff compensation and benefits
- Perceptions regarding current and future economic circumstances related to the practice of law

Collection and reporting of this information is designed in a manner to differentiate among the various regional and local markets where sufficient data is available. Data is only reported for subgroups (such as field of practice, geographic location, firm size, etc.) where there are five or more respondents.

In addition to this summary report, the full survey results are available on the survey website at www.lawpracticeeconomics.com The website, provided by Synergy Management Solutions, Inc., allows for custom queries on several data points, and results are provided in ready-to-use charts, tables, and graphs.

The previous eight Economics of Law Practice Surveys were conducted by the State Bar of Michigan in paper format in July 1981, April 1984, June 1988, March 1991, April 1994, April 1997, June 2000, and June 2003.

In April 2007, the Law Practice Management Section of the State Bar released the 2007 Economics of Law Practice Survey in an online format via the Internet at www.LawPracticeEconomics.com, a service of Synergy Management Solutions, Inc.

For the 2007 Economics of Law Practice Survey, all members of the State Bar were invited to participate in the online survey or by paper survey if no e-mail address was available for the member. In the past, a sample size of only 25 percent of active members was selected to participate using a paper-based questionnaire. In 2003 1,200 individuals provided usable responses to the survey, and in 2007, 1,297 provided usable responses. All survey information is

collected and maintained in a confidential manner and reported in aggregate. No individual member or firm is identified.

The 2007 survey requested income data for the last complete calendar year. The 2007 report reflects the income earned by attorneys and firms in the previous calendar year. This procedure is consistent with all prior Economics of Law Practice Surveys.

To help interpret the information presented in the survey results, the following is a brief discussion of statistical terms, including measures of central tendency (median and mean) and measures of dispersion (spread).

**Mean** – The mean (also called the average or arithmetic average) is calculated by adding the values of all responses, then dividing by the number of responses.

For example, three responses (30, 1, and 2) are reported. The average is calculated by adding their values (30 + 1 + 2 = 33) and then dividing by the number of responses (3). Thus, the average is (33 ÷ 3 = 11).

**Median** – The median is the middle value of a series, or distribution of values, which is initially rank-ordered (from low to high or vice versa). By definition, half the numbers are greater and half are less than the median.

For example, three responses (30, 1, and 2) are reported. The median is the middle number of the order of distribution (1, 2, 30), or 2. By comparison, the average of this same distribution, as shown above, is (33 ÷ 3 = 11).

Use of the median as a statistical metric of central tendency reduces the effect of 'outliers' (extremely high or low values, such as the data point of 30 in the previous example), while the average does not. Median values are utilized throughout the results to denote the measure of central tendency.

**Percentiles** – In addition to the median, four other percentile values are used in the survey results to reveal the spread or dispersion of a particular data distribution. The percentiles include:

- **10th Percentile** – Ten percent of the values are less and ninety percent are more than this value.
- **25th Percentile** – Also referred to as the 'lower quartile.' One-fourth of the values are less and three-fourths are more than this value.
- **Median or 50th Percentile** – Also referred to as the 'median.' Half of the values are less and half are more than this value.
- **75th Percentile** – Also referred to as the 'upper quartile.' Three-fourths of the values are less and one-fourth are more than this value.
- **90th Percentile** – Ninety percent of the values are less and ten percent are more than this value.



# AT A GLANCE

The tables in the 2007 Economics of Law Practice Report are intended to be self explanatory. Some observations include:

- The average age of survey respondents was consistent with the average age of all active members of the State Bar of Michigan. The average age for survey respondents was 46.7 years, while the average of all active members is 49.3 years.

- The gender split of survey respondents was consistent with the gender split of all active members of the State Bar of Michigan. 71.5 percent of survey respondents were male compared to 69.3 percent of all active members.

- The largest group of survey participants was solo practitioners (20.0 percent). Solo practitioners with one or more associates comprised and additional 3.8 percent while solo practitioners sharing space comprised an additional 3.8 percent.

- The median gross personal income for a Michigan attorney reported in the survey was $92,000.

- Median gross personal income for females was lower than for males regardless of years in practice.

- The median salary for females in private practice was 67% of the median salary for males in private practice.

- In general, gross personal income increased with firm size for private practitioners.

- Of the individuals reporting the amount of time spent on unbilled community service per week, the median was two hours.

- 24.5 percent reported the practice of law was becoming less satisfying 8.3 percent reported it was unsatisfying enough to quit practicing and 5.3 percent reported it was becoming unsatisfying enough to change their practice area. 18.4 percent reported that it was becoming more satisfying and 43.4 percent reported that their satisfaction remains the same.

- 52.4 percent reported their view that there are too many attorneys.

- 61.7 percent reported that current economic conditions are worse than previous years.

- The median reported transactional and litigation hourly rates were the same at $195.

- Private practitioners have relatively similar median hourly transactional and litigation rates regardless of work classification.

# INCOME AND WORKLOAD



Gross Personal Income before Taxes for All Respondents

- 90th Percentile: $236,041
- 75th Percentile: $143,000
- Mean: $126,945
- Median: $92,000
- 25th Percentile: 56,000
- 10th Percentile: $22,600

### Gross Personal Income before Taxes by Work Classification

| Work Classification | Number | Mean | Median (50th Percentile) | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Sole Practitioner | 247 | $81,884 | $62,500 | $6,178 | $25,000 | $115,500 | $167,000 |
| Sole Practitioner with One or More Associates | 47 | $307,506 | $180,000 | $46,000 | $87,500 | $296,250 | $805,764 |
| Sole Practitioner Sharing Space | 46 | $111,571 | $71,788 | $6,500 | $41,250 | $166,000 | $266,000 |
| Managing Partner | 51 | $251,215 | $143,000 | $40,000 | $74,142 | $245,000 | $500,000 |
| Equity Partner/Shareholder | 205 | $206,301 | $155,000 | $65,400 | $108,000 | $250,000 | $387,110 |
| Non-Equity Partner | 42 | $158,202 | $128,500 | $75,000 | $94,750 | $173,750 | $237,400 |
| Senior Associate | 63 | $109,038 | $96,000 | $62,200 | $74,500 | $112,750 | $135,600 |
| Associate | 154 | $68,356 | $65,500 | $26,780 | $45,000 | $86,500 | $105,000 |
| Academia/Professor of Law | 19 | $85,792 | $70,000 | $31,800 | $47,500 | $121,000 | $162,400 |
| Contract Attorney | 10 | $77,850 | $65,000 | $24,300 | $31,750 | $124,875 | $152,000 |
| In-House Corporate Counsel | 133 | $142,104 | $120,000 | $58,200 | $81,000 | $160,000 | $210,000 |
| Legal Services Agency Attorney | 27 | $74,520 | $57,200 | $43,000 | $51,500 | $70,500 | $84,400 |
| Lobbyist/Trade Association | 3 | - | - | - | - | - | - |
| Judge | 14 | $124,775 | $139,919 | $72,300 | $138,679 | $140,000 | $149,589 |
| Admin Law Judge/Referee | 15 | $89,253 | $89,000 | $59,520 | $81,000 | $99,500 | $114,800 |
| County Prosecutor | 23 | $65,731 | $67,307 | $46,139 | $51,000 | $78,000 | $88,200 |
| City/State/County/Other | 93 | $87,654 | $91,000 | $47,000 | $68,600 | $109,000 | $119,800 |
| Federal Prosecutor | 2 | - | - | - | - | - | - |
| Other Federal | 31 | $96,864 | $97,000 | $57,088 | $72,500 | $130,000 | $144,000 |

### Gross Personal Income before Taxes by Work Classification

| Work Classification | Number | Mean | Median (50th Percentile) | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Management, Non-Legal | 23 | $131,971 | $110,000 | $61,800 | $72,100 | $150,000 | $265,200 |
| Not Practicing Law | 18 | $52,660 | $39,445 | $0 | $10,250 | $54,250 | $91,000 |
| Retired | 14 | $25,914 | $1,250 | $0 | $0 | $17,000 | $97,990 |
| Unemployed Seeking Legal Emp. | 5 | $4,400 | $0 | $0 | $0 | $4,000 | $12,400 |
| Other/Not Listed | 12 | $118,812 | $41,500 | $1,400 | $10,870 | $64,532 | $96,613 |
| Total | 1297 | $126,945 | $92,000 | $22,600 | $56,000 | $143,000 | $236,041 |

### Gross Personal Income before Taxes by Major Field of Practice

| | Number | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| General Practice | 56 | $65,583 | $55,500 | $4,000 | $25,750 | $93,836 | $152,500 |
| Administrative Law | 1 | - | - | - | - | - | - |
| Adoption | 1 | - | - | - | - | - | - |
| Alternative Dispute Resolution (ADR) | 5 | $106,116 | $107,581 | $31,200 | $42,000 | $117,000 | $190,800 |
| Appellate Practice | 20 | $121,250 | $107,500 | $49,500 | $63,750 | $138,500 | $172,800 |
| Arbitration & Mediation | 3 | - | - | - | - | - | - |
| Attorney Discipline Defense | 0 | | | | | | |
| Automobile | 8 | $341,309 | $76,000 | $24,240 | $52,800 | $266,318 | $1,030,391 |
| Aviation & Aerospace | 1 | - | - | - | - | - | - |
| Bankruptcy | 34 | $111,422 | $104,000 | $34,000 | $54,250 | $149,750 | $194,900 |
| Birth Injuries | 0 | | | | | | |
| Business Law | 47 | $134,708 | $103,000 | $14,770 | $66,250 | $192,500 | $256,000 |
| Carbon Monoxide Poisoning | 0 | | | | | | |
| Civil Rights | 1 | - | - | - | - | - | - |
| Class Actions | 2 | - | - | - | - | - | - |
| Collections/Claim & Delivery | 10 | $138,300 | $100,000 | $63,500 | $67,750 | $211,750 | $252,500 |
| Commercial Law | 19 | $149,052 | $110,000 | $58,800 | $67,500 | $180,000 | $216,800 |
| Condemnation | 3 | - | - | - | - | - | - |
| Condominium Law | 1 | - | - | - | - | - | - |
| Construction Law | 14 | $134,071 | $87,500 | $37,900 | $51,500 | $183,750 | $288,000 |
| Consumer Law | 3 | - | - | - | - | - | - |
| Contracts | 6 | $170,000 | $135,000 | $37,500 | $70,000 | $241,250 | $337,500 |
| Copyrights | 0 | | | | | | |
| Criminal Law | 43 | $102,849 | $45,000 | $5,700 | $29,300 | $142,500 | $199,600 |

## Gross Personal Income before Taxes by Major Field of Practice

| | Number | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Drunk Driving Defense | 0 | - | - | - | - | - | - |
| Elder Law | 9 | $118,819 | $115,000 | $63,351 | $65,000 | $150,000 | $179,550 |
| Employment Law | 31 | $179,088 | $130,000 | $80,000 | $91,000 | $231,000 | $310,000 |
| Environmental Law | 15 | $199,067 | $161,000 | $45,800 | $112,000 | $279,000 | $330,800 |
| Family Law | 72 | $86,514 | $70,000 | $14,910 | $39,450 | $132,650 | $169,900 |
| Federal False Claims (Qui Tam) Actions | 0 | - | - | - | - | - | - |
| Government | 4 | | | | | | |
| Immigration & Naturalization | 8 | $295,277 | $55,000 | $32,600 | $42,666 | $72,500 | $656,000 |
| Insurance | 15 | $131,433 | $84,000 | $31,891 | $62,600 | $116,000 | $307,000 |
| Insurance Coverage | 9 | $89,777 | $70,000 | $3,200 | $42,000 | $94,000 | $211,200 |
| Intellectual Property | 14 | $257,050 | $102,000 | $26,200 | $81,250 | $172,250 | $813,000 |
| Labor Law | 12 | $113,186 | $87,500 | $48,050 | $70,625 | $158,418 | $223,500 |
| Landlord/Tenant | 3 | | | | | | |
| Law Enforcement | 0 | - | - | - | - | - | - |
| Legal Aid | 0 | | | | | | |
| Legal Malpractice | 5 | $106,100 | $93,500 | $65,200 | $70,000 | $115,000 | $160,000 |
| Lemon Law | 2 | | | | | | |
| Litigation | 98 | $165,191 | $119,902 | $57,500 | $90,625 | $194,000 | $316,000 |
| Medical Malpractice | 21 | $288,346 | $100,000 | $57,500 | $65,000 | $330,000 | $1,000,000 |
| Municipal Law | 18 | $119,938 | $97,278 | $41,882 | $69,250 | $154,250 | $225,400 |
| Native American Law | 0 | | | | | | |
| Patents | 15 | $238,820 | $157,000 | $94,000 | $104,000 | $287,500 | $486,000 |
| Personal Injury | 39 | $179,960 | $100,800 | $28,700 | $74,000 | $150,000 | $262,000 |
| Police Misconduct | 2 | - | - | - | - | - | - |
| Probate & Estate | 65 | $85,762 | $62,500 | $6,493 | $37,500 | $100,000 | $180,000 |
| Professional Liability | 1 | | | | | | |
| Public Finance | 0 | | | | | | |
| Real Estate | 37 | $109,889 | $85,000 | $17,600 | $50,000 | $126,000 | $192,000 |
| Real Property | 12 | $102,494 | $111,968 | $10,800 | $30,750 | $158,750 | $189,500 |
| Regulatory Law | 1 | - | - | - | - | - | - |
| School Law | 3 | | | | | | |
| Securities | 2 | | | | | | |
| Social Security | 5 | $83,400 | $59,000 | $42,200 | $53,000 | $80,000 | $146,000 |
| Stock Broker Misconduct | 0 | | | | | | |
| Taxation | 16 | $150,886 | $127,500 | $71,150 | $90,750 | $150,000 | $275,000 |
| Tax Problem Resolution | 0 | - | - | - | - | - | - |
| Trademarks | 0 | | | | | | |
| Traffic Law | 1 | - | - | - | - | - | - |

## Gross Personal Income before Taxes by Major Field of Practice

| | Number | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Wills | 9 | $76,515 | $75,000 | $35,800 | $60,640 | $112,000 | $121,000 |
| Workers' Comp. (Defense) | 8 | $149,755 | $129,197 | $67,896 | $102,500 | $208,750 | $247,000 |
| Workers' Comp. (Plaintiff) | 11 | $220,557 | $90,855 | $38,000 | $81,000 | $206,000 | $317,280 |
| Other/Not Listed | 14 | $140,011 | $112,500 | $45,200 | $82,500 | $159,000 | $283,408 |
| Total | 1,297 | $126,045 | $92,000 | $22,600 | $56,000 | $143,000 | $236,041 |



### Median Gross Income before Taxes by Major Field of Practice

| Field | Median |
|---|---|
| Criminal Law | $45,000 |
| Immigration & Naturalization | $55,000 |
| General Practice | $55,500 |
| Social Security | $59,000 |
| Probate & Estate | $62,500 |
| Insurance Coverage | $70,000 |
| Family Law | $70,000 |
| Wills | $75,000 |
| Automobile | $76,000 |
| Insurance | $84,000 |
| Real Estate | $85,000 |
| Labor Law | $87,500 |
| Construction Law | $87,500 |
| Workers' Comp. (Plaintiff) | $90,855 |
| Legal Malpractice | $93,500 |
| Municipal Law | $97,278 |
| Medical Malpractice | $100,000 |
| Collections/Claim & Delivery | $100,000 |
| Personal Injury | $100,800 |
| Intellectual Property | $102,000 |
| Business Law | $103,000 |
| Bankruptcy | $104,000 |
| Appellate Practice | $107,500 |
| Alternative Dispute Resolution (ADR) | $107,581 |
| Commercial Law | $110,000 |
| Real Property | $111,968 |
| Other/Not Listed | $112,500 |
| Elder Law | $115,000 |
| Litigation | $119,902 |
| Taxation | $127,500 |
| Workers' Comp. (Defense) | $129,197 |
| Employment Law | $130,000 |
| Contracts | $135,000 |
| Patents | $157,000 |

### Gross Personal Income Before Taxes by Years in Practice and Gender, All Attorneys

| | | Number | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|---|
| 4 or fewer | Male | 99 | $56,932 | $50,000 | $2,319 | $33,500 | $80,000 | $101,200 |
| 4 or fewer | Female | 73 | $49,469 | $45,000 | $0 | $20,000 | $75,000 | $93,200 |
| 4 or fewer | Total | 172 | $53,765 | $50,000 | $0 | $28,450 | $75,750 | $100,000 |
| 5 to 9 | Male | 107 | $85,637 | $75,000 | $23,000 | $55,000 | $108,500 | $150,000 |
| 5 to 9 | Female | 56 | $68,672 | $63,500 | $7,078 | $35,625 | $84,375 | $120,000 |
| 5 to 9 | Total | 163 | $79,808 | $72,000 | $15,200 | $49,000 | $100,000 | $134,000 |
| 10 to 14 | Male | 116 | $112,739 | $96,000 | $39,790 | $65,792 | $150,000 | $197,500 |
| 10 to 14 | Female | 60 | $85,769 | $80,000 | $28,000 | $53,750 | $99,000 | $131,000 |
| 10 to 14 | Total | 176 | $103,545 | $90,000 | $33,500 | $61,500 | $139,939 | $192,500 |
| 15 to 19 | Male | 94 | $190,540 | $121,250 | $60,750 | $80,000 | $186,500 | $278,500 |
| 15 to 19 | Female | 50 | $100,969 | $91,000 | $24,360 | $51,900 | $130,000 | $175,793 |
| 15 to 19 | Total | 144 | $159,439 | $114,168 | $45,300 | $74,000 | $171,109 | $258,800 |
| 20 to 29 | Male | 263 | $174,999 | $117,000 | $43,406 | $75,000 | $179,162 | $309,938 |
| 20 to 29 | Female | 108 | $101,798 | $85,200 | $38,700 | $53,157 | $120,500 | $217,400 |
| 20 to 29 | Total | 371 | $153,690 | $105,000 | $40,000 | $68,154 | $159,500 | $290,000 |
| 30 to 39 | Male | 209 | $179,958 | $130,000 | $38,880 | $89,000 | $200,000 | $325,724 |
| 30 to 39 | Female | 22 | $114,444 | $90,566 | $40,770 | $62,500 | $109,750 | $233,000 |
| 30 to 39 | Total | 231 | $173,718 | $125,000 | $39,600 | $80,000 | $180,500 | $317,280 |
| 40 & over | Male | 39 | $101,446 | $60,000 | $0 | $7,790 | $157,500 | $276,000 |
| 40 & over | Female | 1 | | | | | | |
| 40 & over | Total | 40 | $101,522 | $60,000 | $0 | $7,895 | $153,750 | $275,500 |
| Total | Male | 927 | $143,884 | $100,000 | $28,840 | $61,250 | $156,261 | $257,600 |
| Total | Female | 370 | $84,508 | $73,000 | $11,800 | $43,000 | $104,000 | $145,200 |
| Total | Total | 1,297 | $126,945 | $92,000 | $22,600 | $56,000 | $143,000 | $236,041 |

### Median Gross Income Before Taxes by Years in Practice and Gender for All Attorneys and Private Practitioners, Displaying the % of Female to Male Incomes

| | All Attorneys | | | | Private Practice Attorneys | | | |
|---|---|---|---|---|---|---|---|---|
| Practice Years | All | Male | Female | % of Female to Male $ | Total | Male | Female | % of Female to Male $ |
| 4 or fewer | $50,000 | $50,000 | $45,000 | 90% | $49,300 | 50,000 | 40,000 | 80% |
| Number | 172 | 99 | 73 | | 119 | 71 | 48 | |
| 5-9 | $72,000 | $75,000 | $64,000 | 85% | $73,000 | $80,000 | $70,000 | 88% |
| Number | 163 | 107 | 56 | | 109 | 79 | 30 | |
| 10-14 | $90,000 | $96,000 | $80,000 | 83% | $90,000 | $100,000 | $70,000 | 70% |
| Number | 176 | 116 | 60 | | 125 | 82 | 43 | |
| 15-19 | $114,168 | $121,250 | $91,000 | 75% | $125,000 | $142,000 | $95,000 | 67% |

### Median Gross Income Before Taxes by Years in Practice and Gender for All Attorneys and Private Practitioners, Displaying the % of Female to Male Incomes

| Practice Years | All Attorneys | | | | Private Practice Attorneys | | | |
|---|---|---|---|---|---|---|---|---|
| | All | Male | Female | % of Female to Male $ | Total | Male | Female | % of Female to Male $ |
| Number | 144 | 94 | 50 | | 91 | 67 | 24 | |
| 20-29 | $105,000 | $117,000 | $85,200 | 73% | $116,000 | $125,000 | $96,000 | 77% |
| Number | 371 | 263 | 108 | | 234 | 173 | 61 | |
| 30-39 | $125,000 | $130,000 | $91,000 | 70% | $140,000 | $143,000 | $90,000 | 63% |
| Number | 231 | 209 | 22 | | 159 | 146 | 13 | |
| 40+ | $60,000 | $60,000 | | | $60,000 | $60,000 | | |
| Number | 40 | 39 | 1 | | 28 | 28 | 0 | |
| Total | $92,000 | $127,000 | $73,000 | 57% | $95,000 | $105,000 | $70,100 | 67% |
| Number | 1,297 | 927 | 370 | | 865 | 646 | 219 | |

### Median Gross Income for Private Practitioners by Firm Size

| | Sole Practitioner | | Sole Practitioner with One or More Associates | | Sole Practitioner Sharing Space | | Managing Partner | |
|---|---|---|---|---|---|---|---|---|
| | N | Median | N | Median | N | Median | N | Median |
| 0 | 6 | $20,000 | | | 1 | - | | |
| 1 | 221 | $60,000 | 6 | $144,000 | 32 | $65,000 | 2 | - |
| 2 | 3 | - | 21 | $125,000 | 4 | | 11 | $75,000 |
| 3 to 6 | 3 | - | 19 | $225,000 | 5 | $140,000 | 21 | $138,000 |
| 7 to 10 | | | 1 | | 1 | | 8 | $245,000 |
| 11 to 20 | | | | | 1 | - | 4 | - |
| 21 to 50 | | | | | | | | |
| 51 to 100 | | | | | | | 1 | - |
| 100+ | | | | | | | 1 | - |

| | Equity Partner/ Shareholder | | Non-Equity Partner | | Senior Associate | | Associate | |
|---|---|---|---|---|---|---|---|---|
| | N | Median | N | Median | N | Median | N | Median |
| 0 | | | | | | | | |
| 1 | 3 | - | | | 2 | - | 1 | - |
| 2 | 21 | $120,000 | 1 | | 3 | - | 16 | $41,000 |
| 3 to 6 | 59 | $135,000 | 11 | $78,000 | 24 | $80,000 | 46 | $57,000 |
| 7 to 10 | 37 | $148,000 | 6 | $100,000 | 7 | $100,000 | 21 | $65,000 |
| 11 to 20 | 20 | $172,000 | 8 | $155,000 | 9 | $105,000 | 18 | $75,000 |
| 21 to 50 | 31 | $200,000 | 7 | $125,000 | 14 | $115,000 | 28 | $79,000 |
| 51 to 100 | 19 | $186,000 | 6 | $160,000 | 3 | | 13 | $95,000 |
| 100+ | 14 | $320,000 | 3 | | 1 | | 6 | $100,000 |