# EXHIBIT 2

# PART 2

### Median Gross Income for Private Practitioners and Non-Private Practitioners by Firm Size

| | Non-Private Practice | | Private Practice | | Group Total | |
|---|---|---|---|---|---|---|
| | N | Median | N | Median | N | Median |
| 0 | 10 | $6,000 | 7 | $25,000 | 17 | $18,000 |
| 1 | 60 | $80,000 | 273 | $65,000 | 333 | $68,000 |
| 2 | 42 | $89,000 | 80 | $85,000 | 122 | $87,000 |
| 3 to 6 | 88 | $92,000 | 189 | $90,000 | 277 | $91,000 |
| 7 to 10 | 41 | $84,000 | 81 | $105,000 | 122 | $100,000 |
| 11 to 20 | 51 | $85,000 | 61 | $125,000 | 112 | $105,000 |
| 21 to 50 | 53 | $90,000 | 81 | $115,000 | 134 | $107,000 |
| 51 to 100 | 21 | $104,000 | 43 | $143,000 | 64 | $118,000 |
| More then 100 | 44 | $97,000 | 25 | $259,000 | 69 | $115,000 |
| Group Total | 410 | $89,000 | 840 | $95,000 | 1250 | $92,000 |

### Gross Income Before Taxes by Practice Region

| | N | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| Ann Arbor Area | 45 | $163,992 | $95,000 | $41,800 | $65,000 | $162,000 | $264,000 |
| Battle Creek Area | 14 | $99,496 | $94,000 | $46,750 | $73,250 | $130,000 | $143,485 |
| Bay City Area | 17 | $156,949 | $78,000 | $18,000 | $50,000 | $150,000 | $408,168 |
| Benton Harbor Area | 17 | $126,873 | $70,000 | $16,400 | $60,000 | $150,000 | $164,800 |
| Central Michigan Area | 16 | $71,535 | $65,000 | 24,502 | $44,433 | $92,500 | $106,000 |
| Downtown Detroit | 109 | $149,108 | $102,000 | $53,600 | $70,000 | $150,000 | $292,999 |
| Elkhart-Goshen Area | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Flint Area | 19 | $95,045 | $97,000 | $41,580 | $56,628 | $115,850 | $136,000 |
| Genesee-Shiawassee County Area | 20 | $130,105 | $95,400 | $34,700 | $64,575 | $170,000 | $200,600 |
| Grand Rapids Area | 68 | $128,152 | $102,000 | $44,960 | $62,125 | $156,366 | $243,600 |
| Ingham County Area | 6 | $40,305 | $31,000 | $12,500 | $19,000 | $42,873 | $77,416 |
| Jackson Area | 11 | $72,545 | $60,000 | $7,000 | $48,000 | $95,500 | 115,000 |
| Kalamazoo Area | 34 | $119,348 | $100,000 | $21,509 | $62,125 | $142,250 | $209,200 |
| Kent-Eaton-Ionia-Barry County Area | 22 | $67,630 | $50,000 | $5,258 | $29,500 | $103,500 | $133,500 |
| Lansing Area | 112 | $96,368 | $90,000 | $28,740 | $54,375 | $127,000 | $160,570 |
| Lapeer-St.Clair County | 16 | $109,315 | $90,650 | $19,500 | $39,900 | $116,951 | $195,168 |

## Gross Income Before Taxes by Practice Region

| Area | N | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| Livingston County Area | 10 | $86,750 | $89,000 | $36,250 | $63,000 | $122,000 | $140,500 |
| Macomb County (North) | 36 | $95,172 | $77,500 | $32,000 | $44,750 | $109,000 | $215,000 |
| Macomb County (South) | 22 | $101,273 | $55,000 | $17,500 | $45,000 | $141,250 | $254,070 |
| Marquette Area | 8 | $75,842 | $79,000 | $27,450 | $53,320 | $85,500 | $121,393 |
| Muskegon-Ludington Area | 11 | $96,545 | $45,000 | $0 | $17,500 | $163,500 | $238,408 |
| Northern Michigan | 29 | $92,132 | $85,000 | $15,477 | $44,000 | $120,000 | $167,634 |
| Oakland County (North) | 100 | $193,850 | $120,000 | $39,763 | $73,050 | $180,750 | $325,600 |
| Oakland County (South) | 258 | $139,819 | $98,250 | $25,000 | $60,000 | $150,000 | $253,000 |
| Detroit (Other) | 52 | $93,289 | $84,200 | $11,700 | $49,125 | $120,000 | $184,000 |
| Ottawa-Allegan County Area | 15 | $116,138 | $80,000 | $30,400 | $43,601 | $146,138 | $191,200 |
| Saginaw Area | 13 | $82,845 | $73,000 | $18,800 | $38,000 | $85,000 | $138,600 |
| Thumb Area | 5 | $100,400 | $125,000 | $37,800 | $42,000 | $150,000 | $150,000 |
| Toledo Area | 7 | $69,000 | $57,000 | $22,000 | $42,000 | $106,000 | $115,200 |
| Traverse City Area | 30 | $109,271 | $77,500 | $36,700 | $57,500 | $114,750 | $201,800 |
| Upper Peninsula (East) | 5 | $38,546 | $13,733 | $4,400 | $11,000 | $48,000 | $91,200 |
| Upper Peninsula (West) | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Washtenaw County Area | 14 | $146,214 | $60,500 | $8,600 | $13,500 | $146,750 | $261,000 |
| Wayne County Area | 50 | $110,540 | $81,500 | $5,630 | $31,500 | $133,750 | $301,000 |
| Non-Michigan | 101 | $147,620 | $110,000 | $43,000 | $70,000 | $160,000 | $256,000 |
| Total | 1297 | $126,945 | $92,000 | $22,600 | $56,000 | $143,000 | $236,041 |

## Median Hours Spent Per Week on Work Related Activities by Work Classification

| | N | Legal Work Based on Hourly Rate | Legal Work Based on Fixed Rate | Legal Work Based on Contingent Fee | Office Admin. | Marketing Activities | Non-Legal Employment |
|---|---|---|---|---|---|---|---|
| Sole Practitioner | 239 | 20 | 10 | 2 | 5 | 2 | 0 |
| Sole Practitioner with 1 or More Associates | 47 | 29 | 5 | 5 | 5 | 3 | 2 |

## Median Hours Spent Per Week on Work Related Activities by Work Classification

| | N | Legal Work Based on Hourly Rate | Legal Work Based on Fixed Rate | Legal Work Based on Contingent Fee | Office Admin. | Marketing Activities | Non-Legal Employment |
|---|---|---|---|---|---|---|---|
| Sole Practitioner Sharing Space | 47 | 20 | 10 | 1 | 5 | 2 | 0 |
| Managing Partner | 51 | 30 | 10 | 1 | 5 | 3 | 0 |
| Equity Partner / Shareholder | 202 | 35 | 2 | 5 | 5 | 3 | 0 |
| Non-Equity Partner | 43 | 40 | 1 | 3 | 5 | 4 | 0 |
| Senior Associate | 63 | 35 | 5 | 1 | 4 | 3 | 0 |
| Associate | 151 | 35 | 2 | 0 | 3 | 2 | 0 |
| Academic Professor of Law | 13 | 0 | 0 | 0 | 2 | 0 | 38 |
| Contract Attorney | 10 | 15 | - | - | 1 | - | 0 |
| In-House Corporate Counsel | 115 | 0 | 40 | 0 | 5 | 0 | 0 |
| Legal Services Agency Attorney | 26 | 20 | 35 | 0 | 8 | 0 | 0 |
| Lobbyist/Trade Association | 3 | - | - | - | - | - | - |
| Judge | 8 | 3 | - | - | 5 | - | 0 |
| Admin Law Judge / Referee | 12 | 40 | - | - | 5 | - | 0 |
| County Prosecutor | 21 | 19 | 40 | 0 | 0 | 0 | 0 |
| City/State/County / Other | 83 | 31 | 40 | 0 | 5 | 0 | 0 |
| Federal Prosecutor | 2 | - | - | - | - | - | - |
| Other Federal | 27 | 0 | 40 | 0 | 5 | 0 | 0 |
| Management, Non-Legal | 23 | 0 | 0 | 0 | 5 | 0 | 50 |
| Not Practicing Law | 16 | 0 | 0 | 0 | 0 | 0 | 40 |
| Retired | 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployed, Seeking Non Legal Employment | 0 | - | - | - | - | - | - |
| Other/Not Listed | 11 | 40 | 17 | - | 5 | 0 | 0 |
| Total | 1229 | 25 | 6 | 0 | 5 | 2 | 0 |

## Median Annual Non-Billable Hours by Work Classification

| | N | Continuing Legal Education | Pro Bono Work | Other Unbilled Legal Work | Unbilled Community Service |
|---|---|---|---|---|---|
| Sole Practitioner | 237 | 16 | 20 | 30 | 156 |
| Sole Practitioner with One or More Associates | 46 | 16 | 12 | 20 | 104 |
| Sole Practitioner Sharing Space | 47 | 15 | 20 | 20 | 104 |
| Managing Partner | 48 | 20 | 20 | 30 | 156 |
| Equity Partner/ Shareholder | 197 | 20 | 20 | 40 | 208 |
| Non-Equity Partner | 42 | 15 | 20 | 40 | 104 |

## Median Annual Non-Billable Hours by Work Classification

| | N | Continuing Legal Education | Pro Bono Work | Other Unbilled Legal Work | Unbilled Community Service |
|---|---|---|---|---|---|
| Senior Associate | 58 | 15 | 10 | 20 | 52 |
| Associate | 135 | 15 | 10 | 20 | 52 |
| Academic Professor of Law | 16 | 10 | 10 | 15 | - |
| Contract Attorney | 8 | 12 | 3 | 5 | - |
| In-House Corporate Counsel | 117 | 20 | 1 | - | 52 |
| Legal Services Agency Attorney | 24 | 23 | 25 | | 104 |
| Lobbyist/Trade Association | 3 | - | - | - | - |
| Judge | 11 | 40 | - | - | 520 |
| Admin Law Judge/Referee | 14 | 28 | 5 | - | - |
| County Prosecutor | 19 | 16 | | | 156 |
| City/State/County Other | 83 | 12 | - | - | 104 |
| Federal Prosecutor | 2 | | | | |
| Other Federal | 26 | 10 | - | - | - |
| Management, Non-Legal | 19 | 10 | - | 8 | 52 |
| Not Practicing Law | 13 | - | - | - | - |
| Retired | 9 | - | 10 | - | 52 |
| Unemployed, Seeking Non-Legal Employment | 0 | - | - | - | - |
| Other | 11 | 8 | 2 | 5 | 26 |
| Total | 1188 | 16 | 12 | 20 | 104 |

# ATTORNEY PERCEPTIONS

| Expectation of Satisfaction with the Practice of Law | |
|---|---|
| Becoming More Satisfying | 18.4% |
| Becoming Less Satisfying | 24.5% |
| Becoming Unsatisfying Enough to Stop Practicing Law | 8.3% |
| Remaining the Same | 43.4% |
| Becoming Unsatisfying Enough to Change My Practice Area | 5.3% |

| Relative Amount of Personal Workload | |
|---|---|
| Insufficient to Keep Me Busy | 22.0% |
| More than I Can Handle | 21.3% |
| All I Can Handle | 56.7% |

| Personal Satisfaction from the Practice of Law | |
|---|---|
| A Great Deal | 34.7% |
| Too Little | 23.9% |
| Enough | 39.3% |
| None | 2.2% |

| Perceptions Concerning the Number of Attorneys | |
|---|---|
| About Right | 42.5% |
| Too Few | 5.1% |
| Too Many | 52.4% |

| Perceptions of Current Economic Conditions Compared to Prior Years | |
|---|---|
| Better | 7.3% |
| About the Same | 31.0% |
| Worse | 61.7% |

| Perceptions of Future Economic Conditions | |
|---|---|
| Better | 9.0% |
| About the Same | 39.8% |
| Worse | 51.3% |

# PRIVATE PRACTIONERS AND MANAGING PARTNERS – FIRM DATA

### If Your Firm Employs Paralegals or Legal Assistants, How are Their Services Billed?

| | N | Percent |
|---|---|---|
| Do Not Employ Any | 127 | 41.4 |
| No Separate Charge | 42 | 13.7 |
| Included in Attorney Charge | 30 | 9.8 |
| Hourly Basis | 93 | 30.3 |
| Self-Developed Fee Schedule | 11 | 3.6 |
| Other System | 4 | 1.3 |
| Total | 307 | 100.0 |

### By How Much Did Your Firm Change the Hourly Billing Rate Last Time it Was Reviewed?

| | N | Percent |
|---|---|---|
| Increase by 5% or Less | 72 | 19.5% |
| 6% to 10% | 108 | 29.2% |
| 11% to 19% | 53 | 14.3% |
| 20% or More | 28 | 7.6% |
| Decreased in % | 3 | .8% |
| No Change | 106 | 28.6% |
| Total | 370 | 100.0% |

### How Often Does Your Firm Review Hourly Billing Rates?

| | N | Percent |
|---|---|---|
| More Often than Every 6 Months | 22 | 5.8% |
| 7 to 11 Months | 40 | 10.6% |
| 12 to 17 Months | 189 | 50.1% |
| 18 to 24 Months | 27 | 7.2% |
| Longer than 24 Months | 99 | 26.3% |
| Total | 377 | 100.0% |

| What Percentage of Your Billings are Uncollectable? | | |
|---|---|---|
| | N | Percent |
| Less than 3% | 175 | 47.0% |
| 3% to 8% | 84 | 22.6% |
| 9% to 12% | 60 | 16.1% |
| 13% or More | 53 | 14.2% |
| Total | 372 | 100.0% |



Top Median Hourly Transactional Billing Rates by Firm Size

- 7 to 10: $200.00
- 3 to 6: $192.50
- 2: $200.00
- 1: $195.00
- 0: $175.00

| Distribution of Hourly Transactional Billing Rates by Firm Size | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Count | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
| 0 | 5 | $173 | $175 | $125 | $138 | $208 | |
| 1 | 225 | $194 | $195 | $150 | $150 | $213 | $250 |
| 2 | 31 | $203 | $200 | $152 | $175 | $225 | $250 |
| 3 to 6 | 34 | $206 | $193 | $140 | $154 | $231 | $300 |
| 7 to 10 | 9 | $231 | $200 | $120 | $181 | $250 | |
| 11 to 20 | 2 | - | - | - | - | - | - |
| More then 100 | 1 | - | - | - | - | - | - |
| Total | 307 | $197 | $195 | $150 | $155 | $225 | $250 |