# EXHIBIT 2

# PART 3



Top Median Hourly Litigation Billing Rates by Firm Size

| | Count | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Distribution of Hourly Litigation Billing Rates by Firm Size | | | | | | | |
| 0 | 5 | $172 | $175 | $140 | $145 | $198 | - |
| 1 | 221 | $198 | $200 | $150 | $153 | $225 | $250 |
| 2 | 32 | $200 | $193 | $136 | $170 | $250 | $268 |
| 3 to 6 | 35 | $218 | $195 | $135 | $155 | $250 | $370 |
| 7 to 10 | 9 | $224 | $188 | $120 | $160 | $270 | - |
| 11 to 20 | 2 | - | - | - | - | - | - |
| More then 100 | - | - | - | - | - | - | - |
| Group Total | 305 | $201 | $195 | $150 | $155 | $225 | $272 |



Median Hourly Transactional Billing Rates by Years in Practice

| | N | Mean | Median (50th Percentile) | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Distribution of Transactional Hourly Rate by Years in Practice (rounded to the nearest dollar) | | | | | | | |
| Under 5 | 26 | $167 | $173 | $139 | $150 | $191 | $200 |
| 5 to 9 | 18 | $171 | $153 | $137 | $150 | $189 | $250 |
| 10 to 14 | 28 | $185 | $178 | $148 | $156 | $200 | $237 |
| 15 to 19 | 39 | $191 | $200 | $150 | $165 | $200 | $250 |
| 20 to 29 | 109 | $208 | $200 | $150 | $175 | $250 | $250 |
| 30 to 39 | 71 | $210 | $200 | $150 | $160 | $250 | $275 |
| 40+ | 16 | $184 | $163 | $72 | $128 | $219 | $360 |

## Median Hourly Litigation Billing Rates by Years in Practice



| 40 + | $200.00 |
| 30 to 39 | $200.00 |
| 20 to 29 | $200.00 |
| 15 to 19 | $200.00 |
| 10 to 14 | $175.00 |
| 5 to 9 | $165.00 |
| Under 5 | $175.00 |

### Distribution of Litigation Hourly Rate by Years in Practice (rounded to the nearest dollar)

| | Count | Mean | Median (50th Percentile) | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Under 5 | 27 | $175 | $175 | $140 | $150 | $200 | $250 |
| 5 to 9 | 19 | $184 | $165 | $150 | $150 | $200 | $250 |
| 10 to 14 | 27 | $198 | $175 | $150 | $160 | $200 | $280 |
| 15 to 19 | 39 | $200 | $200 | $150 | $165 | $200 | $290 |
| 20 to 29 | 111 | $206 | $200 | $150 | $175 | $250 | $271 |
| 30 to 39 | 69 | $210 | $200 | $150 | $155 | $250 | $300 |
| 40+ | 13 | $195 | $200 | $85 | $130 | $263 | $300 |



Top 10 Median Hourly Tansactional Billing Rates by Field of Practice

| Field | Rate |
|---|---|
| Taxation | $275.00 |
| Personal Injury | $200.00 |
| Litigation | $200.00 |
| Family Law | $197.50 |
| Environmental Law | $182.50 |
| Employment Law | $211.25 |
| Elder Law | $225.00 |
| Commercial Law | $200.00 |
| Business Law | $200.00 |
| Bankruptcy | $200.00 |



Top 10 Median Hourly Litigation Billing Rates by Field of Practice

| Field | Rate |
|---|---|
| Real Estate | $190.00 |
| Personal Injury | $225.00 |
| Litigation | $200.00 |
| Family Law | $200.00 |
| Environmental Law | $195.00 |
| Employment Law | $193.75 |
| Elder Law | $225.00 |
| Business Law | $200.00 |
| Bankruptcy | $200.00 |
| Appellate Practice | $187.50 |

### Hourly Transactional Billing Rate by Work Classification

| | Number | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Sole Practitioner | 197 | $190 | $185 | $150 | $150 | $200 | $250 |
| Sole Practitioner With One or More Associates | 38 | $212 | $198 | $150 | $175 | $250 | $292 |
| Sole Practitioner Sharing Space | 38 | $210 | $200 | $143 | $174 | $239 | $266 |
| Managing Partner | 34 | $210 | $200 | $145 | $166 | $250 | $288 |
| Group Total | 307 | $197 | $195 | $150 | $155 | $225 | $250 |

### Hourly Litigation Billing Rate by Work Classification

| | Number | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
|---|---|---|---|---|---|---|---|
| Sole Practitioner | 194 | $195 | $193 | $150 | $150 | $218 | $250 |
| Sole Practitioner With One or More Associates | 39 | $212 | $195 | $135 | $160 | $250 | $350 |
| Sole Practitioner Sharing Space | 37 | $203 | $200 | $145 | $170 | $238 | $258 |
| Managing Partner | 35 | $216 | $200 | $145 | $170 | $250 | $320 |
| Group Total | 305 | $201 | $195 | $150 | $155 | $225 | $272 |

## Top 10 Median Hourly Transactional Billing Rates by Region



| Region | Rate |
|---|---|
| Livingston County Area | $200.00 |
| Lansing Area | $197.50 |
| Kent-Eaton-Ionia-Barry County Area | $207.50 |
| Grand Rapids Area | $225.00 |
| Ann Arbor Area | $225.00 |
| Oakland County (south) | $200.00 |
| Oakland County (north) | $200.00 |
| Macomb County (north) | $200.00 |
| Detroit (other) | $200.00 |
| Downtown Detroit | $225.00 |

## Top 10 Median Hourly Litigation Billing Rates by Region



| Region | Rate |
|---|---|
| Livingston County Area | $200.00 |
| Lapeer-St. Clair County Area | $200.00 |
| Kent-Eaton-Ionia-Barry County Area | $220.00 |
| Grand Rapids Area | $237.50 |
| Ann Arbor Area | $200.00 |
| Oakland County (south) | $200.00 |
| Oakland County (north) | $205.00 |
| Macomb County (north) | $200.00 |
| Wayne County Area | $200.00 |
| Downtown Detroit | $210.00 |

| Reported Staff Salaries | | | | | | | |
|---|---|---|---|---|---|---|---|
| | N | Mean | Median 50th Percentile | 10th Percentile | 25th Percentile | 75th Percentile | 90th Percentile |
| **Paralegal** | | | | | | | |
| Annual Salary | 5 | $42,693 | $39,000 | $20,000 | $25,000 | $42,797 | $71,119 |
| Bonus | 5 | $800 | $1,000 | $400 | $1,000 | $1000 | $1000 |
| Total Compensation | 5 | $43,493 | $40,000 | $21,000 | $26,000 | $43,797 | $71,519 |
| Billing Rate | 5 | $106.50 | $75.00 | $70.50 | $75.00 | $90.00 | $171.00 |
| **Office Administrator** | | | | | | | |
| Annual Salary | 9 | $56,680 | $67,000 | $19,000 | $26,667 | $72,800 | $79,800 |
| Bonus | 9 | $1,983 | 0 | 0 | 0 | $350 | $5,000 |
| Total Compensation | 9 | $58,663 | $67,000 | $19,670 | $26,667 | $72,800 | $91,800 |
| Billing Rate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Secretary 2** | | | | | | | |
| Annual Salary | 10 | $38,334 | $37,923 | $20,570 | $27,237 | $40,053 | $56,900 |
| Bonus | 10 | $775 | $125 | 0 | 0 | $500 | $1,850 |
| Total Compensation | 10 | $39,109 | $38,173 | $20,595 | $27,612 | $42,178 | $61,400 |
| Billing Rate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Secretary 1** | | | | | | | |
| Annual Salary | 6 | $35,028 | $29,284 | $22,799 | $24,211 | $39,300 | $53,000 |
| Bonus | 6 | $1,067 | 0 | 0 | 0 | $300 | $3,200 |
| Total Compensation | 6 | $36,094 | $29,284 | $22,999 | $24,511 | $39,300 | $56,000 |
| Billing Rate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Office Clerk 3** | | | | | | | |
| Annual Salary | 5 | $26,552 | $29,000 | $20,000 | $20,000 | $29,474 | $32,361 |
| Bonus | 5 | $420 | $500 | 0 | 0 | $600 | $840 |
| Total Compensation | 5 | $26,972 | $29,000 | $20,540 | $20,600 | $29,474 | $32,961 |
| Billing Rate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# <span>A</span>PPENDIX: PROFILE OF SURVEY RESPONDENTS

### Average Age of All Active Members and of Survey Respondents



### Percentage of All Active Members and Survey Respondents by Gender



## Demographics of Survey Respondents

| | All Attorneys | Males | Females |
|---|---|---|---|
| Age | 46.7 years | 47.9 years | 43.6 years |
| Gender | | 71.5% | 28.5% |
| Ethnicity | | | |
| Caucasian | 93.0% | 93.8% | 90.9% |
| African American | 2.7% | 1.6% | 5.3% |
| Hispanic or Latino | 1.1% | 1.2% | 0.9% |
| Asian | 0.7% | 0.8% | 0.3% |
| American Indian or Alaskan Native | 0.3% | 0.1% | 0.6% |
| Native Hawaiian or Pacific Islander | 0.2% | 0.2% | 0.0% |
| Two or More Races | 2.2% | 2.2% | 2.0% |
| Years in Practice | 18.8 years | 20.4 years | 14.9 years |
| Occupation Summary | | | |
| Private Practitioner | 68.7% | 51.5% | 17.3% |
| Government Service | 13.1% | 11.8% | 16.4% |
| Other Legal Occupations | 14.6% | 13.1% | 18.4% |
| Other Non-legal Occupations or Not Practicing | 5.2% | 4.7% | 6.4% |
| Full-time Legal Employment | 66.9% | 65.1% | 71.3% |
| Part-time Legal Employment | 33.1% | 34.9% | 28.7% |

## Work Classification of Survey Respondents

| Work Classification | % Participation |
|---|---|
| Sole Practitioner | 20.0% |
| Sole Practitioner with one or more associates | 3.8% |
| Sole Practitioner sharing space | 3.8% |
| Managing Partner | 4.2% |
| Equity Partner/Shareholder | 16.5% |
| Non-Equity Partner | 3.4% |
| Senior Associate | 5.0% |
| Associate | 11.9% |
| Academia/Professor of Law | 1.3% |
| Contract Attorney | 0.8% |
| In-house/ Corporate Counsel | 8.8% |
| Legal Services Agency Attorney | 1.9% |
| Lobbyist/Trade Association | 0.2% |
| Judge | 1.2% |
| Admin Law Judge/Referee | 1.2% |
| County Prosecutor | 1.9% |
| City/State/County/Other | 7.3% |
| Federal Prosecutor | 0.1% |

| Work Classification of Survey Respondents | |
|---|---|
| Work Classification | % Participation |
| Other Federal | 1.3% |
| Management, Non-legal | 1.0% |
| Not practicing law | 1.3% |
| Retired | 0.9% |
| Unemployed, seeking legal employment | 0.4% |
| Unemployed, seeking non-legal employment | 0.0% |
| Other/Not Listed | 1.0% |

| Major Field of Practice | |
|---|---|
| Field of Practice | % Participation |
| General Practice | 2.7% |
| Administrative Law | 0.2% |
| Adoption | 0.1% |
| Alternative Dispute Resolution (ADR) | 0.5% |
| Appellate Practice | 1.4% |
| Arbitration & Mediation | 0.3% |
| Attorney Discipline Defense | 0.0% |
| Automobile | 0.6% |
| Aviation & Aerospace | 0.1% |
| Bankruptcy | 2.1% |
| Birth Injuries | 0.1% |
| Business Law | 3.4% |
| Carbon Monoxide Poisoning | 0.0% |
| Civil Rights | 0.2% |
| Class Actions | 0.2% |
| Collections/Claim & Delivery | 0.7% |
| Commercial Law | 1.4% |
| Condemnation | 0.2% |
| Condominium Law | 0.1% |
| Construction Law | 0.9% |
| Consumer Law | 0.2% |
| Contracts | 0.7% |
| Copyrights | 0.1% |
| Criminal Law | 2.7% |
| Drunk Driving Defense | 0.2% |
| Elder Law | 0.4% |
| Employment Law | 1.9% |
| Environmental Law | 0.7% |
| Family Law | 5.0% |
| Federal False Claims (Qui Tam) Actions | 0.0% |
| Government | 0.2% |
| Immigration & Naturalization | 0.5% |
| Insurance | 1.5% |

| Major Field of Practice ||
|---|---|
| Field of Practice | % Participation |
| Insurance Coverage | 0.5% |
| Intellectual Property | 0.7% |
| Labor Law | 0.9% |
| Landlord/Tenant | 0.4% |
| Law Enforcement | 0.0% |
| Legal Aid | 0.0% |
| Legal Malpractice | 0.3% |
| Lemon Law | 0.1% |
| Litigation | 6.8% |
| Medical Malpractice | 1.3% |
| Municipal Law | 1.3% |
| Native American Law | 0.0% |
| Patents | 0.5% |
| Personal Injury | 2.5% |
| Police Misconduct | 0.1% |
| Probate & Estate | 4.7% |
| Professional Liability | 0.1% |
| Public Finance | 0.0% |
| Real Estate | 2.4% |
| Real Property | 1.0% |
| Regulatory Law | 0.1% |
| School Law | 0.2% |
| Securities | 0.1% |
| Social Security | 0.4% |
| Stock Broker Misconduct | 0.0% |
| Taxation | 0.9% |
| Tax Problem Resolution | 0.0% |
| Trademarks | 0.1% |
| Traffic Law | 0.0% |
| Wills | 0.8% |
| Workers' Comp. (Defense) | 0.5% |
| Workers' Comp. (Plaintiff) | 0.8% |
| Other/Not Listed | 16.3% |
| Non-Private Practice: Government Service | 11.3% |
| Non-Private Practice: Other Legal Occupations | 11.2% |
| Non-Private Practice: Other Non-Legal Occupation | 4.5% |

| Main Location of Practice ||
|---|---|
| Practice Location | % Participation |
| Downtown Detroit | 9.1% |
| Detroit (Other) | 4.3% |
| Wayne County Area | 4.3% |
| Macomb County (north) | 3.0% |

| Main Location of Practice | |
|---|---|
| Practice Location | % Participation |
| Macomb County (south) | 1.8% |
| Oakland County (north) | 8.3% |
| Oakland County (south) | 21.6% |
| Ann Arbor Area | 3.8% |
| Battle Creek Area | 1.2% |
| Bay City Area | 1.4% |
| Benton Harbor Area | 1.4% |
| Central Michigan Area | 1.3% |
| Elkhart-Goshen Area | 0.1% |
| Flint Area | 1.6% |
| Genesee-Shiawassee County Area | 1.7% |
| Grand Rapids Area | 5.7% |
| Ingham County Area | 0.5% |
| Jackson Area | 0.9% |
| Kalamazoo Area | 2.8% |
| Kent-Eaton-Ionia-Barry County Area | 1.8% |
| Lansing Area | 9.3% |
| Lapeer-St.Clair County Area | 1.3% |
| Livingston County Area | 0.8% |
| Marquette Area | 0.7% |
| Muskegon-Ludington Area | 0.9% |
| Northern Michigan | 2.4% |
| Ottawa-Allegan County Area | 1.3% |
| Saginaw Area | 1.2% |
| Thumb Area | 0.4% |
| Toledo Area | 0.6% |
| Traverse City Area | 2.5% |
| Upper Peninsula (east) | 0.4% |
| Upper Peninsula (west) | 0.3% |
| Washtenaw County Area | 1.2% |

| Respondents by Firm Size | |
|---|---|
| Firm Size (No. of Attorneys) | % Participation |
| 0 | 1.9% |
| 1 | 28.1% |
| 2 | 10.3% |
| 3 to 6 | 22.2% |
| 7 to 10 | 9.3% |
| 11 to 20 | 8.8% |
| 21 to 50 | 9.9% |
| 51 to 100 | 5.0% |
| More than 100 | 4.6% |