# EXHIBIT 3

# EXHIBIT 3

| Objectionable Fees | | | |
|---|---|---|---|
| No Case-Specific Information in the "Time Entry Note" Field | | | |
| Date | Attorney | Time | Fee |
| 9/24/2008 | Davis | .10 | $25.00 |
| 9/25/2008 | Davis | .10 | 25.00 |
| 9/26/2008 | Davis | .70 | 175.00 |
| 9/26/2008 | Davis | .20 | 50.00 |
| 10/2/2008 | Davis | .70 | 175.00 |
| 10/3/2008 | Davis | .20 | 50.00 |
| 10/3/2008 | Davis | .80 | 200.00 |
| 10/6/2008 | Davis | .20 | 50.00 |
| 10/6/2008 | Davis | .30 | 75.00 |
| 10/6/2008 | Davis | .20 | 50.00 |
| 10/7/2008 | Davis | .20 | 50.00 |
| 10/8/2008 | Davis | .30 | 75.00 |
| 10/8/2008 | Davis | .10 | 25.00 |
| 10/10/2008 | Davis | .30 | 75.00 |
| 10/10/2008 | Davis | .10 | 25.00 |
| 10/13/2008 | Davis | .50 | 125.00 |
| 10/13/2008 | Davis | .10 | 25.00 |
| 10/15/2008 | Davis | .30 | 75.00 |
| 10/15/2008 | Davis | .10 | 25.00 |
| 10/17/2008 | Davis | .50 | 125.00 |
| 10/17/2008 | Davis | .10 | 25.00 |
| 10/20/2008 | Davis | .50 | 125.00 |
| 10/20/2008 | Davis | .20 | 50.00 |
| 10/21/2008 | Davis | .30 | 75.00 |
| 10/21/2008 | Davis | .20 | 50.00 |
| 10/24/2008 | Davis | .40 | 100.00 |
| 10/24/2008 | Davis | .20 | 50.00 |
| 10/27/2008 | Davis | .20 | 50.00 |
| 10/27/2008 | Davis | .20 | 50.00 |
| 10/29/2008 | Davis | .20 | 50.00 |
| 11/3/2008 | Davis | .80 | 200.00 |
| 11/3/2008 | Davis | .50 | 50.00 |
| 11/5/2008 | Davis | .30 | 75.00 |
| 11/5/2008 | Davis | 1.00 | 250.00 |
| 11/5/2008 | Davis | 1.00 | 250.00 |
| 11/5/2008 | Davis | 1.50 | 375.00 |
| 11/6/2008 | Davis | .20 | 50.00 |
| 11/6/2008 | Davis | .10 | 25.00 |
| 11/7/2008 | Davis | .70 | 175.00 |
| 11/7/2008 | Davis | .20 | 50.00 |

| Objectionable Fees | | | |
| --- | --- | --- | --- |
| No Case-Specific Information in the "Time Entry Note" Field | | | |
| Date | Attorney | Time | Fee |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .30 | 75.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/11/2008 | Davis | 1.50 | 375.00 |
| 11/12/2008 | Davis | .50 | 125.00 |
| 11/12/2008 | Davis | .20 | 50.00 |
| 11/12/2008 | Davis | .20 | 50.00 |
| 11/13/2008 | Davis | .20 | 50.00 |
| 11/13/2008 | Davis | .40 | 100.00 |
| 11/13/2008 | Davis | 1.00 | 250.00 |
| 11/13/2008 | Davis | .70 | 175.00 |
| 11/13/2008 | Davis | .20 | 50.00 |
| 11/17/2008 | Davis | .30 | 75.00 |
| 11/17/2008 | Davis | .20 | 50.00 |
| 11/21/2008 | Davis | .30 | 75.00 |
| 11/21/2008 | Davis | .30 | 75.00 |
| 11/21/2008 | Davis | 1.00 | 250.00 |
| 11/24/2008 | Davis | .20 | 50.00 |
| 11/25/2008 | Davis | 5.00 | 1,250.00 |
| 11/26/2008 | Davis | .30 | 75.00 |
| 11/26/2008 | Davis | .10 | 25.00 |
| 12/1/2008 | Davis | .20 | 50.00 |
| 12/1/2008 | Davis | .20 | 50.00 |
| 12/1/2008 | Davis | .10 | 25.00 |
| 12/2/2008 | Davis | .20 | 50.00 |
| 12/3/2008 | Davis | .10 | 25.00 |
| 12/5/2008 | Davis | 1.50 | 375.00 |
| 12/8/2008 | Davis | .10 | 25.00 |
| 12/9/2008 | Davis | .10 | 25.00 |
| 12/10/2008 | Davis | 3.00 | 750.00 |
| 12/10/2008 | Davis | .10 | 25.00 |
| 12/12/2008 | Davis | .10 | 25.00 |
| 12/12/2008 | Davis | 3.00 | 750.00 |
| 12/14/2008 | Davis | 3.50 | 875.00 |
| 12/15/2008 | Davis | 6.00 | 1,500.00 |
| 12/15/2008 | Davis | .20 | 50.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 1/5/2009 | Davis | .20 | 50.00 |
| 1/6/2009 | Davis | 5.00 | 1,250.00 |
| 1/6/2009 | Davis | .30 | 75.00 |

| Objectionable Fees                                                      |||||
| No Case-Specific Information in the "Time Entry Note" Field             |||||
| Date      | Attorney | Time | Fee      |
|-----------|----------|------|----------|
| 1/7/2009  | Davis    | 3.50 | 875.00   |
| 1/9/2009  | Davis    | .70  | 175.00   |
| 1/9/2009  | Davis    | 1.70 | 425.00   |
| 1/9/2009  | Davis    | .70  | 175.00   |
| 1/9/2009  | Davis    | .80  | 200.00   |
| 1/11/2009 | Davis    | 2.00 | 500.00   |
| 1/12/2009 | Davis    | 6.00 | 1,500.00 |
| 1/14/2009 | Davis    | .50  | 125.00   |
| 1/14/2009 | Davis    | 1.50 | 375.00   |
| 1/14/2009 | Davis    | .30  | 75.00    |
| 1/26/2009 | Davis    | .40  | 100.00   |
| 1/26/2009 | Davis    | .10  | 25.00    |
| 1/29/2009 | Davis    | .20  | 50.00    |
| 1/29/2009 | Davis    | .70  | 175.00   |
| 2/2/2009  | Davis    | .10  | 25.00    |
| 2/2/2009  | Davis    | .30  | 75.00    |
| 2/4/2009  | Davis    | .10  | 25.00    |
| 2/5/2009  | Davis    | .20  | 50.00    |
| 2/5/2009  | Davis    | .30  | 75.00    |
| 2/5/2009  | Davis    | .30  | 75.00    |
| 2/6/2009  | Davis    | 1.20 | 300.00   |
| 2/6/2009  | Davis    | .20  | 50.00    |
| 2/6/2009  | Davis    | 1.20 | 300.00   |
| 2/10/2009 | Davis    | .10  | 25.00    |
| 2/10/2009 | Davis    | .50  | 125.00   |
| 2/17/2009 | Davis    | 1.00 | 250.00   |
| 2/17/2009 | Davis    | .30  | 75.00    |
| 2/17/2009 | Davis    | .10  | 25.00    |
| 2/18/2009 | Davis    | .50  | 125.00   |
| 2/18/2009 | Davis    | .30  | 75.00    |
| 2/18/2009 | Davis    | .10  | 25.00    |
| 2/18/2009 | Davis    | .20  | 50.00    |
| 2/19/2009 | Davis    | .30  | 75.00    |
| 2/25/2009 | Davis    | .20  | 50.00    |
| 2/25/2009 | Davis    | .20  | 50.00    |
| 2/26/2009 | Davis    | .20  | 50.00    |
| 2/26/2009 | Davis    | 1.00 | 250.00   |
| 2/26/2009 | Davis    | .20  | 50.00    |
| 2/27/2009 | Davis    | .80  | 200.00   |
| 2/27/2009 | Davis    | 1.30 | 325.00   |
| 2/27/2009 | Davis    | .20  | 50.00    |
| 3/3/2009  | Davis    | .20  | 50.00    |

| Objectionable Fees | | | |
| --- | --- | --- | --- |
| No Case-Specific Information in the "Time Entry Note" Field | | | |
| Date | Attorney | Time | Fee |
| 3/4/2009 | Davis | .20 | 50.00 |
| 3/5/2009 | Davis | .80 | 200.00 |
| 3/5/2009 | Davis | .10 | 25.00 |
| 3/9/2009 | Davis | .20 | 50.00 |
| 3/10/2009 | Davis | 1.50 | 375.00 |
| 3/10/2009 | Davis | 1.30 | 325.00 |
| 3/10/2009 | Davis | 1.20 | 300.00 |
| 3/11/2009 | Davis | .20 | 50.00 |
| 3/13/2009 | Davis | .30 | 75.00 |
| 3/13/2009 | Davis | .20 | 50.00 |
| 3/16/2009 | Davis | .50 | 125.00 |
| 3/16/2009 | Davis | .30 | 75.00 |
| 3/16/2009 | Davis | .20 | 50.00 |
| 3/17/2009 | Davis | 4.50 | 1,125.00 |
| 3/18/2009 | Davis | 4.00 | 1,000.00 |
| 3/23/2009 | Davis | .30 | 75.00 |
| 3/23/2009 | Davis | .10 | 25.00 |
| 3/24/2009 | Davis | .30 | 75.00 |
| 3/24/2009 | Davis | .10 | 25.00 |
| 3/26/2009 | Davis | .10 | 25.00 |
| 3/31/2009 | Davis | .10 | 25.00 |
| 4/1/2009 | Davis | 1.00 | 250.00 |
| 4/1/2009 | Davis | 1.00 | 250.00 |
| 4/6/2009 | Davis | .70 | 175.00 |
| 4/6/2009 | Davis | .20 | 50.00 |
| 4/6/2009 | Davis | .20 | 50.00 |
| 4/8/2009 | Davis | .10 | 25.00 |
| 4/9/2009 | Davis | 1.00 | 250.00 |
| 4/15/2009 | Davis | .30 | 75.00 |
| 4/15/2009 | Davis | .20 | 50.00 |
| 4/15/2009 | Davis | .20 | 50.00 |
| 4/16/2009 | Davis | 1.00 | 250.00 |
| 4/16/2009 | Davis | .20 | 50.00 |
| 4/17/2009 | Davis | .40 | 100.00 |
| 4/17/2009 | Davis | 3.00 | 750.00 |
| 4/20/2009 | Davis | 2.00 | 500.00 |
| 4/20/2009 | Davis | .50 | 125.00 |
| 4/20/2009 | Davis | .30 | 75.00 |
| 4/21/2009 | Davis | .50 | 125.00 |
| 4/21/2009 | Davis | .50 | 125.00 |
| 4/21/2009 | Davis | .20 | 50.00 |
| 4/27/2009 | Davis | 1.30 | 325.00 |

| Objectionable Fees ||||
| No Case-Specific Information in the "Time Entry Note" Field ||||
| Date | Attorney | Time | Fee |
| --- | --- | --- | --- |
| 4/27/2009 | Davis | .20 | 50.00 |
| 4/28/2009 | Davis | .30 | 75.00 |
| 4/28/2009 | Davis | .50 | 125.00 |
| 4/28/2009 | Davis | .20 | 50.00 |
| 4/30/2009 | Davis | .20 | 50.00 |
| 4/30/2009 | Davis | .50 | 125.00 |
| 5/5/2009 | Davis | .10 | 25.00 |
| 5/7/2009 | Davis | .30 | 75.00 |
| 5/7/2009 | Davis | .10 | 25.00 |
| 5/11/2009 | Davis | 1.00 | 250.00 |
| 5/15/2009 | Davis | .30 | 75.00 |
| 5/15/2009 | Davis | 1.00 | 250.00 |
| 5/15/2009 | Davis | .10 | 25.00 |
| 5/19/2009 | Davis | .50 | 125.00 |
| 5/19/2009 | Davis | 2.50 | 625.00 |
| 5/19/2009 | Davis | .50 | 125.00 |
| 5/19/2009 | Davis | .20 | 50.00 |
| 5/22/2009 | Davis | .30 | 75.00 |
| 5/26/2009 | Davis | .20 | 25.00 |
| 5/28/2009 | Davis | 1.00 | 250.00 |
| 6/2/2009 | Davis | 1.20 | 300.00 |
| 6/2/2009 | Davis | .10 | 25.00 |
| 6/3/2009 | Davis | 2.00 | 500.00 |
| 6/3/2009 | Davis | .30 | 75.00 |
| 6/3/2009 | Davis | .10 | 25.00 |
| 6/10/2009 | Davis | .50 | 125.00 |
| 6/12/2009 | Davis | .20 | 50.00 |
| 6/12/2009 | Davis | .20 | 50.00 |
| 6/12/2009 | Davis | .20 | 50.00 |
| 6/15/2009 | Davis | .10 | 25.00 |
| 6/16/2009 | Davis | 1.00 | 250.00 |
| 6/16/2009 | Davis | 1.00 | 200.00 |
| 6/16/2009 | Davis | .20 | 50.00 |
| 6/17/2009 | Davis | .10 | 25.00 |
| 6/19/2009 | Davis | .80 | 200.00 |
| 6/24/2009 | Davis | .30 | 75.00 |
| 6/26/2009 | Davis | .70 | 175.00 |
| 7/1/2009 | Davis | .20 | 50.00 |
| 7/2/2009 | Davis | .30 | 75.00 |
| 7/2/2009 | Davis | .50 | 125.00 |
| 7/6/2009 | Davis | .30 | 75.00 |
| 7/6/2009 | Davis | .50 | 125.00 |

| Objectionable Fees<br>No Case-Specific Information in the "Time Entry Note" Field ||||
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 7/6/2009 | Davis | .20 | 50.00 |
| 7/14/2009 | Davis | .30 | 75.00 |
| 8/7/2009 | Davis | 1.50 | 375.00 |
| 8/24/2009 | Davis | .50 | 125.00 |
| 8/24/2009 | Davis | .20 | 50.00 |
| 8/25/2009 | Davis | 1.00 | 250.00 |
| 8/28/2009 | Davis | .30 | 75.00 |
| 8/28/2009 | Davis | .20 | 50.00 |
| 9/1/2009 | Davis | .50 | 125.00 |
| 9/2/2009 | Davis | .50 | 125.00 |
| 9/2/2009 | Davis | 1.00 | 250.00 |
| 9/9/2009 | Davis | 3.00 | 750.00 |
| 9/10/2009 | Davis | 3.00 | 750.00 |
| 9/10/2009 | Davis | 2.50 | 625.00 |
| 9/16/2009 | Davis | 1.00 | 250.00 |
| 9/17/2009 | Davis | .20 | 50.00 |
| 9/17/2009 | Davis | 2.00 | 500.00 |
| 9/23/2009 | Davis | .20 | 50.00 |
| 10/2/2009 | Davis | .20 | 50.00 |
| 10/3/2009 | Davis | .50 | 125.00 |
| 10/5/2009 | Davis | .30 | 75.00 |
| 10/6/2009 | Davis | .80 | 200.00 |
| 10/6/2009 | Davis | .50 | 125.00 |
| 10/7/2009 | Davis | .70 | 175.00 |
| 10/7/2009 | Davis | .50 | 125.00 |
| 10/7/2009 | Davis | 1.00 | 250.00 |
| 10/9/2009 | Davis | 1.50 | 375.00 |
| 10/9/2009 | Davis | 1.80 | 450.00 |
| 10/11/2009 | Davis | 1.00 | 250.00 |
| 10/12/2009 | Davis | .20 | 50.00 |
| 10/12/2009 | Davis | .30 | 75.00 |
| 10/13/2009 | Davis | .30 | 75.00 |
| 10/14/2009 | Davis | .20 | 50.00 |
| 10/19/2009 | Davis | 1.00 | 250.00 |
| 10/20/2009 | Davis | .50 | 125.00 |
| 10/21/2009 | Davis | .50 | 125.00 |
| 10/21/2009 | Davis | .70 | 175.00 |
| 10/23/2009 | Davis | .30 | 75.00 |
| 10/26/2009 | Davis | .30 | 75.00 |
| 10/26/2009 | Davis | .50 | 125.00 |
| 10/26/2009 | Davis | .30 | 75.00 |
| 10/27/2009 | Davis | .50 | 125.00 |

| Objectionable Fees | | | |
| --- | --- | --- | --- |
| No Case-Specific Information in the "Time Entry Note" Field | | | |
| Date | Attorney | Time | Fee |
| 10/27/2009 | Davis | 1.00 | 250.00 |
| 10/27/2009 | Davis | .50 | 125.00 |
| 10/27/2009 | Davis | 2.20 | 550.00 |
| 10/27/2009 | Davis | .20 | 50.00 |
| 10/27/2009 | Davis | .30 | 75.00 |
| 10/28/2009 | Davis | 1.50 | 375.00 |
| 10/29/2009 | Davis | .50 | 125.00 |
| 10/29/2009 | Davis | 1.00 | 250.00 |
| 10/29/2009 | Davis | .70 | 175.00 |
| 10/31/2009 | Davis | 2.00 | 500.00 |
| 10/31/2009 | Davis | 1.50 | 375.00 |
| 11/1/2009 | Davis | 3.00 | 750.00 |
| 11/1/2009 | Davis | 1.50 | 375.00 |
| 11/2/2009 | Davis | 1.00 | 250.00 |
| 11/2/2009 | Davis | 2.00 | 500.00 |
| 11/3/2009 | Davis | 2.50 | 625.00 |
| 11/4/2009 | Davis | 3.00 | 750.00 |
| 11/4/2009 | Davis | 1.00 | 250.00 |
| 11/5/2009 | Davis | 3.00 | 750.00 |
| 11/6/2009 | Davis | 3.00 | 750.00 |
| 11/6/2009 | Davis | 2.00 | 500.00 |
| 11/7/2009 | Davis | 2.00 | 125.00 |
| 11/7/2009 | Davis | 3.00 | 187.50 |
| 11/8/2009 | Davis | 3.50 | 218.75 |
| 11/9/2009 | Davis | 1.00 | 250.00 |
| 11/9/2009 | Davis | 2.00 | 125.00 |
| 11/9/2009 | Davis | 1.00 | 250.00 |
| 11/9/2009 | Davis | 1.70 | 425.00 |
| 11/10/2009 | Davis | .30 | 75.00 |
| 11/10/2009 | Davis | 4.50 | 281.25 |
| 11/11/2009 | Davis | 4.00 | 250.00 |
| 11/12/2009 | Davis | 1.00 | 250.00 |
| 11/12/2009 | Davis | .80 | 200.00 |
| 11/13/2009 | Davis | .50 | 125.00 |
| 11/14/2009 | Davis | 3.00 | 187.50 |
| 11/14/2009 | Davis | 3.00 | 187.50 |
| 11/15/2009 | Davis | 2.00 | 125.00 |
| 11/16/2009 | Davis | 2.00 | 250.00 |
| 11/16/2009 | Davis | 2.00 | 250.00 |
| 11/16/2009 | Davis | .30 | 75.00 |
| 11/17/2009 | Davis | .50 | 125.00 |
| 11/18/2009 | Davis | .50 | 125.00 |

| Objectionable Fees | | | |
| --- | --- | --- | --- |
| No Case-Specific Information in the "Time Entry Note" Field | | | |
| Date | Attorney | Time | Fee |
| 11/20/2009 | Davis | 1.20 | 300.00 |
| 11/20/2009 | Davis | .60 | 75.00 |
| 11/23/2009 | Davis | .50 | 125.00 |
| 11/23/2009 | Davis | 3.00 | 375.00 |
| 11/24/2009 | Davis | 4.00 | 500.00 |
| 11/24/2009 | Davis | .20 | 50.00 |
| 11/25/2009 | Davis | .30 | 75.00 |
| 11/25/2009 | Davis | .20 | 50.00 |
| 11/25/2009 | Davis | 4.00 | 500.00 |
| 11/29/2009 | Davis | 2.50 | 312.50 |
| 12/1/2009 | Davis | 3.00 | 375.00 |
| 12/1/2009 | Davis | 3.00 | 375.00 |
| 12/2/2009 | Davis | 2.00 | 250.00 |
| 12/2/2009 | Davis | 2.30 | 287.50 |
| 12/3/2009 | Davis | 4.00 | 500.00 |
| 12/4/2009 | Davis | .70 | 175.00 |
| 12/4/2009 | Davis | 1.00 | 250.00 |
| 12/8/2009 | Davis | 2.50 | 312.50 |
| 12/9/2009 | Davis | 4.00 | 500.00 |
| 12/10/2009 | Davis | 1.50 | 187.50 |
| 12/10/2009 | Davis | .70 | 175.00 |
| 12/10/2009 | Davis | 4.20 | 525.00 |
| 12/11/2009 | Davis | 3.00 | 375.00 |
| 12/11/2009 | Davis | 1.20 | 150.00 |
| 12/13/2009 | Davis | 1.50 | 187.50 |
| 12/14/2009 | Davis | 1.00 | 125.00 |
| 12/15/2009 | Davis | 4.00 | 1,000.00 |
| 12/16/2009 | Davis | 6.50 | 812.50 |
| 12/17/2009 | Davis | 6.00 | 750.00 |
| 12/18/2009 | Davis | 1.00 | 250.00 |
| 12/21/2009 | Davis | .50 | 125.00 |
| 12/21/2009 | Davis | .40 | 100.00 |
| 1/29/2009 | Davis | .80 | 200.00 |
| | | | |
| 12/4/2008 | Frampton | .50 | 125.00 |
| 12/4/2008 | Frampton | .50 | 125.00 |
| 12/5/2008 | Frampton | .50 | 125.00 |
| 12/15/2008 | Frampton | .30 | 75.00 |
| 12/16/2008 | Frampton | .20 | 50.00 |
| 12/18/2008 | Frampton | .10 | 25.00 |
| 12/19/2008 | Frampton | .30 | 125.00 |
| 1/7/2009 | Frampton | 3.00 | 750.00 |

| **Objectionable Fees** |
| **No Case-Specific Information in the "Time Entry Note" Field** |

| Date | Attorney | Time | Fee |
|---|---|---|---|
| 1/9/2009 | Frampton | 1.00 | 250.00 |
| 1/20/2009 | Frampton | .20 | 50.00 |
| 4/1/2009 | Frampton | .20 | 50.00 |
| 4/16/2009 | Frampton | 1.00 | 250.00 |
| 4/17/2009 | Frampton | 1.00 | 250.00 |
| 4/17/2009 | Frampton | 1.00 | 250.00 |
| 4/21/2009 | Frampton | .50 | 125.00 |
| 4/22/2009 | Frampton | .50 | 125.00 |
| 4/22/2009 | Frampton | .30 | 75.00 |
| 4/23/2009 | Frampton | .50 | 125.00 |
| 4/24/2009 | Frampton | .60 | 150.00 |
| 4/27/2009 | Frampton | .60 | 150.00 |
| 4/30/2009 | Frampton | .10 | 25.00 |
| 5/7/2009 | Frampton | .50 | 125.00 |
| 5/7/2009 | Frampton | .20 | 50.00 |
| 5/18/2009 | Frampton | .20 | 50.00 |
| 5/19/2009 | Frampton | .20 | 50.00 |
| 5/26/2009 | Frampton | .20 | 50.00 |
| 5/27/2009 | Frampton | .20 | 50.00 |
| 5/27/2009 | Frampton | .10 | 25.00 |
| 5/27/2009 | Frampton | .10 | 25.00 |
| 6/1/2009 | Frampton | .20 | 50.00 |
| 6/10/2009 | Frampton | .20 | 50.00 |
| 6/10/2009 | Frampton | .10 | 25.00 |
| 7/13/2009 | Frampton | .20 | 50.00 |
| 7/14/2009 | Frampton | .10 | 25.00 |
| 7/17/2009 | Frampton | 1.00 | 250.00 |
| 7/22/2009 | Frampton | .30 | 75.00 |
| 8/4/2009 | Frampton | 1.00 | 250.00 |
| 8/6/2009 | Frampton | 2.00 | 500.00 |
| 8/7/2009 | Frampton | .50 | 125.00 |
| | | | |
| | **Grand Total** | 331.70 | $69,787.50 |

264039