# EXHIBIT 4

# EXHIBIT 4

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 9/24/2008 | Davis | .30 | $75.00 |
| 9/25/2008 | Davis | .30 | 75.00 |
| 10/2/2008 | Davis | .30 | 75.00 |
| 10/3/2008 | Davis | .30 | 75.00 |
| 10/3/2008 | Davis | .70 | 175.00 |
| 10/3/2008 | Davis | .30 | 75.00 |
| 10/20/2008 | Davis | .20 | 50.00 |
| 10/21/2008 | Davis | .20 | 50.00 |
| 10/27/2008 | Davis | .20 | 50.00 |
| 11/5/2008 | Davis | 2.00 | 500.00 |
| 11/10/2008 | Davis | .30 | 75.00 |
| 11/10/2008 | Davis | .30 | 75.00 |
| 11/12/2008 | Davis | .20 | 50.00 |
| 11/13/2008 | Davis | 1.50 | 375.00 |
| 11/13/2008 | Davis | .20 | 50.00 |
| 11/14/2008 | Davis | 1.00 | 250.00 |
| 11/17/2008 | Davis | 2.00 | 500.00 |
| 11/20/2008 | Davis | .20 | 50.00 |
| 11/21/2008 | Davis | .50 | 125.00 |
| 11/22/2008 | Davis | 6.50 | 1,625.00 |
| 11/24/2008 | Davis | 5.00 | 1,250.00 |
| 11/26/2008 | Davis | .30 | 75.00 |
| 12/01/2008 | Davis | .40 | 100.00 |
| 12/2/2008 | Davis | .30 | 75.00 |
| 12/3/2008 | Davis | .20 | 50.00 |
| 12/3/2008 | Davis | .50 | 125.00 |
| 12/8/2008 | Davis | 2.50 | 625.00 |
| 12/9/2008 | Davis | 4.00 | 1,000.00 |
| 12/11/2008 | Davis | 2.00 | 500.00 |
| 12/11/2008 | Davis | 3.00 | 750.00 |
| 12/18/2008 | Davis | .30 | 75.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 1/7/2009 | Davis | 1.50 | 375.00 |
| 1/7/2009 | Davis | .5 | 125.00 |
| 1/9/2009 | Davis | 3.00 | 750.00 |
| 1/13/2009 | Davis | 1.50 | 375.00 |
| 1/13/2009 | Davis | 1.50 | 375.00 |
| 1/13/2009 | Davis | 4.00 | 1,000.00 |

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 1/26/2009 | Davis | .80 | 200.00 |
| 1/27/2009 | Davis | 1.00 | 250.00 |
| 2/4/2009 | Davis | 1.50 | 375.00 |
| 2/5/2009 | Davis | 2.50 | 625.00 |
| 2/6/2009 | Davis | 1.50 | 375.00 |
| 2/18/2009 | Davis | .30 | 75.00 |
| 2/18/2009 | Davis | 1.00 | 250.00 |
| 2/15/2009 | Davis | .70 | 175.00 |
| 2/25/2009 | Davis | .50 | 125.00 |
| 2/25/2009 | Davis | 2.00 | 500.00 |
| 3/4/2009 | Davis | .20 | 50.00 |
| 3/10/2009 | Davis | .20 | 50.00 |
| 3/15/2009 | Davis | 1.50 | 375.00 |
| 3/17/2009 | Davis | .70 | 175.00 |
| 3/17/2009 | Davis | .30 | 75.00 |
| 3/26/2009 | Davis | 1.20 | 300.00 |
| 3/31/2009 | Davis | 1.00 | 250.00 |
| 4/8/2009 | Davis | 1.50 | 375.00 |
| 4/13/2009 | Davis | .20 | 50.00 |
| 4/16/2009 | Davis | .50 | 125.00 |
| 4/21/2009 | Davis | .50 | 125.00 |
| 4/22/2009 | Davis | .50 | 125.00 |
| 4/22/2009 | Davis | 1.50 | 375.00 |
| 4/23/2009 | Davis | 5.00 | 1,250.00 |
| 4/27/2009 | Davis | .30 | 75.00 |
| 4/27/2009 | Davis | .50 | 125.00 |
| 4/27/2009 | Davis | .70 | 175.00 |
| 4/28/2009 | Davis | .70 | 175.00 |
| 5/7/2009 | Davis | .70 | 175.00 |
| 5/11/2009 | Davis | .20 | 50.00 |
| 5/19/2009 | Davis | .50 | 125.00 |
| 5/26/2009 | Davis | .40 | 100.00 |
| 6/16/2009 | Davis | 1.00 | 250.00 |
| 6/16/2009 | Davis | 2.50 | 625.00 |
| 6/17/2009 | Davis | .50 | 125.00 |
| 6/23/2009 | Davis | .80 | 200.00 |
| 6/29/2009 | Davis | 5.00 | 1,250.00 |
| 6/30/2009 | Davis | 2.00 | 500.00 |
| 6/30/2009 | Davis | .70 | 175.00 |
| 7/1/2009 | Davis | .70 | 175.00 |
| 7/1/2009 | Davis | 2.80 | 700.00 |
| 7/13/2009 | Davis | .50 | 125.00 |

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field ||||
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 7/16/2009 | Davis | .50 | 125.00 |
| 7/17/2009 | Davis | 2.50 | 625.00 |
| 7/22/2009 | Davis | 1.50 | 375.00 |
| 7/22/2009 | Davis | .50 | 125.00 |
| 7/30/2009 | Davis | .30 | 75.00 |
| 8/4/2009 | Davis | 1.00 | 250.00 |
| 8/4/2009 | Davis | .50 | 125.00 |
| 8/4/2009 | Davis | .50 | 125.00 |
| 8/5/2009 | Davis | .20 | 50.00 |
| 8/5/2009 | Davis | 1.00 | 250.00 |
| 8/7/2009 | Davis | .5 | 125.00 |
| 8/24/2009 | Davis | 1.30 | 325.00 |
| 8/24/2009 | Davis | 1.50 | 375.00 |
| 8/24/2009 | Davis | 1.00 | 250.00 |
| 8/25/2009 | Davis | .70 | 175.00 |
| 8/25/2009 | Davis | 1.50 | 375.00 |
| 8/26/2009 | Davis | 1.00 | 250.00 |
| 8/26/2009 | Davis | .70 | 175.00 |
| 8/26/2009 | Davis | 1.20 | 300.00 |
| 8/27/2009 | Davis | .80 | 200.00 |
| 8/27/2009 | Davis | .30 | 75.00 |
| 8/27/2009 | Davis | 1.00 | 250.00 |
| 8/28/2009 | Davis | 1.50 | 375.00 |
| 9/1/2009 | Davis | .30 | 75.00 |
| 9/1/2009 | Davis | .30 | 75.00 |
| 9/1/2009 | Davis | .20 | 50.00 |
| 9/2/2009 | Davis | .20 | 50.00 |
| 9/2/2009 | Davis | .30 | 75.00 |
| 09/2/2009 | Davis | .50 | 125.00 |
| 9/3/2009 | Davis | 3.00 | 750.00 |
| 9/4/2009 | Davis | 2.00 | 500.00 |
| 9/4/2009 | Davis | .80 | 200.00 |
| 9/8/2009 | Davis | 5.00 | 1,250.00 |
| 9/10/2009 | Davis | 1.00 | 250.00 |
| 9/10/2009 | Davis | .50 | 125.00 |
| 9/11/2009 | Davis | 3.00 | 750.00 |
| 9/11/2009 | Davis | 1.30 | 325.00 |
| 9/13/2009 | Davis | 5.00 | 1,250.00 |
| 9/14/2009 | Davis | 9.50 | 2,375.00 |
| 9/15/2009 | Davis | 1.00 | 250.00 |
| 9/15/2009 | Davis | 3.00 | 750.00 |
| 9/15/2009 | Davis | 1.50 | 375.00 |

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 9/18/2009 | Davis | 2.50 | 625.00 |
| 9/21/2009 | Davis | .20 | 50.00 |
| 9/21/2009 | Davis | 5.00 | 1,250.00 |
| 9/22/2009 | Davis | 2.50 | 625.00 |
| 9/22/2009 | Davis | 2.00 | 500.00 |
| 9/22/2009 | Davis | 1.30 | 325.00 |
| 9/23/2009 | Davis | 2.50 | 625.00 |
| 10/1/2009 | Davis | .50 | 125.00 |
| 10/1/2009 | Davis | .30 | 75.00 |
| 10/1/2009 | Davis | .50 | 125.00 |
| 10/1/2009 | Davis | 2.50 | 625.00 |
| 10/3/2009 | Davis | .70 | 175.00 |
| 10/5/2009 | Davis | 2.00 | 500.00 |
| 10/5/2009 | Davis | .20 | 50.00 |
| 10/5/2009 | Davis | .70 | 175.00 |
| 10/5/2009 | Davis | .30 | 75.00 |
| 10/5/2009 | Davis | .75 | 187.50 |
| 10/5/2009 | Davis | .75 | 187.50 |
| 10/5/2009 | Davis | .70 | 175.00 |
| 10/5/2009 | Davis | .80 | 200.00 |
| 10/7/2009 | Davis | .70 | 175.00 |
| 10/7/2009 | Davis | .30 | 75.00 |
| 10/8/2009 | Davis | 5.00 | 1,250.00 |
| 10/8/2009 | Davis | 1.50 | 375.00 |
| 10/8/2009 | Davis | .70 | 175.00 |
| 10/8/2009 | Davis | .70 | 175.00 |
| 10/12/2009 | Davis | 1.50 | 375.00 |
| 10/12/2009 | Davis | 1.50 | 375.00 |
| 10/13/2009 | Davis | .50 | 125.00 |
| 10/13/2009 | Davis | .50 | 125.00 |
| 10/14/2009 | Davis | 1.00 | 250.00 |
| 10/14/2009 | Davis | 1.70 | 425.00 |
| 10/15/2009 | Davis | .30 | 75.00 |
| 10/15/2009 | Davis | .50 | 125.00 |
| 10/15/2009 | Davis | 1.00 | 250.00 |
| 10/15/2009 | Davis | .50 | 125.00 |
| 10/15/2009 | Davis | 1.20 | 300.00 |
| 10/15/2009 | Davis | 1.30 | 325.00 |
| 10/15/2009 | Davis | .50 | 125.00 |
| 10/16/2009 | Davis | 1.00 | 250.00 |
| 10/16/2009 | Davis | 1.80 | 450.00 |
| 10/16/2009 | Davis | 1.50 | 375.00 |

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 10/18/2009 | Davis | .70 | 175.00 |
| 10/18/2009 | Davis | .50 | 125.00 |
| 10/19/2009 | Davis | 3.20 | 800.00 |
| 10/19/2009 | Davis | 1.0 | 250.00 |
| 10/20/2009 | Davis | 1.00 | 250.00 |
| 10/20/2009 | Davis | 3.50 | 875.00 |
| 10/21/2009 | Davis | 2.00 | 500.00 |
| 10/21/2009 | Davis | .70 | 175.00 |
| 10/22/2009 | Davis | 1.00 | 250.00 |
| 10/22/2009 | Davis | 1.50 | 375.00 |
| 10/22/2009 | Davis | 2.00 | 500.00 |
| 10/23/2009 | Davis | 1.50 | 375.00 |
| 10/23/2009 | Davis | 1.50 | 375.00 |
| 10/26/2009 | Davis | .80 | 200.00 |
| 10/26/2009 | Davis | 3.00 | 750.00 |
| 10/26/2009 | Davis | .50 | 125.00 |
| 10/26/2009 | Davis | .30 | 75.00 |
| 10/27/2009 | Davis | .50 | 125.00 |
| 10/27/2009 | Davis | .80 | 200.00 |
| 10/27/2009 | Davis | .50 | 125.00 |
| 10/27/2009 | Davis | .50 | 125.00 |
| 10/27/2009 | Davis | .50 | 125.00 |
| 10/27/2009 | Davis | .20 | 50.00 |
| 10/29/2009 | Davis | 1.00 | 250.00 |
| 10/29/2009 | Davis | 1.50 | 375.00 |
| 10/30/2009 | Davis | 1.00 | 250.00 |
| 10/30/2009 | Davis | .70 | 175.00 |
| 10/30/2009 | Davis | .70 | 175.00 |
| 11/02/2009 | Davis | 3.50 | 875.00 |
| 11/03/2009 | Davis | 3.00 | 750.00 |
| 11/04/2009 | Davis | 1.50 | 375.00 |
| 11/09/2009 | Davis | 1.00 | 250.00 |
| 11/10/2009 | Davis | .70 | 175.00 |
| 11/10/2009 | Davis | .50 | 125.00 |
| 11/12/2009 | Davis | .30 | 75.00 |
| 11/12/2009 | Davis | .70 | 175.00 |
| 11/12/2009 | Davis | 2.50 | 625.00 |
| 11/12/2009 | Davis | .70 | 175.00 |
| 11/12/2009 | Davis | 2.00 | 125.00 |
| 11/15/2009 | Davis | 4.00 | 500.00 |
| 11/16/2009 | Davis | 1.00 | 125.00 |
| 11/16/2009 | Davis | 3.00 | 375.00 |

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 11/18/2009 | Davis | .20 | 50.00 |
| 11/18/2009 | Davis | 1.50 | 187.50 |
| 11/19/2009 | Davis | 3.00 | 375.00 |
| 11/19/2009 | Davis | 1.00 | 125.00 |
| 11/20/2009 | Davis | 1.50 | 375.00 |
| 11/23/2009 | Davis | .50 | 125.00 |
| 11/23/2009 | Davis | .20 | 50.00 |
| 11/25/2009 | Davis | .30 | 75.00 |
| 11/30/2009 | Davis | 1.00 | 250.00 |
| 11/30/2009 | Davis | 4.50 | 1,125.00 |
| 12/1/2009 | Davis | 2.00 | 500.00 |
| 12/1/2009 | Davis | .50 | 125.00 |
| 12/2/2009 | Davis | 1.50 | 375.00 |
| 12/3/2009 | Davis | .30 | 75.00 |
| 12/8/2009 | Davis | .50 | 125.00 |
| 12/8/2009 | Davis | 3.00 | 375.00 |
| 12/14/2009 | Davis | .70 | 175.00 |
| 12/4/2009 | Davis | 3.00 | 375.00 |
| 12/15/2009 | Davis | 1.20 | 150.00 |
| 12/15/2009 | Davis | .50 | 125.00 |
| 12/17/2009 | Davis | 1.00 | 250.00 |
| 12/17/2009 | Davis | 1.50 | 187.50 |
| 12/18/2009 | Davis | 1.50 | 375.00 |
| 12/21/2009 | Davis | 1.40 | 350.00 |
| 12/28/2009 | Davis | .50 | 125.00 |
| 12/28/2009 | Davis | .20 | 50.00 |
| 12/29/2009 | Davis | 1.00 | 250.00 |
| | | | |
| 12/3/2008 | Frampton | 1.00 | 250.00 |
| 12/18/2008 | Frampton | .10 | 25.00 |
| 12/23/2008 | Frampton | .50 | 125.00 |
| 1/6/2009 | Frampton | 1.20 | 300.00 |
| 1/8/2009 | Frampton | 4.00 | 1,000.00 |
| 4/14/2009 | Frampton | .20 | 50.00 |
| 4/15/2009 | Frampton | .20 | 50.00 |
| 4/20/2009 | Frampton | .50 | 125.00 |
| 4/22/2009 | Frampton | .30 | 75.00 |
| 4/29/2009 | Frampton | .20 | 50.00 |
| 5/7/2009 | Frampton | .40 | 100.00 |
| 5/11/2009 | Frampton | .30 | 75.00 |
| 5/13/2009 | Frampton | .10 | 25.00 |
| 5/14/2009 | Frampton | .30 | 75.00 |

| Objectionable Fees: Vague or Incomplete Information in the "Time Entry Note" Field | | | |
| --- | --- | --- | --- |
| Date | Attorney | Hours | Fee |
| 5/28/2009 | Frampton | 3.00 | 750.00 |
| 5/28/2009 | Frampton | 1.00 | 250.00 |
| 6/3/2009 | Frampton | .10 | 25.00 |
| 6/23/2009 | Frampton | 3.50 | 875.00 |
| 6/30/2009 | Frampton | 1.50 | 375.00 |
| 6/30/2009 | Frampton | 1.00 | 250.00 |
| 7/14/2009 | Frampton | .2 | 50.00 |
| 7/17/2009 | Frampton | 3.00 | 750.00 |
| 7/20/2009 | Frampton | .70 | 175.00 |
| 8/6/2009 | Frampton | 3.00 | 750.00 |
| 8/11/2009 | Frampton | .20 | 50.00 |
| | | | |
| | **Grand Total** | 325.90 | $78,325.00 |

264061