# EXHIBIT 5

# EXHIBIT 5

| Objectionable Fees: Excessive Time on Internal Conferences with MPAS Attorneys | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 11/26/2008 | Cody | 1.00 | 300.00 |
| 4/23/2008 | Cody | 1.00 | 300.00 |
| 10/9/2009 | Cody | .42 | 125.00 |
| 12/7/2009 | Cody | .08 | 25.00 |
| 12/28/2009 | Cody | .75 | 225.00 |
| | | | |
| 9/24/2008 | Davis | .30 | 75.00 |
| 9/25/2008 | Davis | .30 | 75.00 |
| 10/27/2008 | Davis | .20 | 50.00 |
| 11/05/2008 | Davis | .30 | 75.00 |
| 11/26/2008 | Davis | .30 | 75.00 |
| 12/2/2008 | Davis | .30 | 75.00 |
| 12/3/2008 | Davis | .50 | 125.00 |
| 1/7/2009 | Davis | 1.50 | 375.00 |
| 1/7/2009 | Davis | .50 | 125.00 |
| 3/13/2009 | Davis | .20 | 50.00 |
| 3/17/2009 | Davis | .30 | 75.00 |
| 4/9/2009 | Davis | 1.00 | 250.00 |
| 4/15/2009 | Davis | .30 | 75.00 |
| 4/22/2009 | Davis | .50 | 125.00 |
| 4/27/2009 | Davis | .50 | 125.00 |
| 4/28/2009 | Davis | .70 | 175.00 |
| 4/30/2009 | Davis | .50 | 125.00 |
| 5/26/2009 | Davis | .40 | 100.00 |
| 6/10/2009 | Davis | .50 | 125.00 |
| 6/12/2009 | Davis | .20 | 50.00 |
| 6/16/2009 | Davis | .80 | 200.00 |
| 6/23/2009 | Davis | .80 | 200.00 |
| 6/30/2009 | Davis | .70 | 175.00 |
| 7/1/2009 | Davis | .70 | 175.00 |
| 7/13/2009 | Davis | .50 | 125.00 |
| 7/17/2009 | Davis | 2.50 | 625.00 |
| 7/30/2009 | Davis | .30 | 75.00 |
| 8/4/2009 | Davis | .50 | 125.00 |
| 8/24/2009 | Davis | 1.50 | 375.00 |
| 8/27/2009 | Davis | .80 | 200.00 |
| 8/27/2009 | Davis | .30 | 75.00 |
| 9/1/2009 | Davis | .30 | 75.00 |
| 10/1/2009 | Davis | .30 | 75.00 |
| 10/7/2009 | Davis | .70 | 175.00 |

| Objectionable Fees: Excessive Time on Internal Conferences with MPAS Attorneys | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 10/8/2009 | Davis | .70 | 175.00 |
| 10/13/2009 | Davis | .50 | 125.00 |
| 10/26/2009 | Davis | .50 | 125.00 |
| 10/27/2009 | Davis | .20 | 50.00 |
| 11/09/2009 | Davis | 1.00 | 250.00 |
| 11/12/2009 | Davis | 1.00 | 250.00 |
| 11/16/2009 | Davis | 3.00 | 375.00 |
| 11/25/2009 | Davis | .30 | 75.00 |
| 12/02/2009 | Davis | 1.50 | 375.00 |
| 12/15/2009 | Davis | 1.20 | 150.00 |
| 12/18/2009 | Davis | 1.50 | 375.00 |
| 12/29/2009 | Davis | .80 | 200.00 |
| | | | |
| 12/4/2009 | Frampton | .50 | 125.00 |
| 12/05/2009 | Frampton | .50 | 125.00 |
| 12/15/2008 | Frampton | .30 | 75.00 |
| 12/18/2008 | Frampton | .10 | 25.00 |
| 12/19/2008 | Frampton | .50 | 125.00 |
| 12/23/2008 | Frampton | .50 | 125.00 |
| 1/6/2009 | Frampton | .50 | 125.00 |
| 1/9/2009 | Frampton | 1.00 | 250.00 |
| 4/1/2009 | Frampton | .20 | 50.00 |
| 4/14/2009 | Frampton | .20 | 50.00 |
| 4/16/2009 | Frampton | 1.00 | 250.00 |
| 4/17/2009 | Frampton | 1.00 | 250.00 |
| 4/21/2009 | Frampton | .50 | 125.00 |
| 4/22/2009 | Frampton | .50 | 125.00 |
| 4/23/2009 | Frampton | .50 | 125.00 |
| 4/24/2009 | Frampton | .60 | 150.00 |
| 4/27/2009 | Frampton | .60 | 150.00 |
| 5/4/2009 | Frampton | 1.00 | 250.00 |
| 5/7/2009 | Frampton | .40 | 100.00 |
| 5/11/2009 | Frampton | .30 | 75.00 |
| 5/18/2009 | Frampton | .20 | 50.00 |
| 5/19/2009 | Frampton | .20 | 50.00 |
| 5/272009 | Frampton | .20 | 50.00 |
| 5/28/2009 | Frampton | 1.00 | 250.00 |
| 6/10/2009 | Frampton | .20 | 50.00 |
| 7/14/2009 | Frampton | .20 | 50.00 |
| 7/20/2009 | Frampton | .70 | 175.00 |
| 7/28/2009 | Frampton | .20 | 50.00 |
| 8/6/2009 | Frampton | 2.00 | 500.00 |

| Objectionable Fees: Excessive Time on Internal Conferences with MPAS Attorneys | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 8/7/2009 | Frampton | .50 | 125.00 |
| | | | |
| 1/6/2009 | Kay | .17 | 25.50 |
| 9/21/2009 | Kay | .17 | 25.50 |
| 9/23/2009 | Kay | .17 | 25.50 |
| 10/13/2009 | Kay | .10 | 15.00 |
| 10/19/2009 | Kay | .08 | 12.00 |
| 11/3/2009 | Kay | .42 | 63.00 |
| 11/5/2009 | Kay | .42 | 63.00 |
| 11/13/2009 | Kay | .17 | 25.50 |
| 11/13/2009 | Kay | .17 | 25.50 |
| | | | |
| 1/8/2009 | Rao | .17 | 41.67 |
| 1/12/2009 | Rao | .08 | 20.83 |
| 2/5/2009 | Rao | .25 | 62.50 |
| 6/17/2009 | Rao | .17 | 41.67 |
| 9/10/2009 | Rao | .42 | 104.17 |
| 9/11/2009 | Rao | .25 | 62.50 |
| 9/14/2009 | Rao | .25 | 62.50 |
| 9/16/2009 | Rao | .25 | 62.50 |
| 9/21/2009 | Rao | .08 | 20.83 |
| 9/23/2009 | Rao | .50 | 125.00 |
| 10/5/2009 | Rao | .17 | 41.67 |
| 10/9/2009 | Rao | .25 | 62.50 |
| 10/20/2009 | Rao | .17 | 41.67 |
| 10/20/2009 | Rao | .50 | 125.00 |
| 10/21/2009 | Rao | .08 | 20.83 |
| 10/22/2009 | Rao | .50 | 125.00 |
| 10/27/2009 | Rao | .08 | 20.83 |
| 10/28/2009 | Rao | .08 | 20.83 |
| 11/2/2009 | Rao | .25 | 62.50 |
| 11/3/2009 | Rao | .25 | 62.50 |
| 11/5/2009 | Rao | .17 | 41.67 |
| 11/9/2009 | Rao | .50 | 125.00 |
| 11/12/2009 | Rao | .33 | 83.33 |
| 11/12/2009 | Rao | .17 | 41.67 |
| 11/19/2009 | Rao | .08 | 20.83 |
| 12/2/2009 | Rao | .50 | 125.00 |
| 12/8/2009 | Rao | .17 | 41.67 |
| 12/11/2009 | Rao | .17 | 20.84 |
| 12/14/2009 | Rao | .25 | 31.25 |
| 12/17/2009 | Rao | .25 | 62.50 |

| Objectionable Fees: Excessive Time on Internal Conferences with MPAS Attorneys | | | |
|---|---|---|---|
| Date | Attorney | Hours | Fee |
| 12/17/2009 | Rao | .25 | 31.25 |
| 12/18/2009 | Rao | .25 | 62.50 |
| 12/28/2009 | Rao | .17 | 41.67 |
| | **Grand Total** | 61.43 | $14,722.18 |

264219