# EXHIBIT 7

# EXHIBIT 7

| Objectionable Fees<br>Excessive Coverage at a Deposition | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 10/08/2009 | Cody | 2.33 | 700.00 |
| 10/08/2009 | Cody | 5.50 | 1,650.00 |
| 10/19/2009 | Kay | 4.08 | 612.00 |
| 09/15/2009 | Rao | .50 | 125.00 |
| 09/15/2009 | Rao | 6.00 | 1,500.00 |
| 09/22/2009 | Rao | 3.00 | 750.00 |
| 09/22/2009 | Rao | .58 | 145.83 |
| 10/20/2009 | Rao | 3.50 | 875.00 |
| | | | |
| | **Grand Total** | 25.49 | $6,357.83 |

264249