# EXHIBIT 8

# EXHIBIT 8

| Objectionable Fees<br>Gabrielle Frampton Travel Time | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 01/07/2009 | Frampton | 3.0 | 750.00 |
| 05/28/2009 | Frampton | 3.0 | 750.00 |
| 06/23/2009 | Frampton | 3.5 | 875.00 |
| 06/30/2009 | Frampton | 1.5 | 375.00 |
| 07/17/2009 | Frampton | 3.0 | 750.00 |
| 08/06/2009 | Frampton | 3.0 | 750.00 |
| | | | |
| | **Grand Total** | 17.00 | $4,250.00 |

264250