# EXHIBIT 9

# EXHIBIT 9

| Objectionable Fees Chris Davis Travel Time | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 11/05/2008 | Davis | 1.5 | 375.00 |
| 11/13/2008 | Davis | 1.5 | 375.00 |
| 12/18/2008 | Davis | .5 | 125.00 |
| 01/13/2009 | Davis | 1.5 | 250.00 |
| 02/04/2009 | Davis | 1.5 | 375.00 |
| 02/06/2009 | Davis | 1.5 | 375.00 |
| 03/10/2009 | Davis | 1.3 | 325.00 |
| 04/27/2009 | Davis | .7 | 175.00 |
| 05/19/2009 | Davis | .5 | 125.00 |
| 06/03/2009 | Davis | 1.0 | 250.00 |
| 06/16/2009 | Davis | 1.0 | 250.00 |
| 07/22/2009 | Davis | .5 | 125.00 |
| 08/26/2009 | Davis | .7 | 175.00 |
| 09/10/2009 | Davis | .5 | 125.00 |
| 09/15/2009 | Davis | 1.0 | 250.00 |
| 09/22/2009 | Davis | 1.3 | 325.00 |
| 10/05/2009 | Davis | .7 | 175.00 |
| 10/15/2009 | Davis | .5 | 125.00 |
| 11/12/2009 | Davis | .7 | 175.00 |
| 11/20/2009 | Davis | 1.5 | 375.00 |
| 12/17/2009 | Davis | 1.0 | 250.00 |
| | | | |
| | **Grand Total** | 20.90 | $5,100.00 |

264252