# EXHIBIT 10

**EXHIBIT 10**

| Objectionable Fees<br>Chris Davis Lexis and Westlaw Research Charges | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 11/3/2008 | Davis | .80 | $200.00 |
| 11/11/2008 | Davis | 1.50 | 375.00 |
| 12/10/2008 | Davis | 3.00 | 750.00 |
| 12/18/2008 | Davis | 1.00 | 250.00 |
| 1/6/2009 | Davis | 5.00 | 1,250.00 |
| 1/7/2009 | Davis | 3.50 | 875.00 |
| 2/6/2009 | Davis | 1.20 | 300.00 |
| 2/25/2009 | Davis | 2.00 | 500.00 |
| 3/11/2009 | Davis | .20 | 50.00 |
| 3/15/2009 | Davis | 1.50 | 375.00 |
| 3/26/2009 | Davis | 1.20 | 300.00 |
| 3/31/2009 | Davis | 1.00 | 250.00 |
| 4/8/2009 | Davis | 1.50 | 375.00 |
| 4/16/2009 | Davis | 1.00 | 250.00 |
| 4/20/2009 | Davis | .50 | 125.00 |
| 4/22/2009 | Davis | 1.50 | 375.00 |
| 5/15/2009 | Davis | 1.00 | 250.00 |
| 6/16/2009 | Davis | 2.50 | 625.00 |
| 8/3/2009 | Davis | 1.10 | 275.00 |
| 9/2/2009 | Davis | .50 | 125.00 |
| 9/13/2009 | Davis | 5.00 | 1,250.00 |
| 10/5/2009 | Davis | 2.00 | 500.00 |
| 11/9/2009 | Davis | 2.00 | 125.00 |
| 11/14/2009 | Davis | 3.00 | 187.50 |
| 11/16/2009 | Davis | 1.00 | 125.00 |
| 11/16/2009 | Davis | 2.00 | 250.00 |
| 11/18/2009 | Davis | 1.50 | 187.50 |
| 11/19/2009 | Davis | 3.00 | 375.00 |
| 11/20/2009 | Davis | .60 | 75.00 |
| 11/25/2009 | Davis | 4.00 | 500.00 |
| 12/1/2009 | Davis | 3.00 | 375.00 |
| 12/2/2009 | Davis | 2.00 | 250.00 |
| 12/8/2009 | Davis | 2.50 | 312.50 |
| 12/10/2009 | Davis | 1.50 | 187.50 |
| 12/11/2009 | Davis | 3.00 | 375.00 |
| 12/28/2009 | Davis | 1.00 | 250.00 |
| | **Grand Total** | 68.60 | $13,200.00 |

264302