# EXHIBIT 11

# EXHIBIT 11

| Objectionable Fees Chris Davis "Filing, Faxing, File/Records Organizing" Charges | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 10/2/2008 | Davis | .70 | $175.00 |
| 11/13/2008 | Davis | .70 | 175.00 |
| 1/14/2009 | Davis | 1.50 | 375.00 |
| 1/29/2009 | Davis | .70 | 175.00 |
| 5/28/2009 | Davis | 1.00 | 250.00 |
| 7/2/2009 | Davis | .30 | 75.00 |
| 7/2/2009 | Davis | .50 | 125.00 |
| 7/6/2009 | Davis | .50 | 125.00 |
| 9/1/2009 | Davis | 1.00 | 250.00 |
| 9/1/2009 | Davis | .20 | 50.00 |
| 9/2/2009 | Davis | .30 | 75.00 |
| 9/11/2009 | Davis | 3.00 | 750.00 |
| 9/16/2009 | Davis | 1.00 | 250.00 |
| 9/21/2009 | Davis | 5.00 | 1,250.00 |
| 10/3/2009 | Davis | .50 | 125.00 |
| 10/5/2009 | Davis | .80 | 200.00 |
| 11/15/2009 | Davis | 4.00 | 500.00 |
| 11/17/2009 | Davis | .50 | 125.00 |
| 12/4/2009 | Davis | 1.00 | 250.00 |
| 12/18/2009 | Davis | 1.00 | 250.00 |
| 12/21/2009 | Davis | .40 | 100.00 |
| | **Grand Total** | 24.60 | $5,650.00 |

264287