# EXHIBIT 12

# EXHIBIT 12

| Objectionable Fees                                      |||| 
| Chris Davis Attendance at OU Board of Trustees Meetings ||||
| Date      | Attorney    | Time | Fee        |
|-----------|-------------|------|------------|
| 11/5/2008 | Davis       | 2.00 | $500.00    |
| 2/4/2009  | Davis       | 2.00 | 500.00     |
| 4/1/2009  | Davis       | 2.00 | 500.00     |
| 6/3/2009  | Davis       | 2.00 | 500.00     |
|           | **Grand Total** | 8.00 | $2,000.00 |

264289