# EXHIBIT 13

# EXHIBIT 13

| **Objectionable Fees** |
|---|---|---|---|

| **Mark Cody Time Entries** |
|---|---|---|---|

| Date | Attorney | Time | Fee |
|---|---|---|---|
| 10/13/2008 | Cody | .33 | 100.00 |
| 11/26/2008 | Cody | .75 | 225.00 |
| 11/26/2008 | Cody | 1.00 | 300.00 |
| 12/2/2008 | Cody | .25 | 75.00 |
| 1/29/2009 | Cody | .25 | 75.00 |
| 3/2/2009 | Cody | .50 | 150.00 |
| 3/24/2009 | Cody | .25 | 75.00 |
| 4/23/2009 | Cody | 1.00 | 300.00 |
| 4/24/2009 | Cody | 1.00 | 300.00 |
| 5/4/2009 | Cody | .25 | 75.00 |
| 7/20/2009 | Cody | .25 | 75.00 |
| 10/8/2009 | Cody | 2.33 | 700.00 |
| 10/8/2009 | Cody | 5.50 | 1,650.00 |
| 10/9/2009 | Cody | .42 | 125.00 |
| 11/25/2009 | Cody | .33 | 100.00 |
| 12/3/2009 | Cody | 1.50 | 225.00 |
| 12/7/2009 | Cody | .50 | 150.00 |
| 12/7/2009 | Cody | .08 | 25.00 |
| 12/17/2009 | Cody | 3.00 | 450.00 |
| 12/17/2009 | Cody | 2.50 | 375.00 |
| 12/28/2009 | Cody | .50 | 150.00 |
| 12/28/2009 | Cody | 1.00 | 300.00 |
| 12/28/2009 | Cody | .75 | 225.00 |
| 1/4/2010 | Cody | 1.00 | 300.00 |
| 1/4/2010 | Cody | 1.25 | 375.00 |
| | **Grand Total** | 26.49 | $6,900.00 |

264297