# EXHIBIT 14

# EXHIBIT 14

| Objectionable Fees Veena Rao Time Entries | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 10/5/2009 | Rao | .17 | 41.67 |
| 10/7/2009 | Rao | .50 | 125.00 |
| 12/8/2009 | Rao | .17 | 41.67 |
| 1/4/2010 | Rao | .33 | 83.33 |
| | **Grand Total** | 1.17 | $ 291.67 |

264300