# EXHIBIT15

**EXHIBIT 15**

| Objectionable Fees<br>Joshua Kay Time Entries | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 1/6/2009 | Kay | .17 | 25.50 |
| 1/6/2009 | Kay | 2.42 | 363.00 |
| 6/16/2009 | Kay | .50 | 75.00 |
| 9/4/2009 | Kay | 1.00 | 150.00 |
| 9/21/2009 | Kay | .17 | 25.50 |
| 9/23/2009 | Kay | .17 | 25.50 |
| 10/13/2009 | Kay | .10 | 15.00 |
| 10/19/2009 | Kay | .08 | 12.00 |
| 10/19/2009 | Kay | 4.08 | 612.00 |
| 11/3/2009 | Kay | .42 | 63.00 |
| 11/5/2009 | Kay | .42 | 63.00 |
| 11/5/2009 | Kay | .17 | 25.50 |
| 11/13/2009 | Kay | .17 | 25.50 |
| 11/13/2009 | Kay | .17 | 25.50 |
| | **Grand Total** | 10.04 | $1,506.00 |

264311