# EXHIBIT 16

# EXHIBIT 16

| Objectionable Fees All Attorneys Pre-Litigation Time Entries | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 10/13/2008 | Cody | .33 | 100.00 |
| | | | |
| 9/24/2008 | Davis | .30 | 75.00 |
| 9/24/2008 | Davis | .10 | 25.00 |
| 9/25/2008 | Davis | .30 | 75.00 |
| 9/25/2008 | Davis | .10 | 25.00 |
| 9/26/2008 | Davis | .70 | 175.00 |
| 9/26/2008 | Davis | .20 | 50.00 |
| 10/2/2008 | Davis | .30 | 75.00 |
| 10/2/2008 | Davis | .70 | 175.00 |
| 10/3/2008 | Davis | .30 | 75.00 |
| 10/3/2008 | Davis | .20 | 50.00 |
| 10/3/2008 | Davis | .70 | 175.00 |
| 10/3/2008 | Davis | .80 | 200.00 |
| 10/6/2008 | Davis | .20 | 50.00 |
| 10/6/2008 | Davis | .30 | 75.00 |
| 10/6/2008 | Davis | .20 | 50.00 |
| 10/7/2008 | Davis | 4.50 | 1,125.00 |
| 10/7/2008 | Davis | .20 | 50.00 |
| 10/8/2008 | Davis | .30 | 75.00 |
| 10/8/2008 | Davis | .10 | 25.00 |
| 10/10/2008 | Davis | .30 | 75.00 |
| 10/10/2008 | Davis | .10 | 25.00 |
| 10/13/2008 | Davis | .50 | 125.00 |
| 10/13/2008 | Davis | .10 | 25.00 |
| 10/15/2008 | Davis | .30 | 75.00 |
| 10/15/2008 | Davis | .10 | 25.00 |
| 10/17/2008 | Davis | .50 | 125.00 |
| 10/17/2008 | Davis | .10 | 25.00 |
| 10/20/2008 | Davis | .50 | 125.00 |
| 10/20/2008 | Davis | .20 | 50.00 |
| 10/20/2008 | Davis | .20 | 50.00 |
| 10/21/2008 | Davis | .30 | 75.00 |
| 10/21/2008 | Davis | .20 | 50.00 |
| 10/21/2008 | Davis | .20 | 50.00 |
| 10/24/2008 | Davis | .40 | 100.00 |
| 10/24/2008 | Davis | .20 | 50.00 |
| 10/27/2008 | Davis | .20 | 50.00 |
| 10/27/2008 | Davis | .20 | 50.00 |
| 10/27/2008 | Davis | .20 | 50.00 |

| Objectionable Fees All Attorneys Pre-Litigation Time Entries | | | |
|---|---|---|---|
| Date | Attorney | Time | Fee |
| 10/29/2008 | Davis | .20 | 50.00 |
| 11/3/2008 | Davis | .80 | 200.00 |
| 11/3/2008 | Davis | .20 | 50.00 |
| 11/5/2008 | Davis | .30 | 75.00 |
| 11/5/2008 | Davis | 1.00 | 250.00 |
| 11/5/2008 | Davis | 1.00 | 250.00 |
| 11/5/2008 | Davis | 2.00 | 500.00 |
| 11/5/2008 | Davis | 1.50 | 375.00 |
| 11/6/2008 | Davis | .20 | 50.00 |
| 11/6/2008 | Davis | .10 | 25.00 |
| 11/7/2008 | Davis | .70 | 175.00 |
| 11/7/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .30 | 75.00 |
| 11/10/2008 | Davis | .30 | 75.00 |
| 10/10/2008 | Davis | .30 | 75.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/10/2008 | Davis | .20 | 50.00 |
| 11/11/2008 | Davis | 1.50 | 375.00 |
| 11/12/2008 | Davis | .50 | 125.00 |
| 11/12/2008 | Davis | .20 | 50.00 |
| 11/12/2008 | Davis | .20 | 50.00 |
| 11/12/2008 | Davis | .20 | 50.00 |
| 11/13/2008 | Davis | .20 | 50.00 |
| 11/13/2008 | Davis | .40 | 100.00 |
| 11/13/2008 | Davis | .30 | 75.00 |
| 11/13/2008 | Davis | 1.50 | 375.00 |
| 11/13/2008 | Davis | 1.00 | 250.00 |
| 11/13/2008 | Davis | .20 | 50.00 |
| 11/13/2008 | Davis | .70 | 175.00 |
| 11/13/2008 | Davis | .20 | 50.00 |
| 11/14/2008 | Davis | 1.00 | 250.00 |
| 11/17/2008 | Davis | .30 | 75.00 |
| 11/17/2008 | Davis | 3.00 | 750.00 |
| 11/17/2008 | Davis | 2.00 | 500.00 |
| 11/17/2008 | Davis | .20 | 50.00 |
| 11/20/2008 | Davis | .20 | 50.00 |
| 11/21/2008 | Davis | .50 | 125.00 |
| 11/21/2008 | Davis | .30 | 75.00 |
| 11/21/2008 | Davis | .30 | 75.00 |
| 11/21/2008 | Davis | 1.00 | 250.00 |

| Objectionable Fees All Attorneys Pre-Litigation Time Entries ||||
| --- | --- | --- | --- |
| Date | Attorney | Time | Fee |
| 11/22/2008 | Davis | 6.50 | 1,625.00 |
| 11/24/2008 | Davis | .20 | 50.00 |
| 11/24/2008 | Davis | 5.00 | 1,250.00 |
| 11/25/2008 | Davis | 5.00 | 1,250.00 |
| | **Grand Total** | 58.13 | $14,550.00 |

264321