# EXHIBIT 18

# EXHIBIT 18

| Objectionable Fees | | | |
|---|---|---|---|
| Fees Associated with Motion for Preliminary Injunction (All Attorneys) | | | |
| Date | Attorney | Time | Fee |
| 11/26/2009 | Cody | .75 | 225.00 |
| 11/26/2009 | Cody | 1.00 | 300.00 |
| 12/2/2009 | Cody | .25 | 75.00 |
| | | | |
| 11/26/2009 | Davis | .30 | 75.00 |
| 11/26/2008 | Davis | .30 | 75.00 |
| 11/26/2008 | Davis | .10 | 25.00 |
| 12/1/2008 | Davis | .20 | 50.00 |
| 12/1/2008 | Davis | .20 | 50.00 |
| 12/1/2008 | Davis | .40 | 100.00 |
| 12/1/2008 | Davis | .10 | 25.00 |
| 12/2/2008 | Davis | .20 | 50.00 |
| 12/2/2008 | Davis | .30 | 75.00 |
| 12/3/2008 | Davis | .20 | 50.00 |
| 12/3/2008 | Davis | .10 | 25.00 |
| 12/3/2008 | Davis | .50 | 125.00 |
| 12/5/2008 | Davis | 1.50 | 375.00 |
| 12/8/2008 | Davis | 2.50 | 625.00 |
| 12/8/2008 | Davis | .10 | 25.00 |
| 12/9/2008 | Davis | 4.00 | 1,000.00 |
| 12/9/2008 | Davis | .10 | 25.00 |
| 12/10/2008 | Davis | 3.00 | 750.00 |
| 12/10/2008 | Davis | .10 | 25.00 |
| 12/11/2008 | Davis | 2.00 | 500.00 |
| 12/11/2008 | Davis | 3.00 | 750.00 |
| 12/12/2008 | Davis | .10 | 25.00 |
| 12/12/2008 | Davis | 3.00 | 750.00 |
| 12/14/2008 | Davis | 3.50 | 875.00 |
| 12/15/2008 | Davis | 6.00 | 1,500.00 |
| 12/15/2008 | Davis | .20 | 50.00 |
| 12/18/2008 | Davis | 1.00 | 250.00 |
| 12/18/2008 | Davis | .30 | 75.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 12/18/2008 | Davis | .50 | 125.00 |
| 1/5/2009 | Davis | .20 | 50.00 |
| 1/6/2009 | Davis | 5.00 | 1,250.00 |
| 1/6/2009 | Davis | .30 | 75.00 |
| 1/7/2009 | Davis | 3.50 | 875.00 |

| \<td colspan=4\> | | | |
|---|---|---|---|
| **Objectionable Fees** <br> **Fees Associated with Motion for Preliminary Injunction (All Attorneys)** | | | |
| Date | Attorney | Time | Fee |
| 1/7/2009 | Davis | 1.50 | 375.00 |
| 1/7/2009 | Davis | .50 | 125.00 |
| 1/8/2009 | Davis | 6.50 | 1,625.00 |
| 1/9/2009 | Davis | .70 | 175.00 |
| 1/9/2009 | Davis | 1.70 | 425.00 |
| 1/9/2009 | Davis | 3.00 | 750.00 |
| 1/9/2009 | Davis | .70 | 175.00 |
| 1/9/2009 | Davis | .80 | 200.00 |
| 1/11/2009 | Davis | 2.00 | 500.00 |
| 1/12/2009 | Davis | 6.00 | 1,500.00 |
| | | | |
| 11/26/2008 | Frampton | .70 | 175.00 |
| 12/3/2008 | Frampton | 1.00 | 250.00 |
| 12/4/2008 | Frampton | .50 | 125.00 |
| 12/4/2008 | Frampton | .50 | 125.00 |
| 12/5/2008 | Frampton | .50 | 125.00 |
| 12/15/2008 | Frampton | .30 | 75.00 |
| 12/16/2008 | Frampton | .20 | 50.00 |
| 12/17/2008 | Frampton | .20 | 50.00 |
| 12/18/2008 | Frampton | .10 | 25.00 |
| 12/18/2008 | Frampton | .30 | 75.00 |
| 12/18/2008 | Frampton | .10 | 25.00 |
| 12/19/2008 | Frampton | .50 | 125.00 |
| 12/23/2008 | Frampton | .50 | 125.00 |
| 1/6/2008 | Frampton | 1.20 | 300.00 |
| 1/6/2009 | Frampton | .50 | 125.00 |
| 1/7/2009 | Frampton | 3.00 | 750.00 |
| 1/8/2009 | Frampton | 4.00 | 1,000.00 |
| 1/9/2009 | Frampton | 1.00 | 250.00 |
| | | 0 | 0 |
| 1/6/2009 | Kay | .17 | 25.50 |
| 1/6/2009 | Kay | 2.42 | 363.00 |
| | | | |
| 1/8/2009 | Rao | .17 | 41.67 |
| 1/12/2009 | Rao | .08 | 20.83 |
| | **Grand Total** | 87.64 | $21,751.00 |

264322