UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICAH FIALKA-FELDMAN

        Plaintiff,

v.

OAKLAND UNIVERSITY BOARD
OF TRUSTEES, GARY D. RUSSI, MARY BETH
SNYDER, and LIONEL MATEN, in their
official capacities,
        Defendants.

Case Number 08-CV-14922

Hon. Patrick J. Duggan

_____/

Michigan Protection & Advocacy Service, Inc.
Chris E. Davis (P52159)
Veena Rao (P52981)
29200 Vassar Blvd., Suite 200
Livonia, MI 48152
Phone: (248) 473-2990
Email: cdavis@mpas.org
Attorneys for Plaintiff

BUTZEL LONG
By: Robert A. Boonin (P38172)
    Regan K. Dahle (P53975)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 995-3110
Email: boonin@butzel.com
Attorneys for Defendant

_____/

## AFFIDAVIT OF CHRIS E. DAVIS

STATE OF MICHIGAN)
                   )ss
COUNTY OF WAYNE )

      I, Chris E. Davis, under penalty of perjury, affirm the following statements are accurate and are based on my personal knowledge and that:

1. I have reviewed my time records submitted as Exhibit A to Plaintiff's Reply Brief in Support of Attorney's Fees.

2. I have kept records of the time I spent working on this case as well as case notes.

3. The time records and case notes were entered into a case management system.

4. The additional detail that has been added since the original brief under the "Time Entry Note" column is based on my case notes in our case management system that was entered at the time the work was done or shortly thereafter.

5. I have reviewed these additional time entry notes and believe they accurately reflect the time and description of the work done.

6. I have left out a detailed description of my conversations with my client because I believe this is attorney-client protected information. However, the amount of time recorded is accurate.

Dated: 2-23-2010

_____
Chris E. Davis

Subscribed and sworn to before me on
February 23, 2010.

_____
Verna L. Lehane, Notary Public
State of Michigan, County of Wayne
My Commission Expires: January 26, 2015

VERNA L. LEHANE
Notary Public—State of Michigan
County of Wayne
My Commission Expires January 26, 2015

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2010, I electronically filed the foregoing Affidavit of Chris E. Davis with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert A. Boonin.

                                                          s/Chris E. Davis  
                                                          MICHIGAN PROTECTION &  
                                                          ADVOCACY SERVICE, INC.  
                                                          29200 Vassar Blvd., Suite 200  
                                                          Livonia, MI 48152  
                                                          248-473-2990  
                                                          cdavis@mpas.org  
                                                          P52159